| | |
|---|---|
| District Court of Colorado<br>901 19th Street Denver, CO 80294-3589 | |
| Plaintiff(s) / Petitioner(s): **Anuj Peddada**<br><br>v.<br><br>Defendant(s) / Respondent(s): **CATHOLIC HEALTH INITIATIVES COLORADO d/b/a CENTURA HEALTH-PENROSE-ST.FRANCIS HEALTH SERVICES, COMMONSPIRIT HEALTH FOUNDATION d/b/a COMMONSPIRIT HEALTH** | ▲ COURT USE ONLY ▲<br><br>Case No.: 23-cv-1921-REB |
| **AFFIDAVIT OF SERVICE** | |

I, Justin Comella, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on COMMONSPIRIT HEALTH FOUNDATION d/b/a COMMONSPIRIT HEALTH in Arapahoe County, CO on August 2, 2023 at 10:01 am at 7700 E Arapahoe Rd, ste 220, Centennial, CO 80112 by leaving the following documents with Samantha Peck who as Intake Specialist at CT Corporation Systemis authorized by appointment or by law to receive service of process for COMMONSPIRIT HEALTH FOUNDATION d/b/a COMMONSPIRIT HEALTH.

Summons - Commonspirit Health
Complaint

Additional Description:
Served.

White Female, est. age 25, glasses: N, Brown hair, 120 lbs to 140 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=39.5942845,-104.8993429
Photograph: See Exhibit 1

I DECLARE, UNDER OATH AND UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF COLORADO, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in __Arapahoe County__, __CO__ on __8/2/2023__.

/s/ *Justin Comella*
_____
Signature
Justin Comella
+1 (720) 706-8370

# Exhibit 1

Exhibit 1a)

