## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01921-MDB

DR. ANUJ PEDDADA,

       Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO /b/a CENTURA HEALTH-PENROSE-ST. FRANCIS HEALTH SERVICES; and
COMMONSPIRIT HEALTH FOUNDATION d/b/a COMMONSPIRIT HEALTH,

       Defendants.

---

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND JURY DEMAND

---

Defendants, by and through counsel, Hall, Render, Killian, Heath & Lyman, P.C., respectfully submit this Unopposed Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint and Jury Demand and, as grounds therefor, state the following:

1.     The parties have conferred as to the relief sought herein and Plaintiff does not oppose the extension requested.

2.     Plaintiff filed his Complaint on or about July 27, 2023. Defendants' Answer is due August 23, 2023.

3.     Counsel for Defendants, Mel Sabey and Mark Sabey, have been dealing with concurrent family issues recently, including the passing away of their father, and are now attending to the care of their mother who has dementia.

4.      Defendants are requesting a 30-day extension, up to and including Friday, September 22, 2023 in which to answer or otherwise respond to Plaintiff's Complaint.

5.      No previous extensions of time have been requested or granted. No parties will be prejudiced by this extension of time. This extension of time is sought in good faith and not for the purposes of undue delay.

WHEREFORE, Defendant respectfully requests the Court grant this Motion allowing Defendants up to and including Friday, September 22, 2023 to File Answer or Otherwise Respond to Plaintiff's Complaint.

Respectfully submitted this 22nd day of August, 2023.

HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.

*s/ Melvin B. Sabey*
Melvin B. Sabey
Mark L. Sabey
999 17th Street, Suite 800, Denver, CO 80202
(303) 801-3535 / melsabey@hallrendercom
(303) 801-3538 / marksabey@hallrender.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 22, 2023, a true and correct copy of the foregoing

was served via CM/ECF with electronic service upon the following:

Iris Halpern
Qusair Mohamedbhai
Omeed Azmoudeh
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence St., Ste. 100
Denver, CO 80202
ih@rmlawyers.com
qm@rmlawyers.com
oa@rmlawyers.com
*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　*s/ Rebecca Gibson*
　　　　　　　　　　　　　　　　Rebecca Gibson, Legal Administrative Assistant

3