**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-01921-MDB

DR. ANUJ PEDDADA

      Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO D/B/A CENTURA HEALTH-PENROSE-ST. FRANCIS HEALTH SERVICES; and,
COMMONSPIRIT HEALTH FOUNDATION D/B/A COMMONSPIRIT HEALTH

      Defendants.

---

### NOTICE OF ENTRY OF APPEARANCE
---

To the Clerk of Court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Plaintiff Dr. Anuj Peddada.

    Dated at Denver, Colorado this 21st day of September 2023.

                                        RATHOD MOHAMEDBHAI LLC

                                        *s/ Omeed Azmoudeh*
                                        Omeed Azmoudeh
                                        2701 Lawrence St., #100
                                        Denver, CO 80205
                                        303-578-4400
                                        oa@rmlawyers.com

                                        ATTORNEY FOR PLAINTIFF