IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01921-MDB

DR. ANUJ PEDDADA

    Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO D/B/A CENTURA HEALTH-PENROSE-ST. FRANCIS HEALTH SERVICES; and,
COMMONSPIRIT HEALTH FOUNDATION D/B/A COMMONSPIRIT HEALTH

    Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE

---

To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Plaintiff Dr. Anuj Peddada.

Dated at Denver, Colorado this 21st day of September 2023.

    RATHOD MOHAMEDBHAI LLC

    *s/ Qusair Mohamedbhai*
    Qusair Mohamedbhai
    2701 Lawrence St., #100
    Denver, CO 80205
    303-578-4400
    qm@rmlawyers.com

    ATTORNEY FOR PLAINTIFF