IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01921-RMR-MDB

DR. ANUJ PEDDADA

    Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO D/B/A CENTURA HEALTH-PENROSE-ST. FRANCIS HEALTH SERVICES; and,
COMMONSPIRIT HEALTH FOUNDATION D/B/A COMMONSPIRIT HEALTH

    Defendants.

## Stipulated Motion for Entry of Protective Order

Pursuant to Fed. R. Civ. P. 26(c)(1), the parties submit this stipulated motion for entry of a protective order limiting the disclosure of confidential information. As grounds for this stipulated motion, the parties state as follows:

1. During the course of discovery, the parties will be producing documents that are confidential. As a result, the parties agree that a protective order is warranted to protect the sensitive and confidential nature of such documents.

2. The parties have agreed to the terms of a Protective Order, a proposed form of which is submitted with this Motion.

3. The proposed Protective Order is substantially identical to the Court's Template Protective Order.

4. This lawsuit involves claims of unlawful retaliation in the employment context. Consequently, the parties anticipate that certain testimony and documents disclosed in this matter

may relate to information that is confidential and thereby implicate the common law and statutory privacy interests of the parties and related non-parties. Confidential information may include, without limitation, medical records, tax records, financial records, and personnel records.

5. As a result, a protective order is necessary to protect the Plaintiff, Defendants, and other persons not parties to this litigation from annoyance, embarrassment, and oppression.

6. A protective order permitting information be designated as confidential after a review of the information it contains and based on a good faith belief that the information is confidential or otherwise entitled to protection will "serve the interests of a just, speedy, and less expensive determination of complex disputes by alleviating the need for and delay occasioned by extensive and repeated judicial intervention." *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, 386 (D. Colo. 2000).

WHEREFORE, for the reasons set forth above, the parties respectfully request that the Court enter the proposed Protective Order in the form accompanying this motion.

Respectfully Submitted: November 9, 2023

| *Attorney for Plaintiff* | *Attorney for Defendants* |
|---|---|
| */s/ Iris Halpern*<br>Iris Halpern<br>RATHOD \| MOHAMEDBHAI LLC<br>2701 Lawrence Street, Suite 100<br>Denver, Colorado 80205<br>(303) 578-4400<br>ih@rmlawyers.com | */s/ Lindsay K. McManus*<br>Lindsay K. McManus<br>Hall, Render, Killian, Heath & Lyman, P.C.<br>999 17th Street, Suite 800<br>Denver, CO 80202<br>(303) 802-1293<br>lmcmanus@hallrender.com |