| | |
|---|---|
| **From:** | Qusair Mohamedbhai <qm@rmlawyers.com> |
| **Sent:** | Thursday, January 19, 2023 12:52 PM |
| **To:** | Sabey, Mark L.; Iris Halpern; Omeed Azmoudeh |
| **Cc:** | Siddhartha H. Rathod; Sebastiani, Crystal J.; Gibson, Rebecca S. |
| **Subject:** | Re: Peddada v. Centura - Returning Your Call |

We are downstairs in your lobby but the elevator will not let us go to your floor without a badge.

Best Regards,

Qusair Mohamedbhai
Rathod | Mohamedbhai LLC
2701 Lawrence Street, Suite 100
Denver, Colorado 80205
(303) 578-4400  t • (303) 578-4401  f
qm@rmlawyers.com • rmlawyers.com

**From:** Sabey, Mark L. <marksabey@hallrender.com>
**Sent:** Tuesday, January 17, 2023 1:53:59 PM
**To:** Iris Halpern <ih@rmlawyers.com>; Omeed Azmoudeh <oa@rmlawyers.com>
**Cc:** Siddhartha H. Rathod <sr@rmlawyers.com>; Qusair Mohamedbhai <qm@rmlawyers.com>; Sebastiani, Crystal J. <CSebastiani@hallrender.com>; Gibson, Rebecca S. <RGibson@hallrender.com>
**Subject:** RE: Peddada v. Centura - Returning Your Call

Iris,
I agree that it will count as deposition time in any future litigation.  How much time I will need is uncertain because I am in the middle of preparations. I estimate 2-3 hours at this point. We will certainly stop at 5 pm at the latest.
Thanks for the flexibility. I think it will help us at mediation. Much appreciated!!
--Mark

**Mark L. Sabey** | Attorney
marksabey@hallrender.com | vCard | @hallrender on Twitter

**Hall, Render, Killian, Heath & Lyman, P.C.**
**DENVER D:** (303) 801-3538 | **C:** (303) 995-5131 | **F:** (303) 801-3537

This message and any attachments are confidential and are subject to the attorney-client privilege and the privilege relating to attorney-client work product. It is intended only for the named recipient(s) and may be exempt from disclosure under other applicable law, as well. If you are not the intended recipient(s), you are notified that any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on the contents of this information is prohibited and may be unlawful. If you receive this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Hall Render hereby claims all applicable privileges related to this information.

**From:** Iris Halpern <ih@rmlawyers.com>
**Sent:** Tuesday, January 17, 2023 1:41 PM
**To:** Sabey, Mark L. <marksabey@hallrender.com>; Omeed Azmoudeh <oa@rmlawyers.com>
**Cc:** Siddhartha H. Rathod <sr@rmlawyers.com>; Qusair Mohamedbhai <qm@rmlawyers.com>; Sebastiani, Crystal J. <CSebastiani@hallrender.com>; Gibson, Rebecca S. <RGibson@hallrender.com>
**Subject:** Re: Peddada v. Centura - Returning Your Call

Hello Mark,

Attachment 2

While you initially requested an hour, we'd be okay with extending that so long as we have an agreement in place that this deposition time counts against your future deposition time in the event this case does not resolve and goes to litigation. How long were you thinking?

Iris

Iris Halpern
*She, Her, Hers*
Partner
**RATHOD | MOHAMEDBHAI LLC**
2701 Lawrence Street, Suite 100
Denver, Colorado 80205
(303) 578-4400 (t) / (303) 578-4401 (f)
ih@rmlawyers.com / rmlawyers.com

Apologies for any typos - this message is being sent by mobile phone.

**From:** Sabey, Mark L. <marksabey@hallrender.com>
**Sent:** Tuesday, January 17, 2023 8:01:11 AM
**To:** Iris Halpern <ih@rmlawyers.com>; Omeed Azmoudeh <oa@rmlawyers.com>
**Cc:** Siddhartha H. Rathod <sr@rmlawyers.com>; Qusair Mohamedbhai <qm@rmlawyers.com>; Sebastiani, Crystal J. <CSebastiani@hallrender.com>; Gibson, Rebecca S. <RGibson@hallrender.com>
**Subject:** RE: Peddada v. Centura - Returning Your Call

Hi Iris,
If we start the deposition at 1 pm, how long will Dr. Peddada be available? I know we talked about an hour or two, but as I prepare, I am realizing there are a fair number of topics to cover that will help us at the mediation. Also, Dr. Peddada's approach can impact the speed and productivity of the deposition significantly. How much flexibility do we have that day and how much time are you willing to grant? It is my hope that the deposition will help the parties and attorneys to come together on many of the basic facts and resolve this case at the mediation.
Thanks.
--Mark

**Mark L. Sabey** | Attorney
**marksabey@hallrender.com** | vCard | **@hallrender** on Twitter

**Hall, Render, Killian, Heath & Lyman, P.C.**
**DENVER D:** (303) 801-3538 | **C:** (303) 995-5131 | **F:** (303) 801-3537

This message and any attachments are confidential and are subject to the attorney-client privilege and the privilege relating to attorney-client work product. It is intended only for the named recipient(s) and may be exempt from disclosure under other applicable law, as well. If you are not the intended recipient(s), you are notified that any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on the contents of this information is prohibited and may be unlawful. If you receive this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Hall Render hereby claims all applicable privileges related to this information.

**From:** Iris Halpern <ih@rmlawyers.com>
**Sent:** Wednesday, January 11, 2023 2:18 PM
**To:** Sabey, Mark L. <marksabey@hallrender.com>; Omeed Azmoudeh <oa@rmlawyers.com>
**Cc:** Siddhartha H. Rathod <sr@rmlawyers.com>; Qusair Mohamedbhai <qm@rmlawyers.com>; Sebastiani, Crystal J. <CSebastiani@hallrender.com>; Gibson, Rebecca S. <RGibson@hallrender.com>
**Subject:** RE: Peddada v. Centura - Returning Your Call

It sure does! We will see you then.
Iris

**Attachment 2**

**Iris Halpern**
**Partner**
*She, Her, Hers*
**RATHOD | MOHAMEDBHAI LLC**
2701 Lawrence Street, Suite 100
Denver, Colorado 80205
(303) 578-4400 (t) / (303) 578-4401 (f)
ih@rmlawyers.com / rmlawyers.com

This email and/or attachments may contain confidential communications. If you are not the intended recipient, please notify the sender by reply email and delete the email and all copies immediately.

---

**From:** Sabey, Mark L. <marksabey@hallrender.com>
**Sent:** Wednesday, January 11, 2023 1:58 PM
**To:** Iris Halpern <ih@rmlawyers.com>; Omeed Azmoudeh <oa@rmlawyers.com>
**Cc:** Siddhartha H. Rathod <sr@rmlawyers.com>; Qusair Mohamedbhai <qm@rmlawyers.com>; Sebastiani, Crystal J. <CSebastiani@hallrender.com>; Gibson, Rebecca S. <RGibson@hallrender.com>
**Subject:** Re: Peddada v. Centura - Returning Your Call

Yes, it is still on for 1 pm at my office.  Does that still work for you?

---

**From:** Iris Halpern <ih@rmlawyers.com>
**Sent:** Wednesday, January 11, 2023 11:39:11 AM
**To:** Sabey, Mark L. <marksabey@hallrender.com>; Omeed Azmoudeh <oa@rmlawyers.com>
**Cc:** Siddhartha H. Rathod <sr@rmlawyers.com>; Qusair Mohamedbhai <qm@rmlawyers.com>; Sebastiani, Crystal J. <CSebastiani@hallrender.com>; Gibson, Rebecca S. <RGibson@hallrender.com>
**Subject:** Re: Peddada v. Centura - Returning Your Call

Hello Mark,

Just wanted to follow up on the logistics for the deposition on the 19th. I assume this is still on?

Hope you had a great new year!
Sincerely,
Iris

Iris Halpern
*She, Her, Hers*
Partner
**RATHOD | MOHAMEDBHAI LLC**
2701 Lawrence Street, Suite 100
Denver, Colorado 80205
(303) 578-4400 (t) / (303) 578-4401 (f)
ih@rmlawyers.com / rmlawyers.com

Apologies for any typos - this message is being sent by mobile phone.

---

**From:** Sabey, Mark L. <marksabey@hallrender.com>
**Sent:** Tuesday, December 13, 2022 3:38:59 PM
**To:** Iris Halpern <ih@rmlawyers.com>; Omeed Azmoudeh <oa@rmlawyers.com>
**Cc:** Siddhartha H. Rathod <sr@rmlawyers.com>; Qusair Mohamedbhai <qm@rmlawyers.com>; Sebastiani, Crystal J.

**Attachment 2**

<CSebastiani@hallrender.com>; Gibson, Rebecca S. <RGibson@hallrender.com>
**Subject:** RE: Peddada v. Centura - Returning Your Call

Iris,

Thanks for following up.  Let's plan on the 19th starting at 1 pm at my office.  We will make the arrangements.  Thanks!
--Mark

**Mark L. Sabey** | Attorney
**marksabey@hallrender.com** | vCard | **@hallrender** on Twitter

**Hall, Render, Killian, Heath & Lyman, P.C.**
**DENVER D:** (303) 801-3538 | **C:** (303) 995-5131 | **F:** (303) 801-3537

This message and any attachments are confidential and are subject to the attorney-client privilege and the privilege relating to attorney-client work product. It is intended only for the named recipient(s) and may be exempt from disclosure under other applicable law, as well. If you are not the intended recipient(s), you are notified that any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on the contents of this information is prohibited and may be unlawful. If you receive this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Hall Render hereby claims all applicable privileges related to this information.

---

**From:** Iris Halpern <ih@rmlawyers.com>
**Sent:** Monday, December 12, 2022 9:11 PM
**To:** Sabey, Mark L. <marksabey@hallrender.com>; Omeed Azmoudeh <oa@rmlawyers.com>
**Cc:** Siddhartha H. Rathod <sr@rmlawyers.com>; Qusair Mohamedbhai <qm@rmlawyers.com>
**Subject:** Re: Peddada v. Centura - Returning Your Call

Hello Mark,

Dr. Peddada is available January 16-19 for an in-person deposition. Please let me know which of those four dates work for you.

Sincerely,
Iris

Iris Halpern
*She, Her, Hers*
Partner
**RATHOD | MOHAMEDBHAI LLC**
2701 Lawrence Street, Suite 100
Denver, Colorado 80205
(303) 578-4400 (t) / (303) 578-4401 (f)
ih@rmlawyers.com / rmlawyers.com

Apologies for any typos - this message is being sent by mobile phone.

---

**From:** Sabey, Mark L. <marksabey@hallrender.com>
**Sent:** Friday, November 18, 2022 4:02:08 PM
**To:** Iris Halpern <ih@rmlawyers.com>; Omeed Azmoudeh <oa@rmlawyers.com>
**Cc:** Siddhartha H. Rathod <sr@rmlawyers.com>; Qusair Mohamedbhai <qm@rmlawyers.com>
**Subject:** RE: Peddada v. Centura - Returning Your Call

I meant either date works for us, not two days. Sorry for the ambiguity. Also, my client requires an in-person deposition.
Thanks,
Mark

**Attachment 2**

**Mark L. Sabey** | Attorney
marksabey@hallrender.com | **vCard** | **@hallrender** on Twitter

**Hall, Render, Killian, Heath & Lyman, P.C.**
**DENVER D:** (303) 801-3538 | **C:** (303) 995-5131 | **F:** (303) 801-3537

This message and any attachments are confidential and are subject to the attorney-client privilege and the privilege relating to attorney-client work product. It is intended only for the named recipient(s) and may be exempt from disclosure under other applicable law, as well. If you are not the intended recipient(s), you are notified that any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on the contents of this information is prohibited and may be unlawful. If you receive this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Hall Render hereby claims all applicable privileges related to this information.

**From:** Iris Halpern <ih@rmlawyers.com>
**Sent:** Friday, November 18, 2022 3:58 PM
**To:** Sabey, Mark L. <marksabey@hallrender.com>; Omeed Azmoudeh <oa@rmlawyers.com>
**Cc:** Siddhartha H. Rathod <sr@rmlawyers.com>; Qusair Mohamedbhai <qm@rmlawyers.com>
**Subject:** RE: Peddada v. Centura - Returning Your Call

Also Mark – just reread this email, do you want us to reserve two days for mediation – the 9th and 10th? Or did you mean either day works for you? Now that you bring it up, two days might be helpful, but I am not sure that's what you meant.

Thanks,
Iris


Iris Halpern
*She, Her, Hers*
Partner
**RATHOD | MOHAMEDBHAI LLC**
2701 Lawrence Street, Suite 100
Denver, Colorado 80205
(303) 578-4400 (t) / (303) 578-4401 (f)
ih@rmlawyers.com / rmlawyers.com

This email and/or attachments may contain confidential communications. If you are not the intended recipient, please notify the sender and delete the email and all copies immediately.

**From:** Sabey, Mark L. <marksabey@hallrender.com>
**Sent:** Friday, November 18, 2022 2:43 PM
**To:** Iris Halpern <ih@rmlawyers.com>; Omeed Azmoudeh <oa@rmlawyers.com>
**Cc:** Siddhartha H. Rathod <sr@rmlawyers.com>; Qusair Mohamedbhai <qm@rmlawyers.com>
**Subject:** RE: Peddada v. Centura - Returning Your Call

Hi Iris,
Mediation dates of Feb 9 and 10 work for us, as long as we can schedule an in person deposition of Dr. Peddada beforehand.  The topics would be related to the core issues in the case and Dr. Peddada's version of the events.  Please let us know dates of availability for an in person deposition.  Thanks!
--Mark

**Mark L. Sabey** | Attorney
marksabey@hallrender.com | **vCard** | **@hallrender** on Twitter

**Hall, Render, Killian, Heath & Lyman, P.C.**
**DENVER D:** (303) 801-3538 | **C:** (303) 995-5131 | **F:** (303) 801-3537

This message and any attachments are confidential and are subject to the attorney-client privilege and the privilege relating to attorney-client work product. It is intended only for the named recipient(s) and may be exempt from disclosure under other applicable law, as well. If you are not the intended recipient(s), you are notified that any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on the contents of this information is prohibited and may be unlawful. If you receive this message in

**Attachment 2**

error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Hall Render hereby claims all applicable privileges related to this information.

---

**From:** Iris Halpern <ih@rmlawyers.com>
**Sent:** Wednesday, November 16, 2022 2:32 PM
**To:** Sabey, Mark L. <marksabey@hallrender.com>; Omeed Azmoudeh <oa@rmlawyers.com>
**Cc:** Siddhartha H. Rathod <sr@rmlawyers.com>; Qusair Mohamedbhai <qm@rmlawyers.com>
**Subject:** RE: Peddada v. Centura - Returning Your Call

Mark,

Didn't realize Qusair wasn't cc-d to these emails. I've gone ahead and added him. To narrow it down a bit, seems like the best availability for the team on our side is February is the 9th and 10th if the mediation is going to be in person. Dr. Peddada is fine with a short deposition before the mediation – do you happen to have any idea what the topics would be? Also, if we could do the deposition by zoom, that might open up dates of availability.

Sincerely,
Iris


Iris Halpern
*She, Her, Hers*
Partner
**RATHOD | MOHAMEDBHAI LLC**
2701 Lawrence Street, Suite 100
Denver, Colorado 80205
(303) 578-4400 (t) / (303) 578-4401 (f)
ih@rmlawyers.com / rmlawyers.com

This email and/or attachments may contain confidential communications. If you are not the intended recipient, please notify the sender and delete the email and all copies immediately.

---

**From:** Iris Halpern
**Sent:** Wednesday, November 16, 2022 10:42 AM
**To:** Sabey, Mark L. <marksabey@hallrender.com>; Omeed Azmoudeh <oa@rmlawyers.com>
**Cc:** Siddhartha H. Rathod <sr@rmlawyers.com>
**Subject:** RE: Peddada v. Centura - Returning Your Call

Fortuitous timing Mark - I sent one with a few dates in January, but we got some additional dates in February based on our client's schedule, so here we go: 1/31/2023 and 2/1-2/3, 2/9, and 2/10/2023. Let us know if we need to get additional dates. I will discuss the one hour deposition with Dr. Peddada today and get back to you.

Sincerely,
Iris



Iris Halpern
*She, Her, Hers*
Partner
**RATHOD | MOHAMEDBHAI LLC**
2701 Lawrence Street, Suite 100

Attachment 2

Denver, Colorado 80205
(303) 578-4400 (t) / (303) 578-4401 (f)
ih@rmlawyers.com / rmlawyers.com

This email and/or attachments may contain confidential communications. If you are not the intended recipient, please notify the sender and delete the email and all copies immediately.

---

**From:** Sabey, Mark L. <marksabey@hallrender.com>
**Sent:** Wednesday, November 16, 2022 10:34 AM
**To:** Omeed Azmoudeh <oa@rmlawyers.com>
**Cc:** Siddhartha H. Rathod <sr@rmlawyers.com>; Iris Halpern <ih@rmlawyers.com>
**Subject:** RE: Peddada v. Centura - Returning Your Call

I think I saw an email from Iris about Katy Miller's schedule for a mediation, but I cannot find that now.  Did I dream that?  If not, would you please re-send it to me?

In addition, my client is likely to want a one-hour preliminary deposition of Dr. Peddada prior to the mediation. Can we arrange that?  It will, I believe, make settlement much more likely for reasons I can explain.

Thanks.
--Mark

**Mark L. Sabey** | Attorney
**marksabey@hallrender.com** | **vCard** | **@hallrender** on Twitter

**Hall, Render, Killian, Heath & Lyman, P.C.**
**DENVER D:** (303) 801-3538 | **C:** (303) 995-5131 | **F:** (303) 801-3537

This message and any attachments are confidential and are subject to the attorney-client privilege and the privilege relating to attorney-client work product. It is intended only for the named recipient(s) and may be exempt from disclosure under other applicable law, as well. If you are not the intended recipient(s), you are notified that any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on the contents of this information is prohibited and may be unlawful. If you receive this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Hall Render hereby claims all applicable privileges related to this information.

---

**From:** Omeed Azmoudeh <oa@rmlawyers.com>
**Sent:** Monday, October 24, 2022 2:23 PM
**To:** Sabey, Mark L. <marksabey@hallrender.com>
**Cc:** Siddhartha H. Rathod <sr@rmlawyers.com>; Iris Halpern <ih@rmlawyers.com>
**Subject:** Re: Peddada v. Centura - Returning Your Call

Thanks, Mark.  We'll plan to call you around 2:00 PM.

Omeed

---

**From:** Sabey, Mark L. <marksabey@hallrender.com>
**Sent:** Monday, October 24, 2022 12:16 PM
**To:** Omeed Azmoudeh <oa@rmlawyers.com>
**Cc:** Siddhartha H. Rathod <sr@rmlawyers.com>; Iris Halpern <ih@rmlawyers.com>
**Subject:** RE: Peddada v. Centura - Returning Your Call

Omeed,
Tomorrow I am open between 10 am and 5 pm except for the noon hour.
Thanks!
--Mark

**Attachment 2**

**Mark L. Sabey** | Attorney
marksabey@hallrender.com | vCard | @hallrender on Twitter

**Hall, Render, Killian, Heath & Lyman, P.C.**
**DENVER D:** (303) 801-3538 | **F:** (303) 801-3537

This message and any attachments are confidential and are subject to the attorney-client privilege and the privilege relating to attorney-client work product. It is intended only for the named recipient(s) and may be exempt from disclosure under other applicable law, as well. If you are not the intended recipient(s), you are notified that any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on the contents of this information is prohibited and may be unlawful. If you receive this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Hall Render hereby claims all applicable privileges related to this information.

---

**From:** Omeed Azmoudeh <oa@rmlawyers.com>
**Sent:** Friday, October 21, 2022 4:10 PM
**To:** Sabey, Mark L. <marksabey@hallrender.com>
**Cc:** Siddhartha H. Rathod <sr@rmlawyers.com>; Iris Halpern <ih@rmlawyers.com>
**Subject:** Peddada v. Centura - Returning Your Call

Hi Mark,

I'm one of the attorneys from RM on the Peddada matter.  We got your voicemail, and apologies for the delay - we're preparing for a trial.

We have good availability for a phone call on Tuesday.  Is there a time that day would work well for you?

Thanks,
Omeed

Omeed M. Azmoudeh | Attorney
**RATHOD MOHAMEDBHAI LLC**
2701 Lawrence Street, Suite 100
Denver, CO 80205
(303) 578-4400

**Attachment 2**