# Exhibits 6, 7, 11, 17, and 29 have been filed restricted access pursuant to the protective order governing this case.