## DECLARATION OF ANGELA SKINNER

I, Angela Skinner, certify under penalty of perjury that the following Declaration is true and correct to the best of my knowledge, information and belief.

1.      I am the Director of the Office of Medical Affairs for the Colorado/Utah/Kansas Division of CommonSpirit Mountain Region. Prior to the disaffiliation, I served in the same position for Centura Health for approximately 15 years. In that capacity, I was involved in the payor credentialing process for physicians becoming employed at Centura Health facilities including Penrose Hospital.

2.      In 2022, applications and agreements related to hiring and credentialing were always completed electronically, in accordance with Centura's policy requiring electronic completion and signing of such documents. A link to the documents would be sent electronically to the applicant so the applicant could review and sign them electronically.

3.      Submitted with this declaration as Document A is the application packet of Dr. Anuj Peddada for purposes of credentialing him for an employment position within the organization. This includes the Initial Application followed by numerous legal documents that Dr. Peddada needed to review, agree to and sign as part of becoming an employed physician. Document A shows that on April 26, 2022, Dr. Peddada received by email an application packet that he opened, then reviewed, signed and electronically submitted his Initial Application and 17 pages of legal documents at 2:39 p.m. MDT. Those documents included an Initial Application, Attestation and Signature of the Application, Acknowledgment and Authorization for Background Investigation, Continuing Education Attestation, Centura Information Technology Applications Subscriber Agreement, Confidentiality Agreement, Professional Liability Actions Disclosure, Acknowledgement of Centura Health Integrity Standards Agreement ("I have reviewed" and "agree to abide by the Integrity Standards"), Medical Staff Financial Conflict of Interest Disclosure and Certification, Medicare/Medicaid/Tricare Acknowledgement Statement, Patient Results/Reports Distribution Election, Point of Care Testing/Training Waiver, Colorado Health Care Professional Credentials Application—Authorization And Release Of Information Form, Request to Change DEA Address, and Request to Terminate Previous Insurance Affiliations.

4.      When an application is being completed by the provider, they will log in and complete the application and sign any additional documents attached to the application. Once the application is complete, all additional documents are signed, the provider will submit the application. The application and associated forms are marked as "signed" once the packet is submitted, so they all reflect the same signature time, although they may have been reviewed and agreed to at different times prior to submission.

5.      Document A is a true and correct copy of documents kept in the normal course of business created at the time they were emailed, signed and submitted.

This Declaration was executed on the 16TH day of June, 2025 in the State of Colorado.

_Angela Skinner_ (signature)

Angela Skinner

# Document A

Initial Application - Anuj V. Peddada

## Application Submission

### Submission Details

Agreement:       Yes
Signature:        Anuj V. Peddada, M.D.
Confirmation:     4384005195697b059839fd64a78772ebb997915a895fe8e549afb936dcec8db4
Date Submitted: 4/26/2022 1:39:44 PM

## Personal Information

### Personal Information

First Name: Anuj
Middle Name: V
Last Name: Peddada
Suffix:
Degree: MD
Degree2:
Degree3:
Salutation: Dr
Primary Specialty:
Birth Date: 11/19/1964
Gender: M
SSN: (not available)
NPI: 1508846668
Language 1: English
Language 2:

Birth Place: Simla, India
Citizenship: United States
Ethnicity:
Pager:
Answering Service:
Cell: (719) 279-1897
E-Mail: Anujpeddada@centura.org

## Alias

## Home Addresses

### Home Address

Address: 11 El Encanto Dr
Address 2:
City: Colorado Springs
State: CO
Postal Code: 80906

Country: United States
Telephone: (719) 475-1817
Fax:
E-Mail: anujpeddada@centura.org

## Office Address

### Office Address

Name of Clinical Practice:
AddressType: Office
Billing Address:
Primary Address:
Address: 9395 Crown Crest Blvd
Address 2:
City: Parker
State: CO
Postal Code: 80138
Country:

Mailing Address: N
Alternate Address:
Telephone: (303) 269-4975
Fax: (303) 269-4964
Backline:
Office Manager's Contact:
Office Manager's Telephone:
Office Manager's Fax:

Initial Application

Tax ID: 84-0762242

NPI:

Credentialing Contact Name:

Credentialing Contact Telephone:

Credentialing Contact Email:

Office Manager's Email:

## Office Address

Name of Clinical Practice:

AddressType: **Office**

Billing Address:

Primary Address:

Address: **2222 N Nevada Ave**

Address 2: **Ste CC101 Radiation Therapy D**

City: **Colorado Springs**

State: **CO**

Postal Code: **80907**

Country:

Tax ID: **84-0762242**

NPI:

Credentialing Contact Name:

Credentialing Contact Telephone:

Credentialing Contact Email:

Mailing Address: **N**

Alternate Address:

Telephone: **(719) 776-5281**

Fax: **(719) 776-2525**

Backline:

Office Manager's Contact:

Office Manager's Telephone:

Office Manager's Fax:

Office Manager's Email:

## Covering Providers

### Additional Information

## Hospital Affiliations

### Memorial Health System (UCHealth)

SourceID:

Name: **Memorial Health System (UCHealth)**

Address: **Medical Staff Office**

Address 2: **1400 E Boulder Street - Box 1326**

City: **Colorado Springs**

State: **CO**

Postal Code: **80909**

Country: **United States**

Start Date: **01/28/2000**

End Date:

Telephone: **(719) 365-5115**

Fax: **(719) 365-6884**

Email:

Website: **https://msowprodapp.uchealth.org/psv/**

Contact: **Radiology/Oncology**

## Undergraduate

## Graduate School

## Medical Education

### MedicalEducation

SourceID:

Name: **Louisiana State Univ School of Med- Hlth Sciences Ctr**

Address: **Registrar's Office**

Address 2: **P.O. Box 33932**

Telephone: **(318) 675-5205**

Fax: **(318) 675-4758**

Email: **shv@lsuhsc.edu**

Website:

City: Shreveport
State: LA
Postal Code: 71130
Country:
Start Date: 07/01/1986
End Date: 06/30/1990

Attention:
Degree Earned: Medical Doctor
Course of Study / Major: Internal Medicine
Status:
ECFMG Number:

## Internship

### Internship

SourceID:
Name: Louisiana State University Health Sciences Center
Address: Graduate Medical Education
Address 2: 1501 Kings Hwy
City: Shreveport
State: LA
Postal Code: 71130
Country:
Start Date: 07/01/1990
End Date: 07/01/1991

Telephone: (318) 675-5053
Fax: (318) 675-5666
Email:
Website:
Attention:
Program Director:
Degree Earned: Medical Doctor
Specialty: Internal Medicine
Status:

## Residency

### Residency

SourceID:
Name: Kaiser Foundation Hospital
Address: Graduate Medical Education
Address 2: 4747 Sunset Blvd
City: Los Angeles
State: CA
Postal Code: 90027
Country:
Start Date: 07/01/1991
End Date: 06/30/1994

Telephone: (323) 857-2645
Fax:
Email:
Website:
Attention:
Program Director: N/A
Degree Earned: Medical Doctor
Specialty: Radiation Oncology
Status: Completed

## Fellowship

## Gaps of Time

## Employment

### Radiation Oncology, PC

Initial Application

SourceID:
Name: Radiation Oncology, PC
Address: HR or Office Manager-Sharon Pierce
Address 2: PO Box 1899
City: Colorado Springs
State: CO
Postal Code: 80901
Country:
Start Date: 12/01/1999
End Date:
Reason for Leaving:
Eligible for Rehire:

Telephone: (719) 570-7675
Fax: (719) 471-9314
Email: radoncolgy@comcast.net
Website:
Supervisor: Radiology/Oncology
Contact:
Title/ Position Held:

## Military Service

## Teaching Appointments

## Other Professions

## Professional Peer References

### Patel, Jesal

First Name: Jesal
Last Name: Patel
Degree: MD
Telephone: (719) 473-3272
Fax:
E-Mail: jesal.patel@usoncology.com
Start Date of Association:
End Date of Association:

Address: 2222 N Nevada Avenue
Address 2: Pavilion
City: Colorado Springs
State: CO
Postal Code: 80907
Country: United States
Have you worked with this individual in the last two years?: Yes

### Jennings, Scott B.

First Name: Scott
Last Name: Jennings
Degree: MD
Telephone: (719) 576-4744
Fax: (719) 667-4112
E-Mail: scottjennings@outlook.com
Start Date of Association:
End Date of Association:

Address: 1625 Medical Center Pt
Address 2: Ste 100
City: Colorado Springs
State: CO
Postal Code: 80907-0907
Country:
Have you worked with this individual in the last two years?: Yes

### Monroe, Alan

First Name: Alan
Last Name: Monroe
Degree: MD
Telephone: (719) 776-5281
Fax: (719) 776-2525
E-Mail: alanmonroe@centura.org
Start Date of Association:
End Date of Association:

Address: 2222 N Nevada Ave
Address 2: Suite 101-CC
City: Colorado Springs
State: CO
Postal Code: 80907
Country: United States
Have you worked with this individual in the last two years?: Yes

### Matei, Michaela

First Name: Michaela
Last Name: Matei
Degree: MD

Address: 2222 N Nevada Ave
Address 2: RMCC
City: Colorado Springs

Telephone: (719) 577-2555

Fax:

E-Mail: michaela.matei@usoncology.com

Start Date of Association:

End Date of Association:

State: CO

Postal Code: 80907

Country: United States

Have you worked with this individual in the last two years?: Yes

## Specialty Boards and Professional Certifications

### Radiation Oncology

SourceID:

Name: American Board of Radiology (ABR)

Address: 5441 East Williams Blvd

Address 2:

City: Tucson

State: AZ

Postal Code: 85711

Country:

Specialty: Radiation Oncology

Specialization: AB-RAD: Radiation Oncology

Certificate Number:

Certification Status: Certified

Lifetime: N

Telephone: (520) 790-2900

Fax:

Email: Information@theabr.org

Website: http://www.theabr.org/

Exam Date:

Initial Certification: 06/07/1995

Recertification: 10/02/2010

Expiration Date: 03/01/2023

Maintenance of Certification: Y

## State Professional License

### State License (TX)

Type: State License

License Number: K6223

Issue Date: 08/22/1998

State: TX

Expiration Date: 02/28/2023

### State License (CO)

Type: State License

License Number: DR.0038130

Issue Date: 08/18/1999

State: CO

Expiration Date: 04/30/2023

## DEA (Drug Enforcement Administration) Registration

### DEA (CO)

Registration Number: BP3050565

Issue Date: 03/02/2010

Limitations: P

Type: DEA

State: CO

Expiration Date: 03/31/2025

Schedule: 2 2N 3 3N 4 5

## CDS (Controlled Dangerous Substance) Registration

## Other Credentials/Clinical Certifications/Prescriptive Authority

### EPCS-Identity Verified

Type: EPCS-Identity Verified

Number:

Issue Date: 03/17/2017

State:

Expiration Date:

Schedule:

Initial Application

Limitations: N

### Fluoroscopy Certificate of Training (CO)

Type: Fluoroscopy Certificate of Training
Number: Ewnvt1309287580
Issue Date: 06/28/2011
Limitations: N

State: CO
Expiration Date:
Schedule:

### GSA (Archived)

Type: GSA (Archived)
Number:
Issue Date: 08/08/2018
Limitations: N

State:
Expiration Date:
Schedule:

### OIG (Archived)

Type: OIG (Archived)
Number:
Issue Date: 08/08/2018
Limitations: N

State:
Expiration Date:
Schedule:

### State License (TX)

Type: State License
Number: K6223
Issue Date: 08/22/1998
Limitations: N

State: TX
Expiration Date: 02/28/2023
Schedule:

### State License (CO)

Type: State License
Number: DR.0038130
Issue Date: 08/18/1999
Limitations: N

State: CO
Expiration Date: 04/30/2023
Schedule:

### DEA (CO)

Type: DEA
Number: BP3050565
Issue Date: 03/02/2010
Limitations: P

State: CO
Expiration Date: 03/31/2025
Schedule: 2 2N 3 3N 4 5

## Health Immunizations and Vaccinations

### COVID Vaccine

Type: COVID Vaccine
Date Administered: 01/08/2021
Date Expired:

Result:
Comments:
Vaccination Status:

### Hepatitis B Immunization

Type: Hepatitis B Immunization
Date Administered: 01/01/1991
Date Expired:

Result: Other
Comments:
Vaccination Status:

### Influenza

Type: Influenza
Date Administered: 10/28/2021
Date Expired: 11/15/2022

Result: Other
Comments:
Vaccination Status:

Initial Application

## PPD

| | |
|---|---|
| Type: PPD | Result: Negative |
| Date Administered: 07/07/2011 | Comments: 01/21/2010 Screen |
| Date Expired: 07/07/2012 | Vaccination Status: |

## TB Gold Test

| | |
|---|---|
| Type: TB Gold Test | Result: Negative |
| Date Administered: 04/24/2008 | Comments: |
| Date Expired: | Vaccination Status: |

## TB Gold Test

| | |
|---|---|
| Type: TB Gold Test | Result: Negative |
| Date Administered: 01/21/2010 | Comments: |
| Date Expired: | Vaccination Status: |

## TB Gold Test - post screening

| | |
|---|---|
| Type: TB Gold Test - post screening | Result: Negative |
| Date Administered: 07/07/2011 | Comments: |
| Date Expired: | Vaccination Status: |

## TB Screening Form

| | |
|---|---|
| Type: TB Screening Form | Result: Other |
| Date Administered: 07/16/2020 | Comments: |
| Date Expired: | Vaccination Status: |

## Professional Liability Insurance

### Copic Insurance

| | |
|---|---|
| SourceID: | Telephone: (720) 858-6000 |
| Name: Copic Insurance | Fax: (720) 858-6000 |
| Address: | Email: jprodromides@copic.com |
| Address 2: P O Box 17540 | Website: |
| City: Denver | Retroactive Date: 12/06/1999 |
| State: CO | Coverage: $1,000,000.00 / $3,000,000.00 |
| Postal Code: 80217 | Terms: |
| Country: | |
| Policy Number: PCC0014625 | |
| Issued Date: 07/01/2021 | |
| Expiration Date: 07/01/2022 | |

## Malpractice Claims/Settlements/Judgements

## Files (documents to be included with application)

## Clinical Privileges

**If you do not wish to request any clinical privileges and are applying for Medical Staff membership only, please note this on the first page of the Delineation of Privileges form.**

If you wish to request clinical privileges, review the Delineations of Privileges carefully, to include qualification criteria and content of privilege/procedures. Request those privileges you wish to apply for by clicking on the check-box that is next to the appropriate privilege. If a specific number of cases is required to

qualified for the privilege, you must ensure evidence of your experience is included in your case log. You may also include more details about your request or qualifications in the **Comments** section.

## Attestation Questions

Please answer the following questions "yes" or "no". If your answer to any of the following questions prompts an explanation, please provide details and reasons including dates, as specified in each question.

*For the purpose of the following questions, the term "adverse action" means a voluntary or involuntary termination, loss of, reduction, withdrawal, limitation, restriction, suspension, revocation, denial, surrender, resignation, relinquishment, reprimand, censure, sanction, subject to probation, placed under special or intensified review, withdrawn or failed to proceed with an application, denied or recommended for denial, any such action pending or in progress, or non-renewal of membership, clinical privileges, academic affiliation or appointment or employment. "Adverse Action" also means, with respect to professional licensure registration or certification, any previously successful or currently pending challenges to such licensure, registration or certification including any voluntary or involuntary restriction, suspension, revocation, denial, surrender, non-renewal, admonishment, public or private reprimand, probation, consent order, reduction, withdrawal, limitation, relinquishment, or failure to proceed with an application for such licensure, registration, or certification.*

### Board and Professional Certification/Recertification

Instructions:

A. Please answer questions A1-A5 if you are NOT board certified. If you do not intend to apply for the certification examination, please attach reason on Explanation Form(s) onto the files section.

(not answered):

If you select an option in error, please select No and put "N/A" in the comments section.

1.

   1. If you are not currently certified, have you applied for the certification examination?

(not answered):

2.

   2. If you have not applied for the certification examination, do you intend to apply for the certification examination? If yes, when?

(not answered):

3.

   3. If you have applied for the certification examination, have you been accepted to take the certification examination?

(not answered):

4.

   4. If you have been accepted, when do you intend to take the examination?

(not answered):

5.

   5. If you are not currently certified, please provide the expiration date of admissibility.

Instructions:

Please answer questions B-D regardless of board certification status.

No:

6.

**B.** Have you ever had certification or eligibility denied, revoked, limited, restricted, suspended, involuntarily relinquished, subject to stipulated or probationary conditions, received a letter of reprimand from a specialty Board, or is any such action currently pending or under review? If yes, please explain and attach Explanation Form(s).

No:

7.

**C.** Have you ever voluntarily relinquished a certification, including any voluntary non-renewal of a time limited certification, including during a time of investigation? If yes, please explain and attach Explanation Form(s).

No:

8.

**D.** Have you ever failed a certification exam? If yes, explain.

### Licensure

No:

1.

   1. Has there been any challenge to your licensure, registration or certification?

No:

2.

   2. Has your license, registration, or certification to practice in your profession ever been voluntarily or involuntarily relinquished, denied, suspended, revoked, restricted, or have you ever been subject to a fine, reprimand, consent order, probation or any conditions or limitations by any state or professional licensing, registration, or certification board?

No:

3.

   3. Has your Federal DEA and/or State Controlled Dangerous Substances (CDS) certificate(s) or authorization(s) ever been challenged, denied, suspended, revoked, restricted, denied renewal, or voluntarily or involuntarily relinquished?

### Education and Training

No:
1.
1. Were you ever placed on probation, disciplined, formally reprimanded, suspended or asked to resign during an internship, residency, fellowship, preceptorship or other clinical education program? If you are currently in a training program, have you been placed on probation, disciplined, formally reprimanded, suspended, or asked to resign?

No:
2.
2. Have you ever, while under investigation or to avoid an investigation, voluntarily withdrawn or prematurely terminated your status as a student or employee in any internship, residency, fellowship, preceptorship, or other clinical education program?

## Other Sanctions or Investigations

Instructions:

This section to be completed by the Practitioner. Modification to the wording or format of these Attestation Questions will invalidate the Application. Please answer the following questions "yes" or "no". If your answer to any of the following questions is "yes", please provide details and reasons including dates, as specified in each question, on an Explanation Form and attach to the Application. For the purpose of the following questions, the term "adverse action" means a voluntary or involuntary termination, loss of, reduction, withdrawal, limitation, restriction, suspension, revocation, denial, surrender, resignation, relinquishment, reprimand, censure, sanction, subject to probation, placed under special or intensified review, withdrawn or failed to proceed with an application, denied or recommended for denial, any such action pending or in progress, or non-renewal of membership, clinical privileges, academic affiliation or appointment or employment. "Adverse action" also means, with respect to professional licensure registration or certification, any previously successful or currently pending
No: challenges to such licensure, registration or certification including any voluntary or involuntary restriction, suspension, revocation, denial, surrender, non-renewal, admonishment, public or private reprimand, probation, consent order, reduction, withdrawal, limitation, relinquishment, or failure to proceed with an application for such licensure, registration or certification.

A. To your knowledge, have you ever been the subject of an adverse action (or is an investigation or adverse action currently pending) by:

1.
1. a hospital or other healthcare facility (e.g., surgical center, nursing home, renal dialysis facility, etc.)?

No:
2.
2. a professional licensing body (in any jurisdiction for any profession)?

No:
3.
3. an education facility or program (e.g., dental or other healthcare professional school, residency, internship, etc.)?

No:
4.
4. a professional organization or society?

No:
5.
5. a private, federal, or state agency regarding your participation in a third party payment program (Medicare, Medicaid, Health Maintenance Organization (HMO), Preferred Provider Organization (PPO), Preferred Hospital Organization (PHO), Provider-Sponsored Health Care Corporations (PSHCC), network, system, managed care organization, etc.)?

No:
6.
6. a state or federal agency (DEA, etc.) regarding your prescription of controlled substances?

No:
7.
B. To your knowledge, have you ever been the subject of any report(s) to a state or federal data bank or state licensing or disciplining entity, including the National Practitioner Data Bank or Healthcare Integrity and Protection Data Bank?

No:
8.
C. 1.Have you ever involuntarily resigned, terminated, had revoked or denied, suspended, restricted, denied renewal, surrendered, or had any other disciplinary conditions applied toward medical staff privileges or employment from a hospital, group practice or other healthcare facility or medical staff?

No:
9.
2. Have you ever voluntarily resigned, terminated, or surrendered medical staff privileges or employment from a hospital, group practice, or other healthcare facility or medical staff to avoid disciplinary action or investigation, or while under investigation, or while such an investigation is/was pending?

No:
10.
D. Have you ever been suspended, fined, disciplined, investigated, expelled, sanctioned or otherwise restricted or excluded from participating in any private, federal or state health insurance program (for example, Medicare or Medicaid) or are any such proceedings in progress?

No:
11.
E. Has any professional review organization under contract with Medicare or Medicaid ever made an adverse quality determination concerning your treatment rendered to any patient or are any such proceedings in progress?

No:
12.
F. Have you ever been convicted of, pled guilty to, or pled nolo contendere to any felony or misdemeanor that is reasonably related to your qualifications, competence, functions, or duties as a healthcare professional or are you currently under indictment or currently have pending against you any such charges?

No:
13.
G. Have you ever been convicted of, pled guilty to, or pled nolo contendere to any felony or misdemeanor that alleged fraud, an act of violence, child abuse, or a sexual offense or sexual misconduct or are you currently under indictment or currently have pending against you any such charges?

No: 14.

**H.** In the last ten years, have you been found liable or responsible for or named in any civil offense that is reasonably related to your qualifications, competence, functions, or duties as a healthcare professional or that alleged fraud, an act of violence, child abuse, or a sexual offense or sexual misconduct?

15.

No: **I.** Have you ever been court-martialed for actions related to your duties as a healthcare professional?

16.

No: **J.** Have you ever received sanctions from or are you currently the subject of investigation by any regulatory agencies (e.g., CLIA, OSHA, etc)?

17.

No: **K.** Are you currently being investigated or have you ever been sanctioned, reprimanded, or cautioned by a military hospital, facility, or agency, or voluntarily terminated or resigned while under investigation or in exchange for no investigation by a hospital or healthcare facility of any military agency?

18.

No: **L.** Are you currently the subject of an investigation by any hospital, licensing authority, DEA or CDS authorizing entities, education or training program, Medicare or Medicaid program, or any other private, federal or state health program or a defendant in any civil action that is reasonably related to your qualifications, competence, functions, or duties as a medical professional for alleged fraud, an act of violence, child abuse, or a sexual offense, or sexual misconduct?

## Professional Liability Insurance Information and Claims History

Instructions:

If you answer yes to any of the following questions, please provide full details and documentation.

No: 1.

1. Have you ever been assessed a surcharge, or rated in a high-risk class for your specialty, by your professional liability insurance carrier, based on your individual liability history?

2.

No: 2. Have you had any professional liability actions (pending, settled, arbitrated, mediated or litigated) within the past 10 years? If yes, provide information for each case.

3.

No: 3. Has your professional liability insurance coverage ever been terminated, not renewed, cancelled, limited, restricted, modified, or altered by action of the insurance company? If yes, please provide more details such as date, name of company(s), and basis for coverage change.

4.

No: 4. Have you ever been denied coverage? If yes, please provide details.

5.

No: 5. Has your present professional liability insurance carrier excluded any specific procedures from your insurance coverage? If yes, please identify procedures and provide details.

6.

No: 6. Are any professional liability (i.e., malpractice) claims, suits, settlements or arbitration proceedings involving you currently pending? If yes, date:

7.

No: 7. Are you aware of any formal demand for payment or similar claim submitted to your insurer that did not result in a lawsuit or other proceeding alleging professional liability? If yes, date:

## Ability to Perform Job

Instructions:

Please answer each of the following questions in full.

1.

No: 1. Do you currently have any physical or mental condition(s) that may affect your ability to practice or exercise the clinical privileges or responsibilities typically associated with the specialty and position for which you are submitting this Application? If the answer to this question is "YES", please give full explanation of the specific details on an Explanation Form and attach the application.

(Note: physical or mental condition(s) include, but are not limited to, current alcohol or drug dependency, current treatment or monitoring programs for alcohol or drug dependency, medical limitation of activity, workload, etc., and prescribed medications that may affect your clinical judgment or motor skills.)

2.

2. Are you currently in a treatment or monitoring program(s) for a physical or mental condition that may affect your ability to practice or exercise the clinical privileges or responsibilities typically associated with the specialty and position for which you are submitting this application? If the answer to this question is "YES", please give a full explanation of the specific details, including dates of treatment or monitoring, on an Explanation Form and attach to

No: the Application.

(Note: Physical or mental condition(s) include, but are not limited to, current alcohol or drug dependency, current treatment or monitoring programs for alcohol or drug dependency, medical limitation of activity, workload, etc., and prescribed medications that may affect your clinical judgment or motor skills.)

No: 3.

4/29/25, 4:35 PM                                                Initial Application

3. Are you currently engaged in the illegal use of drugs?

(Note: Currently means sufficiently recent to justify a reasonable belief that the use of drugs may have an ongoing impact on one's ability to practice your profession. It is not limited to the day of, or within a matter of days or weeks before the date of application, rather that it has occurred recently enough to indicate the individual is actively engaged in such conduct. "Illegal use of drugs" refers to drugs whose possession or distribution is unlawful under the Controlled Substances Act, 21 U.S.C. 812.22. It "does not include the use of a drug taken under supervision by a licensed healthcare professional, or other uses authorized by the Controlled Substances Act or other provision of Federal Law." The term does include, however, the unlawful use of prescription controlled substances and alcohol).

4.

No:     4. Do you use any chemical substances that would in any way impair or limit your ability to practice medicine and perform the functions of your job with reasonable skill and safety?

5.

No:     5. Do you have any reason to believe that you would pose a risk to the safety or wellbeing of your patients?

6.

Yes:    6. Are you able to perform all the essential functions of the position for which you are applying, safely and according to accepted standards of performance, with or without reasonable accommodation? If reasonable accommodation is required, please specify in the comments section

## Medical History

Instructions:

A. Please document your current TB status by checking the applicable boxes below:

Yes: 1.

1. I have had a TB test within the last 12 months and the test was negative. Documentation attached. I have not experienced new risk factors for TB nor am I experiencing symptoms of active TB since my last TB test.

2.

No:     2. I have had a history of previous infection with Mycobacterium Tuberculosis or a positive TB test but I have since had a chest x-ray which was read as normal. Documentation attached. I currently have no symptoms of active disease and have not experienced new risk factors for TB in the past year.

3.

No:     3. I currently have active TB disease which is being adequately treated. Applicable documentation is attached.

4.

No:     4. Other

Instructions:

B. The Colorado Board of Health requires licensed healthcare facilities to annually report their healthcare worker influenza vaccination rate and achieve a vaccination rate of at least 90%. To facilitate compliance with this rule, some healthcare facilities may require annual influenza vaccination of employees and staff.

Yes:    5.

If this facility must comply with the Colorado Board of Health requirements, I agree to provide proof of influenza vaccination or a medical exemption before practicing at this facility.

## Review Application, Sign and Submit

By signing this Application, I certify, agree, understand and acknowledge the following:

1. The information in this entire Application, including all subparts and attachments, is complete, current, correct, and not misleading.
2. Any misstatements or omissions (whether intentional or unintentional) on this Application may constitute cause for denial of my Application or summary dismissal or termination of my clinical privileges, membership or practitioner participation agreement without right of hearing.
3. I have reviewed the information in this Application on the most recent date indicated below and it continues to be true and complete.
4. While this Application is being processed, I agree to update the information originally provided should there be any change in the information.
5. A photocopy of this Application, including this attestation, the authorization and release of information form and any or all attachments has the same force and effect as the original.
6. No action will be taken on this Application until it is complete and all outstanding questions with respect to the Application have been resolved.
7. I acknowledge that each Centura Entity has its own criteria for acceptance, and I may be accepted or rejected by each independently. I further acknowledge and understand that my cooperation in obtaining information and my consent to the release of information do not guarantee that any Entity will grant me clinical privileges or contract with me as a provider of services. I understand that my application for Participation with the Entity is not per se an application for employment with the Entity and that acceptance of my application by the Entity may not result in my employment by the Entity.
8. I understand and agree that I will notify all credentialing entities to which I have submitted this Uniform Application of any and all changes to the information contained in this Application

To submit your application, ensure that all areas have been completed and all requested documents and forms have been included, then select **'Submit Application'**.

Your application and documents may be saved to your computer and/or printed from the **Main Login Screen** after you submit your application by pressing **'Summary'** or **'View'** on the **Main Page**.

Initial Application

**Final Steps:**

1. Check the Applicant's Acknowledgement checkbox below.
2. Enter your complete and legal name below, indicating that you have read and agree to be bound by the statements displayed below.
3. Click **'Submit Application'** to notify Centura that your application submission is complete.

**IMPORTANT NOTES:**

Once your application has been submitted, you may go back to edit your data by pressing **'Unsubmit'** on the **Main Page**. You can return to this site to print your application and documents.

We are ready, willing and able to assist you with this application and credentialing process. Please contact us at 303-673-7180, or via email at CenturaMDStaff@Centura.Org.

We look forward to receiving your completed application.



# ACKNOWLEDGMENT AND AUTHORIZATION FOR BACKGROUND INVESTIGATION

I acknowledge receipt of the separate documents entitled DISCLOSURE REGARDING BACKGROUND INVESTIGATION, DISCLOSURE FOR INVESTIGATIVE CONSUMER REPORT (if applicable), A SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT and OTHER STATE LAW NOTICES and certify that I have read and understand those documents. I hereby authorize the obtaining of "consumer reports" and/or "investigative consumer reports" by Centura Health (the "Company") at any time after receipt of this authorization and throughout my employment, if applicable. To this end, I hereby authorize, without reservation, any law enforcement agency, administrator, state or federal agency, institution, school or university (public or private), information service bureau, employer, or insurance company to furnish any and all background information requested by **Sterling Infosystems Inc. 4511 Rockside Road, 4th Floor, Independence, OH 44131. 1.866.338.6739** [www.sterlingcheck.com](http://www.sterlingcheck.com) and/or the Company. I agree that a facsimile ("fax"), electronic or photographic copy of this Authorization shall be as valid as the original.

Print Name:  Anuj V Peddada, M.D.

Signature:  _Anuj Peddada_
Anuj Peddada (Apr 26, 2022 14:39 MDT)

Date:  04/26/2022



# CONTINUING EDUCATION

Ongoing medical/clinical education, relevant to the clinical practice/privileges being requested, is an expectation of all credentialed providers within all Centura facilities. Applicants who have completed formal medical/clinical training (e.g. residency, fellowship, NP program, etc.) within the past two years are exempt from this requirement.

Please note that some hospitals have specialty-specific or privilege-specific education requirements stated in their Delineations of Privileges (e.g. Obstetrics, Pediatrics, etc.) which must be met.

As well, providers who participate in certain Centers of Excellence or Accredited programs (e.g. Trauma Services, Stroke, Sepsis, etc.) at any Centura facility must comply with each program's continuing education/training requirements, which includes submitting attendance certificates from courses relevant to those programs. Please contact the Clinical Coordinators for each of these programs to understand the requirements and submit these certificates.

## Attestation of Participation *(all applicants must complete and sign)*

[■]    I have participated in ___150___ hours of continuing education/training over the past two years. The contents of these educational hours are relevant to the clinical privileges I have requested. I understand that documentation to support my participation in these courses must be provided upon request.

**OR**

[ ]    I have completed formal medical/clinical training within the past two years; thus, I am exempt from this requirement.

*Anuj Peddada*
Anuj Peddada (Apr 26, 2022 14:39 MDT)
Applicant's Signature

Apr 26, 2022
Date

*Revised 9-2020*

## XIII. ATTESTATION AND SIGNATURE

*By signing this Application, I certify, agree, understand and acknowledge the following:*

1. The information in this entire Application, including all subparts and attachments, is complete, current, correct, and not misleading.
2. Any misstatements or omissions (whether intentional or unintentional) on this Application may constitute cause for denial of my Application or summary dismissal or termination of my clinical privileges, membership or practitioner participation agreement without right of hearing.
3. A photocopy of this Application, including this attestation, the authorization and release of information form and any or all attachments has the same force and effect as the original.
4. I have reviewed the information in this Application on the most recent date indicated below and it continues to be true and complete.
5. While this Application is being processed, I agree to update the information originally provided should there be any change in the information.
6. No action will be taken on this Application until it is complete and all outstanding questions with respect to the Application have been resolved.
7. I acknowledge that each Entity has its own criteria for acceptance, and I may be accepted or rejected by each independently. I further acknowledge and understand that my cooperation in obtaining information and my consent to the release of information do not guarantee that any Entity will grant me clinical privileges or contract with me as a provider of services. I understand that my application for Participation with the Entity is not per se an application for employment with the Entity and that acceptance of my application by the Entity may not result in my employment by the Entity.
8. I understand and agree that I will notify all credentialing entities to which I have submitted this Uniform Application of any and all changes to the information contained in this Application

**This attestation statement and Application must be signed no more than 180 days prior to the credentialing decision date.**

Please print your name:     Anuj V Peddada, M.D.

*Anuj Peddada*
Anuj Peddada (Apr 26, 2022 14:39 MDT)
Signature

Date    04/26/2022

1

Effective 12/15/2017



## CENTURA INFORMATION TECHNOLOGY APPLICATIONS SUBSCRIBER AGREEMENT

**Please answer the following questions:**

1. Has this person had access to Centura Health's EHR previously at another office?     Yes◯ No ⬤
If "Yes," which office? _____

2. Is this person replacing someone who is no longer with the practice/office?     Yes◯ No ⬤
If "Yes" whom? N/A _____

To enhance our collaborative effort to provide high quality and efficient health care to the communities we serve, the following will help to identify expectations concerning the use of electronic patient care applications and technologies. This Agreement is designed to be comprehensive to avoid the need to sign multiple agreements and to address security, privacy and confidentiality issues. It covers all currently installed Centura clinical and   business applications. It also covers wired and wireless networks, hardware such as computers and printers.

### Introduction
To promote improved healthcare to the community, Centura Health Corporation ("Centura") in collaboration with other healthcare community members, has established an internet Portal through which authorized physicians and clinicians may access clinical, operational and financial applications, content and links. These applications include, but are not limited to Portal, PowerChart, the Clinical Information System, RIS/PACS and any like or similar electronic applications, hardware or systems ("Applications"). The terms of participation in the use of these Applications are set forth in this Subscriber Agreement ("Agreement").

### 1. LICENSE GRANT
Centura grants you a non-exclusive, non-assignable license to use these Applications, and to use future updates, modifications, enhancements, and new products developed, owned or licensed by Centura or other third parties that are generally available in support of these Applications. The terms of this Agreement apply only to all the Applications. At this time, you will not be charged a fee for use of these. In the future and after written notice to you, Centura may charge a fee for use of any portion or all the current Applications, or any future updates, modifications, enhancements, and new products. The Applications are licensed by third parties to Centura, and the terms and conditions of the specific licenses granted to Centura control the Agreement and use of the Applications. Centura cannot provide any greater scope of license than that provided by the third-party licensor, and the terms and conditions of the underlying third-party license control and supersede the Agreement always. By signing below and using the Applications, you agree to use the Applications only for their intended purposes and in a manner, that will guard against misuse of confidential patient information. For example, you should not risk the confidentiality of patient information by allowing others to use your electronic devices containing clinical information or risk placing the clinical information contained in the Applications in an incorrect patient chart or record.

### 2. USER SUPPORT OF THE APPLICATIONS
Centura and its hospitals will support the use of the Applications. This support includes continuous 24-hour telephone helpdesk to assist in problems related to access and use. Support of the computer workstation, connectivity to the Internet, printers, Internet browser applications and other applications on the user's computer or device are not supported by Centura.

Revised 11/2020

**3. PROPERTY RIGHTS**

The Applications and all other related documentation are proprietary products of Centura and its licensors, subject to copyright, trademark, and other intellectual property laws. Centura grants no transfer of ownership or license in the proprietary products of Centura and its licensors other than that specifically set forth in this Agreement. Notwithstanding the license grant, Centura and its licensors retain all their ownership and license rights in licensors. Nothing in this Agreement grants you any rights, license or interest with respect to the source code of these applications. You shall not copy, duplicate, reverse engineer, reverse compile, disassemble, record, or otherwise reproduce any part of these Applications, nor attempt to do any of the foregoing. You shall not use these Applications for any purpose except for use and operation for ordinary business purposes within the terms of this Agreement. All records of the transmission of any data as the result of your use of these Applications are the property of Centura and shall remain the property of Centura, even if this Agreement is terminated by either party. Databases accessed through these Applications are the property of the applicable content owner and applicable laws protects ownership and related rights in the databases. The license granted under this Agreement give you no right to such content and requires that you use the Applications only as intended and within the scope of such grant.

**4. COPIES**

You shall not make copies of these Applications. Upon termination of this Agreement, you will cease use of these Applications, and delete the data from your file structures. You will not make copies of any user guides and instructional materials and other related documentation except as necessary for use of these Applications within the terms of this Agreement. All copies of user guides or instructional materials and other related documentation are strictly proprietary and confidential and shall not be copied, reproduced or distributed to any non-Centura facility or employee and shall be returned to Centura upon termination of this Agreement.

**5. NETWORK SOFTWARE COPYRIGHT NOTICES**

You agree not to remove, alter, reproduce, or destroy any proprietary, trademark or copyright markings or notices placed upon or contained within these Applications and any user guides or instructional materials, and other related documentation.

**6. TRADEMARKS**

You shall acquire no rights of any kind in or to any trademark, trade name, logo or product designation used about these Applications. You shall cease to use the markings, or any similar marking, in any manner on the expiration or other termination of this Agreement.

**7. NO WARRANTY**

These Applications are licensed to you "AS IS" and without any warranties expressed, implied or statutory. Centura and its licensors do not warrant the accuracy, completeness, noninfringement, title, merchantability or fitness for a purpose of these Applications or their use. You recognize and acknowledge that these applications are used as tools to facilitate clinical care and are not intended to be relied upon as a substitute for professional, clinical judgment.

**8. LIMITATION OF LIABILITY**

Centura and its licensors acknowledge that this Agreement provides you the ability to access information, whether clinical or other, and that Centura and its licensors will not be liable to you or to other third parties for indirect, direct, incidental, consequential, special, punitive, or exemplary damages of any kind as a result of incorrect clinical decision or adverse patient outcome and any breach of any term of this Agreement (including misuse of any application or careless use of electronic devices such as loss of such devices) or with respect to any and all claims arising from or related to the subject matter of this Agreement whether in contract, tort, or otherwise, and Centura's and its licensors' aggregate liability arising out of or related to this agreement shall not exceed the total amounts payable by you hereunder, subject to applicable state law. Centura has no responsibility for the content, accuracy, or interpretation of any communication facilitated by use of these Applications or information databases available through these Applications. Centura has no responsibility for any action taken by you, including but not

Revised 11/2020

limited to any health care administered by you in reliance of any communication facilitated by use of these Applications or information databases available through these applications. Centura has no responsibility for unauthorized access to or use of these Applications from your electronic devices. Centura has no responsibility for unauthorized disclosure or patient information by anyone accessing or using your computer(s) or facsimile machine(s). Centura has no responsibility for compiling storing, or maintaining patient files of any kind. Centura has no responsibility for obtaining proper patient consents, releases and/or authorizations for you to use these Applications to facilitate electronic communication of confidential patient information.

**9. APPLICATIONS ACCESS AND UTILIZATION**
You are responsible for providing access to the Internet 24 hours per day, seven days per week. Centura shall have no liability for the performance of such connection to access to these Applications. You agree to follow the instructions and standards for use of these Applications set forth in the learning sessions and documentation and other related documentation.

**10. LENGTH OF AGREEMENT**
This is a month-to month Agreement. Either party may terminate this Agreement for any reason at the end of any month by notifying the other party in writing by U.S. Mail, courier, or facsimile, or electronic mail. Centura has the right to terminate your access to these Applications immediately if you or anyone using your computer(s), Internet connection or facsimile machine(s) breaches or otherwise fails to honor any obligation hereunder, or if an entity's sponsorship of you terminates.

**11. AUTHORIZED COMMUNICATION**
You authorize communication of patient identifiable information through use of these Applications from and with all individuals and entities that are authorized to use these Applications, and further authorize inclusion of your name or entity in such individuals' and entities' subdirectories. You acknowledge that these Applications are intended for communication between the sponsoring hospital or facility and its subscribers; that any unintended or unauthorized use by you to communicate confidential patient information may compromise the security of the patient information; and that you will be responsible and liable for any such unauthorized disclosure.

**12. APPLIED TO ALL USERS**
The terms of this Agreement apply to each person or entity who accesses these applications on your computer(s) or facsimile machine(s). You shall have responsibility to ensure compliance with the terms of this Agreement by each such user.

**13. USER AUTHENTICATION**
As a user of these Applications, you will enter the Applications by identifying yourself. Currently, you will have a personal user identification name and password to enter these Applications. Your personal user identification and password may not be shared with any other user. You shall take all reasonable steps necessary to safeguard all assigned passwords including, but not limited to, establishing and enforcing reasonable procedures to ensure that all persons who are assigned passwords maintain their confidentiality and otherwise limit the use of these Applications to prevent unauthorized access and use. In the future, you may be asked to authenticate your identification through other means. These may include biometric identification such as fingerprint, recognition and random password generation keyrings.

**14. PATIENT INFORMATION**
All patient information accessed via these Applications is absolutely confidential and is never to be viewed by or disclosed to anyone other than authorized persons who have a legitimate need to know the information in accordance with applicable law.
Patient information is legally and ethically considered privileged information and is protected by law. You agree to indemnify and hold Centura harmless against any claim or penalty arising because of your intentional, reckless or willful misuse of protected health care information or your failure to comply with this Agreement.

Revised 11/2020

**15. ASSIGNMENT**

Centura may assign part of any rights, duties, and obligations under this Agreement to any Centura affiliate. This Agreement is personal to you, and you may not assign your right or obligations to anyone.

**16. MODIFICATION**

Centura reserves the right to modify the terms and conditions of the use of these Applications, including, if required by federal law, charges, and to introduce new terms, conditions, and charges. Such modifications and introduction of new terms, conditions, and charges shall become effective only after notice to you. Notice may be by U.S. mail, courier, facsimile, or electronic mail. You agree that your continued use of these Applications after the publication of the notice shall conclusively be deemed to be the acceptance of the modified terms and conditions.

**17. NO OBLIGATION TO REFER**

The intent and purpose of this Agreement is to promote and facilitate patient care through improved access to timely and comprehensive patient data needed for core delivery of health care. Nothing contained in this Agreement should be construed as an inducement or reward for patient referral. On the contrary, the subscriber under this Agreement has no obligation to refer patients to hospitals of Centura.

**18. SEVERABILITY**

If any provision of this Agreement is determined to be invalid or unenforceable, such invalidity shall not affect other provision of this Agreement.

**19. LIABILITY**

You agree that you shall be liable for any and all claims, costs, and expenses, arising from and out of your alleged negligent act(s) or omission(s) and those of your agents or employees, in the performance of your obligations under this Agreement. Centura shall be liable for any and all claims, costs, and expenses, arising from and out of an alleged negligent act(s) or omission(s) of Centura, its agents or employees, in the performance of its obligations under this Agreement.

**20. COMPLIANCE WITH CENTURA HEALTH POLICIES AND PROCEDURES**

You agree to use the software in a manner consistent with all applicable provisions of law and other rules and regulations of governmental authorities regarding the licensure, regulation and accreditation of physicians and hospitals and in compliance with all applicable policies, rules and regulations of Centura Health, including but not limited to the "Epic Clinical Workstations Policy," as they may be amended from time to time.

**21. COMPLIANCE WITH FEDERAL AND STATE CONFIDENTIALITY REQUIREMENTS**

You acknowledge and agree that all patient records shall be subject to the confidentiality and disclosure provisions of federal and state laws, regulations, and ordinances and agree to maintain the confidentiality of all such records in accordance with such laws. This provision shall survive the termination of this Agreement.

**22. GOVERNING LAW**

This Agreement shall be governed by and construed in accordance with the laws of the State of Colorado.

**23. ENTIRE AGREEMENT**

This Agreement and its attachments constitute the entire agreement between the parties with respect to the subject matter hereof and supersedes all prior agreements or understandings of the parties relating thereto.

**24. COUNTERPARTS**

This Agreement may be signed in any number of counterparts, each of which shall be an original, with the same effect as if the signature thereto and hereto were upon the same instrument. Signature of this Agreement may be communicated by facsimile transmission. If executed in counterparts, the Agreement shall be effective as if simultaneously executes.

Revised 11/2020

**25. MAINTENANCE AND SUPPORT**

You understand and acknowledge that support services provided by Centura Health personnel or any IT support personnel may conceivably result in certain programs or functions of your personal computer not functioning properly, and you understand and acknowledge that this result may occur through no fault of the personnel of Centura Health. Knowing and understanding the risk of accepting the support services of personnel of Centura Health, you assume all responsibility and risk for any damage to my personal computer that may result from those services. Furthermore, you agree in advance to release, waive, forever discharge, and covenant not to sue Centura Health, any of its employees, officers, or agents from and against any and all liability for any harm, injury, damage, claims, demands, actions, causes of action, costs, and expenses of any nature that may result from support services you accept for your personal computer.

**26. ELECTRONIC SIGNATURE**

The undersigned represents and warrants that he/she is the only individual who will use the designated account, personal identification number, and/or password to view patient information, enter orders or clinical information, or otherwise sign documents using an electronic signature.

In signing this subscriber agreement, you acknowledge and represent that you have fully informed yourself of the content of the foregoing waiver of liability by reading it before you sign it, and you understand that you sign this document as your own free act and deed; no oral representations, statements, or inducements, apart from the foregoing written statement, have been made.

Practice Name: Radiation Oncology, P.C.

Applicant Name: Anuj V Peddada, M.D.

Applicant Signature: *Anuj Peddada*
Anuj Peddada (Apr 26, 2022 14:39 MDT)     Today's Date: 04/26/2022

Revised 11/2020



# CONFIDENTIALITY AGREEMENT

Centura Health ("Centura") recognizes the importance of protecting sensitive, confidential, and proprietary information concerning its patients and their families, its associates, and its business operations, transactions, and relationships ("Confidential Information"). To protect the trust of our customers and patients, maintain respect for all persons, and comply with legal and regulatory requirements, it is the obligation of every associate, care provider, student, volunteer, contractor, and other non-employee ("User") to safeguard Confidential Information. As a User, I agree to the following:

1. I will protect the security and confidentiality of all Confidential Information shared with me or acquired by me. I will not use Confidential Information or disclose Confidential Information to any third party, within or outside Centura, except to the extent necessarily required to perform my assigned job duties and as authorized by law or Centura policy. I will not discuss Confidential Information outside of the facility, in public areas, or any place where I may be overheard, or with any other individual not involved in the scope and performance of my duties.

2. I will not access or attempt to access Confidential Information other than that information that I have been authorized to access and have a need-to-know in order to perform my job.

3. If I will have access to Centura's computer systems, applications, and network, I also agree that:

> a. I may be issued a computer user-ID and password. This user-ID and password is unique to me. I will not share my user-ID and password with any other person, nor will I attempt to use any other person's user-ID. All system accesses and entries that I make are monitored. I am responsible for any and all activity performed using my user-ID.

> b. I will log off of any systems that contain or provide access to Confidential Information as soon as I am finished using such system in order to prevent unauthorized access. I will not print or copy Confidential Information unless specifically authorized to do so.

> c. If at any time I believe my password security may have been violated, I will immediately contact the Centura Customer Support/Help Desk or Data Security Team.

4. There are various security codes and passwords belonging to Centura's physical premises or equipment that I may be given in the course and scope of my duties. These codes and/or passwords are confidential and are subject to the terms of this Agreement.

5. I understand that my failure to comply with applicable laws and hospital policies or unauthorized or indiscriminate use or disclosure of Confidential Information, user-IDs or passwords, access codes, or any violation of this Agreement, may subject me to corrective action up to and including termination of my employment, contract, or status at Centura and/or suspension or loss of privileges. In addition, violations of law may be reported to law enforcement officials and may lead to civil and criminal penalties under HIPAA and other State and federal laws.

6. Centura routinely monitors its computer systems, applications, and networks. I understand that I should have no expectations of privacy in the use of these resources. By using Centura computer systems, applications, and networks, I am expressly consenting to such monitoring.

7. Centura may modify or revoke my access to its systems, applications, and network at any time for any reason.

8. My obligation to safeguard Confidential Information continues even after leaving Centura.

**By my signature below, I am indicating that I have read, understand, and agree to adhere to all terms of this Confidentiality Agreement, as well as all applicable privacy and confidentiality laws and hospital policies.**

*Anuj Peddada*
Anuj Peddada (Apr 26, 2022 14:39 MDT)

04/26/2022

**Signature**                                                    **Date**

Anuj V Peddada, M.D.

**Name (Please Print)**



 **No claims on Initial App or no new claims since last reappt**
**(Please scroll to bottom of form and sign)**

## PROFESSIONAL LIABILITY ACTIONS

If you answered "yes" to questions pertaining to litigation/claims on the application, you must either complete this form or submit a separate document which must encompasses all these elements. Please complete a form/submit documentation for each liability case/action.

If you are submitting a <u>reappointment application</u> and have previously submit this information, please only provide a new form to provide updated information should the status of the case has changed. Specifically, if the litigation case/claim has been settled, dismissed, or a summary judgment was made in your favor since your last appointment, please provide documentation from the court verifying resolution.

Applicant Name:   Anuj V Peddada, M.D.

**A.**   Patient Abbreviated Identifier (initials, age, gender):

**B.**   Summary of patient's condition, course and rationale for treatment, and your role/involvement in the care:

**C.**   Patient outcome and allegations made against you:

**D.**   Your status in the litigation case (e.g. sole defendant, co-defendant, ownership interest, etc.):

**E.**   Date of Patient Care Incident (mm/yy):

**F.**   Date Litigation Case Filed (mm/yy):

**G.**   Date Litigation Case Resolved (mm/yy):

**H.**   Type of Resolution:   ☐ Pending      ☐ Dismissed      ☐ Settled
☐ Judgment in favor of:  ○ Defendant  *or*  ○ Plaintiff            ☐ No Claims

**I.**   Professional Liability Insurer's Name, Policy # & Complete Contact Information (indicate "see attached" if it is for the carrier you have listed on your statewide application):

Signature: *Anuj Peddada*
Anuj Peddada (Apr 26, 2022 14:39 MDT)

# Acknowledgement of Centura Health Integrity Standards

I acknowledge that I have reviewed the Centura Health Integrity Standards and understand it represents mandatory policies of the organization. I agree to abide by the Integrity Standards.


Signature _*Anuj Peddada*_
Anuj Peddada (Apr 26, 2022 14:39 MDT)          Date   Apr 26, 2022

Print Name   Anuj V Peddada, M.D.

41



# Medical Staff Financial Conflict of Interest Disclosure and Certification

The purpose of this disclosure and certification is to assist in the review of vendor and distributor financial relationships with Centura Health's referring physicians. This disclosure will help Centura Health to make procurement decisions that are consistent with Centura Health's Integrity Standards, and to avoid any potential conflict between the personal interests of Centura Health's referring physicians and Centura Health and/or its entities. *If you are a physician employed by Centura Health and fully disclosed the information requested below on the Associate Conflict of Interest questionnaire, you do not need to include any information disclosed during that process on this form.*

| DEFINITIONS:  For purposes of the questions below: |
| --- |
| • "*Centura Health*" includes all hospitals, physician practices, mountain clinics, home care, hospice, long term care, laboratories and other health care entities owned or managed by Centura Health or in which Centura Health has an ownership or management interest |
| • "*Immediate family member*" means spouse, parent, child, sibling, grandparent, grandchild, or any step/in-laws of same |
| • "*Financial relationship*" means a direct **or** indirect (*i.e., through one or more intervening organizations or through organizations under common control or ownership*): <br> (a) ownership or investment interest (*e.g.*, stock, stock options, partnership shares, limited liability company memberships – does not include an interest of less than 5% of a publicly traded security or mutual fund); *or* <br> (b) compensation arrangement (*e.g.*, commissions, fees for services, consulting fees, speaker stipends, honoraria, expert witness fees, travel reimbursement, research grants, royalty payments, product development fees – does not include an arrangement where physician/immediate family member will receive <$5,000 over a 12-month period) |
| • "*Organization*" means any for-profit or not-for-profit corporation, partnership, limited liability company, joint venture, trust, etc., and *specifically includes* <br> - vendors (*such as pharmaceutical companies, medical device manufacturers*) <br> - distributors (*including both those that buy products and resell them to health care entities and those that act as manufacturer/supplier representatives and receive commission-like or other compensation*) <br> - intraoperative monitoring companies |
| • "*Does business with*" means engaging in activities such as purchasing or providing goods or services, and would include transactions with any of the organizations listed above |

| DISCLOSURES: | Yes | No |
| --- | --- | --- |
| 1. **Do you or any of your immediate family members have a financial relationship with any organization that does business with Centura Health** (*e.g.,* vendors, distributors, intraoperative monitoring companies)? | ○ | ◉ |
| If "yes," please describe in detail, including the name of the organization and the type of financial relationship (ownership interest or compensation arrangement): | | |

| | Yes | No |
| --- | --- | --- |
| 2. **For the financial relationship(s) described above, do you or any of your immediate family members order or request the use of items/services procured by or paid for by Centura Health?** | ○ | ◉ |
| If "yes," please describe in detail, including the name of the item/service and your/your immediate family member's role in ordering or requesting the use of the item/service: | | |

| | Yes | No |
|---|---|---|
| **3. For the items/services described above, do you or any of your immediate family members have a proprietary interest?** | ○ | ◉ |

If "yes," please describe in detail, including the name of the item/service and your/your family member's role in ordering or requesting the use of the item/service:

| | Yes | No |
|---|---|---|
| **4. Will the value of any compensation paid to you or your immediate family members be affected by Centura Health's purchase of the items/services described above** (*e.g.*, increased commissions, increase in payer reimbursement, increase in shared profits, etc.)**?** | ○ | ◉ |

If "yes," please describe in detail:

| | Yes | No |
|---|---|---|
| **5. Do you or any of your immediate family members serve as an officer, trustee, or director, or in any similar capacity, regardless of whether any compensation was paid for those services, for any organization that does business with Centura Health?** | ○ | ◉ |

If "yes," please describe in detail, including the name of the organization and you or your family member's role:

### CERTIFICATION:

*I certify that the information contained herein is true and accurate to the best of my knowledge and belief as of today's date.* I will comply with any conditions or restrictions imposed by Centura Health and/or its entities to manage or eliminate conflicts of interest.  Should my financial relationships with organizations that do business with Centura Health, or should those of my immediate family members, change such that my answer to any of the above questions would change, I agree to submit a revised Conflict of Interests Disclosure and Certification form to Centura Health.

**Print Name:** Anuj V Peddada, M.D.

**Signature:** *Anuj Peddada*
Anuj Peddada (Apr 26, 2022 14:39 MDT)

**Centura Health entities at which I hold any category of Medical Staff Privileges:**

**Date:** Apr 26, 2022



## MEDICARE / MEDICAID / TRICARE ACKNOWLEDGEMENT STATEMENT

Medicare payment to hospitals is based in part on each patient's principal and secondary diagnoses and the major procedures performed on the patient, as attested to by the patient's attending physician by virtue of his or her signature in the medical record.

Anyone who misrepresents, falsifies, or conceals essential information required for payment of Federal funds, may be subject to fine, imprisonment, or civil penalty under applicable federal laws.

Medicaid payment to hospitals is based in part on each patient's principal and secondary diagnoses and the major procedures performed on the patient, as attested to by the patient's attending physician by virtue of his or her signature in the medical record.

Anyone who misrepresents, falsifies, or conceals essential information required for payment of Medicaid funds, may be subject to fine, imprisonment, or civil penalty under applicable federal and state laws.

Tricare payment to hospitals is based in part on each patient's principal and secondary diagnoses and the major procedures performed on the patient, as attested to by the patient's attending physician by virtue of his or her signature in the medical record.

Anyone who misrepresents, falsifies, or conceals essential information required for payment or Tricare Federal funds, may be subject to fine, imprisonment, or civil penalty under applicable federal laws.

## PRACTITIONER STATEMENT

I have received and read the above notifications regarding information on the charts of my Medicare, Medicaid and/or Tricare patients.

Signature: *Anuj Peddada*
Anuj Peddada (Apr 26, 2022 14:39 MDT)
Provider Name

04/26/2022
Date

**Patient Results/Report Distribution**

Centura Health utilizes EPIC, an electronic medical record system.  With this EMR, you and your office staff have the ability to view and print patient reports/results at any time via the internet.  Please let us know how you would like to receive patient results by checking _ONE_ of the following.

| Preferences |
|---|

☑ I prefer to receive patient information via fax.

☐ I prefer to receive patient information via Epic InBasket.

☐ Do not send any reports from my patients (this will also prevent receiving letters from providers generated from Epic). My staff or I will review results as needed from EpicCare Link or CORHIO.

- By selecting this option, I hereby acknowledge that I do not wish to receive results and/or letters and other provider communication generated by Epic _AP_ _____ (provider initials).
- I wish to receive my deficiency notifications via ☑ fax ☐ InBasket.

☑ Send all of my patients' reports, which will include:
- Inpatient Labs post discharge
- Outpatient Labs
- Pathology reports (inpatient and outpatient)
- Imaging results
- Op reports
- Discharge Summary Notes
- Emergency and Inpatient Summaries at Discharge

☐ Send only Outpatient reports, which will include:
- Outpatient Labs
- Outpatient Imaging results
- Emergency Discharge Summary

| Practice Information: |
|---|

Practice Name: Penrose Hospital  Radiation Oncology Department

Address: 2222 N. Nevada Ave  Suite CC-101

City Colorado Springs     St CO     Zip 80907

Phone 7197765281     Fax _(where reports will be sent)_ 7197762525

Office Manager: Natalie Myers

Office Manager E-mail: nataliemyers@centura.org

| Provider Information: |
|---|

Physician Name: Anuj V Peddada, M.D.

Physician Signature:     _Anuj Peddada_
_Physician signature required_     Anuj Peddada (Apr 26, 2022 14:39 MDT)     Date: Apr 26, 2022



To comply with the Clinical Laboratory Improvement Act of 1988(CLIA '88), College of American Pathologists (CAP), and The Joint Commission regulations, physicians or mid-level providers who perform Point of Care Testing are required to have initial training on file for waived tests, and initial, six month and annual training for non-waived tests. This competency statement is completed at the time of receiving privileges or renewal of privileges.

Providers must be shown the policies and procedures governing specific testing-related processes and must have training in accordance with the test complexity. Policies can be found in PolicyTech in My Virtual Workplace.

## ☑ I will not be performing any Point of Care Testing

Check the box for any waived tests you will be performing:

- ☐ pH by Nitrazine, Amniotic and/or Eye
- ☐ Rapid Strep
- ☐ Occult Blood, Fecal and/or Gastric

Check the box for any non-waived tests you will be performing (must contact laboratory for training/competency sign off):

- ☐ Fern test for Rupture of Membranes, Wet Prep, or KOH Prep (Microscope)
- ☐ Amnisure
- ☐ i-STAT tests (Blood Gas, Chemistry, Hematology, Coag)

**Training**:  For waived testing see attached. For non-waived testing, contact the central laboratory to arrange for training with the POC Specialist and badge access to the iSTAT, if needed.

I, __Anuj V Peddada, M.D.__, To comply with the regulatory and accrediting agencies, certify that the Point of Care Tests I perform are within the scope of my medical practice, I have received training and I have been made aware of the hospital policies and procedures governing these tests.

Signature: *Anuj Peddada*
Anuj Peddada (Apr 26, 2022 14:39 MDT) _____

Supervising Doctor (if applicant is a resident) _____

# Physician Training for Waived POC Testing:

1. **pH Testing by Nitrazine**
   1. **Policy and Procedure:** The Centura Policy and Procedure is available 27/7 via PolicyTech or by request from the central lab. It can be found under Centura Point of Care Testing/POC pH by Nitrazine.
   2. **SpecimenType:**

- Vaginal pool sample collected during a speculum examination for Premature Rupture of Membranes (PROM) or Labor Check
- Eye tears from conjunctival sac, before and after irrigation, when chemical burns suspected

3. **Specimen Collection:**
   - ROM: During the vaginal speculum exam, part the labia to expose the cervix and carefully insert a piece of paper. The paper's first and only contact should be with the upper part of the vaginal canal.
   - EYE: After removal of any foreign objects from the eye, measure the initial pH of the eye by touching a piece of pH paper to the conjunctival sac.

4. **Interpret Results:**
   - Compare the color change of the Nitrazine paper to the chart included on the paper container.  Find the color that matches the paper closest.

5. **Document Results:**
   - In Meditech order the assessment called "POC pH Testing" and enter the pH value for charting.

6. **Normal Range:**
   - Vaginal Pool:
     - o  3-5 Normal Vaginal Discharge
     - o  5-6 Intact Membrane
     - o  >6.5 Amniotic Fluid Rupture
   - Eye:
     - o  7.1 Normal Eye pH
     - o  0-6 Acid Exposure
     - o  8-13 Alkaline Exposure

2. **Occult Blood Testing**

   1. **Policy and Procedure:** The Centura Policy and Procedure is available 27/7 via PolicyTech or by request from the central lab. It can be found under Centura Point of Care Testing/"POC Occult Blood by Hemoccult Sensa " for stool, and "POC Gastroccult" for gastric samples.

   2. **SpecimenType:**
      - Stool: 2 small smears of stool per test card
      - Gastric: 2 drops  Gastric aspirate obtained by nasogatric intubation or emesis per test card

   3. **Testing Steps:**
      - Stool: Using the Blue/Green Hemoccult Sensa cards and Developer, open the front flap of the test card and using the applicator stick apply two thin smears of stool to Box A and B. Close the flap and wait 3-5 minutes to allow the specimen to dry on the paper. Flip the card over, open the back flap, and using the blue developer bottle, apply two drops of developer to each stool sample and one drop in the orange quality control box.
      - Gastric: Using the Orange/Grey Gastroccult cards and Developer, open the front flap of the test card and apply one drop of gastric contents to the pH paper in the top right corner, interpret the pH noting that a pH of 7+ is not indicative of a gastric sample and a new specimen should be collected.  If pH is in range, apply two drops of gastric contents to the test area.  Using the orange developer bottle, apply two drops on top of the patient sample and one drop to the orange quality control box.

   4. **interpret Results:**
      - Presence of any blue color in the patient test area indicates a positive result. For results to be valid, the orange quality control box should have one white dot (negative QC) and one blue dot (positive QC).

   5. **Document Results:**
      - In Meditech order the assessment called "POC Fecal Occult Blood by Hemoccult" or "POC Gastric Occult Blood" and enter the patient result (POS/NEG) along with the QC result.

**Schedule A**

**COLORADO HEALTH CARE PROFESSIONAL CREDENTIALS APPLICATION
<u>AUTHORIZATION AND RELEASE OF INFORMATION FORM</u>
<u>Modified Releases Will Not Be Accepted</u>**

***By submitting this Application, including all subparts and attachments, I acknowledge, understand, consent and agree to the following:***

1. As an applicant for medical staff membership at the designated hospital(*s*) and/or participation status with the health care related organization(*s*) (e.g., *hospital, medical staff, medical group independent practice association (IPA), health plan, health maintenance organization (HMO), preferred provider organization (PPO), physician hospital organization (PHO), managed care organization network, medical society, professional association, medical school faculty position, professional liability insurance carrier, other healthcare delivery entity or system, hereinafter referred to as a "Healthcare Entity")* indicated on this Application, I have the burden of producing adequate information for proper evaluation of this Application.

2. I also understand that I have the continuing responsibilities to resolve any questions, concerns or doubts regarding any and all information in this Application. If I fail to produce this information, then I understand that the Healthcare Entity will not be required to evaluate or act upon this Application. I also agree to provide updated information as may be required or requested by the Healthcare Entity or its authorized representatives or designated agents.

3. The Healthcare Entity and its authorized representatives or designated agents will investigate the information in this Application. I consent and agree to such investigation and to the disciplinary reporting and information exchange activities of the Healthcare Entity as a part of the verification and credentialing process.

4. I specifically authorize the Healthcare Entity and its authorized representatives and designated agents to obtain and act upon information regarding my competence, qualifications, education, training, professional and clinical ability, character, conduct, ethics, judgment, mental and physical health status, emotional stability, utilization practices, professional licensure or certification, and any other matter related to my qualification or matters addressed in this Application (my "Qualifications")

5. I authorize all individuals, institutions, schools, programs, entities, facilities, hospitals, societies, associations, companies, agencies, licensing authorities, boards, plans, organizations, Healthcare Entities or others with which I have been associated as well as all professional liability insures with which I have had or currently have professional liability insurance, who may have information bearing on my Qualifications to consult with the Healthcare Entity and its authorized representatives and designated agents and to report, release, exchange and share information and documents with the Healthcare Entity, for the purpose of evaluating this application and my Qualifications.

6. I consent to and authorize the inspection of appropriate records and documents that may be material to an evaluation of this Application and my Qualifications and my ability to carry out the clinical privileges/services/participation I have requested. I authorize each and every individual and organization with custody of such records and documents to permit such inspection and copying as may be necessary for the evaluation of this Application. I also agree to appear for interviews, if required or requested by the Healthcare Entity, in regard to this Application.

7. I further consent to and authorize the release by the Healthcare Entity to other Healthcare Entities and interested persons on request of information the Healthcare Entity may have concerning me

1

Effective 12/15/2017

(including but not limited to peer review information which is provided to another Healthcare Entity for peer review purposes). I hereby release from all liability the Healthcare Entity and its authorized representatives or designated agents from any claim for damages of whatever nature for any release of information made in good faith by the Healthcare Entity or its representatives or agents.

8. I release from any liability, to the fullest extent permitted by law, all persons and entities (individuals and organizations) for their acts performed in a reasonable manner in conjunction with investigating and evaluating my Application and Qualifications, and I waive all legal claims of whatever nature against the Healthcare Entity and its representatives and designated agents acting in good faith and without malice in connection with the investigation of this Application and my Qualifications.

9. For Healthcare Entity membership and privileges, I acknowledge that I have been informed of or have been given the opportunity to review the medical staff bylaws, rules, regulations and policies of the entity and I hereby agree to abide by them. I agree to conduct my practice in accordance with applicable laws and ethical principles of my profession.

10. I acknowledge that any investigations, actions or recommendations of any committee or the governing body of the Healthcare Entity with respect to the evaluation of this Application and any periodic reappraisals or evaluations will be undertaken as a medical review and/or peer review committee and in fulfillment of the Healthcare Entity's obligations under Colorado law to conduct a review of professional practices in the facility, and are therefore entitled to any protections provided by law.

11. I have read and understand this Authorization and Release of Information Form. A photocopy of this Authorization and Release of Information Form shall be as effective as the original and shall constitute my written authorization and request to communicate any relevant information and to release any and all supportive documentation regarding this Application. This Authorization and Release shall apply in connection with the evaluation and processing of this Application as well as in connection with any periodic reappraisals and evaluation undertaken. I agree to execute such additional releases as may be required from time to time in connection with such periodic reappraisals and evaluations.

12. I understand that I have an opportunity to review the information submitted in support of this application pursuant to each entity's policy regarding review. If during the process of credentialing, an entity receives information that varies substantially from information I have provided, I will be notified of this and will have an opportunity to correct erroneous information. I have the right, upon request, to be informed of the status of my application

**COLORADO HEALTH CARE PROFESSIONAL CREDENTIALS APPLICATION
AUTHORIZATION AND RELEASE OF INFORMATION FORM**

Please print your name:   Anuj V Peddada, M.D.

Signature: _Anuj Peddada_
Anuj Peddada (Apr 26, 2022 14:39 MDT)          **Date:** Apr 26, 2022

2

Effective 12/15/2017



Provider Name: Anuj V Peddada, M.D.
Provider NPI:  1508846668
Provider DEA No.: BP3050565

Re:  Request to change DEA address after last day with current Employer

I give CHPG permission to update my DEA address to reflect my primary practice location or secondary/other locations as applicable.

_Anuj Peddada_
Anuj Peddada (Apr 26, 2022 14:39 MDT)

Apr 26, 2022
**Date**

Office of Medical Affairs
**Centura Health**
9100 East Mineral Circle, 4th Floor
Centennial, CO  80112

Centura Health | OMA Payor Addendums
Revised 09.18.2019
We extend the healing ministry of Christ by caring for those who are ill and by nurturing the health of the people in our communities.



To:  All Insurance Affiliations

Provider Name: Anuj V. Peddada
Provider NPI:   1508846668
Re:  Request to terminate previous affiliations in carrier systems

requests that carriers update their systems with the new,
exclusive Centura Health practice. Please terminate any and all previous affiliations.

- **List previous Tax ID Numbers:**  84-0762242
- 
- **TERM Date:**   07/01/2022

_Anuj Peddada_
Anuj Peddada (Apr 26, 2022 14:39 MDT)

Date  04/26/2022

Office of Medical Affairs
**Centura Health**
9100 East Mineral Circle, 4th Floor
Centennial, CO  80112

Centura Health | OMA Payor Addendums
Revised 09.18.2019
We extend the healing ministry of Christ by caring for those who are ill and by nurturing the health of the people in our communities.

# e242bf20-ee31-48f9-bf35-a5131d3419ac

Final Audit Report                                                    2022-04-26

| | |
|---|---|
| Created: | 2022-04-26 |
| By: | Centura MDStaff (CenturaMDstaff@centura.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAYTtJ7d_IRkIhz24X372mMAWj1ANWIA5t |

## "e242bf20-ee31-48f9-bf35-a5131d3419ac" History

📄 Document created by Centura MDStaff (CenturaMDstaff@centura.org)
2022-04-26 - 8:27:26 PM GMT- IP address: 52.160.35.119

✉️ Document emailed to Anuj Peddada (anujpeddada@centura.org) for signature
2022-04-26 - 8:27:38 PM GMT

✍️ Document e-signed by Anuj Peddada (anujpeddada@centura.org)
E-signature hosted by Centura MDStaff (CenturaMDstaff@centura.org)
Signature Date: 2022-04-26 - 8:39:12 PM GMT - Time Source: server- IP address: 24.128.100.90

✅ Agreement completed.
2022-04-26 - 8:39:12 PM GMT

