## Declaration of Sam Weller

1. I served as the Vice President of Physician Alignment for Centura Health's Greater Colorado-Kansas Operating Group from November 2018 to December 2022.  My current position is CEO of Renown South Meadows Medical Center and Rehabilitation Hospital, Renown Health in Reno, NV.

2. Radiation Oncology PC (ROPC) was a physician practice owned by Dr. Anuj Peddada and Dr. Alan Monroe as partners.  ROPC was the exclusive provider of physician services for the Penrose-St. Francis Oncology Center located at Penrose Hospital in Colorado Springs pursuant to a Physician Services Agreement.  In mid-2021, Centura opened an Oncology Center at St. Francis Hospital and asked ROPC to staff it as well.

3. For the ROPC doctors to have more backup, I helped ROPC recruit another physician, Dr. Madeera Kathpal. Centura Health provided a recruitment loan to ROPC that would be forgiven over time, or, if Dr. Kathpal did not remain with Centura for the entire forgiveness period, the portion of the loan that had not been forgiven would need to be repaid by ROPC. Dr. Peddada was resistant to ROPC having any kind of payback responsibility, but Centura insisted based on legal requirements. These kinds of agreements are highly regulated to avoid illegal incentives, and the options for resolving physician departures are limited.

4. I worked with Dr. Peddada on the recruitment of Dr. Kathpal and on a cyber-knife joint venture.  Dr. Peddada had a very strong and difficult personality and was very opinionated. He dominated conversations and was inflexible. I heard from the direct supervisors of the Oncology Center, Eric Koval, Director, and Teresa Labovich, Interim Director, that there were longstanding concerns about Dr. Peddada's behavior with regard to staff and nurses. He had created a lot of turnover and some staff refused to work with him. He had a reputation for speaking down to staff members and behavior that was rude, short-tempered, and difficult to work with. The supervisors were in the process of clamping down on his behaviors and hoped they could help him mend his ways.

5. In late 2021 it came to our attention that Dr. Monroe and Dr. Peddada were not able to get along with each other, that Dr. Peddada was refusing to speak to Dr. Monroe, and that they no longer wanted to work together. They complained about each other a great deal. They were so at odds that we had to meet with them separately. Because of their interpersonal difficulties, it was proposed that we transition them to individual employment agreements with Dr. Peddada to staff the Penrose Oncology Center and Dr. Monroe to staff the St. Francis Oncology Center. That way, they would not need to work with each other daily.

6. In January of 2022, I initiated the process of hiring Dr. Peddada and Dr. Monroe. Since Dr. Kathpal's continued employment was quite uncertain, we also started talking with ROPC about the repayment obligations it would have if Dr. Kathpal left. We began exploring whether there was a way to roll the forgiveness provision of the Physician Recruitment Agreement over into the employment relationship.

7. Before the end of March 2022, Centura had learned that it would be legally acceptable for the loan forgiveness provisions to be incorporated into the employment agreements, and Jeff Albert informed Peddada and Monroe that their prospective employment relationships would include loan forgiveness over time.

8. In an email sent on 3/28/22, Jeff Albert reported the following:
   - Although Dr. Monroe was disappointed to be offered St. Francis hospital, he indicated his intent to stay on as an engaged team member.
   - Dr. Kathpal gave a 90 day notice last week. The only way to hold her to that full notice would be for ROPC to continue to exist, so Penrose should extend the Physician Services Agreement with ROPC for 1 month to July 1.
   - Centura needs to post one position to external job sites, and Eric Koval and Jeff Albert would initially screen applications.
   - The ROPC doctors know they will likely need 1-2 months of locums help for coverage if they intend to take any time off. That cost would come from ROPC until their employment contracts start, and then Centura would need to cover those costs once they are employed.
   - Peddada and Monroe responded favorably to Centura's proposal that as part of their employment the remainder of the recruitment loan could be forgiven over a five year period of employment.
   - Initial drafts of the employment contracts were viewed that morning, and when the contracts are ready, someone should forward electronic versions of the contracts to Dr. Peddada (Penrose) and Dr. Monroe (St. Francis) for them to sign.

9. We provided a discussion draft of the standard physician employment agreement to Peddada and Monroe for review and discussion, but not for signature, because they were still under revision. Eric Koval and Jeff Albert were the individuals who primarily communicated with Monroe and Peddada about the employment and forgiveness agreements.

10. We still needed the legal team to include or reference the terms of the loan forgiveness provision in the employment contracts before they would be ready to sign. There was initially some question about whether the legal team would provide two agreements or one, but it was eventually decided to have two cross-referenced agreements.

11. On 04/12/22 Eric Koval send an email stating that "Dr. Peddada printed and signed his employment contract." I responded and informed him: "We are just finalizing the loan forgiveness for the recruit assistance for Dr. Kathpal. … we were planning to adjust the employment agreement to include language within the employment agreement and then have them execute the loan forgiveness agreement as well."

12. Since the agreement Peddada signed did not reflect the required terms that had previously been discussed with Peddada, it was decided that Jason Tacha would not sign it, but that instead, new agreements would be circulated. In response, Eric Koval informed me that

he was not aware that the loan forgiveness provision had not yet been included in the employment agreement.

13. In mid-April, Peddada requested a medical leave of three months to deal with physician burnout. As a member of the medical staff, he went through Centura's medical staff process, and his request for a three month medical leave was approved. Dr. Peddada's request for leave did not alter our decision to proceed with his employment. Thereafter, we sent him an employment agreement and recruitment settlement agreement for his signature to document his agreement to become employed. When Centura emailed out an electronic agreement for signature, as we did here, our system tracked who had accessed the document. Included with this Declaration as Attachments A and B are audit reports for the documents we sent to Peddada in an effort to enter into an employment relationship with him.

14. On 4/21/22 at 10:59:21 AM MDT, the Radiation Oncology Recruitment Settlement Agreement was emailed for signature to Peddada, and Centura's internal audit report showed that Peddada viewed that email on 04/21/22 at 08:04:35 PM MDT. Peddada viewed the email again on 04/26/22 at 08:01:34 PM MDT and 05/01/22 at 11:14:05 AM MDT. Attachment A.

15. Centura's administrative team understood that this agreement was essential from a legal compliance perspective and that, without this agreement or some other agreed upon resolution of the loan repayment obligation, we could not hire Dr. Peddada.

16. Audit records also showed that Peddada's revised Employment Agreement was emailed to him on 04/26/22 at 11:30:56 AM MDT, and the email was viewed by him on 04/26/22 at 08:01:03 PM MDT. Attachment B.

17. Eric Koval had been pressuring us for some time to get employment agreements in place for the Penrose and St. Francis facilities so that the credentialing process, which can take months, could proceed.

18. After the revised employment agreement was sent to Peddada, attempts were made to get Peddada in touch with Koval and Albert to determine if Peddada was willing to move forward with the loan forgiveness provision in his employment contract.

19. Dr. Peddada reached out to Bill Plauth who created a record of the conversation in a 04/27/22 email. The email states that:

- Peddada should be calling Jeff Albert.
- Peddada reached out to Plauth to say that he did not need to talk.
- Peddada said he is acting on the advice of his physician who said that he was hypertensive and severely stressed and needed to take a break.
- Peddada was "quite aggressive" in insisting that he did not need to talk about his employment contracts.

- Plauth told Peddada that "not talking with us is not an option as it impacts the practice and his potential employment."
- Peddada said he would call Jeff Albert directly and hung up.
- Peddada "also stated that while still a private physician he would not be obligated to talk."
- Plauth would notify the Medical Staff about Peddada's potential leave of absence.

20. Peddada did not immediately call Jeff Albert. I was told that he never spoke with Jeff Albert or Eric Koval.  He never left a message or made any other attempt to communicate and finalize his employment relationship. We could see that Peddada had accessed the agreements that had been emailed to him, but he was not responding and was refusing to communicate.

21. Peddada's unwillingness to finalize his employment relationship with Centura left Centura in an untenable position, unable to proceed with credentialing. Peddada was apparently refusing to communicate about his employment relationship until after his requested and granted medical leave from the medical staff ended at the beginning of August.

22. This was extremely troubling. Peddada had refused to speak with his partner, Dr. Monroe, for many months, and now he was refusing to speak with his potential employer for three months. His workplace interactions had been troubling and difficult for a long time, but now the hopes of a productive working relationship seemed more and more remote. Centura and the Penrose oncology clinic could not remain in limbo for months having no contract with Peddada and no ability to proceed with credentialing.

23. We felt Peddada was wanting to avoid the repayment obligation, even though it was going to be forgiven over a five year period, which suggested that he was uncomfortable with a five year commitment. In fact, we discovered that he had put up his home for sale on May 5, 2022, which raised serious questions about whether he was really committed to working at Centura for any reasonable period of time. He was refusing to communicate any commitment at all, even after being told that refusing to communicate was not an option. Based on his lack of professionalism and communication in this process, his refusal to communicate about his employment contract for the next several months, and the absence of a signed agreement, we were forced to consider other options.

24. By early May, Centura had been receiving some encouraging applications from radiation oncologists, so we decided to withdraw Dr. Peddada's offer and hire someone new to take his place. We asked Dr. Monroe  to staff both facilities with the help of locums physicians until a new physician could be hired.

25. On May 10, 2022, I sent an email to Peddada with a letter from Jason Tacha withdrawing the offer of employment. Peddada responded by pretending that he had not seen the emails sending the complete employment agreement and recruitment assistance settlement agreement to him. He asked why a second attempt at signing the contract had happened when he was out of the office on vacation from 4/23-30 with his automatic

reply on. We knew he had accessed the agreements and that attempts had been made to communicate, which he had refused. His email did not explain why he did not reach out in the ten days after his vacation had ended.

26. On 05/11/22, I responded to Dr. Peddada with an email that included the following:

> The original contract that you signed was not fully executed because it did not include material terms of employment addressing the repayment of the recruitment assistance loan and path for re-payment. We sent you an updated employment offer via a contract and a separate settlement agreement to address the outstanding recruitment assistance loan balance. The recruitment assistance settlement agreement was sent to you on April 22, 2022. The revised offer of employment was sent to you on April 26, 2022.
>
> There were multiple attempts to reach you to determine whether you would accept the revised offer of employment and confirm your July 1, 2022 start date and to discuss these contracts with no response. These efforts include Eric Koval's most recent attempt on April 27, 2022 via text requesting time to speak and Dr. Plauth's request on April 27, 2022, that you call Dr. Albert directly regarding your employment. You did not respond to any of these requests to discuss the revised offer of employment. As a result of your lack of communication and not executing the employment and settlement agreements, Centura provided you notification concerning the status of your job offer.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

This Declaration was executed on the 9th day of October, 2023, in Reno, Nevada.

Sam Weller

**ATTACHMENT A**

# Radiation Oncology Recruitment Settlement Agreement 4.13.22

Final Audit Report                                                  2022-05-05

| | |
|---|---|
| Created: | 2022-04-21 |
| By: | Robin Lane (RobinLane@Centura.Org) |
| Status: | Canceled / Declined |
| Transaction ID: | CBJCHBCAABAALM0FZGyU1fVMt9AwyqnZnkKJa_tbZ7is |

## "Radiation Oncology Recruitment Settlement Agreement 4.13.22 " History

📄 Document created by Robin Lane (RobinLane@Centura.Org)
2022-04-21 - 4:56:18 PM GMT- IP address: 66.97.162.14

✉️ Document emailed to Brian Erling (brianerling@centura.org) for signature
2022-04-21 - 4:59:21 PM GMT

✉️ Document emailed to Anuj Peddada (anujpeddada@centura.org) for signature
2022-04-21 - 4:59:21 PM GMT

✉️ Document emailed to alanmonroe@centura.org for signature
2022-04-21 - 4:59:21 PM GMT

✉️ Document emailed to Lichtenberger Scott (ScottLichtenberger@Centura.Org) for signature
2022-04-21 - 4:59:21 PM GMT

📄 Email viewed by Lichtenberger Scott (ScottLichtenberger@Centura.Org)
2022-04-21 - 5:08:01 PM GMT- IP address: 206.204.52.24

📄 Email viewed by Brian Erling (brianerling@centura.org)
2022-04-21 - 5:17:10 PM GMT- IP address: 188.240.49.49

✍️ Document e-signed by Brian Erling (brianerling@centura.org)
Signature Date: 2022-04-21 - 5:18:16 PM GMT - Time Source: server- IP address: 66.97.162.11

✍️ Document e-signed by Lichtenberger Scott (ScottLichtenberger@Centura.Org)
Signature Date: 2022-04-21 - 10:00:48 PM GMT - Time Source: server- IP address: 66.97.162.10

📄 Email viewed by Anuj Peddada (anujpeddada@centura.org)
2022-04-22 - 2:04:35 AM GMT- IP address: 73.203.18.3



Email viewed by alanmonroe@centura.org

2022-04-22 - 1:42:43 PM GMT- IP address: 180.149.25.105

Email viewed by Anuj Peddada (anujpeddada@centura.org)

2022-04-27 - 2:01:34 AM GMT- IP address: 67.22.170.14

Email viewed by Anuj Peddada (anujpeddada@centura.org)

2022-05-01 - 5:14:05 PM GMT- IP address: 73.203.18.3

New document URL requested by alanmonroe@centura.org

2022-05-03 - 3:05:35 PM GMT- IP address: 66.97.162.10

Document canceled by Robin Lane (RobinLane@Centura.Org)

2022-05-05 - 10:12:12 PM GMT- IP address: 98.38.43.84



**PSF-Peddada-0218**

**ATTACHMENT B**

# New CHPG Employment Agreement for Dr. Anuj Peddada

Final Audit Report                                                                      2022-05-05

| | |
|---|---|
| Created: | 2022-04-21 |
| By: | Robin Lane (RobinLane@Centura.Org) |
| Status: | Canceled / Declined |
| Transaction ID: | CBJCHBCAABAAfnIY1s3Qh88chZsuhv8b7d7pYCilmQ-5 |

## "New CHPG Employment Agreement for Dr. Anuj Peddada" History

Document created by Robin Lane (RobinLane@Centura.Org)
2022-04-21 - 6:03:33 PM GMT- IP address: 66.97.162.12

Document emailed to Samuel Weller (samuelweller@centura.org) for approval
2022-04-21 - 6:04:23 PM GMT

Email viewed by Samuel Weller (samuelweller@centura.org)
2022-04-21 - 6:06:27 PM GMT- IP address: 174.198.135.92

Email viewed by Samuel Weller (samuelweller@centura.org)
2022-04-26 - 5:30:11 PM GMT- IP address: 119.12.194.30

Document approved by Samuel Weller (samuelweller@centura.org)
Approval Date: 2022-04-26 - 5:30:54 PM GMT - Time Source: server- IP address: 66.97.162.14

Document emailed to Anuj Peddada (anujpeddada@centura.org) for signature
2022-04-26 - 5:30:56 PM GMT

Email viewed by Anuj Peddada (anujpeddada@centura.org)
2022-04-27 - 2:01:03 AM GMT- IP address: 67.22.170.14

Document canceled by Robin Lane (RobinLane@Centura.Org)
2022-05-05 - 10:12:08 PM GMT- IP address: 98.38.43.84



Powered by
Adobe
Acrobat Sign

**PSF-Peddada-0209**