Gmail – FW: Needs attention

6/16/22, 11:23 AM

 **Gmail**


EXHIBIT (10)

Anuj Peddada <anujpeddada@gmail.com>

---

## FW: Needs attention

---

**Peddada, Anuj** <AnujPeddada@centura.org>
To: "anujpeddada@gmail.com" <anujpeddada@gmail.com>

Thu, Jun 16, 2022 at 11:22 AM

**From:** Peddada, Anuj <AnujPeddada@Centura.Org>
**Sent:** Monday, April 25, 2022 6:00 PM
**To:** Monroe, Alan <AlanMonroe@Centura.Org>
**Cc:** Koval, Eric T <EricKoval@Centura.Org>; Plauth, William <WilliamPlauth@Centura.Org>
**Subject:** Needs attention

Alan:

Pursuant the Professional Services Agreement ("Agreement") between me and Radiation Oncology, PC, section 11, please be advised that beginning May 1, 2022, and continuing for a period of three months, I will be absent from work on disability for reasons of health. I am undertaking this leave at the instruction of my personal physician. If you wish to obtain a medical examination by an independent physician at the expense of the Radiation Oncology, PC, pursuant to the Agreement, please arrange for this examination and I will cooperate in scheduling.

-Anuj Peddada, MD

Get Outlook for iOS

**********************************************************************************
This communication is for the use of the intended recipient only. It may contain information that is privileged and confidential. If you are not the intended recipient of this communication, any disclosure, copying, further distribution or use thereof is prohibited. If you have received this communication in error, please advise me by return e-mail or by telephone and delete/destroy it.
**********************************************************************************



**EXHIBIT**
4
Anuj V. Peddada, M.D.

Doc ID: 7f44f50db23dcbb50a65a26b2734096b7cc34a12