The following Deposition Exhibits have been filed for restricted access pursuant to the protective order governing this case:

- PD1 Deposition Exhibit 1
- PD2 Deposition Exhibit 2C
- PD1 Deposition Exhibit 6
- PD1 Deposition Exhibit 7
- PD1 Deposition Exhibit 13
- Monroe Deposition Exhibit 24
- Monroe Deposition Exhibit 27
- PD2 & CPD Deposition Exhibit 55
- PD2 Deposition Exhibit 69