# FINAL AUDIT REPORTS

## RADIATION ONCOLOGY RECRUITMENT SETTLEMENT AGREEMENT:

| 04/21/22 | 10:59:21 AM MDT | Document emailed to Anuj Peddada for signature |
| --- | --- | --- |
| 04/21/22 | 08:04:35 PM MDT | Email viewed by Anuj Peddada |
| 04/26/22 | 08:01:34 PM MDT | Email viewed by Anuj Peddada |
| 05/01/22 | 11:14:05 AM MDT | Email viewed by Anuj Peddada |

## CHPG EMPLOYMENT AGREEMENT:

| 04/26/22 | 11:30:56 AM MDT | Document emailed to Anuj Peddada |
| --- | --- | --- |
| 04/26/22 | 08:01:03 PM MDT | Email viewed by Anuj Peddada |



EXHIBIT

8

Anuj V. Peddada, M.D.

# Radiation Oncology Recruitment Settlement Agreement 4.13.22

2022-05-05

Final Audit Report

| | |
|---|---|
| Created: | 2022-04-21 |
| By: | Robin Lane (RobinLane@Centura.Org) |
| Status: | Canceled / Declined |
| Transaction ID: | CBJCHBCAABAALM0FZGyU1fVMt9AwyqnZnkKJa_tbZ7is |

## "Radiation Oncology Recruitment Settlement Agreement 4.13.22 " History

📄 Document created by Robin Lane (RobinLane@Centura.Org)
2022-04-21 - 4:56:18 PM GMT- IP address: 66.97.162.14

✉ Document emailed to Brian Erling (brianerling@centura.org) for signature
2022-04-21 - 4:59:21 PM GMT

✉ Document emailed to Anuj Peddada (anujpeddada@centura.org) for signature
2022-04-21 - 4:59:21 PM GMT

✉ Document emailed to alanmonroe@centura.org for signature
2022-04-21 - 4:59:21 PM GMT

✉ Document emailed to Lichtenberger Scott (ScottLichtenberger@Centura.Org) for signature
2022-04-21 - 4:59:21 PM GMT

📄 Email viewed by Lichtenberger Scott (ScottLichtenberger@Centura.Org)
2022-04-21 - 5:08:01 PM GMT- IP address: 206.204.52.24

📄 Email viewed by Brian Erling (brianerling@centura.org)
2022-04-21 - 5:17:10 PM GMT- IP address: 188.240.49.49

✍ Document e-signed by Brian Erling (brianerling@centura.org)
Signature Date: 2022-04-21 - 5:18:16 PM GMT - Time Source: server- IP address: 66.97.162.11

✍ Document e-signed by Lichtenberger Scott (ScottLichtenberger@Centura.Org)
Signature Date: 2022-04-21 - 10:00:48 PM GMT - Time Source: server- IP address: 66.97.162.10

📄 Email viewed by Anuj Peddada (anujpeddada@centura.org)
2022-04-22 - 2:04:35 AM GMT- IP address: 73.203.18.3

centura | Powered by Adobe Acrobat Sign

EXHIBIT

Anuj V. Peddada, M.D.

# New CHPG Employment Agreement for Dr. Anuj Peddada

Final Audit Report                                                    2022-05-05

| | |
|---|---|
| Created: | 2022-04-21 |
| By: | Robin Lane (RobinLane@Centura.Org) |
| Status: | Canceled / Declined. |
| Transaction ID: | CBJCHBCAABAAfnIY1s3Qh88chZsuhv8b7d7pYCilmQ-5 |

## "New CHPG Employment Agreement for Dr. Anuj Peddada" History

📄 Document created by Robin Lane (RobinLane@Centura.Org)
2022-04-21 - 6:03:33 PM GMT- IP address: 66.97.162.12

✉️ Document emailed to Samuel Weller (samuelweller@centura.org) for approval
2022-04-21 - 6:04:23 PM GMT

📄 Email viewed by Samuel Weller (samuelweller@centura.org)
2022-04-21 - 6:06:27 PM GMT- IP address: 174.198.135.92

📄 Email viewed by Samuel Weller (samuelweller@centura.org)
2022-04-26 - 5:30:11 PM GMT- IP address: 119.12.194.30

✍️ Document approved by Samuel Weller (samuelweller@centura.org)
Approval Date: 2022-04-26 - 5:30:54 PM GMT - Time Source: server- IP address: 66.97.162.14

✉️ Document emailed to Anuj Peddada (anujpeddada@centura.org) for signature
2022-04-26 - 5:30:56 PM GMT

📄 Email viewed by Anuj Peddada (anujpeddada@centura.org)
2022-04-27 - 2:01:03 AM GMT- IP address: 67.22.170.14

📄 Document canceled by Robin Lane (RobinLane@Centura.Org)
2022-05-05 - 10:12:08 PM GMT- IP address: 98.38.43.84



**EXHIBIT**

Anuj V. Peddada, M.D.



centura | Powered by Adobe Acrobat Sign