10:05

Anuj Peddada

I'll catch you then

👍

Monday, Apr 25 • 9:17 AM

Good morning Dr. Peddada. How'd your call with Dr. Wernick go. 👍 or 👎.

**A** Very impressed with her. Definitely need to bring her out.

Awesome! Enjoy your riding.

Wednesday, Apr 27 • 11:36 AM

Do you have a minute to talk?

Wednesday, May 11 • 12:22 PM

**A** What's going on? I'm sure you have seen the email and my response.

May 11, 12:22 PM

Text message



**EXHIBIT**

9

Anuj V. Peddada, M.D.