**From:** Plauth, William <WilliamPlauth@Centura.Org>
**Sent:** Wednesday, April 27, 2022 1:02 PM
**To:** Peddada, Anuj <AnujPeddada@Centura.Org>; Koval, Eric T <EricKoval@Centura.Org>
**Cc:** Albert, Jeffrey <JeffreyAlbert@Centura.Org>
**Subject:** PSF Radiation Oncology

Anuj,
We need to arrange a discussion about your request and implications to the practice ASAP. Dr. Albert needs to be a part of this discussion as well as anyone else he believes needs to be included.

Be well,
Bill

**Bill Plauth**
**Chief Medical Officer, Penrose Hospital & St. Francis Hospital**
**Centura Health**

O: 719.776.5115 | M: 970.903.5585
2222 N. Nevada Ave | Colorado Springs, CO 80907
**centura.org**



I'm on a mission to promote collegial professionalism with compassion and humor.

*Confidential and privileged information subject to the quality management program, patient safety, professional review, and/or attorney/client privileges and protections pursuant to State and federal law. Do not copy, distribute, or re-disclose.*

**From:** Peddada, Anuj <AnujPeddada@Centura.Org>
**Sent:** Tuesday, April 26, 2022 3:53 PM
**To:** Plauth, William <WilliamPlauth@Centura.Org>; Koval, Eric T <EricKoval@Centura.Org>
**Subject:** Language

Please talk to Dr. Monroe ASAP and advise him to be careful with the language he is using. I never said I have a mental health issue, I only said I have a health issue necessitating a medical leave of absence. He needs to be careful not to be slanderous.
Anuj

Get Outlook for iOS



EXHIBIT
10
Anuj V. Peddada, M.D.