**From:** Albert, Jeffrey
**Sent:** Thursday, April 28, 2022 5:59 PM
**To:** Plauth, William <WilliamPlauth@Centura.Org>; Koval, Eric T <EricKoval@Centura.Org>
**Cc:** Erling, Brian, MD <BrianErling@Centura.Org>; Weller, Samuel <SamuelWeller@Centura.Org>; Kraus, Dennis <DennisKraus@Centura.Org>
**Subject:** RE: PSF Confidential - Dr. Peddada

Sounds good. I agree with you, and really appreciate your help with this.

**Jeffrey Albert, MD, MPH**
**Enterprise Medical Director of Radiation Oncology**
**and Integrated Cancer Care**

**Centura Health**
9100 E. Mineral Circle, Centennial, CO 80112

Mobile: 970.818.1206



# centura

I'm on a mission to expand access to high quality multidisciplinary cancer care by elevating the quality of care in the communities we serve.

**From:** Plauth, William <WilliamPlauth@Centura.Org>
**Sent:** Thursday, April 28, 2022 5:52 PM
**To:** Albert, Jeffrey <JeffreyAlbert@Centura.Org>; Koval, Eric T <EricKoval@Centura.Org>
**Cc:** Erling, Brian, MD <BrianErling@Centura.Org>; Weller, Samuel <SamuelWeller@Centura.Org>; Kraus, Dennis <DennisKraus@Centura.Org>
**Subject:** Re: PSF Confidential - Dr. Peddada

That is fine. We should separate out the wellness/medstaff from the practice/employment. I am working with Dr. Di Thompson (wellness) and Dr. Baldauf (chief of staff). Dr. Thompson had him respond today and they will talk Monday morning with the intent of Dr. Baldauf and I joining later.
Overall, unless suicidal, which he is not, this is the wrong way to approach this and is not supported. We will offer different approaches, but he lacks the insight to likely consider.
Bill

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Albert, Jeffrey <JeffreyAlbert@Centura.Org>
**Sent:** Thursday, April 28, 2022 4:24:14 PM
**To:** Plauth, William <WilliamPlauth@Centura.Org>; Koval, Eric T <EricKoval@Centura.Org>
**Cc:** Erling, Brian, MD <BrianErling@Centura.Org>; Weller, Samuel <SamuelWeller@Centura.Org>; Kraus, Dennis <DennisKraus@Centura.Org>
**Subject:** Re: PSF Confidential - Dr. Peddada



EXHIBIT

11

Anuj V. Peddada, M.D.

Thanks Bill. I still have not heard anything from him. I remain disappointed by how he is handling this, and will keep you posted if I hear anything from him. I also would like to meet with HR and legal to discuss options, and can schedule a follow up meeting with this group next week if that works for you.

---

**From:** Plauth, William <WilliamPlauth@Centura.Org>
**Sent:** Wednesday, April 27, 2022 5:25:01 PM
**To:** Albert, Jeffrey <JeffreyAlbert@Centura.Org>; Koval, Eric T <EricKoval@Centura.Org>
**Cc:** Erling, Brian, MD <BrianErling@Centura.Org>; Weller, Samuel <SamuelWeller@Centura.Org>
**Subject:** PSF Confidential - Dr. Peddada

*Confidential and privileged information subject to the quality management program, patient safety, professional review, and/or attorney/client privileges and protections pursuant to State and federal law. Do not copy, distribute, or re-disclose.*

Jeff,

Dr. Peddada should be calling you. He reached out to me to say that he did not need to talk. He is acting on the advice of his physician who said that he was hypertensive and severely stressed and needed to take a break. He was quite aggressive in "not needing to talk" as he is following her advice, my advice (which was to find a better life balance), etc. I shared that not talking with us is not an option as it impacts the practice and his potential employment. He then said he would call you directly and hung up.

He also stated that while still a private physician he would not be obligated to talk.

I will notify Med Staff as far as a potential leave of absence.

Be well,
Bill

**Bill Plauth**
**Chief Medical Officer, Penrose Hospital & St. Francis Hospital**
**Centura Health**

O: 719.776.5115 | M: 970.903.5585
2222 N. Nevada Ave | Colorado Springs, CO 80907
**centura.org**



I'm on a mission to promote collegial professionalism with compassion and humor.

*Confidential and privileged information subject to the quality management program, patient safety, professional review, and/or attorney/client privileges and protections pursuant to State and federal law. Do not copy, distribute, or re-disclose.*

*******************************************************************************

This communication is for the use of the intended recipient only. It may contain information that is privileged and confidential. If you are not the intended recipient of this communication, any disclosure, copying, further distribution or use thereof is prohibited. If you have received this communication in error, please advise me by return e-mail or by telephone and delete/destroy it.
*******************************************************************************