

Centura Health
9100 E. Mineral Circle
Centennial, CO 80112

May 9, 2022

Dear Dr. Peddada:

We hoped to have a phone conversation with you but attempts to reach you haven't been successful so we are sending this letter so as to not delay getting you this information.

Thank you for your time and interest in a Radiation Oncology position at Centura Health. This letter is to acknowledge that you declined employment effective July 1, 2022 by failing to execute the Physician Employment Agreement ("Employment Agreement") sent to you on April 26, 2022 via Adobe sign, which represented Centura Health- Penrose- St. Francis Health Services' ("Hospital") offer of employment with a start date of July 1, 2022. For the avoidance of doubt, Hospital is treating your failure to execute the Employment Agreement as a rejection of its offer of employment. Hospital is not extending a revised offer of employment.

Additionally, you failed to execute the proposed Confidential Settlement, Waiver and Release Agreement ("Settlement Agreement") intended to resolve any and all outstanding issues with respect to the Radiation Oncology, P.C. Recruitment Assistance Loan Agreement. Hospital would be happy to revise the terms of the settlement agreement to reflect your repayment of the loan balance owed in lieu of the employment-based loan forgiveness previously rejected by you.

Finally, this letter serves to confirm that the Exclusive Professional Services Agreement between Radiation Oncology, P.C. expires on July 1, 2022 and will not be renewed.

Sincerely,

Jason Tacha, Interim President
Centura Health Physician Group



EXHIBIT
13 G-2324
Baldauf

Peddada 000006

 Gmail



## Fwd: Letter Regarding Employment with Centura Health

**Peddada, Anuj** <AnujPeddada@centura.org>
To: Anuj Peddada <anujpeddada@gmail.com>

Thu, Jun 16, 2022 at 11:47 AM

Get Outlook for iOS

**From:** Weller, Samuel <SamuelWeller@Centura.Org>
**Sent:** Tuesday, May 10, 2022 8:58 AM
**To:** Peddada, Anuj <AnujPeddada@Centura.Org>
**Cc:** Albert, Jeffrey <JeffreyAlbert@Centura.Org>; Koval, Eric T <EricKoval@Centura.Org>
**Subject:** Letter Regarding Employment with Centura Health

Good Morning Dr. Peddada,

Please find the attached letter regarding your offer of employment for Centura Health Radiation Oncology. The letter will also be sent via USPS to your home address on file.

If you have any questions, please feel free to reach out to Jeff, Eric, or I for clarification.

Thank you,

Sam

Samuel Weller
VP of Physician Alignment, Greater Colorado Kansas Operating Group
Centura Health

O: 719.571.7219 I M: 360.981.3853
1710 Jet Stream Drive | Colorado Springs, CO 80921
centura.org


centura

I'm on a mission to live life to the fullest and to spread joy to the caregivers and people I serve.

 **2022-5-9 Letter to Dr. Peddada.pdf**
49K

Peddada 000007

 **Gmail**



## Response to Sam

**Peddada, Anuj** <AnujPeddada@centura.org>                      Thu, Jun 16, 2022 at 11:48 AM
To: Anuj Peddada <anujpeddada@gmail.com>

Wellet

Get Outlook for iOS

---

**From:** Peddada, Anuj <AnujPeddada@Centura.Org>
**Sent:** Tuesday, May 10, 2022 6:00 PM
**To:** Weller, Samuel <SamuelWeller@Centura.Org>
**Cc:** Albert, Jeffrey <JeffreyAlbert@Centura.Org>; Koval, Eric T <EricKoval@Centura.Org>; Tacha, Jason M <JasonTacha@Centura.Org>
**Subject:** Re: Letter Regarding Employment with Centura Health

Sam,
There is a clear mistake regarding my executed contract. I reviewed the contract and all my questions addressed by Eric on 4/11/22, at 12:30pm. I recall leaving the breast zoom to speak with Eric to address any concerns. Eric came by my office and I signed the contract on 4/12/22 with Eric's assistance.

I was out of the office for my scheduled vacation 4/23-30. Why was a second attempt at signing the contract sent when my automatic reply was turned on? Please advise.
Thanks,
Anuj

Get Outlook for iOS

---

**From:** Weller, Samuel <SamuelWeller@Centura.Org>
**Sent:** Tuesday, May 10, 2022 8:58 AM
**To:** Peddada, Anuj
**Cc:** Albert, Jeffrey; Koval, Eric T
**Subject:** Letter Regarding Employment with Centura Health

Good Morning Dr. Peddada,

Please find the attached letter regarding your offer of employment for Centura Health Radiation Oncology. The letter will also be sent via USPS to your home address on file.

If you have any questions, please feel free to reach out to Jeff, Eric, or I for clarification.

Thank you,

Sam

Samuel Weller
VP of Physician Alignment, Greater Colorado Kansas Operating Group

Peddada 000008

 Gmail

Anuj Peddada <anujpeddada@gmail.com>

EXHIBIT 17

## Response from Sam weller

**Peddada, Anuj** <AnujPeddada@centura.org>                                      Thu, Jun 16, 2022 at 11:48 AM
To: Anuj Peddada <anujpeddada@gmail.com>

Get Outlook for iOS

---

**From:** Weller, Samuel <SamuelWeller@Centura.Org>
**Sent:** Wednesday, May 11, 2022 1:30 PM
**To:** Peddada, Anuj <AnujPeddada@Centura.Org>
**Cc:** Albert, Jeffrey <JeffreyAlbert@Centura.Org>; Koval, Eric T <EricKoval@Centura.Org>; Tacha, Jason M
<JasonTacha@Centura.Org>
**Subject:** RE: Letter Regarding Employment with Centura Health

Good Afternoon Dr. Peddada,

Thank you for your email and summary. The original contract that you signed was not fully executed
because it did not include material terms of employment addressing the repayment of the recruitment
assistance loan and path for re-payment. We sent you an updated employment offer via a contract
and a separate settlement agreement to address the outstanding recruitment assistance loan balance.
The recruitment assistance settlement agreement was sent to you on April 22, 2022. The revised offer
of employment was sent to you on April 26, 2022.

There were multiple attempts to reach you to determine whether you would accept the revised offer of
employment and confirm your July 1, 2022 start date and to discuss these contracts with no response.
These efforts include Eric Koval's most recent attempt on April 27, 2022 via text requesting time to
speak and Dr. Plauth's request  on April 27, 2022, that you call Dr. Albert directly regarding your
employment. You did not respond to any of these requests to discuss the revised offer of employment.
As a result of your lack of communication and not executing the employment and settlement
agreements, Centura provided you notification concerning the status of your job offer.

Thank you,

Sam

Samuel Weller
VP of Physician Alignment, Greater Colorado Kansas Operating Group
Centura Health

O: 719.571.7219 I M: 360.981.3853
1710 Jet Stream Drive | Colorado Springs, CO 80921
centura.org

**From:** Peddada, Anuj <AnujPeddada@Centura.Org>

Peddada 000009