

**⌂ Zillow**    ✎ Edit    ♡ Save    ↱ Share    ∘∘∘ More

---

4 bd | 5 ba | 6,746 sqft

11 El Encanto Dr, Colorado Springs, CO 80906

● **Off market** | Zestimate®: **$3,040,600** | Rent Zestimate®: **$13,248**

**Est. refi payment:** $16,975/mo  $  **Refinance your loan**

# Price and tax history

## Price history

| Date | Event | Price | |
|------|-------|-------|---|
| 11/2/2022 | Listing removed | $3,150,000 | $467/sqft |
| Source: BHHS broker feed Report | | | |
| 5/4/2022 | Listed for sale | $3,150,000 (+32.1%) | $467/sqft |
| Source: Pikes Peak MLS #7768435 Report | | | |
| 10/31/2015 | Listing removed | $2,385,000 | $354/sqft |
| Source: LIV Sotheby's International Realty Report | | | |
| 6/18/2015 | Listed for sale | $2,385,000 (+266.9%) | $354/sqft |
| Source: LIV Sotheby's International Realty Report | | | |
| 8/4/2004 | Sold | $650,000 (+84.2%) | $96/sqft |
| Source: Public Record Report | | | |
| 4/4/1997 | Sold | $352,800 | $52/sqft |
| Source: Public Record Report | | | |



**EXHIBIT**

*16*

Anuj V. Peddada, M.D.