EXHIBIT

19

*EXHIBIT (11)*

6/16/22, 11:32 AM

 Gmail

Anuj Peddada <anujpeddada@gmail.com>

---

## FW: Needs attention

**Peddada, Anuj** <AnujPeddada@centura.org>                     Thu, Jun 16, 2022 at 11:32 AM
To: Anuj Peddada <anujpeddada@gmail.com>

---

Get Outlook for iOS

---

**From:** Monroe, Alan <AlanMonroe@Centura.Org>
**Sent:** Tuesday, April 26, 2022 9:26 AM
**To:** Peddada, Anuj <AnujPeddada@Centura.Org>
**Cc:** Koval, Eric T <EricKoval@Centura.Org>; Plauth, William <WilliamPlauth@Centura.Org>
**Subject:** RE: Needs attention

Anuj,

The short notice that you have given complicates our practice substantially, but if you feel that your mental health needs this type of attention, then I am supportive of anything that will help you get better.

Alan

---

Peddada 000384