

May 5, 2022

Anuj Pedadda, MD
11 El Encanto Dr.
Colorado Springs, CO 80906
anujpeddada@centura.org

Dr. Pedadda,

Thank you for submitting your request for medical leave. I am sorry that you are going through this difficult time and hope that you are able to get the care that you need.

As you know, one of the responsibilities of the chief of staff is to grant a leave of absence (see the relevant section of the bylaws below). As outlined, the request for reinstatement must be accompanied by an appropriate report from the individual's health care practitioner indicating that they are capable of a return to duty.  As you cite that this leave is for health reasons relating to burnout and exhaustion, I believe it best to have a provider from the Colorado Physicians Health Program (CPHP) provide an assessment and recommendations for duration of the leave and when you can safely return. We are requiring you to contact the CPHP to arrange for an assessment within the first 30 days. We would also ask that you sign a release to have them share with me their recommendations. We would not need personal information, only recommendations for time off and follow-up with additional therapy if warranted. Ultimately, we would need their clearance for you to return to duty.
I have discussed this with the department of medicine chair, Dr. Betsy Kleiner, and she is in agreement with this plan.

I hope that you are able to get the care that you need a return to our medical staff.

Caryn Baldauf
Medical Staff President

EXHIBIT

20

Anuj V. Peddada, M.D.

Excerpt from the bylaws:

6.G. LEAVES OF ABSENCE

(1) An individual appointed to the Medical Staff may request a leave of absence by submitting a written request to the Chief of Staff. Except in extraordinary circumstances, this request shall be submitted at least 30 days prior to the anticipated start of the leave. The request shall state the beginning and the anticipated ending dates of the leave, which shall not exceed one year, and the reasons for the leave. Members of the Medical Staff requesting a Leave of Absence for military duty may be exempt from the one-year requirement.

(2) Members of the Medical Staff must report to the Chief of Staff any time they are away from medical staff and/or patient care responsibilities for longer than 30 days and the reason for such absence is related to their physical or mental health or otherwise to their ability to care for patients safely and competently. Certain circumstances may trigger an automatic medical leave of absence.

(3) In determining whether to grant a request for a leave of absence, the Chief of Staff with the relevant department chair shall consult. The granting of a leave of absence, or reinstatement, as appropriate, may be conditioned upon the individual's completion of all medical records. The Chief of Staff, Department Chair, or designee shall determine whether a request for a leave of absence shall be granted.

(4) During the leave of absence, the individual shall not exercise any clinical privileges. In addition, the individual shall be excused from all Medical Staff responsibilities (e.g., meeting attendance, committee service, emergency service call obligations) during this period.

(5) Individuals requesting reinstatement shall submit a written summary of their professional
activities during the leave, and any other information that may be requested by the Hospital. (Policy regarding Criteria for Return from Leave of Absence) Requests for reinstatement shall then be reviewed by the relevant department chair, the Chair of the Credentials Committee, the Chief of Staff, and the CEO. If all these individuals make a favorable recommendation on reinstatement, the Medical Staff member may immediately resume clinical practice at the Hospital. This determination shall then be forwarded to the Credentials Committee, the MEC, and the Board for ratification. If, however, any of the individuals reviewing the request have any questions or concerns, those questions shall be noted and the reinstatement request shall be forwarded to the full Credentials Committee, MEC, and Board for review and recommendation. If a request for reinstatement is not granted, for reasons related to clinical competence or professional conduct, the individual shall be entitled to request a hearing and appeal.

(6) If the leave of absence was for health reasons, the request for reinstatement must be accompanied by an appropriate report from the individual's health care practitioner indicating that the individual is physically and/or mentally capable of resuming a hospital practice and safely exercising the clinical privileges requested.

(7) Absence for longer than one year shall result in automatic relinquishment of Medical Staff
appointment and clinical privileges unless an extension is granted by the Chief of Staff, Department Chair, or designee. Extensions shall be considered only in extraordinary
32
cases where the extension of a leave is in the best interest of the Medical Staff and Hospital.

(8) If an individual's current appointment is due to expire during the leave, the reappointment
must be processed within the specified time frame or the individual's appointment and clinical privileges shall lapse at the end of the appointment period, and the individual shall be required to apply as a new appointment.

(9) Leave of Absence is a matter of courtesy, not of right. In the event that it is determined that an individual has not demonstrated good cause for a leave, or where a request for extension is not granted, the determination shall be final, with no recourse to a hearing and appeal.