EXHIBIT

21

exhibitsticker.com

**From:** Albert, Jeffrey
**Sent:** Wednesday, April 27, 2022 4:35 PM
**To:** Gulley, Shauna <ShaunaGulley@Centura.Org>; Lichtenberger, Scott <ScottLichtenberger@Centura.Org>
**Cc:** Kraus, Dennis <DennisKraus@Centura.Org>
**Subject:** FW: Needs attention

Shauna and Scott,

I apologize for the long email, but the details are important...

I had a meeting today with Brian Erling, Bill Plauth, Alan Monroe, and Eric Koval regarding the email below. Anuj is currently on a mountain biking trip and hasn't been available to explain any details of this email. I met with Anuj and Alan last week to mediate discussion of the practice transition, and Anuj mentioned he'd like a break before beginning employment. Alan graciously agreed to allow Anuj to take 3 weeks off in June and cover for him. Friday afternoon Bill Plauth noted he got a call from Anuj's PCP (and personal friend) that Anuj was stressed and needed some time off, and hopefully taking this week would help him. This email was what followed.

We are very sensitive to physician mental health needs, and I'd like to hear directly from Anuj before jumping to any conclusions. Unfortunately, Alan believes this is an attempt by Anuj to "stick it to him" while he still can, and sent a follow up email to me and Brian this afternoon indicating that he may not sign his contract if we still plan to have Anuj in the practice. He also thinks that Anuj may never come back. FYI, Alan has verbally accepted but not officially signed, and Anuj initially signed before we amended the agreement to include a forgivable loan for previous recruitment assistance they would otherwise owe us. There is growing concern among the team that Anuj may not be the right fit for the group. Also unfortunately, Anuj signed the PSA extension on behalf of Radiation Oncology, PC (Alan is ½ owner, extension was from June 1 to July 1 to allow for practice transition), and Alan claims he had no knowledge of this and may dispute the extension if Anuj plans to take this time off. If the practice no longer exists on June 1, then Madeera Kathpal has no obligation to stay through the month of June (her 90 day notice was to Radiation Oncology PC as her employer, not Centura), and we'd be down to one physician covering both Penrose and St. Francis, which is not possible. So we'd be looking at trying to find urgent locums in the next month. Also unfortunately, we are currently recruiting for the third radiation oncology position, and already have one site visit scheduled for May 9. This will likely hinder our recruiting efforts until we have some clarity.

A lot of moving pieces here, but just wanted to make sure you were both in the loop in case you hear anything. I am heading down to Penrose for a mandatory staff meeting tomorrow to help reassure the staff of our commitment to the program and intent to support them, but this will be a rocky period.

Thanks,
Jeff

**Jeffrey Albert, MD, MPH**
**Enterprise Medical Director of Radiation Oncology**
**and Integrated Cancer Care**

**Centura Health**
9100 E. Mineral Circle, Centennial, CO 80112

Mobile: 970.818.1206

