EXHIBIT

32

exhibitsticker.com

**From:** "Monroe, Alan" <AlanMonroe@Centura.Org>
**To:** "Terence E. Doherty, Esq." <Terry@dohertylawpc.com>
**Subject:** recruitment settlement agreement
**Date:** Fri, 22 Apr 2022 07:47:26 -0600
**Importance:** Normal
**Attachments:** Radiation_Oncology_Recruitment_Settlement_Agreement_4.13.22_encrypted_.pdf

---

Terry,

Here is the settlement to repay the money owed for physician recruitment. Per HIPPA, the hospital claims that they cannot waive this. They came up with the 5 year repayment term to keep our compensation just under fair market value, so I don't think there is a lot of wiggle room on timing, but I wanted you to take a quick glance and make sure it seemed ok.

I will send the employment agreement when I get it.
Thanks,
Alan

PSF-Peddada-1006