**From:** "Monroe, Alan" <AlanMonroe@Centura.Org>
**To:** "Terence E. Doherty, Esq." <Terry@dohertylawpc.com>
**Subject:** FW: Centura Health - Benefits & Compensation Information
**Date:** Wed, 13 Apr 2022 08:27:11 -0600
**Importance:** Normal
**Inline-Images:** image001.png; image002.png



EXHIBIT

41

---

Terry,

See below - you can hold off reviewing until you get back. There is language going in regarding repayment of Dr. Kathpal's recruitment assistance loan. They were talking about a 5 year forgivable loan.  We will see what gets put in. I responded that your initial review raised concern about lack of language about PTO/benefits.

I will send the updated contract when I receive it.

Take care

Alan

**From:** Koval, Eric T <EricKoval@Centura.Org>
**Sent:** Tuesday, April 12, 2022 4:08 PM
**To:** Monroe, Alan <AlanMonroe@Centura.Org>
**Cc:** Albert, Jeffrey <JeffreyAlbert@Centura.Org>
**Subject:** RE: Centura Health - Benefits & Compensation Information

Dr. Monroe,
I just got word there is a small edit being made to the employment contract with language pointing towards the loan forgiveness of Dr. Kathpal's salary.
The loan forgiveness agreement will be a separate agreement but the employment contract will contain a brief mention of this.

Since your lawyer is reviewing your employment contract, I wanted to let you know so you can tell him/her to hold for moment. I'll forward the edit ASAP.

Regards,

**Eric Koval**
**Director Regional Oncology Services Centura Health**
**Penrose Cancer Center**
**St. Francis Cancer Center**
**St. Mary Corwin Dorcy Cancer Center**

MS Teams | O: 719.776.8448 | M: 713.825.0707
2222 North Nevada | Colorado Springs, CO, 80907
erickoval@centura.org



I'm on a mission to use faith as a foundation in the stewardship of a nurturing work environment that promotes professional excellence

PSF-Peddada-0988

**From:** Monroe, Alan <AlanMonroe@Centura.Org>
**Sent:** Friday, April 8, 2022 8:09 AM
**To:** Koval, Eric T <EricKoval@Centura.Org>
**Cc:** Albert, Jeffrey <JeffreyAlbert@Centura.Org>
**Subject:** RE: Centura Health - Benefits & Compensation Information

Thank you Eric. I will look this over while I am out and send the contract to my lawyer for review

As I move toward the 5th stage of acceptance, I see issues with how the department has been set up under Kathpal that need to be addressed for success. I'd like to meet with you next week one of the days I'm at SF to discuss a few ideas. Some of the things to discuss are staffing (nursing fine but current therapist team may need a change), spaces (clinic rooms are either too small or cavernous, needs some ergonomic adjustment), and efficiency (Shelby is a very nice dosimetrist but a #2 if we are honest – Daryl and Caleb are #1's; must be a CT sim tech at least half the day so we don't shut down patient treatments for 2 hour block each afternoon). These are easy and obvious changes – others may arise as we discuss

Take care

Alan

---

**From:** Koval, Eric T <EricKoval@Centura.Org>
**Sent:** Thursday, April 7, 2022 12:30 PM
**To:** Peddada, Anuj <AnujPeddada@Centura.Org>; Monroe, Alan <AlanMonroe@Centura.Org>
**Cc:** Albert, Jeffrey <JeffreyAlbert@Centura.Org>
**Subject:** FW: Centura Health - Benefits & Compensation Information
**Importance:** High

Hello Gentlemen,
I'm sharing with you some of the benefits associated with employment that are policy related rather than elements you'll see spelled out in your individual contracts.
I have removed the PTO policy as Centura is significantly updating this physician benefit. We are being told the new policy should approved soon.


**Eric Koval**
**Director Regional Oncology Services Centura Health**
**Penrose Cancer Center**
**St. Francis Cancer Center**
**St. Mary Corwin Dorcy Cancer Center**

MS Teams | O: 719.776.8448 | M: 713.825.0707
2222 North Nevada | Colorado Springs, CO, 80907
erickoval@centura.org



I'm on a mission to use faith as a foundation in the stewardship of a nurturing work environment that promotes professional excellence

---

**From:** Dixon, Lanetta <LanettaDixon@Centura.Org>
**Sent:** Thursday, April 7, 2022 9:50 AM
**To:** Koval, Eric T <EricKoval@Centura.Org>; Weller, Samuel <SamuelWeller@Centura.Org>; Albert, Jeffrey <JeffreyAlbert@Centura.Org>

PSF-Peddada-0989

**Subject:** Centura Health - Benefits & Compensation Information
**Importance:** High

Morning, Eric-
Here's a sample of what we provide the docs with:

Attached you'll find:
- CME Policy
- Sample Employment Agreement (Contract)
- Physician Time Away Policy
- Annual Benefits Guide
- Supplemental Benefits Flyer

**Lanetta Dixon, MHA**
**Physician Recruiter, Physician Alignment Group**
**Centura Health**

O: 303.673.7190 | M: 303.908.5090
9100 E. Mineral Cr. | Centennial, CO 80112
centura.org



CONFIDENTIALITY NOTICE: This e-mail, and any attachment to it, may contain privileged and confidential information intended only for the use of the individuals or entities named on the e-mail. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading, disclosure, copying, further distribution or use thereof is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender and delete it from your system immediately. Thank you.

PSF-Peddada-0990