Ashhland Text.png (3024×4032)



**Anuj Peddada**

**EXHIBIT**

**46**

Take a look at this home I found on Realtor.com
2212 Winter Sun Dr, Palm Springs
$5,750,000 · 4beds · 4.5baths

https://apps.realtor.com/mUAZ/m358n3ta

Incredible setting/build

Apr 16, 2022 at 1:24 PM

Rvus July thru March 31. Dr Peddada 23851.80. Dr Monroe 13443.63. Dr Kathpal 5674.19. April report is pending.

Apr 17, 2022 at 6:23 PM

Did you talk to Michael about your upcoming meeting?

No. I didn't want to bother him this Easter Sunday.

Apr 19, 2022 at 9:06 PM

Puerto Rico Tax Haven Is Alluring, But Are There Tax Risks?
forbes.com

Apr 21, 2022 at 6:56 PM

Let me know when you have a few minutes to talk?

Having dinner will call you in about 30 minutes

No worries

Apr 22, 2022 at 6:39 AM

You're welcome to come out and hang out with us anytime! Distress?

Thanks. I'm going to take a break for 8 weeks. My PCP Feels very comfortable making the diagnosis that I have Physcian burnout.

Apr 25, 2022 at 10:00 AM

Are you off?

Yes, in meetings

No problem, just wanted to talk though a few things.

May 5, 2022 at 7:37 PM

Do you have a quick second to talk

iMessage

Got it    Thanks for sharing

Peddada 001186

1/1