0 1,125×2,436 pixels

6/16/22, 10:42 AM



6:59

 

Jeff >

Tue, Apr 5, 7:57 AM

Hi Jeff,
I received an email with a link that basically was like the application that I initially filled out. Can you check and see where we are with the contract? Please let me know if I need to do anything else. Thanks
Anil

Tue, Apr 5, 11:03 AM

Sorry, thought I had responded to you this morning. I touched base with Eric and Sam, and it looks like Eric sent you the actual copy. Just working out whether to do the recruitment assistance loan as part of the contract or a separate addendum later



     

Text Message

EXHIBIT
66