| | |
|---|---|
| **From:** | Peddada, Anuj <AnujPeddada@Centura.Org> |
| **Sent:** | Monday, April 18, 2022 9:45 AM |
| **To:** | apeddada@gmail.com |
| **Subject:** | your thoughts on this letter I want to address with admin |
| **Attachments:** | schedule.docx |



EXHIBIT

67

1

These last 10 months have proved to be the most challenging time in my 22-years of practice at Penrose Hospital.  The unfortunate events that led to the termination of a 50-year long relationship between Penrose hospital and Radiation Oncology PC has been devastating and an all-time low for me, as it has negatively impacted both my professional and personal life.  Also, I have witnessed how this has been a hardship on the entire clinical, technical and administrative staff.  I am very saddened and disappointed of learning of the complaints raised against me in the recent past.

Having executed the new contract, I am eagerly anticipating the return to a more productive environment, and I am optimistic about the future.  I look forward to collaborating to continue building our strong program.

However, I need time to recharge, change my perspective.  I need a 6 - 8-week sabbatical from my daily duties to work on relieving the stress that has built up and on overcoming the resentment that has built up over the past 16 years towards my partner.  I am concerned, if I do not work through the feelings that I have been harboring, they will likely resurface in the future, which could prove to be very unproductive and disruptive.