Screenshot 2022-06-13 at 7.02.10 PM.png

6/16/22, 10:43 AM

EXHIBIT 7

7:02

Jeff ›

full day
I was hoping to touch base
prior to the meet with you
on Tuesday

Just an FYI

July thru March 31, 2022

Dr. Peddada    23851.80
Dr. Monroe     18443.63
Dr. Kathpal     5674.19

I'm not proud of this. I need
time to recharge prior to
starting the new agreement.

Mon, Apr 18, 8:04 PM

Sorry for my late text, I
would like to talk to you
prior to our meeting if you
have time.

Text Message

**EXHIBIT**

68

Page 1 of 1

Peddada 000001