

1:12   .ıl 5G 89

**MS**

Munni >

Hi Chitra,
Sorry to message u in the Weekend!
Didn't know where u disappeared!
All I heard was u left the Lane Practice and kept hoping to hear from you!
I ran into your Medical friends that u met last year at Women in Medicine meeting at Dana point! Could not believe the co incidence!
They said you moved to San Diego!
Hope you and Anuj are doing well.
Was at the Dana point for this years Women in Medicine! Wish you came! Hope you are doing well!

iMessage

EXHIBIT

106

Peddada_001246

See u tmr!

**+17196614193**

↖ Sent

10/7/2021 1:57:20.000 AM

Yes. Thanks. Any chance I can come earlier than 2 pm? Anytime after 10am.

No worries if you can't.

**+17192294992**

↘ Received

10/7/2021 1:57:50.000 AM

10:30 work for you??

**+17196614193**

↖ Sent

10/7/2021 1:58:01.000 AM

Yes

**+17192294992**

↘ Received

10/7/2021 1:59:01.000 AM

K see u then!

**+17196614193**

↖ Sent

10/7/2021 1:59:08.000 AM

Liked "K see u then! "

**+17196614193**

↖ Sent

11/19/2021 2:35:29.000 AM

I'll see tomorrow for my PRP at 9:30.

**+17196614193**

↖ Sent

11/19/2021 2:45:45.000 AM

Yes, looking forward to seeing you!

**+17192294992**

↘ Received

11/19/2021 2:55:56.000 AM

C u tmr!

Peddada_005609

**+17196614193**

↖ Sent
11/19/2021 2:56:22.000 AM

Liked "C u tmr!"

**+17192294992**

↘ Received
11/19/2021 6:43:57.000 PM

K.

**+17196614193**

↖ Sent
4/22/2022 5:10:23.000 PM

Munni,
I definitely want to see you today. Would the end of the day work better, after 5 pm?
Anuj

**+17192294992**

↘ Received
4/22/2022 5:33:21.000 PM

The staff leave at 5 pm Anuj!

**+17196614193**

↖ Sent
4/22/2022 6:06:21.000 PM

I'm in the waiting room. Thanks for seeing me in such short notice.
Sorry, I have a procedure to perform at 1 pm. Thanks

**+17196614193**

↖ Sent
4/25/2022 2:20:46.000 AM

Hi Munni,
Thanks again for seeing me on such short notice, I really appreciate you.
Could you call Di Thompson first and give her your thoughts. Let me know and then I can call her. I think it's better for you as my doctor to share your thoughts first.
Anuj

**+17196614193**

↖ Sent
4/25/2022 2:22:20.000 AM

I don't have her number, o know you gave it to me. But I misplaced it. I had a very long night Friday, didn't finish work until 10 pm.

**+17192294992**

↘ Received
4/25/2022 2:32:14.000 AM

Peddada_005610

Will try to call her tmr.

**+17196614193**

↖ Sent

4/25/2022 2:32:28.000 AM

Thank you

**+17196614193**

↖ Sent

4/28/2022 1:55:01.000 AM

Hi Munni,
Can we talk for a few minutes when you are free. Tomorrow morning is fine.

**+17192294992**

↘ Received

4/28/2022 2:51:54.000 PM

Sure! So sorry I was Swamped yesterday!
Will be at work in 30 mts. Will call u then. Call u when I get there

**+17196614193**

↖ Sent

4/28/2022 3:33:03.000 PM

I'm in poor cell service. I'll call you this afternoon. Thanks

**+17192294992**

↘ Received

4/28/2022 4:15:57.000 PM

K. I just spoke to Di, she said she will be Very happy to see you and guide youA
Apparently she has your cell and said she will text you, she also said You have her cell!
In case you don't Thisbis her cell:
9707084461

**+17196614193**

↖ Sent

4/29/2022 4:04:49.000 PM

Munni,
Are you free to talk briefly?

**+17196614193**

↖ Sent

5/18/2022 4:47:30.000 PM

Hi Munni,

I just found out while out on medical leave, that Penrose got rid of me. I had already signed an
Employment agreement 3 weeks before my leave. They sent a new revised one during my leave
that I did not see, as it went to my email that was not being monitored. My email had an auto
message saying I was out of the office.
They sent a letter by postal service that said because I didn't reply to the email, they assumed I

Peddada_005611

was not I interested in the job and would not reissue the offer.
This is a legal move they used to get rid of me.

This is the thanks I got for 22 years of loyal service.
I'm not sure what to do after my break, I have a non-compete. Just letting you know.

Thanks,
Anuj

**+17192294992**

↘ Received

5/18/2022 5:53:24.000 PM

OMG!!! UNBELIEVABLE!!!! NOW WHAT?????

**+17192294992**

↘ Received

5/18/2022 5:54:55.000 PM

THIS IS TOTAL INSANITY!!
DID U SPEAK WITH DI THOMPSON????

**+17196614193**

↖ Sent

5/18/2022 5:58:14.000 PM

Yes, as you advised. I spoke to her 2 weeks ago.

**+17192294992**

↘ Received

5/18/2022 6:00:17.000 PM

What did she say??
I have not forwarded Any thing written, only spoke to Bill Plauth as you asked me to and
,briefly to Di Thompson, she was busy and asked me to have u call her directly!
This is a Big Mess!!
I feel Awful!!

**+17196614193**

↖ Sent

5/18/2022 6:00:58.000 PM

Call when you have time. No rush.

**+17196614193**

↖ Sent

5/31/2022 4:46:56.000 PM

Munni,
Please Call me when you have a minute. Thanks

**+17196614193**

↖ Sent

5/31/2022 4:53:12.000 PM

Peddada_005612



Peddada_005613