**From:** "Robin Lane" <echosign@echosign.com>
**To:** "Anuj Peddada" <anujpeddada@centura.org>
**Subject:** Reminder: Waiting for you to sign New CHPG Employment Agreement for Dr. Anuj Peddada
**Date:** Sun, 01 May 2022 11:36:43 -0600
**Importance:** Normal

---





## Please sign **New CHPG Employment Agreement for Dr. Anuj Peddada**

**This is an automatically generated reminder to request that you take action on a contract sent to you by Centura Health. If there is any reason you will not or cannot take action, please contact your dyad leaders or CHPGContractsAdmin@Centura.Org. The ability to execute this agreement will expire 60 days after it was sent to you. Thank you!**

Click here to review and sign **New CHPG Employment Agreement for Dr. Anuj Peddada.**

After you sign **New CHPG Employment Agreement for Dr. Anuj Peddada**, all parties will receive a final PDF copy by email.

Robin Lane has requested that this reminder be sent. Click here if you wish to stop receiving reminders about this agreement.

Should you have any questions, please don't hesitate to reach out.

Thank you,

Robin Lane
Director Physician Contracting
720-525-4518
To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.



EXHIBIT

A

PSF-Peddada-3074