**From:** "Robin Lane" <echosign@echosign.com>
**To:** "Anuj Peddada" <anujpeddada@centura.org>
**Subject:** Signature requested on "New CHPG Employment Agreement for Dr. Anuj Peddada"
**Date:** Tue, 26 Apr 2022 11:30:56 -0600
**Importance:** Normal

---



Robin Lane requests your signature on
# New CHPG Employment Agreement for Dr. Anuj Peddada

**Review and sign**

---

Welcome to Centura Health! Please review and sign the attached contract. If you have any questions please reach out to the CHPG operational leader you've been working with as part of the recruitment process. Thank you!

**ROBIN LANE**
RobinLane@Centura.Org

---

After you sign **New CHPG Employment Agreement for Dr. Anuj Peddada**, the agreement will be sent to **Jason Tacha**. Then, all parties will receive a final PDF copy by email.

**Don't forward this email:** If you don't want to sign, you can **delegate** to someone else.

Should you have any questions, please don't hesitate to reach out.

Thank you,

EXHIBIT

B

PSF-Peddada-3075

Robin Lane
Director Physician Contracting
720-525-4518

By proceeding, you agree that this agreement may be signed using electronic or handwritten signatures.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

© 2022 Adobe. All rights reserved.

PSF-Peddada-3076