**+17196614193**

↖ Sent

11/19/2021 2:56:22.000 AM

Liked "C u tmr!"

**+17192294992**

↘ Received

11/19/2021 6:43:57.000 PM

K.

**+17196614193**

↖ Sent

4/22/2022 5:10:23.000 PM

Munni,
I definitely want to see you today. Would the end of the day work better, after 5 pm?
Anuj

**+17192294992**

↘ Received

4/22/2022 5:33:21.000 PM

The staff leave at 5 pm Anuj!

**+17196614193**

↖ Sent

4/22/2022 6:06:21.000 PM

I'm in the waiting room. Thanks for seeing me in such short notice.
Sorry, I have a procedure to perform at 1 pm. Thanks

**+17196614193**

↖ Sent

4/25/2022 2:20:46.000 AM

Hi Munni,
Thanks again for seeing me on such short notice, I really appreciate you.
Could you call Di Thompson first and give her your thoughts. Let me know and then I can call her. I think it's better for you as my doctor to share your thoughts first.
Anuj

**+17196614193**

↖ Sent

4/25/2022 2:22:20.000 AM

I don't have her number, o know you gave it to me. But I misplaced it. I had a very long night Friday, didn't finish work until 10 pm.

**+17192294992**

↘ Received

4/25/2022 2:32:14.000 AM

**EXHIBIT**

**C**

exhibitsticker.com

Peddada_005610