**19174284062 (Dov)**                                      12/2/2021 9:11:03.000 PM



cbc1ad5b-9559-4471-8595-f9cccfe39d30.oga

*Click to play the audio attachment.*

↘ Received

**19174284062 (Dov)**                                      12/2/2021 9:11:03.000 PM

*No message content to display.*

↖ Delivered

**17196614193 (Anuj)**                                     12/2/2021 9:17:49.457 PM

Hospital meeting went as I expected. They will not renew the agreement with radiation oncology p.c. That's what I hoped for. But they want to employ both of us at separate locations. I'm not sure I want to be employed. We can talk later. Thanks for your concern. Chitra and enjoyed the time we spent with you.

↘ Read

**19174284062 (Dov)**                                      12/2/2021 9:29:50.000 PM

**EXHIBIT**

**D**

exhibitsticker.com

Peddada_005794