From: "Kraus, Dennis" <denniskraus@centura.org>
Date: Thu, 09 December 2021 17:45:40
To: "Plauth, William" <williamplauth@centura.org>; "Albert, Jeffrey"
<jeffreyalbert@centura.org>; "Erling, Brian, MD" <brianerling@centura.org>
Subject: Re: Radiation Oncology P.C.

Anuj reached out to me today
He asked to meet with me next wk and I indicated that I would be glad to meet with him and
would incorporate jeff
He also said that he had started considering other opportunities
Would suggest we try to resolve quiclkly

Get {https://aka.ms/o0ukef}Outlook for iOS


-----
From: Plauth, William <WilliamPlauth@Centura.Org>
Sent: Thursday, December 9, 2021 10:33:12 AM
To: Albert, Jeffrey <JeffreyAlbert@Centura.Org>; Erling, Brian, MD
<BrianErling@Centura.Org>; Kraus, Dennis <DennisKraus@Centura.Org>
Subject: RE: Radiation Oncology P.C.

I just thanked her for sharing. Nothing more. I agree it helps clarify potential futures.

Be well,
Bill

Bill Plauth
Chief Medical Officer, Penrose Hospital & St. Francis Hospital
Centura Health

O: 719.776.5115 | M: 970.903.5585
2222 N. Nevada Ave | Colorado Springs, CO 80907
centura.org



I'm on a mission to promote collegial professionalism with compassion and humor.

Confidential and privileged information subject to the quality management program, patient
safety, professional review, and/or attorney/client privileges and protections pursuant to State
and federal law. Do not copy, distribute, or re-disclose.


From: Albert, Jeffrey <JeffreyAlbert@Centura.Org>
Sent: Thursday, December 9, 2021 10:24 AM



EXHIBIT

E

PSF-Peddada-1488