**From:** Anuj Peddada <anujpeddada@gmail.com>
**To:** Obdoc4u@gmail.com
**Subject:** Fwd: Peddada.CV
**Date:** Mon, 04 Apr 2022 07:22:29 -0600
**Attachments:** peddada_CV-_3-15-22.doc

---

Anuj's iPhone

Begin forwarded message:

**From:** Anuj Peddada <anujpeddada@gmail.com>
**Date:** April 3, 2022 at 2:47:27 PM MDT
**To:** Stephen Wells <obsoc4u@gmail.com>
**Subject: Peddada.CV**

Stephen,
Great catching up with you today. Here is my updated CV.
I would love to learn more about the opportunity.

--
Anuj

EXHIBIT

F

Peddada002333