**+17194943210**

4/6/2022 2:40:14.000 PM

Just didn't see any encounters for him in EPIC.

↖ Sent

**+17196614193**

4/6/2022 2:49:55.000 PM

I'll check with our staff. We have new people in scheduling and now have a head nurse who is essentially our boss. She wants the docs to stay away from the schedulers. Basically, the nurses don't want to work too hard. When I add on patients the nurses complain to admin.

↘ Received

**+17194943210**

4/6/2022 2:50:53.000 PM

Yeah, I hear you but somehow we have to be sure these patients are actually getting scheduled. In the past I know you've been able to generally get them in very promptly which is reassuring for them.

↖ Sent

**+17196614193**

4/6/2022 2:54:40.000 PM

He is on for 2 pm today. I like to honor the phone call referrals and get them in right away. This is upsetting to me as well.s

↘ Received

**+17194943210**

4/6/2022 3:00:08.000 PM

He cancelled a trip to Arizona or somewhere like that to get things rolling like his PER etc.

↖ Sent

**+17196614193**

4/6/2022 3:04:37.000 PM

Liked "He cancelled a trip to Arizona or somewhere like that to get things rolling like his PER etc. "

↖ Sent

**+17196614193**

4/6/2022 3:18:39.000 PM

This is what I'm worried about. Being employed by centura and having to answer to nurses and administrators at a totally different level than previously when I was in private practice.

↖ Sent

**+17196614193**

4/8/2022 7:22:13.000 PM

EXHIBIT

G

exhibitsticker.com

Peddada_005574