Sorry I totally forgot about the watch. You can send it here now. Hope all is well with your family. Katy had had 2 negative pet/ct thus far so things are looking good. Another couple of months of q 3 week brentuximab to go.

**+17196614193**

↖ Sent

4/5/2022 6:28:32.000 PM

Hi Russ,
That's great news about Katy! We need to catch up, lots to talk about on my front.

**+15416391331**

↘ Received

4/9/2022 4:47:29.000 PM

So what's up

**+17196614193**

↖ Sent

4/9/2022 4:47:58.000 PM

Practice dissolved, employment

**+15416391331**

↘ Received

4/9/2022 4:48:37.000 PM

You kind of mentioned that was a possibility. Things going ok?

**+17196614193**

↖ Sent

4/9/2022 4:49:40.000 PM

No, I've been in the dumps for 8 months. Not sure if I want to work in this environment. We are putting the house on the market.

**+15416391331**

↘ Received

4/9/2022 5:11:03.000 PM

Wow

**+15416391331**

↘ Received

4/9/2022 5:12:59.000 PM

U got time to talk?

**+17196614193**

↖ Sent

4/9/2022 5:13:20.000 PM

EXHIBIT

exhibitsticker.com

**H**

Peddada_005537