

To: +1 (816) 352-2734     Details

iMessage with +1 (816) 352-2734
4/22/22, 4:16 PM

I am the worst CEO ever.  I'm sorry I never reached back out. Do you have time to talk for a few minutes next week.  This is Kirk at SRMC.

Hi Kirk,
No worries.
I didn't want to pester you and just thought you weren't interested. I'm heading to Moab for a week. I would like to touch base when I get back if that works.
Anuj

Read

Absolutely let's catch up let's hear what you want what you need and I'll see what I can do here at SkyRidge Dr. James thinks the world of you

Sent with Siri

5/24/22, 7:03 PM

I hope your time away is going as you wanted it. I know I have thought a lot about what your son said to you in my own life.  I talked to Dax.  He would love to talk to you whenever you are ready. He can give you a unique perspective



EXHIBIT

I

exhibitsticker.com

Peddada_005401