iMessage with +1 (512) 461-4760
5/5/22, 1:22 PM

Hi. This is Kerry Garrison from Sky Ridge. Kirk McCarty asked me to set up some time for the three of us so that we can hear exactly what you are looking for at this point in your career. We are open to any venue including WebEx and we will accommodate your schedule. Can you let me know what works for you?  I am the VP of Business Development here at Sky Ridge. Look forward to hearing from you.

Thanks for reaching out to me. I am available to come up to meet next week. Please provide some dates and that work for you both.

Times

Will do.

Thanks

If you send me your email address, I can forward my CV for your reference.

Kerry.garrison@healthonecares.com

Thanks

Something got cancelled so we could meet Wednesday anytime from 8 until 11. Does that work?  We'll plan an hour. I'll show you around too.

Yes that works. I'll plan on being there at 9:30, if that works.

Great. Do you need the address for your GPS?  Just come to the main entrance and text me and I will come get you.

Address would help and where best to park.

Read

5/5/22, 3:39 PM

10101 RidgeGate Parkway, Lone Tree, 80124. Please use the valet to park, it will be complimentary and it can be challenging finding a spot. Main entrance, marked by several flag poles and a portico. Faces West.

5/11/22, 7:21 AM

Please park with the valet. They have your name and will not be charging you. See you soon.

Sorry, just read your text. I lucked out and found a spot to park. Thanks

Ok. Great. I'll be up in a few.

No rush. Thanks

Great

Heading there

There is a Starbucks on the ground floor if your in need of caffeine.

Great. We'll meet you there in a few and come back to Kirk's office. He's running a little behind.

Okay

EXHIBIT

J
_____

exhibitsticker.com

Peddada_005409