**From:** Anuj Peddada <anujpeddada@gmail.com>

**To:** kerry.garrison@healthonecares.com, jajames42@me.com

**Subject:** Meeting on 5/11/22 at 9:30am

**Date:** Thu, 05 May 2022 17:12:50 -0600

**Attachments:** peddada_CV-_5-5-22.doc

---

Hi Kerry,

Thanks again for reaching out to me. I look forward to meeting with both you and Kirk to explore opportunities to potentially work together. Please find attached CV for your reference.


--
Anuj V. Peddada, M.D.

EXHIBIT

K

Peddada002346