

5/17/22, 2:03 PM

Hi Tim,

I just found out while out on medical leave, that Penrose got rid of me. The medical leave was recommended by my PCP.

This is the thanks I got for 22 years of loyal service. I would like to consider opportunities through the UCH system. I'm interested in a part time position. Let me now if you know of anything.
Thanks,
Anuj

Read

5/17/22, 5:28 PM

Hi Anuj, we just hired up here but I'll definitely pass along the word. Sorry to hear the news.

**EXHIBIT**

L

exhibitsticker.com

Peddada_005399