**From:** Cassandra Newmyer <Cassandra.Newmyer@weatherbyhealthcare.com>
**To:** "anujpeddada@gmail.com" <anujpeddada@gmail.com>
**Subject:** Cassandra from Weatherby Healthcare
**Date:** Thu, 26 May 2022 14:28:27 -0600
**Inline-Images:** image001.jpg; image002.jpg; image003.png

---

Hi Dr. Peddada,

Great to speak with you today! I really enjoyed our conversation and I hope you did as well.

Here is our website where you can create an account and start on our online application:
my.weatherbyhealthcare.com/welcome

The IMLC website for more information about that process is: www.imlcc.org

If you would please send me a copy of your CV and I can have a DocuSign contract sent to you. If you decide to open up a business entity, we can always put a different contract in place and change everything on our payroll side.

Let me know if you have any other questions. I am looking forward to working with you! I think you will really enjoy this transition and have a great work/life balance that is 100% focused on patient care.

Look forward to hearing from you!

Cassandra Newmyer
Senior Consultant, Radiation Oncology

**Weatherby Healthcare**
Work: 919.659.1641
Fax: 866.608.0621
After Hours: 919.659.1641









Peddada002633

**From:** Anuj Peddada <anujpeddada@gmail.com>
**To:** Cassandra Newmyer <Cassandra.Newmyer@weatherbyhealthcare.com>
**Subject:** Re: Cassandra from Weatherby Healthcare
**Date:** Fri, 27 May 2022 10:26:24 -0600
**Attachments:** peddada_CV-_5-5-22.doc; Dr._Peddada_BIO.docx
**Inline-Images:** image001.jpg; image002.jpg; image003.png

---

hI Cassandra,
Pease find attached my CV and BIo.
AP

On Thu, May 26, 2022 at 2:28 PM Cassandra Newmyer <Cassandra.Newmyer@weatherbyhealthcare.com>
wrote:

Hi Dr. Peddada,

Great to speak with you today! I really enjoyed our conversation and I hope you did as well.

Here is our website where you can create an account and start on our online application:
my.weatherbyhealthcare.com/welcome

The IMLC website for more information about that process is: www.imlcc.org

If you would please send me a copy of your CV and I can have a DocuSign contract sent to you. If you decide
to open up a business entity, we can always put a different contract in place and change everything on our
payroll side.

Let me know if you have any other questions. I am looking forward to working with you! I think you will
really enjoy this transition and have a great work/life balance that is 100% focused on patient care.

Look forward to hearing from you!

Cassandra Newmyer

Senior Consultant, Radiation Oncology

**Weatherby Healthcare**

Peddada002634

Work: 919.659.1641

Fax: 866.608.0621

After Hours: 919.659.1641







--
Anuj V. Peddada, M.D.

Peddada002635