**From:** Anuj Peddada <anujpeddada@gmail.com>
**To:** "Oliver, Christopher" <CHRISTOPHER.OLIVER@cuanschutz.edu>
**Cc:** "Yuhas, Joel" <Joel.Yuhas@uchealth.org>
**Subject:** Re: Virtual introduction
**Date:** Thu, 02 Jun 2022 11:12:08 -0600

---

Chris,
I appreciate your efforts in connecting Joel and I. It speaks volumes about your concern for me, thank you.

Joel,
Thank you for your time. As Chris mentioned, I have been busy in a professionally satisfying practice at Penrose Hospital over the past 22 years. I have had the good fortune to have developed long lasting relationships with referring physicians, nurses, technical staff and administration during that time.
Over the past year however, the work situation was not optimal. I can speak directly to you about the details. This recent experience has not taken away from my love of medicine in general.
I would like to meet with you to see if we can find a mutually beneficial model that will allow me to continue practicing high quality patient centric medicine in a collegial environment. I look forward to meeting you to discuss this matter further. I am currently out of town through 6/15/22, and can meet anytime afterwards.
Respectfully,
Anuj

Anuj's iPhone

> On Jun 1, 2022, at 7:18 PM, Oliver, Christopher <CHRISTOPHER.OLIVER@cuanschutz.edu> wrote:
>
> Anuj, Joel… Joel, Anuj.
>
> I would really appreciate it personally if the two of you would connect. It would be great if you guys could discuss options to keep Anuj doing what he has done so well for the last 22 years in Colorado Springs, taking great care of patients. It would also be great if allowing Anuj an opportunity to practice could benefit the health system that I am aligned with. Please keep me in the loop if there is anything that I can do to help or information that I can provide.
>
> Chris
>
> Sent from my iPhone

EXHIBIT

N

exhibitsticker.com