Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01921-NYW-MDB

_____

ANUJ PEDDADA, M.D.

    Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO, d/b/a CENTURA
HEALTH-PENROSE-ST. FRANCIS HEALTH SERVICES, and
COMMONSPIRIT HEALTH,

    Defendants.

_____


REMOTE DEPOSITION OF CHITRA C. PEDDADA
December 4, 2024

_____

  *** All appearances made via videoconference. ***

APPEARANCES:

For the Defendants:

LINDSAY K. MCMANUS, ESQ.
MARK L. SABEY, ESQ.
Hall Render Killian Heath & Lyman, P.C.
999 17th Street, Suite 800
Denver, Colorado 80202


For the Plaintiff:

OMEED AZMOUDEH, ESQ.
2701 Lawrence Street, Suite 100
Denver, Colorado 80205
303-578-4400
oa@rmlawyers.com



Page 2

Remote Deposition of CHITRA C. PEDDADA, the witness herein, called by the Defendant in the above-entitled matter on Wednesday, December 4, 2024, commencing at the hour of 9:00 a.m., at San Diego, California, before Theresa L. Mendez, a Registered Professional Reporter and Notary Public for the state of Colorado, said deposition being taken pursuant to Notice and the Federal Rules of Civil Procedure.

_____

Page 3

I N D E X
EXAMINATION OF CHITRA C. PEDDADA, M.D.:      PAGE
December 4, 2024

Examination By Ms. McManus                4
                    INITIAL
EXHIBITS:        DESCRIPTION        REFERENCE

Exhibit 52   Notice of Deposition/Subpoena      105
             Duces Tecum
Exhibit 53   Bates Peddada_001241-1249,        110
             Documents in response to the
             Subpoena
Exhibit 54   Bates PSF-Peddada-1324/E-mails    115
             from Anuj dated April 27, 2022

Exhibit 55   Bates Peddada 000466-000509 -     128
             CONFIDENTIAL, Letter September
             28, 2022 with attachments

PREVIOUSLY MARKED DEPOSITION EXHIBITS:        PAGE
Exhibit 50   Plaintiff's Fifth Supplemental     133
             Disclosures Pursuant to Fed. R.
             Civ. P. 26(a)(1)


     QUESTIONS DEPONENT INSTRUCTED NOT TO ANSWER

          PAGE        LINE

           139        5, 6


     INFORMATION TO BE PROVIDED
          PAGE        LINE
           21         9
           124        13

Page 4

P R O C E E D I N G S
     CHITRA C. PEDDADA, M.D., the witness having been first duly sworn, was examined and testified on her oath as follows:
          EXAMINATION
BY MS. MCMANUS:
     Q.   NAll right.  Chitra, good morning.  My name is Lindsay McManus, sitting off camera with me is Mark Sabey, and we are counsel for the hospital, Penrose Hospital.
     A.   Okay.
     Q.   And I just want to thank you again for being here this morning.
     A.   You're welcome.
     Q.   Dr. Peddada, can you please state your full name for the record.
     A.   Yes.  Chitra Chauhan Peddada.
     Q.   Okay.  Thank you.  Have you ever been involved in a legal action before?
     A.   No.  This is my first deposition.
     Q.   Okay.  And you've never been sued or have sued?
     A.   No.  No --
     Q.   Okay.
     A.   -- never.

Page 5

     Q.   And never have been a witness in another case?
     A.   No.
     Q.   Okay.  And you said this is your first deposition.
     A.   Correct.
     Q.   Okay.  So you just took an oath to tell the truth, the whole truth and nothing but the truth, and we'll be relying as this case moves forward on the testimony you give in this deposition, so it's important that you testify in a way that is complete, truthful, honest, and accurate.
          Will you do that?
     A.   Yes.
     Q.   And I want you to take as much time as you need to fully exhaust your memory on the subject of each question I ask you.
          Will you do that?
     A.   Yes.
          (Whereupon, the parties went off the record due to technical difficulties.)
          (Whereupon, a recess was taken at 9:07 a.m.)
          (Whereupon, the proceedings resumed at 9:08 a.m.)



Page 6

MS. MCMANUS: Theresa, can you tell us the last thing you have on the record just so we know what you caught and what you did not catch?

(Record read.)

MS. MCMANUS: Okay. Awesome. Well, thanks so much. We'll just start there then if everyone's ready, and Theresa, if you're ready.

Okay. So we're back on the record.

Q. (BY MS. MCMANUS) So, Dr. Peddada, this is going to seem like a silly question, but just for purposes of a clear record, your husband is Dr. Anuj Peddada the plaintiff in the lawsuit you are here to testify about today?

A. Yes.

Q. So on November 22, Anuj's counsel told us that they're representing you. When did you first start being represented by your husband's law firm?

A. November 22, that's when she asked me.

Q. Okay.

A. Asked me that day.

Q. Okay. Okay. Got it. So she asked you if you wanted her to represent you?

A. Yes.

Q. Okay. Okay. And do you have a signed agreement?

Page 7

A. Yes. I signed it.

Q. Okay. And did you sign a waiver of conflict agreement?

A. I signed like a couple of pages that said they represented me.

Q. Okay. Got it. All right. So Dr. Peddada, the purpose of this deposition is to get your testimony, not your husband's testimony and not your and his attorney's testimony. They cannot help you to answer the questions that I ask.

There may be times when your and your husband's attorneys will object to a question. And he's just doing that to preserve the objection in the event that this deposition might be introduced in court.

So if he objects to a question, unless he instructs you not to answer on the basis of some privilege, you must go ahead and answer the question. Will you do that?

A. Okay.

Q. Okay. And if at any time you need a break, just let me know and we'll go off the record. I would just ask if I have a question pending, I just ask that you first answer it before we go off the record.

Page 8

Will you do that?

A. Yes.

Q. Okay. And then finally, the court reporter will only be able to accurately record verbal responses. So things like shaking your head or nodding your head does not record very well, so it is important that your responses be verbal.

Will you do that?

A. Yes.

Q. And are you under the influence of any medication, drugs, alcohol, or any other substance that would impair your ability to fully and accurately participate in this deposition?

A. No.

Q. Are you in good mental, physical and emotional health today?

A. Yes.

Q. Are you currently under the care of any doctor, therapist, or care provider of any kind?

A. No. Do you mean like my gynecologist I see once a year, like that kind?

Q. Sure. Sure. And do you have a PCP, things like that?

A. Yeah, yeah. Yes, both.

Q. Okay. And can you give me the names of

Page 9

those providers?

A. My gynecologist, I see once a year, Cher Moseman.

Q. Okay. And your PCP?

A. Dr. Setty it was, and then we went to Mayo, and I saw her once, Dr. Shari Bornstein.

Q. Okay.

A. Yes. At Mayo Clinic.

Q. So do you consider the physician at Mayo now your primary care provider?

A. Yes. I saw her last October.

Q. Okay. Got it. Has there been any significant change in your health over the past ten years?

A. Ten years?

MR. AZMOUDEH: Object to form.

Q. (BY MS. MCMANUS) Yes.

A. Did you say ten years?

Q. Yes. Has there been any significant change in your health over the past ten years?

A. Yes. I went through menopause.

Q. Okay. Anything else?

A. Ten years, that's a long time. Let's see. Yeah. I think, you know, just the menopausal stuff.

Q. Okay. Okay.



Page 10

A.   And that was -- that was huge.

Q.   Okay.  Got it.  And I just want to ask a follow-up question about your visit to Mayo.  So was that just for -- why were you going to see somebody at Mayo Clinic?

A.   So you know, as you know, we left Colorado Springs, and so we didn't have a primary care doctor.  And we are not sure if we're going to stay in San Diego.  We're just trying to figure out where we want to be, so we're traveling and testing out things.  So we thought, let's just get established, just get a comprehensive one and done, you know.

Q.   Got it.  Got it.

A.   Kind of like, one place, do everything because we're not sure where we're going to be, so...

Q.   Okay.  Okay.  Got you.  And was it at the Mayo Clinic in Rochester, Minnesota?

A.   Yes.  In Minnesota, yes.

Q.   Okay.  So did you do that in person or was it virtual?

A.   It was in person.

Q.   In person.  Okay.  Okay.  Got you.  And where are you today?

A.   I'm in San Diego today.

Q.   Okay.  And are you in your home?

Page 11

A.   Yes.  We're renting, yes.

Q.   Okay.  Got it.  Got it.  And are you alone in the room?

A.   Yes, I am.

Q.   Okay.  And, finally, do you have any documents with you?

A.   No.  No.

Q.   Okay.  You had mentioned relocating.  Chitra to -- what were you guys considering?

A.   Well --

MR. AZMOUDEH:  Object to form.

THE WITNESS:  Well, you know, we wanted something with nice weather.  We didn't know really where to start because we had been in Colorado for 23 years.  And at that point Anuj was trying to look for work everywhere, but nothing was panning out, so he decided to do locums.

So he really wanted to be in warm, warm weather, and he wanted to be near mountains, mountain bike, and I wanted to be near the water.  But we -- the plan was we would just try out like maybe Seattle, maybe Arizona for three months, and things like that.  And just travel and see where we want to be and then maybe come back to Colorado.

Q.   (BY MS. MCMANUS) Okay.  Got you.  And have

Page 12

you been -- did you live anywhere, have you moved anywhere in between being in Colorado Springs and in California?

A.   No.

Q.   Okay.  So you moved straight to California?

A.   Yeah.  We went into an Airbnb.

Q.   Okay.  Okay.  Got it.  And where was that Airbnb located?

A.   Here in San Diego.

Q.   Okay.  And then after that did you move into where you're currently speaking from?

A.   Yes.  The rental.  This house that we're renting.

Q.   Okay.  Got it.  Got it.  All right.  Dr. Peddada, what did you do today -- or excuse me -- what did you do to prepare for today's deposition?

A.   I spoke to Omeed yesterday, the attorney.

Q.   Okay.  And anything else?

A.   No.  No.

Q.   Okay.  So yesterday was the first time you've spoken to your law firm?

A.   Yes.  And then Iris on that day when she said, "We will represent you."  But she didn't give me any details.  She said, "Omeed will reach out to you after Thanksgiving."

Page 13

Q.   Okay.  Got it.  So you mentioned a meeting with Omeed; that was yesterday?

A.   Yes.

Q.   And how long did you meet for?

A.   On the phone.  15, 20 minutes, I think.

Q.   Okay.

A.   I think 20 minutes.

Q.   Okay.  And did you review any documents in preparation for today's deposition?

A.   Well, yes.  What you asked, like the house things, you know.  The timeline for the house sale.  You mean those documents?  Yes.  Whatever you asked me to review on the subpoena, I tried to review.

Q.   Okay.  Okay.  Did you speak to your husband about today's deposition?

A.   Not much, no.  You know, about the house timeline.

Q.   Okay.  Okay.  And did you speak about anything else?

A.   Not really, no.  It doesn't really involve him, yeah.

Q.   Okay.  And you mentioned house documents.  Tell me a little bit more about that.  Which house documents are you referring to that you reviewed?

A.   Well, I think you asked when did we put the

MAGNA
LEGAL SERVICES

Page 14

house on the market, in the subpoena.

Q. Okay. And so are you referring to -- you just looked at documents related to that timeline?

A. Yes --

Q. Okay.

A. -- and previous, when we put the house on the market previously.

Q. Okay. And, to my understanding, I don't believe we received those documents. So what documents are you specifically talking about?

A. Not really. I went online to look at when we put the house on the market, not documents --

Q. Okay.

A. -- but I went to Realtor.com.

Q. Got it. Got it. So you went online and were looking at a different one?

A. Yes. I didn't mean actual papers. Because I think probably when we sold the house I didn't keep a lot of that stuff.

Q. Okay. And what -- remind me, what website did you say you visited?

A. Realtor.com, like the whole history.

Q. Okay. All right. Anything else that you did to prepare for today?

A. That was it.

Page 15

Q. Okay. And you said you met with Iris on -- I think that would be Friday. Let me -- let's see. You spoke to Iris. Have you ever spoken to Iris or any of your -- your husband's attorneys prior to that meeting with Iris?

MR. AZMOUDEH: Object to form.

You can answer, Chitra, sorry.

THE WITNESS: No. No. She never -- we never spoke on the phone or...

Q. (BY MS. MCMANUS) Okay. And you never met in person with your husband's counsel, now your counsel?

A. I went to her office once and I saw her, but we didn't talk. And I didn't go in because, you know, I think she told him -- for me not to come, so then I walked around their neighborhood.

Q. Okay. Got you. And when was that?

A. I don't remember.

Q. Okay. That's all right. Okay. So I'd like to know just a little bit about your background. So can you start with providing your date of birth?

A. 10/20/1966.

Q. Okay. And so that makes you how old?

A. I just turned 58.

Q. Okay. Where did you attend high school?

Page 16

A. Belleville Township High School East.

Q. And where was that located?

A. In Belleville, Illinois.

Q. Okay. And after that, did you -- where did you attend undergrad?

A. I went to a couple of places: St. Louis College of Pharmacy, McHenry, and then SIU where I graduated from.

Q. Okay. And SIU is Southern Illinois University?

A. Yes.

Q. And what did you study?

A. Biology.

Q. Biology. Anything else?

A. Pharmacy. I went to pharmacy school.

Q. Okay. Okay. Got it. So that's kind of my next question. Did you do your undergrad and then went to pharmacy school?

A. No. The other way around.

Q. Pharmacy school and then undergrad?

A. Pharmacy school is after high school.

Q. Got it. Okay. Did you get a degree in --

A. I did not finish pharmacy school. And then I didn't like it, and then I transferred out just to get a bachelor's degree in biology.

Page 17

Q. Got it. Okay. And where did you technically get the bachelor's degree?

A. SIU --

Q. SIU. Okay.

(Court reporter asked for clarification.)

Q. (BY MS. MCMANUS) Thank you. And, Chitra, I'll do the same. Sorry. It's so natural to kind of start speaking as if we're having a conversation. And so I'll do my best to do the same for you. Okay?

Awesome. So after SIU, and when you got the bachelor's in biology, did you go straight to medical school?

A. No, I did not.

Q. Okay. What did you do next?

A. I worked one year as a pharmaceutical sales rep for Upjohn.

Q. For Upjohn?

A. Uh-huh. The pharmaceutical company.

Q. Okay. And you did that for one year.

A. Maybe a year and two months, three months.

Q. Okay. And what did you do after that?

A. Then I went to medical school in '88.

Q. Okay. And what made you want to change from working for that company to going back into school?

MAGNA
LEGAL SERVICES

Page 18

A.  Well, I always wanted to be a doctor, but my dad didn't want me to go.  He wanted me to go to pharmacy school.  It's not unrelated.  So I went to pharmacy school, and I didn't like it, I told you.  And told him I wanted to be a doctor, and he didn't have the money.

My brother and sister were in medical school then so he had already -- whatever.  Anyway, it's unrelated.  So I just always wanted to be a doctor and that's what --

Q.  Okay.

A.  -- and I had to save up for money.  That's why I did.

Q.  Okay.  Got it.  And so then you went to medical school.  Where did you attend medical school?

A.  Ross University.

Q.  Ross?

A.  Yes.

Q.  Can you spell that?

A.  R-O-S-S.

Q.  And where was Ross located?

A.  In Dominica in West Indies.

Q.  Okay.  Did you complete a residency after attending medical school?

A.  Of course, yes.  But first I want to say

Page 19

you do the first two years.  A year and a half I did down there.  And then the last two years I did in Connecticut, my clinical medical rotations with hospital affiliates with Yale in Connecticut.  And then I did my internship at Yale, and then I did my residency.

Q.  Got it.  Thank you for that clarification.  I appreciate that.  So where was your residency?

A.  Okay.  Internship was Connecticut, like I said.  And then residency was in St. Louis at WashU.

Q.  At WashU, okay.

A.  Barnes-Jewish Hospital.

Q.  Barnes-Jewish.  Okay.  And what were you doing your residency in?

A.  Internal medicine.

Q.  Internal medicine?

A.  Yes, internal medicine.

Q.  Okay.  Got it.  Thank you.  And did you complete any fellowships?

A.  No, I did not.

Q.  Okay.  And did you complete any other training?

A.  No.  I had a lot of school loans to pay back.

Page 20

Q.  Understand.

A.  Over a hundred thousand dollars.  So I -- unfortunately, I did sign up for a fellowship, but I couldn't do it.

Q.  Okay.  Got it.  Where was that fellowship?

A.  I did not do it, I signed up, but I did not start with the fellowship.

Q.  Okay.  Got it.  But the fellowship that you signed up that you did not complete was in St. Louis?

A.  Yes.

Q.  At WashU?

A.  Yes.

Q.  Okay.  Got it.  And you said that you -- so your specialty is internal medicine; is that right?

A.  Correct.

Q.  Any other specialties?

A.  I was going to do cardiology.  So I did spend a lot of time with cardiac rehab and cardiology at WashU at Barnes.  So cardiology was -- has always been my interest.

Q.  Okay.  And did you go on to practice in cardiology or more so internal medicine?

A.  You probably have my CV.  It's -- I did do -- I was director of cardiac rehab and pulmonary rehab at Penrose, so I did do cardiology there.

Page 21

Q.  Okay.  Okay.  Got it.  And you mentioned a CV.  I don't think we've received your CV.  Is that something that you --

A.  No.  I thought you would like Google it or something.  You didn't ask me.  I would have sent it, but, you know...

Q.  Is that something you could get to us?

A.  If you want it.

(Information needed.)

Q.  (BY MS. MANUS) Okay.  All right.  Okay.  So what about, do you have any board certifications?

A.  Yes.

Q.  And tell me about those.

A.  American Board of Internal Medicine.  Our board that we take our exam every ten years.  So I've been board certified since 1995 since I finished residency.

Q.  Okay.  And how about on the cardiac specialty, do you have any certifications?

A.  No.  Because I did not do a fellowship.

Q.  Got it.  Okay.  And do you have any specialties outside of the practice of medicine?

A.  Specialties or interests?

Q.  I will give you an example.  So for instance, you don't have any legal training or



6 (Pages 18 to 21)

Page 22

experience?

A. No. No. Except for what I just told you, cardiac rehab, the stress testing.

Q. Okay. Okay. And you do not have any training or experience in psychology, psychiatry, or mental health?

A. No.

Q. Okay. You mentioned your role at Penrose. Can you tell me about that. Did you say it was a medical directorship or what was that particular role?

A. Yes. I did not apply for the job, the CEO had -- it was Jamie Smith. He had called me one day and he said, "You know, would you like to be director of cardiac rehab? I know you have experience." You know there's always a catch.

And he said, "We lost our pulmonary rehab program. Would you be able to bring it back?" I told him the truth. I said, "I don't have any experience in pulmonary rehab."

And he said, "You could figure it out." And, of course, I did figure it out, and I got it certified within a year. And then I became director of pulmonary and cardiac rehab.

Q. Okay. And tell me when that was.

Page 23

A. I don't know exactly, maybe 2011, 2017.

Q. Okay. What were your duties in that role?

A. Seeing patients.

Q. Okay. And anything else?

A. And then just working with the staff, training them on pulmonary and cardiac rehab duties, and going to medical conferences, writing policies and procedures, getting the program certified, you know, the usual stuff medical directors do.

Q. Sure. Did you have any supervisory roles where you would need to supervise?

A. Yes. Of course. That's what medical directors do.

Q. Okay. Okay. What were you paid, if you can recall?

A. Maybe 200-, 210,000 a year.

Q. Okay. And you had said, just from a timeline perspective, that began in 2011?

A. Yeah. I'm not sure. Something like that.

Q. Okay. And how long did you do that for?

A. I think five, six years, yeah.

Q. Okay. Okay. And why did that come to a conclusion?

A. I think, you know, the department doesn't make much money. They really didn't need a full

Page 24

physician to be there. You know, with mid-levels coming on the rise horizon, I'm sure they, you know, wanted to go down that route. And we both -- and plus, I think I was -- it was just -- yeah. The political climate was a bit -- it was just bureaucratic. It was good for me to have a change. I was ready for a change.

Q. Sure. Sure.

A. I definitely enjoyed my time there, because I like cardiology. But I think it was good. It was good. Probably a little more challenged. I needed to be in a different place, and that's --

Q. Okay. Okay. So obviously you were in that role supervising and whatnot. Were you also billing for services that you were providing?

A. No, no. Because the hospital bills, so they're probably billing -- I didn't do any -- you mean, did I personally bill for my services?

Q. Sure. Yeah. Let's start there.

A. No. I don't think so, no.

Q. And is it your understanding that the hospital was billing for your services?

A. Yes.

Q. Okay. So you were provided patient care and you were acting in that medical director role?

Page 25

A. Yes.

Q. Got it. Okay. All right. So let's talk about post-residency. Where did you first start working?

A. In St. Louis.

Q. At WashU?

A. It was a community hospital, St. Lukes.

Q. St. Lukes?

A. Yeah --

Q. Go ahead.

A. It was a community practice --

Q. What do you mean --

A. -- other doctors. Like, in the community. It wasn't like at a hospital.

Q. Okay. So would you consider it a private practice of some sort?

A. No. It's an employed hospital with other doctors that are employed.

Q. Got it. Okay. So you were an employee of St. Lukes?

A. Correct.

Q. Okay. And how long were you there?

A. Until I got married '95, '96, '96. So year, year and a half, I think.

Q. Okay. And after that where did you go?

MAGNA
LEGAL SERVICES

Page 26

A.   Then I went to where Anuj was in Los Angeles.

Q.   Okay.  And where was that?

A.   Santa Monica.

Q.   Okay.  And what hospital were you working at?

A.   Oh, I was working at UCLA.  I thought you said, Where was I living.  I was working at UCLA.

Q.   Okay.  And what was your role at UCLA?

A.   It was threefold.  So the first was teaching medical students and residents physical diagnosis in the cardiac stuff, and then the women's health center.  And then the third was a clinic, they had just bought the hospital in Santa Monica, UCLA did.  So I was across the street in an office at UCLA Santa Monica Hospital.

Q.   Okay.  So who were you employed by at that time?

A.   UCLA.

Q.   UCLA employed you?

A.   Yes.

Q.   Okay.

A.   I was like a clinical faculty --

Q.   Okay.  Got it.  And what were you making at that time?

Page 27

A.   Oh, my goodness.  I have no idea.  Let's see.  I don't remember.  Maybe -- I don't know. 180,000.  I don't remember.

Q.   Okay.

A.   That was '97.

Q.   I was just going to ask, as far as time frame, you were there from '97 till...?

A.   Till '98, like a year and a half.  So I don't remember how much I made.  I can't even venture to guess.  It was such a long time ago.

Q.   Okay.  After UCLA, where did you go?

A.   Then we went to Lubbock.

Q.   To Lubbock, Texas?

A.   Yes.

Q.   Okay.  And where were you working in Lubbock?

A.   I was working again.  It was in a hospital employee job.  It's called St. Mary's Medical Group. It was with that hospital system -- Covenant Health System.

Q.   Okay.

A.   And then they had like a different branch called St. Mary's Medical Group, which was the physician side.  So I was employed with them.

Q.   Okay.  Got it.  So you were employed by the

Page 28

medical group, though you provided services at the hospital?

A.   Yes.  In a medical building next to the hospital.

Q.   Got it.

A.   It's not a hospital.

Q.   So maybe it -- was it some form of outpatient department?

A.   Exactly.  Yes.  It was again outpatient, but it -- we had -- I went in the hospital all the time to do consults.

Q.   Okay.  Got it.  So did Anuj move to Lubbock as well at that time?

A.   Of course.  That's why we moved.  I would --

Q.   Okay.  So you followed him to Lubbock?

A.   Right.  It was my job was not taking me to Lubbock.  Are you kidding?

Q.   Okay.  Got you.  So where was Anuj working in Lubbock?

A.   He was working at Joe Arrington Cancer Center.

Q.   Okay.  Got it.  And was that a private practice or...?

A.   Yes.

Page 29

Q.   And -- go ahead.

A.   I think it was private practice that he and the two doctors had.

Q.   Okay.  Okay.  Got it.  All right.  And in Lubbock, how long were you in Lubbock?

A.   So just to be clear, Lindsay, we did not move to Lubbock for my job.

Q.   No.  I understand that.

A.   Okay.  I am not leaving my job at UCLA to go to a town called Lubbock, Texas.  It was not -- I want to be perfectly clear for the record.  I was going there because Anuj had an opportunity, and I, being the spouse, I had to come along.

Q.   Okay.  Okay.  Got it.  Did you miss your job at UCLA?  Were you going to miss being there?

A.   Of course I did.  Yes, I did.

Q.   Sure.  But out of -- you know, tell me why you went along.

A.   Because I was married to Anuj.

Q.   Sure.  Sure.

A.   I have to -- this is the same reason I left Colorado Springs.  You know, I'm sure you'll get to that.  But this is what spouses do.  We support our spouses.  I don't wake up one morning and say, "Let's move to Lubbock, Texas."

MAGNA
LEGAL SERVICES

Page 30

Q.  Got it.  Got it.  So was it just an amazing opportunity for Anuj?  Is that why -- or just a better, slightly better opportunity than what he was doing in LA at that time?

MR. AZMOUDEH:  Object to the form.

THE WITNESS:  Well, we --

MS. MCMANUS:  You can answer, Chitra.

THE WITNESS:  We wanted to have a family. And -- you know, in Los Angeles is not a great place to have a family.  And we wanted to of course leave LA, and this opportunity came up.

Q.  Got it.  Okay.  Got it.  So you went to Lubbock.  You were in Lubbock until what year?

A.  Until 1999, middle of '99.

Q.  Okay.  And where did you go to next?

A.  Colorado Springs.

Q.  Okay.  And once you moved to Colorado Springs, did you remain in Colorado Springs until, you know, 2022 to 2023?

A.  Yes.  Correct.

Q.  Okay.  Got it.

A.  Twenty-three years.  That's correct.

Q.  Okay.  Got it.  And what took you to Colorado Springs?

A.  Anuj's job.

Page 31

Q.  Okay.

A.  I want it to be clear.  I was not, wake up one morning, I want to go to Colorado Springs.

Q.  Okay.

A.  He had a great opportunity.

Q.  What opportunity was that?

A.  To be at Penrose, and his -- it has a great reputation for Radiation Oncology.

Q.  Okay.  And so, tell me about, was there a practice that he joined once you moved to Colorado Springs?

A.  Well, he joined Jack Schiller, the private practice at Penrose.

Q.  Okay.  And is that Radiation Oncology, P.C., or another practice?

A.  No, no.  That's Radiation Oncology.

Q.  Okay.  Okay.  And so you obviously came along with him to Colorado Springs.  And where did you start working?

A.  I was pregnant with my daughter, so I did not work.

Q.  Okay.  And how long did you not continue to work for?

A.  Quite some time.  Gosh, then I got pregnant again, and again, and so we started having a family,

Page 32

and I don't know, maybe 2004 or '05, I can't remember.  I did very part-time hospitalist coverage. Very part-time, very part-time.

Q.  What do you mean by "very part-time"?

A.  Just like some friends were going on vacation.  They asked me to cover.  So it was vacation coverage.  It wasn't like a full part-time job.

Q.  Got it.  Got it.  And for the friends that you were covering for, were they -- did they have private practices?

A.  No.  They were hospitalists.

Q.  Hospitalists.  Okay.  And so you would cover for them for various hospitals?

A.  No.  Only Penrose.  It was only Penrose.

Q.  Okay.  Got it.  So you did that until 2004; is that right?

A.  I don't remember what year it was.

Q.  Okay.

A.  Maybe 2005 or '06.

Q.  Okay.

A.  The kids were young, but I don't remember when.

Q.  Okay.  When did you go back to full-time, if ever?

Page 33

A.  I don't remember, so 2000- -- yeah.  So I was at memorial.  I'm trying to remember what year at memorial I was director of rehab, cardiac rehab.  I don't know those time years.  I will have to look.

Q.  Okay.

A.  So -- yeah.

Q.  So let me just go back to -- yeah.  When you were the pulmonary rehab and cardiac rehab director.  You said maybe around 2011?

A.  At Penrose, yes.  I think so.

Q.  Okay.  And was that a full-time position?

A.  That was full-time, correct.

Q.  That was full-time?

A.  Yes.

Q.  And did you work in any other roles at any other hospitals at that same time?

A.  No.

Q.  Okay.  That was your full-time job?

A.  Yes.

Q.  Okay.  And what did you do after that?

A.  Oh, you know, I took some time off and then the children were going to college.  So then I spent some time at home with them.  Then I went back when -- when I was ready.  I think that was -- when was that?  When Culin went to college, my son went to

MAGNA
LEGAL SERVICES

Page 34

college, 2019, '18, something like that, '19. And then I went back to work again.

Q. Got it. So you were in the director role, you took some time off after that and then you went back in 2019?

A. Yeah. I think it was maybe '18, a year and a half. I took time off.

Q. Okay. Okay. And where did you -- or strike that.

In 2019, where did you start working?

A. Hedgestone Internal Medicine.

Q. Okay. And was that your -- was that your employer then?

A. Yes.

Q. Okay. And was that a private practice?

A. Yes. It's concierge -- a direct pay practice.

Q. Okay. Tell me a little bit about that.

A. The two partners that were there they had started the practice years before, and they never took insurance. And it was just like an annual fee, and it was wonderful, because there was no, you know, bureaucracy hospital systems involved. You had all the control. You had all the autonomy. It was the greatest job besides my UCLA job that I've ever had.

Page 35

Q. Okay. Got it. And was that a full-time role for you?

A. Yes. Basically, but we didn't have space so we couldn't be there the same time. So I worked about 11 days a month.

Q. Okay. And how were you paid?

A. What do you mean?

Q. Were you paid a salary? Were you paid based on how many patients you saw?

A. Yes. It was a salary.

Q. Okay. And what amount was that?

A. Probably back then, maybe 110-, 115,000, something like that.

Q. Okay. And did that amount increase from 2019 or was it pretty much that amount each year you were in the concierge practice?

A. I think it was similar. Maybe just a little bit different, little bit, not much different.

Q. Okay. And how long were you in that role?

A. 2019 until I left until this happened in January 2023.

Q. Okay. What were you making in January 2023?

A. January 3, 2023, was my last day there.

Q. Got it. So right after you -- right before you left, what were you making?

Page 36

A. Probably what I just told you.

Q. Okay. 110 to 115, is that what you said?

A. Probably.

Q. Okay. All right. When you were working -- let me go back. Were you also a partner for that practice or no?

A. She offered me partnership, and I declined it. And then she asked me to take 1 percent, because she wanted me to, for whatever reason, I don't know. And so I said, Okay.

Q. Okay. Got you. Do you still have an investment interest in that practice or...?

A. No. No.

Q. Okay. And were you doing any other work at that time? Were you teaching? Were you doing anything else?

A. Yes. We did have medical students from the University of Colorado. There was a branch in Colorado Springs, so we had a student in our clinic one day a week.

Q. Okay. Were you doing any other teaching, either for Anschutz or for anybody else?

A. No.

Q. Okay. When you were at that private practice, did you ever consider leaving?

Page 37

A. No. No.

Q. You were happy there?

A. No. I really liked the practice a lot. I liked everything about it. They had asked me ten years prior to join them, and I probably should have done that then. But I didn't really know what a concierge practice was.

Q. Sure.

A. And yeah. No. It's very satisfying, very fulfilling, very rewarding. You can really take care of patients the way you want to take care of patients.

Q. Got it. And did you like the fact that you were -- you said you were working about 11 days a month; is that right?

A. Yes.

Q. Did you see benefit in that as well?

A. Yes, of course.

Q. Okay. And what were those benefits?

A. I had a lot of flexibility and, you know, time to get groceries, do the laundry, the usual things that women do, pick up dry cleaning.

Q. Okay. Got it. All right. Well, thank you so much for walking me through all of that. I know that was a lot. But just appreciate you walking me

MAGNA
LEGAL SERVICES

Page 38

through that and your résumé, obviously, is very impressive.

So I'm going to move on now. I want to start here. So I recently read a report that there's a shortage of doctors in the United States. What's your experience with that in your field?

A. Shortage of physicians of every specialty?

Q. Sure. Just generally. Have you noticed a shortage in physicians?

MR. AZMOUDEH: Object to form and foundation. You can answer, Chitra.

THE WITNESS: I think -- to be more specific, are you talking about internal medicine or radiation oncology or all physicians?

Q. (BY MS. MCMANUS) Let's start with all and then we'll break it down. So just generally?

A. I think there's a shortage of physicians in certain areas of the country.

Q. Okay. Tell me more about that.

A. In Urban areas, there's probably plenty of physicians, because --

Q. Okay. Go ahead.

A. Nothing.

Q. All right. And then you said, more specific to internal medicine. Let's start there.

Page 39

A. Yes. Just like I said, there's a shortage of primary care physicians in rural areas in many places, but in urban areas, it's where doctors want to live and enjoy their quality of life. I think there's plenty of physicians there.

Q. And would the same apply to radiation oncology?

MR. AZMOUDEH: Object to form and foundation.

THE WITNESS: I don't really know about radiation oncology. I can only speak to internal medicine.

Q. (BY MS. MCMANUS) Okay. Got it. If you know, do there tend to be open positions for doctors?

A. In what --

MR. AZMOUDEH: Object to form and foundation.

Q. (BY MS. MCMANUS) In internal medicine?

A. Can you repeat that question again?

Q. Yeah, of course. Do there tend to be open positions for doctors in internal medicine?

MR. AZMOUDEH: I'm going to relodge that objection. Object to form and foundation.

Q. (BY MS. MCMANUS) Chitra, you can answer.

A. Okay. What was the question again? Is

Page 40

there a shortage of internal medicine physicians? Is that what you asked?

Q. I asked if there tend to be open positions for internal medicine?

A. I'm not sure. There probably could be.

Q. Okay. Did you ever use locums physicians to help with coverage at your practice?

MR. AZMOUDEH: Object to form.

Q. (BY MS. MCMANUS) Chitra, you can answer. Unless Azmoudeh instructs you not to answer, you're able to answer after he lodges an objection. Okay?

A. Where are you referring to?

Q. Just at the practice that you were last at in Colorado Springs. Did you ever use locums physicians there to help with coverage?

A. At Touchstone? I don't think so. I don't think so.

Q. And what about in any of your other prior roles that we've talked about this morning? Did you ever use locums physicians?

A. Locums physicians? No.

Q. Okay.

A. In internal medicine, no.

Q. Okay. Do you understand that healthcare is a highly regulated industry and that physician

Page 41

compensation is highly regulated as well?

A. Yes.

MR. AZMOUDEH: Objection to form and foundation.

Q. (BY MS. MCMANUS) Go ahead, Chitra.

A. Yes. Medicine is highly regulated. What was the second part of the question?

Q. And that physician compensation is highly regulated too?

A. Yes.

Q. And do you understand that as a physician that an employer cannot pay you above fair market compensation?

A. Yes.

Q. Have you ever been involved with a recruitment agreement in any way?

A. I don't understand. What do you mean? Like a contract recruitment or a locums recruitment?

Q. So a recruitment agreement where a physician is brought in to help because there's a lack of -- a need -- a need for a physician in a particular area?

A. What was your question now?

Q. Have you ever been involved with a recruitment agreement in any way?

MAGNA
LEGAL SERVICES

Page 42

A.  No.

Q.  Okay.  On a scale from 1 to 10, how important do you believe it is for physicians to communicate well with their partners, colleagues, and staff?

A.  Oh, my gosh.  Over 10.  It's the most important thing there is.

Q.  Okay.  Okay.  And why do you say that?  Why do you say "it's the most important"...?

A.  You have to communicate with your patients and you have to communicate with your staff, otherwise they can't read your mind.

Q.  Right.  If those communication skills are lacking, can it negatively impact patient care?

A.  Yes, of course, yes.

Q.  Okay.  And how so?

A.  If you don't tell a patient, you know, to monitor their blood pressure, how are you going to know if your medicine's working?  And how are you going to make the decisions that you need to make if the medicine's not working or is working or they have side effects?

Q.  Okay.  Do you believe it is important for physicians to treat their staff with kindness and respect?

Page 43

A.  Yes.

Q.  Why?

A.  Because we're in the healthcare field where we take care of patients and we would treat everybody the same way.

Our patients, our staff, our family members, we're going to -- we're human beings, right?

Q.  All right.  So if not, if physicians aren't treating their staff with kindness and respect, what are the negative impacts of that?

MR. AZMOUDEH:  Object to form.

Q.  (BY MS. MCMANUS)  You can go ahead.

A.  You know, the staff won't be helpful.  They will be angry.  They won't be nice to the patients. They won't be nice to you.  It won't be a good environment for anybody.

Q.  (BY MS. MCMANUS)  Okay.  And there could also be impacts on patient care as well?  Could that impact --

A.  Yes.

Q.  -- patient care negatively?

MR. AZMOUDEH:  Object to form.

Q.  (BY MS. MCMANUS)  Go ahead, Chitra.

A.  Yes.

Q.  Okay.  And how could patient care be

Page 44

negatively impacted?

MR. AZMOUDEH:  Object to form.

Q.  (BY MS. MCMANUS)  Chitra, you can answer.

MR. AZMOUDEH:  Chitra, just to be clear, going forward, unless I instruct you not to answer, you could answer the question.

THE WITNESS:  Okay.  What was the question?

Q.  (BY MS. MCMANUS)  So just -- you had said it's important for physicians to treat their staff with kindness and respect, and so -- and if they don't, it can have negative impacts on patient care, right?

A.  Yes.

Q.  And how so?  How can it have negative impacts on patient care?

A.  You know, I'm sure in several ways.  The patients will, you know, probably not feel comfortable and, you know, they won't -- it can go into different levels.

Q.  Okay.  Okay.  Got it.  Okay.  Now, I'd like to move to just talking a bit about your family.  So we've learned through this litigation that your husband was born in India and is a first-generation American.  Can you tell us a little bit about that?

A.  Yes.  He was born in India and he came here

Page 45

when he was very young.

Q.  Okay.  How young?  Under 5?

A.  I think he was 6 or 7, yeah.  He was '64. He came in '71 or '72, so probably 6 or 7.

Q.  Okay.  And were you born here in the United States or were you also born in India?

A.  I was also born in India.

Q.  Okay.  And when did you come to the United States?

A.  I came in '71.  I was 4 years old.

Q.  Okay.  And where did you move to in the United States when you first came here?

A.  We first came to, Fremont, Michigan.

Q.  Okay.  And how long were you in Fremont?

A.  I think just first grade, so a year, year and a half, probably.  '71, let's -- yeah.  Just a year.  Then '72, we moved down to Belleville, Illinois.

Q.  Got it.  And how long were you in Belleville?

A.  The whole time, the whole time until I went to medical school.

Q.  Okay.  And so would you consider Belleville, you know, where you were born and raised? Where would that location be?

MAGNA
LEGAL SERVICES

Page 46

MR. AZMOUDEH: Object to form.

THE WITNESS: I wasn't born -- I was born in India.

Q. (BY MS. MCMANUS) I'm sorry. Where you were raised. Sorry. I appreciate that. I appreciate that.

A. Yes, yes. Belleville is my home.

Q. Okay.

A. Yes. It's where I grew up. Yes. And my friends still live there from high school.

Q. Okay. And do you have family still living there?

A. Well, it's 20 minutes outside of St. Louis. My brother's in St. Louis. So St. Louis is really where I probably considered, you know, that I grew up, even though it is technically Belleville.

Q. Sure. Sure. Are your parents here in the United States?

A. I have lost both of my parents. They both died.

Q. Okay. I'm sorry to hear that. When did they pass?

A. My dad passed in 2009, and my mom passed in 2010.

Q. Okay. And did they live in Michigan at

Page 47

that time?

A. No.

MR. AZMOUDEH: Object to form.

THE WITNESS: We lived in Belleville, remember. We moved from Fremont, Michigan to Belleville. I was 5 years old when I moved to Belleville, Illinois in 1972.

Q. (BY MS. MCMANUS) Sorry. Thank you. I appreciate that clarification.

A. So my parents lived in the same house and they died in the same house. Okay. We had that house over 30 years.

Q. Okay. Okay. Got it. When did you and Anuj meet?

A. '96.

Q. And where did you meet?

A. August -- where did we meet? The first time in St. Louis --

Q. Okay.

A. -- or Belleville, Illinois.

Q. Okay. Okay. And how did you meet?

A. I just say St. Louis, because I was living in St. Louis even though my parents were living in Belleville.

Q. That's perfect. Okay. So you met Anuj in

Page 48

St. Louis. How did you meet?

A. My parents, you know, it was an arranged marriage.

Q. Okay. And you -- let's see. Were you working at WashU at that time?

A. I was.

Q. Okay. Okay. Got it. And how long have you and Anuj been married?

A. Since '97, February '97, so 27-and-a-half years or whatever.

Q. Okay. Well, congratulations. Do any of your relatives still live in India?

A. Like, not my brother and my sister, of course, but -- you know, my mom's aunts, my aunts, my mom's sisters, my cousins.

Q. Okay. Got it. And do you have family living in other places outside of Illinois in the United States?

A. My sister.

Q. Okay. Where is she at?

A. Houston.

Q. Houston. Anywhere else? Do you have family here in the U.S.?

A. Oh, I have a cousin in Omaha, Nebraska.

Q. Okay. What about Anuj? Does he -- on his

Page 49

side of the family, where is his family located?

A. He has a brother in Dallas.

Q. Okay.

A. And then he has a brother in Reno.

Q. Okay. And I think I was told -- is his parents -- are his parents in California?

A. Yes.

Q. And where in California?

A. Los Gatos.

Q. Los Gatos. Okay. And about how far away is that from you?

A. From San Diego?

Q. Yes.

A. Like, I don't know. An hour flight, maybe 600 miles or something. It's in northern California, so it's near San Jose.

Q. Okay. Got it. All right. Can you tell me generally about your relationship with Anuj?

A. Yeah. I think it's good. You know, we support each other and try to communicate openly, and he's very caring about my feelings and very sensitive, and yeah.

Q. Okay. Are you and Anuj the type of couple that like to run everything by one another and bounce ideas off one another, or do you make choices independently?

MAGNA
LEGAL SERVICES

Page 50

MR. AZMOUDEH: Object to form.

MS. MCMANUS: You can answer, Chitra.

THE WITNESS: I think it depends. I mean, certain things, he'll make decisions and certain things he'll ask me when it's -- you know, the right thing.

Q. (BY MS. MCMANUS) Okay. What are some of those things that he comes to you about?

A. You know, like dinner, or this or that, or do you want to go on vacation together, you want to go here for vacation.

Q. Okay. And what are things that you go to him about?

A. Probably same.

Q. Okay. Have you been willing to sacrifice for your husband?

A. Yes.

MR. AZMOUDEH: Object to form.

THE WITNESS: Yes.

Q. (BY MS. MCMANUS) Okay. And how so?

A. I think --

MR. AZMOUDEH: Object to form.

Q. (BY MS. MCMANUS) Go ahead.

A. I think you pointed out several. One was I went to Lubbock, Texas; and two, I went to Colorado

Page 51

Springs; and then three, I left Colorado Springs.

Q. Got it. I want to take one step back.

Do you and Anuj talk with one another about employment decisions and opportunities?

A. Yes.

Q. Okay. And what about?

A. You know --

MR. AZMOUDEH: Object to form.

Q. (BY MS. MCMANUS) Go ahead, Chitra.

A. You know, "I talked to this doctor about this job, you know. This is how his practice is. What do you think?" Things like that.

Q. Okay. So I take it you support one another in your various endeavors?

A. Yes.

Q. And has there ever been a time where you or he has not supported the other?

MR. AZMOUDEH: Object to form.

THE WITNESS: I don't think so. I mean, probably there's disagreements, but in the end, of course, we support each other.

Q. (BY MS. MCMANUS) Got it. So your attorneys told us that you were gone for approximately a month in the October, November time frame of this year. Where did you go?

Page 52

A. We went to India.

Q. Okay. Did you go anywhere else?

A. We went to Turkey for six days.

Q. Okay.

A. Istanbul.

Q. Okay. So were you in India the rest of the time?

A. Yes.

Q. Okay. And what was the purpose of that trip?

A. My friend's daughter got married. She lives in Denver.

Q. Got it. What else did you do during that trip?

A. My daughter is also friend's with the bride, so she was with us, so we traveled throughout India.

Q. Okay. And were you staying with family? Where were you staying?

A. We stayed in hotels.

Q. Okay. Got it. And do you often go back to India?

A. We were not going much when the kids were growing up. And then we took them, I think, Amiya's senior year of high school. And -- and then, so we

Page 53

went 2018, '19, and then we went last year and this year.

Q. Okay. Okay. Got it. And in -- so in 2023 you went to India?

A. Yes.

Q. Okay. And how long were you there for that trip?

A. I don't remember how long. I think since I was working probably, two weeks, yeah. Probably two weeks. I don't remember the dates.

Q. Okay. And I assume, but just want to confirm, was Anuj with you on both of those trips?

A. Yes.

Q. Okay. And let's see here. What trips have you and Anuj been on this year? Let's just separate that trip to India that you just took and to turkey that you just took. Have you been on other trips with Anuj this year?

A. Yes.

Q. Okay. And where did you go?

A. We went to Cabo for four days.

Q. And when was that?

A. In February.

Q. Okay. And where else did you go?

A. We went to -- we went to Columbia, for

14 (Pages 50 to 53)

MAGNA
LEGAL SERVICES

Page 54

like, I think, seven, seven, ten days. I don't remember how many days we were there. Yeah, maybe seven days.

Q. Okay. And let me take a step back. Were you vacationing in Cabo, or why were you in Cabo?

A. Yeah. We were vacationing in Cabo.

Q. And is the same true with regard to your trip to Columbia?

A. Yes. Yes. We were vacationing. We were just -- yeah, we were just -- yeah, vacationing there.

Q. And I think you maybe told me, when did you come to Columbia?

A. I think February. February.

Q. Have you gone anywhere else?

A. Let's see. And then we went to India. I don't know. Let's see. I think that's it. I went to Denver, you know -- are you talking about not vacations or traveling?

Q. Yeah. Just generally traveling, yeah.

A. I'm sure we probably went to see Anuj's parents, I think, or maybe he did. And then -- and then Thanksgiving, we went to see his brother and his parents and Amiya came, my daughter came, so we had a family get-together for Thanksgiving in Reno.

Page 55

Q. Okay. Did you travel anywhere over the summer in 2024?

A. I think, you know, we were just trying to figure out San Diego and see if we liked it.

Q. Got it.

A. So I don't remember that many travels this summer.

Q. Okay. Have you traveled separately?

A. This year or ever?

Q. Yes. Thank you. In 2024, have you traveled separately?

A. This year? Yeah. Yes, yes, yes. Because he's doing a lot of locums. So he's trying to work. So he's going to Denver a lot and then he's, you know, going to other places. Yeah, yes. He's traveled for work.

Q. Okay. And where else outside of Denver has he been doing locums work?

A. Lubbock, Texas.

Q. Okay.

A. Where else? This year?

Q. Sure.

A. Only this year?

Q. Let's start with this year.

A. Yeah. Because there are other times last

Page 56

year he did locums with traveling without me. Where else did he go? Let me think. Yeah. Those two places, Denver and Lubbock, this year.

Q. Okay. And about how often is he going to Denver?

A. About a week a month.

Q. Okay. And what about Lubbock?

A. About a week a month.

Q. Okay. Do you and Anuj enjoy vacationing together?

A. Together? Yeah.

Q. And do you have a favorite place to go?

A. I think, yeah. I think we enjoy going to India. Yeah, yeah.

Q. Okay. And do you have regular gatherings with your families?

A. Are you talking about my brother and sister or his side?

Q. Sure. So when you typically gather with your family, do you gather with your side and then with his side separately or are you ever all together?

A. Yeah. We usually separate because my brother lives in St. Louis and then my sister lives in Houston.

Page 57

Q. Okay. And how often are you with your side of the family each year?

A. Well, I saw my sister when I came back from India for three days. And then I see my brother a couple a times a year. So, yeah. I see my brother and my sister a couple times a year.

Q. Okay. And how about Anuj's side of the family, how often are you all getting together?

A. I think we try to see his parents regularly because they're older. So we try and see his parents, you know, at least they came here, we went there, you know, three or four times a year. And then his brother or -- and Reno -- oh, yeah, he came down here and then -- yeah, we see them, you know, a couple of times a year as well.

Q. Okay. And are you flying or driving when you go see family?

A. So Reno this time we flew, but the previous time we drove. And then we go to Los Gatos, we always fly.

Q. Okay. Okay. I want to talk just go back to one thing. So you were talking about Anuj's locums work. So in 2023, was he also doing locums work?

A. 2023, yes.

MAGNA
LEGAL SERVICES

Page 58

Q. Okay. And where was he doing that work?

A. Last year. So I think he did Denver mainly -- and where else? And Hawaii. One of his friends -- yeah, yeah. She got cancer and he was covering and he couldn't do it, so he wanted help.

Q. Okay. So how often was he doing locums work in Hawaii?

A. I think he did a week at a time a month.

Q. And for how many months?

A. I think maybe four, four times.

Q. Okay. So four weeks in 2023, he was doing --

A. I mean, I don't know exactly how many times he went.

Q. Okay. And how about Denver in 2023? How often was he doing locums work in Denver?

A. In 2023, I think it was about a week a month.

Q. For all 12 months?

A. I think so, yes. That was last year, right?

Q. Okay.

A. Yeah. I think so.

Q. Okay. And --

A. Maybe it was more. Maybe it was more,

Page 59

because that was before they hired the doctor. So it may have been more. I don't remember.

Q. Okay. When you say, "They hired the doctor," are you talking about the practice he was doing work with in Denver?

A. Yes.

Q. And what practice was that?

A. The one that he's covering for now --

Q. Okay.

A. -- in Denver.

Q. Okay. And what's it called, if you know?

A. It's a Cyberknife center, oh -- Anova.

Q. Anova. Okay. Got it. And now I'm going to shift gears into 2024 again. Because I know you said he was doing locums work in Denver and Lubbock, right?

A. Right. I think Lubbock started this year. Yeah.

Q. Okay.

A. He did work in Lubbock in 2023.

Q. Okay. So in 2024, was he doing the two weeks or the one week in Lubbock and the one week in Denver, all the months of 2024?

A. No. No. I don't think so. I don't know exactly how much, how much it was.

Page 60

Q. Okay. So, for example, when you were in India for the three to four weeks --

A. Right.

Q. -- he wasn't working?

A. Obviously, not, right. No.

Q. Okay. Got it.

(Whereupon, a recess was taken at 10:16 a.m.)

(Whereupon, the proceedings resumed at 10:27 a.m.)

Q. (BY MS. MCMANUS) All right. Chitra --

A. I thought about two things about your questions I wanted to clarify.

Q. Okay.

A. You know when you were talking about California and this -- so I want to say that we -- Anuj and I only have three medical licenses, okay --

Q. Okay.

A. -- in the state of Colorado, in the state of California, and Texas.

Q. Okay.

A. Okay. Why is that? Is because we worked -- I worked at UCLA, so I had to get a California medical license. I worked in Lubbock, I had to get a Texas license, and then we moved to

Page 61

Colorado Springs. So we are limited by, like, where we can work and practice because we only have medical licenses in those states.

Q. Okay.

A. So what I'm getting at, that's one of the reasons we came to California is because we had Colorado and Texas and California. Okay.

Q. Okay.

A. So I'm just trying to, you know, tell you that it wasn't like, let's go and move to California for whatever reason. It's because we both have medical licenses that we've stayed. They've remained active since 1997.

Q. In all three states?

A. Well, '97 obviously, for me, in LA. Anuj had already been in LA, so his medical license. So we maintained it all 23 years. We paid every year to maintain our medical licenses.

And then when we were in Lubbock in '98, we paid all these years to keep our medical licenses, because you never know, right? You never think you're going to be in this situation.

So that's what I wanted to tell you. We didn't like say, "Oh, let's move to California." I didn't want you to think we came here for the

16 (Pages 58 to 61)

Page 62

weather, it was because we only had medical licenses in these three states.

Q. Okay. But you can apply for licensure in other states, right?

A. Of course. Of course. But I already have them in these three states, you know, at that time.

And then the second thing I wanted to tell you was, you know, I don't know Anuj's work schedule, you know, by heart. It's kind of erratic, but I'm telling you I think it's average of this.

Q. Yes.

A. I'm trying to be as honest as I can be. I'm telling you that I don't know his schedule exactly.

Q. No. That's all we ask is just for you to be honest. No. We totally understand. Can I ask one more question about the licensure then?

A. Yes.

Q. How burdensome is it to apply for another state?

A. It's a headache. It's huge.

Q. Okay. Tell me about that.

A. You know, you have to get all your documentation, you know, from college, you know, your certificates to medical schools, certificates, your

Page 63

transcripts, your internship, your residency, all the jobs, you know, you have to fill out all the applications, and then, of course -- you know, do three to five references. And the fees are not a big deal.

I'm going to plug in my laptop. Give me a second.

Okay. Sorry about that.

Q. No. No problem. No problem at all. So in light of the burden that you just described, are you and Anuj primarily only looking for jobs in those three states?

A. No. No. I mean, Anuj has been looking everywhere, all over, and he did get different licenses, you know, so...

Q. Okay. What other licenses?

A. I mean, I don't know. He did some intermountain state, where it includes like different states and stuff. And he got Hawaii. He had to get the license for Hawaii. Oh, that was not easy.

Q. Okay.

A. That was very, very complicated, actually.

Q. Okay. Was there a reason why Hawaii, in particular, was more complicated than another state?

A. Because -- yeah. That's the story in

Page 64

itself. The hospital had the contract. And then the center has -- it's a center at a different hospital. So he had to apply to the Honolulu hospital and then he had to apply to that hospital. And then he had to apply to the Hawaii license, so it was a lot.

Q. Okay. There's just multiple --

A. Yeah.

Q. -- licenses?

A. Yeah.

Q. Okay. Got it. All right.

Okay. One more question. Just going back to Anuj's locums work that he's been doing. Who was Anuj working for in Lubbock while he was doing locums?

A. It's -- it's like some Texas oncology. I don't know the name, some --

Q. Okay. Okay. No problem.

A. -- freestanding. It's not a hospital, if that's what you're asking.

Q. Okay. Is it a freestanding clinic of some sort?

A. Yes. It's a freestanding clinic. I don't know the name of it. Probably Texas Oncology something.

Q. Okay. Is that -- is that location in

Page 65

Lubbock a Cyberknife location?

A. I don't think so. I don't know. I don't know his machines that -- in that detail depth.

Q. Okay. Sure.

A. I know the one in Denver is.

Q. Okay.

A. That's a Cyberknife, I believe. The location in Lubbock, I don't know what machine they use. I don't think it is, but I don't know a hundred percent.

Q. Okay. No problem. No problem. All right.

We're going to move on to another topic. So in this litigation it has been suggested that your husband was a really, really hard worker, some might even say "a workaholic." Can you tell us a little bit more about that?

MR. AZMOUDEH: Object to form.

THE WITNESS: Yes. He would leave on most days, 6:30 in the morning, because he had 7:00 a.m. tumor board conferences, probably four days a week. And then he never came home before 6:30, 7:00. So he had very, very long days. And when he would come home, you know, after dinner, he started contouring and doing his work on the computer.

Q. (BY MS. MCMANUS) Okay. Tell me about that

MAGNA
LEGAL SERVICES

Page 66

work, once he would get home. What did that look like?

A. He has to, you know, contour the cancer on the patients, on the computer.

Q. Okay.

A. So he did a couple hours there.

Q. Okay. So about how many hours per day?

A. Oh, my goodness. Easily 10, 12, 14, you know, it was a lot. It was a lot for a lot of years.

Q. For how many years?

A. Well, at least 23. And then at UCLA -- and then in the days in Santa Monica were very long. The days in Lubbock were really, really long, because they had -- they were very, very busy.

Q. Okay. So he was keeping that regimen for decades?

A. Yeah. It was shocking. I have no idea. I'm not like that. I can't do that.

Q. Okay. Okay. So has he always been kind of that workaholic since you've known him?

MR. AZMOUDEH: Object to form.

THE WITNESS: Oh, I don't know about that word "workaholic." But I think he's worked very long hours. And, you know, even in Lubbock and Colorado Springs, like he was happy. He was happy doing it.

Page 67

He enjoyed it immensely.

Q. (BY MS. MCMANUS) Okay. Was the fact that he was working so much and so many long hours hard on you?

A. Well, of course. On my family, yes.

Q. Okay. How so?

A. Well, I think, you know, in the evenings, just one, the kids have to wait for dinner, and they don't want to wait for dinner.

Q. Fair.

A. And yeah. I think he's busy in the evenings.

Q. Okay. How else was it hard on you and your family?

A. You know, just that. Just being -- taking phone calls on the weekends, always being on call, things like that with work. Just couldn't get away.

Q. Okay. So weekends he was working many hours as well?

A. Yes, yeah. Well, you know, doctors do because we're always on call on the weekends, and then patients call, but doctors call too on the weekends.

Q. Okay. Got you. Do you believe your husband has a higher tolerance for work than others?

Page 68

MR. AZMOUDEH: Object to the form.

Q. (BY MS. MCMANUS) You can go ahead, Chitra.

A. I don't know what that means, "higher tolerance."

Q. Just a higher tolerance for working than other doctors?

A. I think he's -- he's very much a perfectionist. He's very intense. He's very detail oriented like most doctors are. He wants to make sure every detail is really -- you know, attended to. I think that's just how he practices.

Q. Okay.

A. And I think most doctors are like that.

Q. Okay.

A. I believe that. I don't know. Maybe that's not true.

Q. Okay. Based on what you know about your husband, do you believe he has a higher tolerance for dealing with stressful situations and complicated patient cases than other doctors?

MR. AZMOUDEH: Object to form.

Q. (BY MS. MCMANUS) You can answer, Chitra.

A. This "higher tolerance," I don't know what that means. I guess you're saying, does he have a higher threshold?

Page 69

Q. Yeah. Yeah. A higher threshold. That's a better way to say it. Thank you.

A. Yeah. You may want to rethink that tolerance word. Yeah. I think he is very good at multitasking at work and those things, yeah, probably.

Q. Okay. Do you consider Anuj to be a resilient person?

A. Yes, yeah. I've known him for so many years. Yes. He has been quite resilient just up until recently.

Q. Okay. And can you give me some examples of when your husband has demonstrated that resiliency?

A. Yeah. I think, you know, whenever there's conflict with the family, his brothers, parents, you know, he knows how to kind of work through it, and like -- you know, they're family, I love them.

Q. Okay. And any other examples?

A. Same with the kids. When the kids say something silly or do something silly, he's kind of like -- you know, they're young and silly.

Q. Okay.

A. -- role.

Q. You had mentioned family conflict. What were you referring to when Anuj has been involved in

MAGNA
LEGAL SERVICES

Page 70

that or whatnot?

MR. AZMOUDEH: Object to form.

THE WITNESS: Nothing.

Q. (BY MS. MCMANUS) You weren't referring to anything in particular?

A. No, nothing in particular. Just like his parents, like their healthcare, what should we do? Should we get additional health insurance, things like that.

Q. Okay. Got it. Got it. Has there ever been a time where you've questioned your husband's ability to competently practice medicine?

MR. AZMOUDEH: Object to form and foundation.

Q. (BY MS. MCMANUS) You can go ahead, Chitra.

A. No. Have I ever had -- can you repeat it again?

Q. Of course. Of course. Has there ever been a time where you have questioned your husband's ability to competently practice medicine?

MR. AZMOUDEH: Same objections.

THE WITNESS: No. I don't think so. Just until that day when he came home and about -- I'm sure you know about that, so...

Q. (BY MS. MCMANUS) Well, so tell me about

Page 71

that. What factual basis do you have to support that there has been a day or a time when he hasn't been able to competently practice medicine?

A. One day he told -- I'm sure he's told his attorneys and you guys. He came home and he said, "You know, I made this mistake, but I caught it." And then I asked him about it, and then he told me. He was shocked. He's like, I have never done this -- and thank God -- you know, the patient never got treated. And then -- you know, I was like, "Oh, my God, you know, you need to go see your doctor or something's going on.

Q. (BY MS. MCMANUS) Okay. Your husband's expert in this case on physician burnout has said, Anuj's physician burnout was, "was entirely work-related." Do you agree with that?

MR. AZMOUDEH: Object to form and foundation.

Q. (BY MS. MCMANUS) Go ahead, Chitra.

A. Yes. If the doctor -- yes, I do agree with that.

Q. Okay. All right. Chitra, who manages your finances in your family?

A. I do.

Q. Okay.

Page 72

A. You mean, like the investments and writing checks and bills?

Q. Sure. Yes.

A. Yes. That would be me.

Q. Okay. And do you and your husband have joint bank accounts, whereby you share your money with one another, or do you have separate bank accounts?

A. We have joint bank accounts.

Q. Joint. Okay. So when money is paid to one of you, you both benefit; is that right?

A. Yes.

Q. When you lived in Colorado Springs, what sources of income did you and your husband have?

A. We had Anuj's income and mine.

Q. Okay. Anything else?

A. I don't think so.

Q. Okay. You just mentioned investments. Can you tell me more about that?

A. What do you mean "investments"? You mean our retirement? Our Vanguard accounts?

Q. Yeah, sure.

A. Yeah. We have money in that.

Q. Okay. And do you know by chance how much?

A. We don't -- we don't -- wait. We don't

Page 73

take money out of it. You mean, putting money into it? Do you mean taking money out of it?

Q. Yeah. Either direction. Have you put money in? Have you taken money out?

A. Yeah. Of course, when we were working we put regular amounts of money in it.

Q. Okay. And do you know what the total amount of money in those retirement accounts are?

A. What -- in his Radiation Oncology, P.C. accounts?

Q. Yeah. Unless there's other accounts. Are there other accounts or is it just one retirement?

A. You want to know all of our financial -- how much we have in our investment accounts?

Q. Yes. Yes.

A. Okay. I think it's about 14 million.

Q. Okay. And that's in which account?

A. In Vanguard.

Q. And is that your husband's ROPC retirement account?

A. No. I thought you just asked me all of the accounts.

Q. Sorry.

A. That's what I asked you --

Q. No. That's okay.

MAGNA
LEGAL SERVICES

Page 74

A. The Radiation Oncology is probably -- you know, I don't know, maybe a million of that or something, or maybe 1.4. I don't know exactly.

Q. Okay. Let me just take a step back just to make sure we're both on the same page. So 14 million in retirement accounts total?

A. Retirement, investments, so his ROPC -- no, it's not called ROPC, it's called whatever -- whatever his retirement name is. I don't know what it's called. And then we have two Roth, and then we have the one that's taxable.

Q. Okay. And when you say, "The one that's taxable," what are you referring to?

A. That's the money we put in when we were working regularly every month.

Q. Okay. Okay. So when you break them down into each of the accounts that you described, do you know how much money is in each?

A. I mean, not off the top of my head. I think that one retirement is probably only -- his -- the Radiation Oncology, I think it's probably, maybe 1-1/2. I don't know. I haven't checked it lately.

Q. Okay. And then you mentioned two Roth accounts?

A. Yeah. That's probably not that much.

Page 75

That's maybe 500,000 or something.

Q. Okay. So how do we get to the $14 million amount?

A. It's an investment portfolio.

Q. Investment portfolio. Okay.

A. Because we put in a lot every two weeks. Since 2012, 2010.

Q. Okay. How much biweekly are you putting in?

A. I think we put in 5,000.

Q. Okay. Total, or each of you?

A. Well, it's our money, right?

Q. Right. Right.

A. So it's 5,000 -- are you asking from Anuj or from me, or are you talking about the main account or the retirement account?

Q. So jointly you are putting $5,000 biweekly --

A. Yes.

Q. -- into that account?

A. Not in his retirement account, in the regular taxable account.

Q. Okay. And are you still doing that now?

A. No. We're not working. We're not working as much as we were. We're not even earning anything

Page 76

like that.

Q. Okay. So the locums money that either he or you or both are making is not going into those accounts?

A. No.

Q. Okay. So are you not investing at all now?

A. Putting new money in there? No, no. Because, you know, he's not making that much anymore.

Q. Okay.

A. He's not earning like he was when he was working for those 23 years.

Q. Okay. And how much is Anuj making right now?

A. I don't know exactly.

Q. You know --

A. You mean, like how much?

Q. How much is he making per month right now?

A. You know, I don't know because now he has to have a business account, so it's not coming in our personal account. And I don't log into that account regularly.

Q. Okay. Okay. Are you and Anuj struggling to pay your bills?

A. No. I mean, no. We're not -- no, we're not.

Page 77

Q. Okay.

A. We have that money you just asked about, the 14 million. So, you know, we have money.

Q. Okay. Okay.

A. It's just put away and you just have to get it out or whatever.

Q. Okay. Are you taking money out of that $14 million account? Have you taken money out of that $14 million account?

A. Yes, we have. Yes, we have.

Q. Okay. How much?

A. I don't know, like a hundred thousand here, whatever, here and there, you know, whatever we --

Q. And is that money for living expenses?

A. Yes.

Q. Okay. Okay. Chitra, did you do any consulting or speakership work while you were in Colorado Springs?

A. No. I mean, I did medical grand rounds. Are you talking about getting paid?

Q. Yes.

A. No. No. Not getting paid. No. I just did, for Penrose I did several medical grand round lectures.

Q. Got it. Okay. And what about your



20 (Pages 74 to 77)

Page 78

husband? Did he do any consulting or speakership work while he was in Colorado Springs?

A. I don't know.

Q. Okay. Did he do grand rounds like you did?

A. Oh, yeah. He did a lot of grand rounds.

Q. He did more than you? Is that what you're saying?

A. Oh, yeah, yeah. I would do like once a year or something. I don't know. He did a lot.

Q. Okay. Okay. What is your current residential address?

A. San Diego, 1339 Oliver Avenue.

Q. Okay. And I think you said this earlier, but just so I know, are you renting that property?

A. Yes. We are renting.

Q. Okay. And how long have you been renting?

A. Since October.

Q. Okay. And when you say "October," I assume October 2023?

A. Yes.

Q. Okay. How much do you pay in rent per month?

A. $6,995.

Q. Okay. And is that inclusive of utilities, things like that?

Page 79

A. No, no, no.

Q. Okay. What's the size of your home that you're living in?

A. About 2,000 square feet.

Q. Okay. How many bedrooms?

A. It's two bedrooms and an office.

Q. Okay. Are you looking to purchase a residence there or anywhere else?

A. No, no, not here, no. Not anywhere else, no.

Q. Okay. So you -- it's your intention to continue renting?

A. We -- I -- yeah. Maybe. I'm not sure. We're just doing month to month right now.

Q. Okay. Okay.

A. We're not definitely looking to buy anything here.

Q. Okay. Have you looked at any homes either online or in person?

A. Where? In Colorado or here?

Q. Anywhere?

A. I mean, in Colorado we looked online.

Q. Okay.

A. When we wanted to downsize, we looked at a lot of places.

Page 80

Q. Were you looking in Colorado Springs?

A. Yes. Yes.

Q. Okay.

A. What time frame are you talking about?

Q. Let's -- good question.
Let's start with 2023.

A. 2023.

Q. Were you looking to buy a home or were you looking to rent when you moved?

MR. AZMOUDEH: Object to form.

THE WITNESS: Okay. We were looking to downsize, so we were looking after the kids went to college.

Q. (BY MS. MCMANUS) Okay. And remind again, I think you said, your son went to college starting in 2019?

A. Yes.

Q. Okay. And when did your -- do you have a daughter as well?

A. Yes.

Q. And do you have any other children?

A. No.

Q. Okay. When did your daughter go to college?

A. 2018.

Q. Okay. So 2018 and 2019 are when your kids

Page 81

left for college?

A. Yes.

Q. So have you been looking at homes since --

A. We started looking before that. We started looking, like in '17, we wanted to get a smaller -- downsize in anticipation of them leaving.

Q. Okay. But you determined to stay in your home until at least 2021?

A. Yeah. And then we started decluttering in early 2022. Even before that, 2021, decluttering a lot of junk that you accumulate. And then getting the house on the market to downsize.

Q. Okay. Okay. Do you and Anuj own any other properties?

A. Anuj does. He -- he does.

Q. Okay. Which property is that?

A. His parents' house. We bought that for him -- for their parents.

Q. Okay.

A. It's not a house. It's a condo.

Q. Okay. And any other properties besides the condo that your parents live in -- or that's right -- that his parents live in?

A. No other properties.

Q. Okay. Do you and Anuj have any other

MAGNA
LEGAL SERVICES

Page 82

businesses, assets, things of that nature that we haven't talked about yet?

A. No. We don't have any businesses.

Q. Okay. What about Cyberknife? Is that an investment or something of that nature that you and your husband have an interest in?

A. No. He -- yeah. It comes through Radiation Oncology, P.C., the hospital. So I don't know the details of that arrangement, but he -- he has the Cyberknife. It was part of his income. Is that what you mean? Yeah. It comes in from his income.

Q. Okay. And do you know about how much he was making from Cyberknife?

A. The Cyberknife? When -- I think they were making about -- I, mean, some years it was better than others. So maybe, I don't know, 30- to 50,000 a quarter.

Q. Okay.

A. I think.

Q. Okay.

A. So what is that? Three times a year. Yeah. Something like that.

Q. Okay. And how about now? Is he still getting money through that Cyberknife?

Page 83

A. Yes. Yes.

Q. Okay. And about how much? Unless, is it the same amount as what you just described?

A. Yes. It still fluctuates.

Q. Okay.

A. It's -- sometimes, yeah. Yeah, 30-, 50-, 60-. It goes up and down. It just depends on, I think, obviously, how many patients are in Cyberknife or that would qualify for that treatment.

Q. Okay. Got it. So how much -- what is -- strike that.

What is your total monthly income between you and Anuj right now?

A. I mean I, unfortunately, I've been looking for work and just in California, just working for coverage part-time for a practice.

And then Anuj, so per month, I don't know. Let's see. So -- so his money goes in that business account. So sometimes it's 10,000 a month. Sometimes -- so, yeah. Yeah. If he's worked a week in Lubbock, maybe it's that much. I don't know exactly -- you know, if he worked a little more.

Q. Okay. And is he receiving a flat fee or a flat amount of money for the work he does in Lubbock per week?

Page 84

A. Yes.

Q. Okay. And what amount is that? Is it 10,000?

A. No. No. I don't know how much it is. Yeah. Maybe it is something like that --

Q. Okay.

A. -- I don't know exactly.

Q. So sorry. How about for the work he's doing in Denver?

A. I think -- I think Denver is like that, maybe 10,000. I'm not sure. Something like that.

Q. Okay.

A. But now that he has that separate account, I don't know what -- I don't look into that, I told you, because we have the other checking account that I pay bills from, so I don't look regularly in his account when he gets paid.

Q. Okay. So if he's getting 10,000 estimate, if he's getting 10,000 from the work he's doing in Lubbock for the one week a month, and if he's getting 10,000 from the work he's doing in Denver, roughly around 20,000 per month?

A. Yeah. But I mean, it's not that he's working every month two weeks. I told you -- I don't know. Okay?

Page 85

Q. Yep.

A. I don't think it's that -- it will be like one month it will be Denver. One month it will be Lubbock.

Q. Got it.

A. He's not consistently working two weeks a month, not this year.

Q. Okay. How about in 2023?

A. No, no, no. Like it was -- it would be like a week in Hawaii. It would be about a week a month he would work. And I think that's about right here, this year too, about a week a month.

Q. Okay. Have you -- is there any other sources of -- financial sources that you rely on that you haven't told me about?

A. No. I think that's it. Yeah. The -- yeah. No. There's no like investment money coming in or something.

Q. Okay. How is -- you had mentioned the portfolio. How is that managed?

A. Before there was just, you know, this guy -- well, we had the money in TD Ameritrade and this guy kind of educated me on how to diversify.

And then I met this other guy and we paid him. And he told me how to do the two-thirds,

22 (Pages 82 to 85)

Page 86

one-third.  He told me how to divvy it up, the investments.  And then I just followed his formula.

And lucky for us, the stock market has done amazing.  So, yeah, I followed his rule, which is basically the Vanguard principle, how they teach you to invest.

Q.  Okay.  So now are you managing the account?

A.  I was.  I was doing it.  I would meet with him for once a year.  And then he would -- he tells me every quarter you rebalance and then I would rebalance.  And then he would tell me go back to the formula, you know, two-third, one-third, this, that.  So I followed his formula.

Q.  Okay.

A.  I'm not a financial expert.  I only did what he told me to do.

Q.  Okay.  Okay.  Got you.  So who's now managing that portfolio?

A.  It's Vanguard.

Q.  Okay.  All right.  And that's the $14 million portfolio account?

A.  Yeah.  We just started using a Vanguard person recently.  I don't know if it was 2023, yeah.  We just started to use them because now it's tricky because we're not having -- you know.  Money, so much

Page 87

money coming in, so we don't know how to change the formulas back to probably be less aggressive.  So he's helping us do that.  So he's done that.

Q.  Okay.  So you spoke about your husband's business account, and you spoke about another account in which you're making your -- you're paying for daily expenses, things like that.  How are those accounts replenished?

A.  So sometimes when I work, I get paid and then, yeah, sometimes he'll transfer some money in there.  Like, you know, 10,000 here or something.

Q.  And where is he transferring from?

A.  The checking account, from his business account.

Q.  Okay.  And you -- what's the total of the business account, if you know?

A.  I don't know.

MR. AZMOUDEH:  Object to form and foundation.

MS. MCMANUS:  Okay.

THE WITNESS:  I don't know.

Q.  (BY MS. MCMANUS)  Do you roughly know?

MR. AZMOUDEH:  Object to form and foundation.

THE WITNESS:  I don't know.  It could be -- I don't know, 60,000.  We have to pay taxes, quarterly taxes on it, so the money comes and goes on

Page 88

it.

He has to pay the accountant, so I don't know the exchange of those tax -- those taxes.  I don't pay taxes on that account.  I only pay taxes on our account.

Q.  (BY MS. MCMANUS)  Okay.  Okay.  So when did you sell your home in Colorado Springs?

A.  2023.

Q.  And what month?

A.  August.

Q.  And what was the sale price?

A.  I think it was maybe 2- -- the asking price or sale price?

Q.  (BY MS. MCMANUS)  Let's actually do both.  What was the asking price?

A.  I think it was 2.9, 2.89 or something.

Q.  Okay.  And what was the sale price?

A.  I think it was 2.8.

Q.  Okay.  Did you have to pay off a mortgage or did you own that home?

A.  We owned the house.

Q.  Okay.  So at the conclusion of that transaction, how much did you receive from the sale free and clear?

A.  Maybe 2.6, 2.5, yeah, something like that.

Page 89

Q.  Okay.  And what did you do with that money?

A.  We put --

MR. AZMOUDEH:  Object to form and foundation.

THE WITNESS:  We put it in the Vanguard account.

Q.  (BY MS. MCMANUS)  Okay.

A.  It's in that, so that's that 14 I just told you.

Q.  Yep.  So all of that amount into the Vanguard?

A.  Yeah.  The entire amount.

Q.  Okay.

A.  So it's really -- it's probably then minus 3.  So probably our investments were 11, and then the house.

Q.  Okay.  What's the monthly income on that $14 million account?

A.  I'm not taking money out regularly.  I don't know what you're asking.

Q.  Okay.  What's the account generating each month?

A.  I don't know.  Do you want me to look it up?

Q.  Sure.

A.  I mean, I have no idea.  I don't know.  Each month -- it's okay.  I have to login on the

MAGNA
LEGAL SERVICES

Page 90

computer and stuff. I don't know what it's generating every month.

Q. Okay. Well, feel free to look it up. That's fine.

A. Well, I don't -- I'm on the computer with you.

MR. AZMOUDEH: Yeah. I don't think it's appropriate for her to be pulling up documents during the deposition. I think you should go forward.

I'm also going to object. I don't actually know what the relevance of that question is. Are we going to get on a topic that has something to do with this case?

MS. MCMANUS: Well, you stated your objection. All right.

MR. AZMOUDEH: Thanks.

Q. (BY MS. MCMANIS) So you -- Chitra, just to close the loop on this, you don't have any idea of how much money that $14 million account is generating each month?

A. No, I don't know.

Q. Okay. Do you know what the annual interest rate is on the account?

A. Annual -- annual what?

Q. The interest rate?

Page 91

A. You mean, on the money market or how much it's earning?

Q. On how much it's earning.

A. Okay. You said interest rate.

MR. AZMOUDEH: These questions --

Q. (BY MS. MCMANUS) Yeah. We're just asking --

MR. AZMOUDEH: Hold on. Hold on. These questions are getting close to harassing. Can I get at least a minimal basis for what their Vanguard account has to do with this case?

MS. MCMANUS: So -- yeah. I mean, Dr. Peddada's expert has talked about lifestyle and money and how that impacts everything else, and so it's highly relevant.

MR. AZMOUDEH: Hold on. Which expert?

MS. MCMANUS: Dr. Smith.

MR. AZMOUDEH: Okay. Dr. Smith has spoken about?

MS. MCMANUS: Dr. Smith has -- you know, articulated how the reduction in enjoyment of life. And so that's why we're asking these types of questions.

MR. AZMOUDEH: Okay. All right. She's answered the question.

Page 92

Let's move on from the Vanguard account.

Q. (BY MS. MCMANUS) So, Chitra, another question. You said the market's doing well right now, or it has been doing well. What do you mean by that?

A. I mean whatever we put in, the money, the 5,000 every two weeks that we've saved up, I think the stock market has had its ups and downs, but it's done quite well.

Q. Okay. And so about how well? Can you put a dollar amount on that?

A. No. I can't --

MR. AZMOUDEH: Object to form.

THE WITNESS: I can't, because I don't know exactly how much we put in and how much it's earned. Because you already asked me that. I don't know.

Q. (BY MS. MCMANUS) Okay. And you can't put a percentage on how much better it's doing?

A. I don't know. Maybe, what, 8 percent. It goes up and down, so probably -- I'm averaging 8 percent. I don't -- if I had to guess, maybe that's it.

Q. Okay. No. That's fine. Yep. That's fine. All right.

Do you and Anuj ever talk about retirement

Page 93

plans that you both have?

A. I mean, I think everyone talks about it eventually, you know.

Q. Okay. So when have you talked about retirement?

MR. AZMOUDEH: Object to form.

THE WITNESS: I think, you know, you start talking when the kids go to college. Yeah. That's natural.

Q. (BY MS. MCMANUS) Okay. And do you have a goal or have you had a goal in the past of when each of you --

A. Yeah. Yes.

Q. -- would like to retire by?

A. Yeah, of course we have.

Q. Okay. And what age is that?

A. I'm looking for work actively, and I interviewed in Denver for two jobs, so for full-time, so I'm going to work probably until another 10, 15 years. And Anuj has always wanted to work another ten years.

Q. Okay -- I'm sorry.

A. That's been our goal. That's been our goal to, you know...

Q. Okay. So how old will Anuj be ten years

MAGNA
LEGAL SERVICES

Page 94

from now then?

A. He just turned 60, so he'll be 70.

Q. Okay. And how about you? You said you wanted to work another 10, 15 years, so that puts you at?

A. 68.

Q. Okay. And you talked about Denver. Are you in the interviewing process or tell me a little more about that.

A. I have. I've been looking for full-time work, and I've looked here, and I'm looking in Denver.

Q. Okay. Do you have an offer to come to Denver?

A. A verbal, but not like in paper.

Q. Okay. Got it. Where at in Denver?

A. It's on Hale Street. It's a private practice.

Q. Okay.

A. Another concierge practice.

Q. Another concierge practice. Okay. And would you be...

A. I would be full-time.

Q. Full-time?

A. Both jobs were full-time that I interviewed

Page 95

for in Denver.

Q. Okay.

A. It's the week -- actually, it wasn't last week, it was the week before Thanksgiving.

Q. Okay. And you said that would be full-time work. How much money would you be able to make?

A. Oh, the first job, I didn't ask the first job interview, I didn't ask because it was just a first job interview.

And, you know, the second job we haven't gotten into any much of the details. She's given me -- or they both given me the hours and -- four days a week and things like that. She's given me a range, she hasn't given me a definite...

Q. Sure. And what's the range that she's given you?

A. You know, I think she said 270 to 300, maybe a little over 300, something like that.

Q. Okay. Okay. Is Anuj also looking in Denver for work?

A. He's been looking in Denver since April 2022, in Denver.

Q. Okay. And where --

A. We have medical licenses in Colorado, right. And we've been there 23 years. This was our

Page 96

home. I had no intention of leaving my job. I had no intention of leaving Colorado.

Q. Okay. You said --

A. Our lives have really drastically changed. I don't know if you know that.

Q. Okay. I have a question as far as what you just said about Anuj. In April of 2022, you said he was looking in Denver. Where was he looking to work in April of 2022 in Denver?

A. Oh, my goodness, so many.

He looked at Swedish. He looked at wherever Eugene works, Rose, UCHealth. He talked to so many people.

Q. Okay. Does Anuj have any offers at this time for work?

A. Where?

Q. Just anywhere? Has he received an offer anywhere for work?

MR. AZMOUDEH: Object to form.

THE WITNESS: I think, you know, that one in Denver, they offered him that job -- I mean, where he's working now, the Cyberknife.

Q. (BY MS. MCMANUS) Okay. Okay. So outside of the locums work he's doing currently?

A. Yeah.

Page 97

Q. Has he received any other job offers?

A. In Denver? No. No, he has not.

Q. Not in Denver. How about anywhere else?

A. I mean, he's looked in Wyoming. He's looked in Oregon, UCLA.

Q. Has he received offers from any of those places?

A. I don't know. I don't know.

Q. You don't know if he's ever got an offer?

A. I don't think so. I mean, no. I don't think so, so...

Q. Okay.

A. When we lived in Santa Monica, he worked with Mike Steinberg. He's the chairman at UCLA.

Q. I'm sorry. Can you repeat that, Chitra? Something about UCLA?

A. When we were in Santa Monica, Anuj's partner, Mike Steinberg, went on to become the chairman of UCLA. So of course he reached out to him for a job. But I think they want younger doctors to work for them.

Q. Okay. Has he formally applied?

A. Yes. Many places.

Q. Okay.

A. I don't know. You would have to ask him,

**MAGNA**
LEGAL SERVICES

Page 98

but I think so.

Q. Okay. But Anuj can fly from anywhere to do locums work, right?

A. Yes.

MR. AZMOUDEH: Object to form.

Hold on. Sorry.

Object to form and foundation.

Q. (BY MS. MCMANUS) Okay. Chitra, your answer was?

A. Can he fly for locums? Yes.

Q. Okay. And he's doing that now?

A. Yeah. But it's not easy.

Q. Okay. So he didn't have to leave Colorado in order to do locums work; is that right?

A. I don't know if I understand your question. Can you rephrase that?

Q. Of course. Of course. So you and your husband did not need to leave Colorado in order for him to do locums work elsewhere?

A. Yeah, yeah.

Q. Okay.

A. Okay. You can do locums anywhere. You can live where you want.

Q. Okay. Got it. So in light of that, why did you -- why did you move from Colorado?

Page 99

A. Because I think he -- I wanted to -- I stayed in my job, you know. When this happened with Anuj in August or April, I stayed at my job for another nine months. I thought we would stay in Colorado Springs and downsize and sell the house. That was the plan.

I had no intention of leaving my job, leaving my patients. I really liked my partner. I mean, this was home. We had been there for 23 years.

Q. So then in light of all that, why did you move?

A. He didn't want to be in Colorado Springs. He felt emotionally sad, attached to what had happened.

Q. Okay. What about Denver or another area in Colorado? Did you consider moving to another part of Colorado?

A. Yes, we did.

Q. Okay. And why did you decide against it?

A. Well, that's interesting. Honestly, that week when we were, you know, moving out of the house, I had my daughter come home. She was living in Manhattan. And for a year and a half after she graduated, she was working there, and she announced that she was going to move to Denver. If she had

Page 100

told me that two months before, I would have stayed in Denver.

Q. Okay. And is your daughter still in Denver now?

A. Yes, yes, she is.

Q. And where is your son located?

A. He just graduated college, and he's in Portland.

Q. Okay. And does he have plans to return to Colorado?

A. I don't know. Eventually he wants to go to grad school. I don't know where he's going to get accepted and go to grad school. I don't know where that will be.

Q. Okay. So why move to California?

A. I think, you know, since Anuj was only finding locums work, he just thought, okay, let's go travel and try different things.

Q. Okay. Any other reasons?

A. And we have a California medical license, and I wanted to work, and I have a California medical license.

Q. Okay. Okay.

A. And I think I clarified that, but I'm happy to clarify it again.

Page 101

Q. But you could have stayed in your job in Colorado; is that right?

A. Of course. She did not want me to leave.

Q. And you said you didn't want to leave either?

A. I didn't. It was a really great job because I had the flexibility, the autonomy, everything, the staff was great.

Q. Got it. Got it. Do you and Anuj ever consult one another about the patients you're seeing?

A. Rarely. Like something bizarre or interesting. I mean, we're both doctors, right? So, yeah.

Q. Okay.

A. Like he'll send me a picture of a rash, like -- you know, "What do you think this is?" Because he doesn't know rashes.

Q. Okay. So he's reaching out to you because that is maybe, more so, your area of expertise?

A. Internal medicine, correct.

Q. Okay. Got it. Would you consider you and Anuj as a couple that are savers or spenders?

MR. AZMOUDEH: Object to the form.

Q. (BY MS. MCMANUS) Go ahead, Chitra.

A. Definitely savers.



Page 102

Q. Okay. And have you always been like that throughout your marriage?

A. Yes.

Q. Okay. So if you had to retire today, both of you, if you had to retire today, could you be okay financially?

MR. AZMOUDEH: Object to form.

Q. (BY MS. MCMANUS) Go ahead, Chitra.

A. I don't know. But I want to work though. I don't want to retire. And I don't think Anuj wants to retire either.

Q. Okay. But I'm just asking, if you had to retire today, would you and Anuj be okay financially?

MR. AZMOUDEH: Object to the form.

Q. (BY MS. MCMANUS) Go ahead, Chitra.

A. I think so. Probably maybe not in California, you know. I don't know.

Q. Okay. Okay. Let's see here. All right. I want to ask you a couple of questions about your husband's practice, Radiation Oncology, P.C., ROPC, right. Were you involved in the finances or operations at ROPC?

A. No, not at all. His contractor's business, no.

Q. Okay.

Page 103

MR. AZMOUDEH: Lindsay, before you keep going, can we take a five-minute break?

(Whereupon, a recess was taken at 11:25 a.m.)

(Whereupon, the proceedings resumed at 11:35 a.m.)

MS. MCMANUS: And, Theresa, if you can, can you read back Chitra's last answer?

(Record read.)

Q. (BY MS. MCMANUS) Chitra, let's just pick up there. What did you mean by "contract." I think you said contractor business. What did you mean by that?

A. Radiation Oncology, PC, contract. Isn't that what you asked me?

Q. No. I just -- so let's just go back to my question.

So were you involved in the finances or operations at ROPC?

A. No, not at all.

Q. Okay. Were you involved in the winding down of ROPC?

A. No.

Q. Okay. Okay.

A. You have to remember, Lindsay, I was busy

Page 104

with my job, the children, for the 23 years he was under ROPC. I had no involvement with his contract.

Q. Okay. You keep saying "contract." What contract?

A. So ROPC, isn't that a contract?

Q. ROPC is the group, right, his private practice?

A. Oh, well, isn't it a contract that he works under or something?

Q. Got it. Okay. That's what you're talking about. So, Chitra, what's the status of ROPC now, if you know?

A. I think they closed it. They closed it when -- it got closed down.

Q. Okay. All right. I'm going to introduce an exhibit. And so since this is the first time I'm doing this, Chitra, what you're going to see is I'm going to be sending an exhibit through the chat function. So I'm going to do that now. And it has now said -- there's a checkmark by it, so you should be able to see it.

A. Do I click on it?

Q. Yes. And if you can click on it, open it up, it says Exhibit 52.

A. Okay.

Page 105

Q. Once you have it open, will you let me know?

A. Yes. Yes. I have it open.

Q. Okay. Thank you. Chitra, was this the -- were you served with this Notice of Deposition Deuces Tecum and a Subpoena Duces Tecum in this case?

A. Yes. I received this.

Q. Okay. And that's why you're here today, right?

A. Correct. Yes.

Q. Okay. And how did you receive this subpoena documents?

A. In my e-mail.

Q. Okay. And from who?

A. I think Iris or Omeed.

Q. Okay. And you agreed for your and Anuj's counsel to accept service on your behalf; is that right?

A. Yes.

Q. Okay. So if you turn to page 3 of this exhibit.

MS. MCMANUS: And just for the record, this is going to be marked as Exhibit 52.

(Exhibit Number 52 was marked for identification.)

MAGNA
LEGAL SERVICES

Page 106

MS. MCMANUS: I believe, Omeed, the last exhibit that was used in prior deposition was 51.

Q. (BY MS. MCMANUS) So, Chitra, do you see at the top of page 3 it says, Exhibit A?

A. Yes.

Q. Okay. And do you see there's definitions for documents and communications in Exhibit A?

A. Yes. Yes.

Q. And did you read those definitions?

A. Yes. Yes. I read this.

Q. Okay. And what documents and communications did you search?

A. My e-mails, my text messages.

Q. Okay. And what -- let's start with e-mails. What e-mail accounts did you search?

A. So I think you asked for Anuj, and my e-mail communication, and someone else, I think Dr. Setty. Let's see -- yeah.

Q. Okay. And what -- let me rephrase.

And what e-mail accounts did you search?

A. My e-mail account.

Q. Okay. And what's that e-mail account? Can you give me the specific e-mail address?

A. Oh, yes. ChitraPeddada@gmail.com.

Q. Okay. And do you have any other e-mails

Page 107

addresses?

A. No.

Q. Okay. Do you have -- and you also said you searched your text messages?

A. Yes.

Q. And do you have -- did you search one phone? Did you search two phones? Which phone did you search?

A. I only have one phone.

Q. Okay. Like a personal cell phone?

A. Cell phone, yes.

Q. Okay. And what's the number of that phone?

A. 719-661-1437.

Q. Okay. Thank you. And did you search any other applications?

A. No.

Q. Okay. Do you have -- do you have access to any work accounts at this point?

A. No. I didn't use my Touchstone e-mail, that was for like patients. But I didn't check it, the office manager checked it.

Q. The office manager checked it in responding to this subpoena?

A. No. No. I mean, I never received any e-mails on that account.

Page 108

Q. Got it. Okay. For what time frame did you search your accounts?

A. What it asked, back through 2020 on Number 3, and then Number 6, 2022, April 1 to May 31st. What you have written here is what I followed the directions.

Q. Okay. Okay. And you did that for both e-mail and for text messages?

A. Yes.

Q. Okay. I'm going to send another exhibit, so just bear with me here.

A. Okay. I have to say something, if I can.

Q. Sure. Go ahead. Yeah.

A. So my phone got hacked in -- I was getting like six to eight inappropriate text messages in 2022. And I got a new phone number in October 2022, and I don't have that number. I can give you that number, it was 719-661-4257.

Q. The last four was 4257?

A. Yes.

Q. Okay.

A. So when I looked on my phone for, you know, Anuj's text messages, yesterday was the first time when I told this to Omeed, I couldn't figure out why nothing was coming up before October 2022. And then

Page 109

I realized I had just get a new cell phone number.

Q. Okay.

A. And I told him that. I told him this yesterday. I said I couldn't figure out why.

MR. AZMOUDEH: Chitra, let's stay out of our conversations, please. Thanks.

THE WITNESS: Well, yeah. Yeah. So I don't have those text messages. That's all I'm saying.

Q. (BY MS. MCMANUS) Okay. And you don't have any -- yeah. So you don't have any way to access the text messages that were on that prior number?

A. No. And we were with Verizon also, and we changed to AT&T.

Q. Okay. When you say "we," you mean you and Anuj?

A. Our family plan.

Q. Okay. Okay. All right. I'm going to enter into the chat another exhibit. Okay.

And, Chitra, one more follow-up question. Did you have any similar hacking problem to your e-mail account?

A. No. Well, no. I don't think so, no.

Q. So you didn't make a new -- strike that.

You didn't have to create a new e-mail

MAGNA
LEGAL SERVICES

Page 110

account?  You've had the same e-mail account?

A.   Correct.

Q.   Okay.  So you're able to search that account?

A.   Yes.

Q.   For the time frame that's requested in the subpoena?

A.   Yes.  But on my phone it didn't come up.

Q.   Okay. Okay.  All right.  You should see in just a moment -- let's see.  It's going to take a second, I think.

(Exhibit Number 53 was marked for identification.)

Q.   (BY MS. MCMANUS)  Chitra, once you have Exhibit 53 opened, will you let me know?

A.   Let me see.  Okay.  How do I go back -- how do I go back to that big screen where the chat?  I would click on the chat, right?  So let's see, is this it?  No.  This is not it.

Q.   Yeah.  So there's an option at the bottom, Chitra, and you might already be there, but there's a chat option.  And then it should kind of open up a side panel.

A.   What happened is the screen changed when I opened that exhibit.

Q.   Oh, okay.

Page 111

A.   I can't find that chat box down at the bottom that we had before.

Q.   Okay.  Can you see -- can you see all of us right now?

A.   I can see the -- yes.  I can see Omeed and you and Theresa's name.  But that little bottom box where the chat was isn't there anymore.

Q.   Okay.  Do you see at the bottom of your screen there's "participants, chat, raise hand"?

A.   No.  That's what's missing.  So what happened when I clicked on that exhibit, it made the three of us to the side.  So how do I go back?

Q.   Can you just minimize the prior exhibit?

A.   I did.  I closed it.  I closed it.

(Short pause.)

THE WITNESS:  Okay.  Yes.  I have this.  I got it, Exhibit 53.

Q.   (BY MS. MCMANUS)  Okay.  So, Chitra, in front of you is what's been marked as Exhibit 53.

And I'll represent to you that all the documents we received from your counsel are set forth in this Exhibit 53, in response to the subpoena.

And so why don't you just take a moment to review these, to scroll through this exhibit, and once you have, let me know once you've done that.

Page 112

A.   Okay.  Hang on.  I'm trying to -- I will move this screen.  Okay.  Yes.  I've got the messages.

Q.   Okay.  Thank you.  Chitra, did you find any other documents or communications that are not included in this Exhibit 53?

A.   No.  This is what I found, I sent to the attorneys.

Q.   Okay.  So you didn't find anything else responsive to the subpoena, except for the text in 53?

A.   Yes.

Q.   Okay.  Did you speak to anyone or work with anyone to determine what is and is not responsive to the subpoena you received?

A.   No.  Besides the attorney, no.

Q.   Okay.  So you didn't speak to your husband, for example?

A.   No.  On the subpoena, no.

Q.   Okay.  So your counsel told us on December 2nd that you would be "looking for documents and communications relevant to Dr. Peddada's end of employment; burnout, emotional distress, and the house listing."  Did you look for those things?

A.   I did.  I did.

Q.   Okay.  Do you have an explanation for why

Page 113

you produced no documents related to, for example, your husband's burnout or emotional distress?

A.   Can you repeat the question?

Q.   Do you have an explanation for why you didn't produce documents or communications related to your husband's burnout, emotional distress, and the house listing?

A.   Okay.  The first one, his burnout, in what way, like his medical records that I don't have?

Q.   Just generally, documents and communications that -- in which -- you know, you are discussing burnout or...?

A.   Yeah.  Honestly, I think, you know, we're married to each other, so we kind of talk about personal issues.  We don't text and e-mail about personal issues.

Q.   Okay.  Okay.  Chitra, did your husband -- and you can take that down now.

A.   Okay.

Q.   All right.  Thank you.  Let's see here. Did your husband express that it was unfair that he was working so much harder than the other doctors at ROPC?

MR. AZMOUDEH:  Object to the form and foundation.

MAGNA
LEGAL SERVICES

Page 114

Q. (BY MS. MCMANUS) Go ahead, Chitra.

A. Unfair? No. No. I don't think he thought it was unfair -- you know, no. He's like that. He works hard -- you know, he's -- everybody works differently.

Q. Okay. Did he ever express to you that it was unfair that they were -- that he and Dr. Monroe were being paid the same?

MR. AZMOUDEH: Object to the form and foundation.

Q. (BY MS. MCMANUS) Let me strike that. Let me restart.

A. Okay.

Q. Did your husband ever express to you that it was unfair that despite working more than Dr. Monroe, that he and Dr. Monroe were being paid the same?

MR. AZMOUDEH: Object to form and foundation.

Q. (BY MS. MCMANUS) Go ahead, Chitra.

A. So did he say it was unfair? To me?

Q. Yeah. Did he ever express that it was unfair that they were being paid the same, but he was working more?

A. No. That was the contract they agreed on. They would get paid the same.

Page 115

Q. Okay. Chitra, is Anuj practicing medicine now?

A. Yes. Yes.

MR. AZMOUDEH: Object to the form.

MS. MCMANUS: Omeed, did you say something? I'm sorry.

MR. AZMOUDEH: Object to form. Yeah.

Q. (BY MS. MCMANUS) And is Anuj practicing medicine without any health limitations?

A. Now?

Q. Right.

A. Currently? Yes. He is working without limitations right now.

Q. Okay. All right.

MS. MCMANUS: All right. Another exhibit is coming.

(Exhibit Number 54 was marked for identification.)

Q. (BY MS. MCMANUS) Exhibit 54 should have just shown up in the chat.

Chitra, once you have that opened, will you let me know?

A. Yes. Yes. I have it open.

Q. Okay. Great. Thank you.

Okay. Chitra, have you seen document --

Page 116

Exhibit 54 before?

A. Yeah. I saw it when it got sent to me yesterday, all the documents.

Q. Okay. And do you recall receiving this correspondence on Wednesday, April 27, 2022?

A. I mean, I don't remember that moment, but yeah, I'm sure I received it.

Q. Okay. So I'm going to direct your attention to the bottom e-mail. Do you see where it says, "From Anuj Peddada sent April 26, 2022, at 3:53 p.m."?

A. Yes.

Q. Okay. So in this e-mail, your husband objected to alleged characterization of his condition as involving any mental health issues. Do you agree that he did not have any mental health issues at that time?

MR. AZMOUDEH: Object to form and foundation.

THE WITNESS: What was your question?

Q. (BY MS. MCMANUS) Yeah. I'll repeat it. So in the e-mail sent by your husband on April 26, 2022, he wrote:

"Please talk to Dr. Monroe ASAP and advise him to be careful with the language he is using. I never said I

Page 117

have a mental health issue. I only said I have a health issue necessitating a medical leave of absence. He needs to be careful not to be slanderous, Anuj."

Did I read that correctly?

A. Yes. Yes, you did.

Q. Okay. And so my question is, so your husband in this e-mail objected to an alleged characterization of his condition as involving any mental health issues. Do you agree that he did not have any mental health issues at that time?

A. I think he had burnout. Is burnout part of a mental health issue or not? I don't know. I'm not an expert on that one.

Q. Okay. So do you disagree with your husband when he said, "I never said I have a mental health issue"?

MR. AZMOUDEH: Object to form.

THE WITNESS: I think what he was experiencing was physician burnout.

Q. (BY MS. MCMANUS) Okay. And you're not -- and you're not aware of any other mental health issues that your husband suffered?

A. No. No.

MR. AZMOUDEH: Object to form.

30 (Pages 114 to 117)

Page 118

Q. (BY MS. MCMANUS) Okay. And just -- has your husband ever been disabled by any mental health issues?

MR. AZMOUDEH: Object to form and foundation.

THE WITNESS: No.

Q. (BY MS. MCMANUS) Okay. And so we -- we just one moment ago, at the top of Exhibit 54, identified that this was an e-mail you received on April 27, 2022, from your husband, right?

A. Yes.

Q. Did you find this e-mail -- did you find this e-mail when you searched your e-mails?

A. Actually, I did not. I did not. So I wonder if I didn't put in Anuj Peddada at Centura, I put in Anuj Peddada, his regular e-mail.

Q. Okay. So would you be agreeable to doing a search for your correspondence with Anuj from his Centura.org account as well?

A. Sure. I can do that.

Q. Okay. And produce those to us as well -- or give them to your counsel so that they'll be produced to us?

MR. AZMOUDEH: Object to form and foundation. I'll just lodge an objection. She can search, but that doesn't necessarily mean that

Page 119

they're going to be produced. We'll have to look at them.

And also, I guess part of my objection is you-all have custody and control of that account, so you can also run the same search.

Q. (BY MS. MCMANUS) Well, Chitra, is this a document that references your husband's condition?

A. Are you talking about Exhibit 54?

Q. Yeah. The e-mail at the bottom, right?

A. Uh-huh.

Q. It discusses -- let's see. It says:
    "I only said I have a health issue in
    necessitating a medical leave of
    absence."
    You see that, right?

A. Yes, I see that.

Q. And so this would be a document that would be responsive to the subpoena that you were issued; is that right?

A. Yes. I just told you I did not search the AnujPeddada@centura.org.

Q. Okay. Great. Well --

A. Is that what you wanted me to answer? Is that what you were asking me?

Q. Yes. So let me just follow up. So were

Page 120

you just searching the e-mails exchanged between you and your husband from his personal g-mail account?

A. Yes.

Q. You did not search -- and you didn't search any other documents between you and anyone else or with you and any other account?

A. No. No. I did not search AnujPeddada@Centura. I only searched AnujPeddada@gmail.

Q. Did you search any topics?

A. Yes. I put in, you know, burnout. I put in all kinds of little key words.

Q. Okay.

MR. AZMOUDEH: Okay. For a second, Lindsay, I'm just going to go on the record, but you can keep going. So I think in correspondence first, I'll just say, the end of November of 2024 we lodged an objection to the subpoena. Follow-up communications after that, we lodged an objection to the subpoena.

At minimum, the bases for those objections were the time to comply, the scope, issues of privilege, and the burden and other reasons set forth in those letters of communications.

MS. MCMANUS: Okay.

MR. AZMOUDEH: So what I'm hearing is -- my

Page 121

last one. Today what I'm hearing is discovery, into discovery, which is well known in the case law to reflect questions about what you did or didn't do to search for documents. We object to those questions as well because we object to the basis for the discovery requests.

Not to mention that notwithstanding those discovery requests, the witness is describing some good faith effort to comply with the subpoena.

So we object both to the subpoena and this line of questioning for those reasons, but go on.

MS. MCMANUS: Okay. We note your objections. Thanks, Omeed.

Q. (BY MS. MCMANUS) Chitra, about how much time did it take you to search your -- the documents and communications?

A. It took me quite a bit, because I was trying to put good faith into it. I spent two, three hours trying to figure out, because I didn't know -- I couldn't figure out where my text messages were. So it took me a long time, and I couldn't figure out why I couldn't pull up all the e-mails from Anuj during that time.

Q. Okay. So...

A. So I probably spent -- yeah. I honestly

**MAGNA**
LEGAL SERVICES

Page 122

spent like two, three hours. Because I got worried. I know we were texting and e-mailing then.

Q. Got it. Can you list the topics, the specific topics that you searched?

A. Yeah. I told you, like burnout, Penrose Hospital, you know, things around that time. I went to a conference in Chicago with my partner in April. So he was probably texting me and e-mailing me, so I put in Chicago, stuff like that.

Q. Okay. And it's your testimony today that you were just looking at documents, communications you exchanged with your husband, no one else?

A. No. You asked me on the subpoena like, Dr. Setty and some other people.

Q. Okay. So who else did you search your communications with, besides you just said now, Dr. Setty; is that right?

A. Right.

Q. Okay. Who else?

A. Whoever else you had listed on there, because I don't have any communication with Dr. Monroe and all those other people that you asked for.

Q. Okay. Well, I didn't -- we didn't actually --

Page 123

A. Oh, not that. I'm sorry. So it was just Dr. Setty. I think you only asked me Dr. Setty, right?

Q. Yeah. And then Request Number 1, if you see, it will say -- it says, "Produce all documents and communications exchanged between you and anyone else --"

A. Anyone else.

Q. -- "including your husband."

And so that's my question is, who else -- what other -- what other conversations did you search with other people?

A. What other conversations? I mean, I honestly I didn't talk to anybody about Anuj's case, because it's a legal issue. So I'm not going to text people about it and e-mail people about this.

Q. Okay.

A. I told my partner, because I was quitting my job.

Q. Okay. And you told us all the topics that you searched. You didn't search any that you haven't listed?

MR. AZMOUDEH: Object to the form and foundation.

Q. (BY MS. MCMANUS) Go ahead, Chitra.

Page 124

A. I think I tried to be as sincere as possible to search everything that you wanted to have. And I didn't know. I forgot my phone number changed.

Q. Got it. Okay. And so you've agreed to search your documents, communications for the Centura.org?

A. Yes. I can do that.

Q. Okay. Great. When can you have that done by?

A. Maybe tomorrow.

Q. Okay. Okay. That would be great.

(Information needed.)

Q. (BY MS. MCMANUS) Okay. Is your husband currently in good heath?

MR. AZMOUDEH: Object to the form.

THE WITNESS: Yes.

Q. (BY MS. MCMANUS) Sorry. Chitra, can you repeat your answer?

A. Yes. Physical and everything, yes.

Q. Okay. Does he workout regularly?

A. Yes, he does.

Q. Okay. And about how often does he workout?

A. You know three, four times a week.

Q. Okay. And what does he do for exercise?

Page 125

A. Usually mountain bike and road cycle and then goes to the gym.

Q. Okay. Okay.

A. He does weights and then we go to yoga once a week and sometimes he goes to Pilates.

Q. Okay. So yoga is something you do together?

A. Yes.

Q. Okay. Okay. Got it. So knowing that through this case and through your testimony that your husband enjoys mountain biking, does he have any other hobbies?

A. You know, he likes to read, read books. He just finished a big book now. And then he, you know, enjoys going for a walk. We do a walk after dinner, kind of regroup and, you know, talk about stuff, hang out.

Q. Okay. What big book were you referencing?

A. Oh, he just read the book on Outlive by Dr. Peter Attia.

Q. I'm not familiar with that one. What's that one about?

A. Just health span longevity, things like that. Written by a doctor too.

Q. Okay. And what kind of yoga do you two do?

A. We do -- we go once a week. It's more

MAGNA
LEGAL SERVICES

Page 126

flexibility, because he's not that flexible. So it's not high intensity for him. He just started a year ago with me, so we just -- he's kind of -- he's beginning. So I'm taking him with me. I've been doing it for a long time.

Q. Got it. Got it. Do you have any shared hobbies besides yoga?

A. Occasionally, he'll go to Pilates with me.

Q. Okay. Anything else?

A. Yeah. We like to travel and, you know, occasionally watch movies.

Q. Okay. Is your husband working harder now than he did at Penrose or does he have more free time?

A. Well, obviously, he has more free time. He's not working 12 hours a day anymore. He could go to yoga and Pilates.

Q. Got it. Does he have more time to spend with the family now?

A. Yes. But, you know, our children are older now, so they're not at home with us.

Q. Okay. And does he have increased time to be more involved in your children's lives now?

A. Yeah. He has more time.

Q. And do you spend more time with him now

Page 127

that he's increased availability?

A. Yes, of course.

Q. Okay.

A. And he's had more time to spend with my daughter in Denver.

Q. Okay. Your husband has disclosed in this case that he met with the CPHP in mid 2022.

Do you know what the CPHP is?

A. I never heard of them until somebody referred him to that -- those people, that organization.

Q. Okay. Does Colorado Physician Health Program?

A. Yeah, that's --

Q. Does that sound right?

A. Yes. Yes.

Q. Okay. So the documentation he has produced related to the CPHP, shows that you also spoke with CPHP about your husband. Do you recall that?

MR. AZMOUDEH: Object to form and foundation.

THE WITNESS: I don't -- did I? I don't think she talked to me. Did she talk to me? I don't remember that, honestly.

Do you have record of me talking to her?

Q. (BY MS. MCMANUS) Yeah. Let me --

A. Yeah. Maybe you're right. Maybe at the

Page 128

end. I don't think it was at the beginning.

Q. Okay. Let me -- yeah.

A. You have something. I don't know. I can't remember. I don't even know her name.

Q. No. No problem. You're going to see, Chitra, in a moment, Exhibit 55. Actually, maybe you'll see it now already.

A. Okay. Hold on. Here it is.

(Exhibit Number 55 was marked for identification.)

Q. (BY MS. MCMANUS) And once you have that opened, will you let me know?

A. Yeah. I opened it. Okay. Hannah Rose. Let's see.

Q. And once you have it opened, let me know, because I'm going to direct your attention to a particular page number so that you don't have to go through --

A. I have it opened. I have it opened.

Q. Okay. Perfect. Why don't you go to page -- so PDF, page 35, but it's --

A. 35, let me see.

Q. Yeah. If you can search on the PDF itself and put in 35.

A. So I'm on Exhibit 55. There's only

Page 129

three pages here. Is this the one you're referring to, "Dear Ms. Rose"?

Q. Yes. Yep, yep. And you said this attachment is only showing three pages? Or this exhibit is only showing three pages?

A. Oh, wait. Oh, there's more, I thought. Okay. You're right. Oh, my goodness.

Q. No problem. It is quite a large document.

A. Okay. On the screen was three.

Q. No problem. So what I'd like to direct your attention to, to see if it refreshes your recollection, is it's PDF page 35. Unfortunately, these aren't numbered.

A. 35.

Q. It's also Peddada 000500. You're going to see that number in the bottom right-hand corner.

A. 000.

Q. So 500.

A. Oh, okay.

Q. It would have been easier for me to tell you that. I apologize.

A. It's okay. Okay. Here it is, 500, page 5 or page 35, I should say.

Q. Yeah. So do you see Peddada 500 in the bottom right corner?

Page 130

A. Yes.

Q. Okay. And do you see at the top left-hand corner, it says "COLL call" and then "Chitra Peddada" in parenthetical "(CP)- Spouse"?

A. Yes.

Q. Okay. So why don't you go ahead and review this document and let me know if it refreshes your recollection that you had a conversation with CPHP.

A. Yeah. Let's see.

Q. And, Chitra, when you see 5956, I'll represent to you that that's referring to your husband.

A. 5956. Okay. Okay.

Q. For instance, you'll see CP and 5956 -- so that's just anytime that's referenced, it's referencing your husband.

A. Oh, okay. That's interesting. I never seen that before. Okay. Okay. I've read it.

Q. Okay. Do you recall having this conversation?

A. Yes, now I do. I do.

Q. Okay.

A. I knew it was a woman, but I didn't know her name or when. So when was this?

Q. Let me see if I can find a date for you. Well, regardless --

Page 131

A. It doesn't matter.

Q. So, Chitra, was it your understanding that you were contacted by CPHP so that you could provide them with honest and accurate insights about your husband and how he was doing?

A. Yes.

Q. And did you feel that the people you spoke to CPHP --

(Court reporter asked the speaker to slow down.)

MS. MCMANUS: Sorry, Theresa. Do you want me to start with this question? Sorry about that.

Let me restart.

Q. (BY MS. MCMANUS) Chitra, did you feel that the people you spoke to at CPHP were trying to clearly, reliably, and accurately learn, capture, and record facts about your husband?

MR. AZMOUDEH: Object to form.

THE WITNESS: Yes.

Q. (BY MS. MCMANUS) Okay. Do you have any reason to suspect the people you spoke with at CPHP were anything but neutral evaluators of your husband merely trying to help him?

MR. AZMOUDEH: Object to form.

THE WITNESS: Can you rephrase that?

Page 132

Q. (BY MS. MCMANUS) Sure. Let me go -- let me repeat that.

Do you have any reason to suspect that the people who you spoke with at CPHP were anything but neutral evaluators of your husband that were just merely trying to help him?

MR. AZMOUDEH: Object to form.

THE WITNESS: I think yes, they were just trying to help him and they were being reliable and honest.

Q. (BY MS. MCMANUS) Okay. So let's see here. So you just reviewed page Peddada 500; is that right?

A. Correct.

Q. Do you have any reason to dispute the accuracy of this record of what you said to CPHP?

A. No. No. It's absolutely -- I think I've told you some of this information on here. He rarely came home in time for dinner and worked on the computer at home. He always answered calls on the weekends. And I forgot he did answer calls on vacation too. Absolutely he did that, unfortunately. Yeah, he did.

Q. Okay. Okay. So this document, Peddada 500, looks completely accurate to you?

A. Yes.

Page 133

Q. Okay. All right. I'm going to have you set that exhibit aside. I think I've got one more.

A. Okay. Hold on. I did something by accident. Shoot.

Q. No. No problem.

A. Gosh.

Q. I'm going to put this next one in the chat while you're working on that, Chitra. But we've got another just one more exhibit. Okay.

A. Yeah. Oh, no. That whole exhibit thing.

Q. Same thing that happened last time?

A. No. It took over the entire screen. Oh, wait. Here we go. I'm going to get rid of it. Okay.

Q. This next Exhibit is 50.

A. Okay.

Q. Because it's been introduced in a prior deposition that's why -- it seems to be out of --

(Whereupon, previously marked Exhibit Number 50 was referenced.)

THE WITNESS: Okay. I opened 50.

Q. (BY MS. MCMANUS) Okay. All right. So, Chitra, you have what's been marked Exhibit 50 in front of you?

A. Yes.

MAGNA
LEGAL SERVICES

Page 134

Q. Okay. I should probably get it in front of me too.

Chitra, have you seen what's been marked as Exhibit 50?

A. Yeah. Did I see this before?

Q. Okay.

A. I don't know if this is the one I've seen before.

Q. Okay. Well, I'll represent to you that this is your husband's supplemental disclosures that have been served to us in this case. Do you see where it says, Plaintiff's Fifth Supplemental Disclosures Pursuant to Rule 26(a)(1)?

A. Yeah. We're on Exhibit 50, right?

Q. Yes.

A. I don't know if I've seen this one before.

Q. Okay. So I like you to look at the top of page 2.

A. Top of page 2, okay.

Q. And it says:
"Chitra Peddada is the wife of Dr. Anuj Peddada. Plaintiff may rely on Ms. Peddada" -- "plaintiff may rely on Ms. Peddada to attest to Dr. Peddada's symptoms of burnout, her experience with

Page 135

Dr. Peddada during his transition from private practice to moving in-house, and to provide other information relevant to the claims, defenses, and damages asserted in this case."
Did I read that correctly?

A. Yes. Are you talking to me? Yes.

Q. Yes. So I assume your husband or your attorneys checked with you to see if you would be willing to testify in this case, for including you as a witness on damages?

MR. AZMOUDEH: Objection on the basis of privilege. Yeah. We're not going there.

MS. MCMANUS: I'm going to limit that. Thanks, Omeed.

Q. (BY MS. MCMANUS) Did your husband check with you to see if you would be willing to testify in this case before including you as a witness on damages?

MR. AZMOUDEH: Objection; still based on privilege. If you would have checked with her hypothetically, that would have come from advice of counsel. So I'm still going to object on the basis of privilege.

Q. (BY MS. MCMANUS) Okay. So, Chitra, is it

Page 136

your understanding that you're going to be a witness on damages in this case?

A. What was the question? Is it what?

Q. Is it your understanding that you will be a witness on damages in this case?

MR. AZMOUDEH: Object to form.

THE WITNESS: I think you just -- I'm learning that today, right now.

Q. (BY MS. MCMANUS) Okay.

A. Because I've never seen this document before.

Q. Okay. Chitra, can you tell us all you know about your husband's damages in this case?

MR. AZMOUDEH: Object to the form and foundation.

THE WITNESS: In regards to what damages?

Q. (BY MS. MCMANUS) Just the damages that your husband is claiming in this case. Tell us all you know.

A. Should I close this document or leave it open?

Q. You can close it now.

A. Okay. Okay.

Q. So, Chitra, the question was, if you can tell us all you know about your husband's damages

Page 137

that he's claiming in this case?

A. I don't know much about the damages.

Q. Okay. Well, tell us what you do know.

A. In particular to what exactly?

Q. Just what he's -- the amount of money that he's claiming in this case, what do you know about it?

A. I don't know the amount of money or anything. All I know is I don't -- you know, he feels he's been wronged, that his private practice was taken away, and he was going to work as an employed physician at Penrose, and that was his plan.

Q. Okay. Anything else?

A. He was going to stay on and, you know, we were going to continue to work.

Q. Okay. And anything else?

MR. AZMOUDEH: Object to the form. Yeah. Object to the form of the question.

THE WITNESS: We were both going to stay in Colorado Springs and have our jobs and continue to work.

Q. (BY MS. MCMANUS) Okay. And anything else?

A. You know, sell the house and get a smaller house, because we did not need a large 6,700 square feet house for two people.

MAGNA
LEGAL SERVICES

Page 138

Q.  Okay.  Anything else?

MR. AZMOUDEH:  Same objection.

THE WITNESS:  That's it.

Q.  (BY MS. MCMANUS)  Okay.  Chitra, when was the first time your husband told you that he was considering filing a lawsuit against Penrose?

A.  I don't think he was until after that Colorado Health physician -- whatever you call that.

(Court reporter asked for clarification.)

THE WITNESS:  What's the name of the organization that he met with?

Q.  (BY MS. MCMANUS)  Chitra, are you referring to CPHP?

A.  Yes.

Q.  The document we just looked at?

A.  Yes.

Q.  Okay.  Did he tell you the reasons why he was planning to sue Penrose?

MR. AZMOUDEH:  Objection.  This is getting awfully close to Dr. Peddada talking to his wife about legal advice that he would've been getting, which I don't think, even under the minor waiver that we've discussed of the spousal communication privilege, I don't think it's fair game to be asking about Anuj's decisions with respect to lawsuits.  Is

Page 139

that -- I mean, am I off --

MS. MCMANUS:  Omeed, are you instructing -- are you instructing Chitra not to answer?

MR. AZMOUDEH:  Yeah.  Yeah.  I'm going to instruct her not to answer.

Q.  (BY MS. MCMANUS)  Okay.  Chitra, were you supportive of your husband filing this lawsuit?

A.  Yes.

Q.  Okay.  Why?

A.  Because I think he was wronged and, you know, the situation was not the right thing to do.  It was unethical.

Q.  Okay.  And why do you think it was wrong?

A.  He had a great reputation, was a great physician, and he loved his job, and he was going to stay on as an employed physician.

Q.  Okay.  Anything else?

MR. AZMOUDEH:  Object to the form.

Q.  (BY MS. MCMANUS)  Any other reason why you believe it was wrong, Chitra?

A.  I think he wanted the job.  He was going to stay and work.  That was the plan.

Q.  Okay.  What is your understanding of why your husband's prospective employment offer was rescinded?

Page 140

MR. AZMOUDEH:  Object to form and foundation.

THE WITNESS:  I really don't know.  I think he signed the contract, and I don't know what happened at that point.

Q.  (BY MS. MCMANUS)  Okay.  You don't know anything else about...

A.  I know he signed an employment contract way before, you know, April, whatever it was, 22nd, 29th.  I don't even know the date, whatever it was.  He signed a contract.

Q.  Okay.

A.  He came home one day at work -- from work and he said to me, he signed the contract.

Q.  Okay.  Do you have any independent knowledge or information about your husband's lawsuit that you haven't received or heard from your husband?

A.  No.

Q.  Okay.  Does your husband bring up the withdrawal of the employment offer in your conversations anymore or has he been able to move on?

A.  No.  I think, you know, it's been 2-1/2 years.  No.  We don't talk about it every day.

Q.  Okay.  How about the lawsuit?  Does your husband often bring up the lawsuit or has he been

Page 141

able to live his life?

A.  No.  I mean, occasionally he thinks about it, you know.  But no, very rarely, because now it's that so much time has passed.  It's been 2-1/2 years.

Q.  Okay.  What is your understanding of the current status of the lawsuit?

A.  I don't know anything.  I think the legal process takes a lot of time.

Q.  Okay.  Do you know what amount of money your husband is hoping to recover from Penrose?

MR. AZMOUDEH:  Object to the form.

THE WITNESS:  No.

Q.  (BY MS. MCMANUS)  Okay.  What amount of money do you feel it would take to make things right for your husband?

MR. AZMOUDEH:  Object to the form.

THE WITNESS:  I don't know.  I can't answer for my husband.

Q.  (BY MS. MCMANUS)  No.  Sorry.  I asked what amount of money do you feel it would take to make things right for your husband?

MR. AZMOUDEH:  Object to form.

THE WITNESS:  I don't know.  I don't know the number.  I have no idea.

Q.  (BY MS. MCMANUS)  Okay.  More or less than

MAGNA
LEGAL SERVICES

Page 142

a million dollars?

MR. AZMOUDEH: Come on. Object to form. She said she doesn't know.

MS. MCMANUS: I just asked a question.

Q. (BY MS. MCMANUS) Chitra, more or less than a million dollars?

A. I mean, you can do the math. Whatever he earned. And then I told you we were going to quit working -- you know, ten years from now, whatever that plus that is. I mean, he made quite a bit of money, so whatever that amount comes out to, I haven't calculated.

Q. Okay. So you're saying that that calculation is what you feel it would take to make things right for Anuj?

MR. AZMOUDEH: Object to form.

Q. (BY MS. MCMANUS) Is that right, Chitra?

A. I don't know what's going to be the right number.

Q. Okay. Chitra, yesterday your attorneys disclosed a friendly text message you received from Dr. Munni Selagamsetty, to us. Can you tell us a bit about your relationship with Dr. Setty?

MR. AZMOUDEH: Object to form.

THE WITNESS: We're both internal medicine

Page 143

doctors. And she was my primary care doctor and Anuj's primary care doctor. But we didn't go regularly to see her.

Q. (BY MS. MCMANUS) Okay. So tell me what you mean by that.

A. You know, doctors don't go see doctors. We just kind of -- and plus we're healthy, so we didn't see her. We'd see her maybe once every two years, 2-1/2 years.

Q. Okay. Did you see Dr. Setty outside of your relationship, outside of your PCP relationship with her?

A. She -- there was a group of female physicians, women medicine, we did journal club. So -- and then it shut down during the pandemic. So I think I went maybe three times, but we only -- we talked about a journal, you know, we reviewed the data and then decided how we were going to practice according to that data.

Q. Okay. And did you connect with her in any other settings?

A. No, no. In a social setting, no.

Q. Okay. Okay. What about your husband's relationship with her? Can you tell us about what relationship he has with Dr. Setty?

Page 144

A. Yeah. I think his is way more referal than mine. Because I would refer patients to her, and I don't think he -- he probably saw her way less than I did for a primary care doctor, for his primary care doctor. Because he just was too busy. He wouldn't go. He had a lot of excuses, so...

Q. Okay.

A. He had a lot of excuses not to go see the doctor.

Q. Chitra, do you have any reasons to question Dr. Setty's honesty?

MR. AZMOUDEH: Object to form.

THE WITNESS: No.

Q. (BY MS. MCMANUS) Sorry. Chitra, what was your answer?

A. No.

MS. MCMANUS: Okay. All right. I don't have anything else.

Omeed, do you have anything?

MR. AZMOUDEH: Nothing from me.

MS. MCMANUS: Okay. Awesome.

Well, Chitra, thank you so so much for your time. We appreciate it. I know Theresa maybe had some spelling questions.

MS. MCMANUS: E-Tran.

Page 145

MR. AZMOUDEH: E-Tran, regular turn, with exhibits.

WHEREUPON, the within proceedings were concluded at the approximate hour of 12:40 p.m. on the 4th of December 2025.

*   *   *   *   *   *

MAGNA
LEGAL SERVICES

Page 146

CHITRA C. PEDDADA, M.D.
December 4, 2024

ERRATA SHEET

In Re:  Dr. Anuj Peddada v. Catholic Health
    Initiatives Colorado, d/b/a Centura Health
I have read the foregoing 149 pages of the transcript
and wish to make the following changes:

PAGE(S) LINE(S)        REASON(S)

_____ _____  _____

_____ _____  _____

_____ _____  _____

_____ _____  _____

_____ _____  _____

_____ _____  _____

_____ _____  _____

_____ _____  _____

_____ _____  _____

_____ _____  _____

_____ _____  _____

_____ _____  _____

_____ _____  _____

_____ _____  _____

_____ _____  _____

_____ _____  _____

_____ _____  _____

_____ _____  _____

Page 148

REPORTER'S CERTIFICATE
STATE OF COLORADO        )
                         ) ss.
CITY AND COUNTY OF DENVER )
    I, THERESA L. MENDEZ, Registered Professional
Reporter and Notary Public, State of Colorado, do
hereby certify that previous to the commencement of
the examination, the said CHITRA C. PEDDADA, M.D. was
duly sworn by me to testify to the truth in relation to the
matters in controversy between the parties hereto;
    That the said deposition was taken in machine
shorthand by me at the time and place aforesaid and
was thereafter reduced to typewritten form, consisting
of 149 pages herein; that the foregoing is a true
transcript of the questions asked, testimony given,
and proceedings had.
    I further certify that I am not employed by,
related to, nor of counsel for any of the parties
herein, nor otherwise interested in the outcome of
this litigation.
    IN WITNESS I, WHEREOF have affixed my signature
and seal this 18th day of January, 2025.
        My commission expires September 21, 2025.


_____
    Theresa L. Mendez, Registered Professional

Page 147

CERTIFICATION OF DEPONENT
    I, CHITRA C. PEDDADA, M.D., do hereby
certify that I have read the above and foregoing
deposition and that the same is a true and accurate
transcription of my testimony, except for attached
amendments, if any.
        Amendments attached   ( ) Yes   ( ) No


    _____
            CHITRA C. PEDDADA, M.D.

    THE SIGNATURE ABOVE OF CHITRA C. PEDDADA,
M.D., was subscribed and sworn to before me in the
county of _____, state of _____, this
_____day of _____, 2025.


    _____
            Notary Public

        My commission expires


    Dr. Anuj Peddada v. Catholic Health Initiatives
    Colorado, d/b/a Centura Health, December 4, 2024, (tlm)

Page 149



38 (Pages 146 to 149)

## A

**ability**
8:12 70:12,20
**able**
8:4 22:18 40:11 71:3
95:6 104:21 110:3
140:21 141:1
**above-entitled**
2:3
**absence**
117:3 119:14
**absolutely**
132:16,21
**accept**
105:17
**accepted**
100:13
**access**
107:17 109:11
**accident**
133:4
**account**
73:17,20 75:15,16,20
75:21,22 76:19,20
76:20 77:8,9 83:19
84:13,15,17 86:7,21
87:5,5,13,14,16
88:4,5 89:5,16,19
90:19,23 91:11 92:1
106:21,22 107:25
109:22 110:1,1,3
118:18 119:4 120:2
120:6
**accountant**
88:2
**accounts**
72:6,8,9,21 73:8,10
73:11,12,14,22 74:6
74:17,24 76:4 87:8
106:15,20 107:18
108:2
**accumulate**
81:11
**accuracy**
132:15

**accurate**
5:12 131:4 132:24
147:4
**accurately**
8:4,13 131:16
**acting**
24:25
**action**
1:3 4:19
**active**
61:13
**actively**
93:17
**actual**
14:17
**additional**
70:8
**address**
78:11 106:23
**addresses**
107:1
**advice**
135:22 138:21
**advise**
116:24
**affiliates**
19:4
**affixed**
148:21
**aforesaid**
148:12
**age**
93:16
**aggressive**
87:2
**ago**
27:10 118:7 126:3
**agree**
71:16,20 116:15
117:10
**agreeable**
118:16
**agreed**
105:16 114:24 124:5
**agreement**
6:25 7:3 41:16,19,25

**ahead**
7:18 25:10 29:1
38:22 41:5 43:12,23
50:23 51:9 68:2
70:15 71:19 101:24
102:8,15 108:13
114:1,19 123:25
130:6
**Airbnb**
12:6,8
**alcohol**
8:11
**alleged**
116:14 117:8
**amazing**
30:1 86:4
**amendments**
147:6,7
**American**
21:14 44:24
**Ameritrade**
85:22
**Amiya**
54:24
**Amiya's**
52:24
**amount**
35:11,14,15 73:8
75:3 83:3,24 84:2
89:9,10 92:11 137:5
137:8 141:9,13,20
142:11
**amounts**
73:6
**Angeles**
26:2 30:9
**angry**
43:14
**announced**
99:24
**annual**
34:21 90:22,24,24
**Anova**
59:12,13
**Anschutz**
36:22

**answer**
3:17 7:10,17,18,24
15:7 30:7 38:11
39:24 40:9,10,11
44:3,5,6 50:2 68:22
98:9 103:8 119:23
124:19 132:20
139:3,5 141:17
144:15
**answered**
91:25 132:19
**anticipation**
81:6
**Anuj**
1:5 3:10 6:11 11:15
26:1 28:12,19 29:12
29:19 30:2 47:14,25
48:8,25 49:18,23
51:3 53:12,15,18
56:9 60:17 61:15
63:11,13 64:13 69:7
69:25 75:14 76:12
76:22 81:13,15,25
83:13,17 92:25
93:20,25 95:19 96:7
96:14 98:2 99:3
100:16 101:9,22
102:10,13 106:16
109:16 115:1,8
116:10 117:4
118:14,15,17
121:22 134:21
142:15 146:3
147:24
**AnujPeddada@Ce...**
120:7
**AnujPeddada@ce...**
119:21
**AnujPeddada@gm...**
120:8
**Anuj's**
6:15 30:25 54:21
57:7,22 62:8 64:12
71:15 72:15 97:17
105:16 108:23
123:14 138:25



143:2
**anybody**
36:22 43:16 123:14
**anymore**
76:8 111:7 126:16
140:21
**anytime**
130:15
**Anyway**
18:8
**apologize**
129:21
**appearances**
1:14,15
**applications**
63:3 107:15
**applied**
97:22
**apply**
22:12 39:6 62:3,19
64:3,4,5
**appreciate**
19:9 37:25 46:5,6
47:9 144:23
**appropriate**
90:8
**approximate**
145:4
**approximately**
51:24
**April**
3:10 95:22 96:7,9
99:3 108:4 116:5,10
116:21 118:9 122:7
140:9
**area**
41:22 99:15 101:19
**areas**
38:18,20 39:2,3
**Arizona**
11:22
**arranged**
48:2
**arrangement**
82:9
**Arrington**

28:21
**articulated**
91:21
**ASAP**
116:23
**aside**
133:2
**asked**
6:18,20,21 13:10,12
13:25 17:5 32:6
36:8 37:4 40:2,3
71:7 73:21,24 77:2
92:16 103:15
106:16 108:3
122:13,22 123:2
131:9 138:9 141:19
142:4 148:15
**asking**
64:19 75:14 88:12,15
89:18 91:7,22
102:12 119:24
138:24
**asserted**
135:5
**assets**
82:1
**assume**
53:11 78:18 135:8
**attached**
99:13 147:5,7
**attachment**
129:4
**attachments**
3:12
**attend**
15:25 16:5 18:15
**attended**
68:10
**attending**
18:24
**attention**
116:9 128:16 129:11
**attest**
134:24
**Attia**
125:19

**attorney**
12:17 112:15
**attorneys**
7:12 15:4 51:23 71:5
112:7 135:9 142:20
**attorney's**
7:9
**AT&T**
109:14
**August**
47:17 88:10 99:3
**aunts**
48:14,14
**autonomy**
34:24 101:7
**availability**
127:1
**Avenue**
78:12
**average**
62:10
**averaging**
92:20
**aware**
117:22
**Awesome**
6:5 17:10 144:21
**awfully**
138:20
**Azmoudeh**
1:21 9:16 11:11 15:6
30:5 38:10 39:8,16
39:22 40:8,10 41:3
43:11,22 44:2,4
46:1 47:3 50:1,18
50:22 51:8,18 65:17
66:21 68:1,21 70:2
70:13,21 71:17
80:10 87:18,22 89:3
90:7,16 91:5,8,16
91:18,24 92:13 93:6
96:19 98:5 101:23
102:7,14 103:1
109:5 113:24 114:9
114:18 115:4,7
116:18 117:18,25

118:4,23 120:13,25
123:23 124:16
127:19 131:18,24
132:7 135:12,20
136:6,14 137:17
138:2,19 139:4,18
140:1 141:11,16,22
142:2,16,24 144:12
144:20 145:1
**a.m**
2:4 5:23,25 60:8,10
65:19 103:4,6

___

**B**
**bachelor's**
16:25 17:2,11
**back**
6:8 11:24 17:24
19:25 22:18 32:24
33:7,23 34:2,5
35:12 36:5 51:2
52:21 54:4 57:3,21
64:11 74:4 86:11
87:2 103:8,16 108:3
110:15,16 111:12
**background**
15:20
**bank**
72:6,7,9
**Barnes**
20:19
**Barnes-Jewish**
19:13,14
**based**
35:9 68:17 135:20
**bases**
120:20
**basically**
35:3 86:5
**basis**
7:17 71:1 91:10
121:5 135:12,23
**Bates**
3:8,10,11
**bear**
108:11


MAGNA
LEGAL SERVICES

**bedrooms**
79:5,6
**began**
23:18
**beginning**
126:4 128:1
**behalf**
105:17
**beings**
43:7
**believe**
14:9 42:3,23 65:7
    67:24 68:15,18
    106:1 139:20
**Belleville**
16:1,3 45:17,20,24
    46:7,16 47:4,6,7,20
    47:24
**benefit**
37:17 72:11
**benefits**
37:19
**best**
17:9
**better**
30:3,3 69:2 82:16
    92:18
**big**
63:4 110:16 125:13
    125:17
**bike**
11:20 125:1
**biking**
125:10
**bill**
24:18
**billing**
24:14,17,22
**bills**
24:16 72:2 76:23
    84:16
**biology**
16:13,14,25 17:11
**birth**
15:21
**bit**

13:23 15:20 24:5
    34:18 35:18,18
    44:21,24 65:16
    121:17 142:10,22
**biweekly**
75:8,18
**bizarre**
101:11
**blood**
42:18
**board**
21:11,14,15,16 65:20
**book**
125:13,17,18
**books**
125:12
**born**
44:23,25 45:5,6,7,24
    46:2,2
**Bornstein**
9:6
**bottom**
110:19 111:2,6,8
    116:9 119:9 129:16
    129:25
**bought**
26:14 81:17
**bounce**
49:24
**box**
111:1,6
**branch**
27:22 36:18
**break**
7:21 38:16 74:16
    103:2
**bride**
52:16
**bring**
22:18 140:19,25
**brother**
18:7 48:13 49:2,4
    54:23 56:17,24 57:4
    57:5,13
**brothers**
69:15

**brother's**
46:14
**brought**
41:20
**building**
28:3
**burden**
63:10 120:22
**burdensome**
62:19
**bureaucracy**
34:23
**bureaucratic**
24:6
**burnout**
71:14,15 112:22
    113:2,6,8,12 117:12
    117:12,20 120:10
    122:5 134:25
**business**
76:19 83:18 87:5,13
    87:16 102:23
    103:12
**businesses**
82:1,3
**busy**
66:14 67:11 103:25
    144:5
**buy**
79:16 80:8

───────── C ─────────

**C**
1:12 2:1 3:2 4:1,2
    146:1 147:2,9,11
    148:8
**Cabo**
53:21 54:5,5,6
**calculated**
142:12
**calculation**
142:14
**California**
2:5 12:3,5 49:6,8,15
    60:16,20,24 61:6,7
    61:10,24 83:15

100:15,20,21
    102:17
**call**
67:16,21,22,22 130:3
    138:8
**called**
2:2 22:13 27:18,23
    29:10 59:11 74:8,8
    74:10
**calls**
67:16 132:19,20
**camera**
4:8
**cancer**
28:21 58:4 66:3
**capture**
131:16
**cardiac**
20:18,24 21:18 22:3
    22:15,24 23:6 26:12
    33:3,8
**cardiology**
20:17,18,19,22,25
    24:10
**care**
8:18,19 9:10 10:7
    24:24 37:10,11 39:2
    42:14 43:4,18,21,25
    44:11,15 143:1,2
    144:4,4
**careful**
116:24 117:4
**caring**
49:21
**case**
5:2,9 71:14 90:13
    91:11 105:6 121:2
    123:14 125:9 127:7
    134:11 135:5,10,18
    136:2,5,13,18 137:1
    137:6
**cases**
68:20
**catch**
6:3 22:16
**Catholic**



MAGNA
LEGAL SERVICES

1:8 146:3 147:24
**caught**
6:3 71:6
**cell**
107:10,11 109:1
**center**
26:13 28:22 59:12
64:2,2
**Centura**
1:8 118:14 146:4
147:25
**Centura.org**
118:18 124:7
**CEO**
22:12
**certain**
38:18 50:4,4
**CERTIFICATE**
148:2
**certificates**
62:25,25
**CERTIFICATION**
147:1
**certifications**
21:11,19
**certified**
21:16 22:23 23:8
**certify**
147:3 148:7,17
**chairman**
97:14,19
**challenged**
24:11
**chance**
72:24
**change**
9:13,19 17:23 24:6,7
87:1
**changed**
96:4 109:14 110:23
124:4
**changes**
146:5
**characterization**
116:14 117:9
**chat**

104:18 109:19
110:16,17,21 111:1
111:7,9 115:20
133:7
**Chauhan**
4:17
**check**
107:20 135:16
**checked**
74:22 107:21,22
135:9,21
**checking**
84:15 87:13
**checkmark**
104:20
**checks**
72:2
**Cher**
9:2
**Chicago**
122:7,9
**children**
33:22 80:21 104:1
126:20
**children's**
126:23
**Chitra**
1:12 2:1 3:2 4:2,7,17
11:9 15:7 17:6 30:7
38:11 39:24 40:9
41:5 43:23 44:3,4
50:2 51:9 60:11
68:2,22 70:15 71:19
71:22 77:16 90:17
92:2 97:15 98:8
101:24 102:8,15
103:10 104:11,17
105:4 106:3 109:5
109:20 110:13,20
111:18 112:3
113:17 114:1,19
115:1,21,25 119:6
121:14 123:25
124:18 128:6 130:3
130:10 131:2,14
133:8,23 134:3,21

135:25 136:12,24
138:4,12 139:3,6,20
142:5,17,20 144:10
144:14,22 146:1
147:2,9,11 148:8
**ChitraPeddada@g...**
106:24
**Chitra's**
103:8
**choices**
49:25
**CITY**
148:4
**Civ**
3:16
**Civil**
1:3 2:8
**claiming**
136:18 137:1,6
**claims**
135:4
**clarification**
17:5 19:8 47:9 138:9
**clarified**
100:24
**clarify**
60:13 100:25
**cleaning**
37:22
**clear**
6:11 29:6,11 31:2
44:4 88:24
**clearly**
131:16
**click**
104:22,23 110:17
**clicked**
111:11
**climate**
24:5
**clinic**
9:8 10:5,17 26:13
36:19 64:20,22
**clinical**
19:3 26:23
**close**

90:18 91:9 136:20,22
138:20
**closed**
104:13,13,14 111:14
111:14
**club**
143:14
**COLL**
130:3
**colleagues**
42:4
**college**
16:7 33:22,25 34:1
62:24 80:13,15,23
81:1 93:8 100:7
**Colorado**
1:2,8,19,22 2:7 10:6
11:14,24 12:2 29:22
30:16,17,18,24 31:3
31:10,18 36:18,19
40:14 50:25 51:1
60:19 61:1,7 66:24
72:13 77:18 78:2
79:20,22 80:1 88:7
95:24 96:2 98:13,18
98:25 99:5,12,16,17
100:10 101:2
127:11 137:20
138:8 146:4 147:25
148:3,6
**Columbia**
53:25 54:8,13
**come**
11:24 15:15 23:22
29:13 45:8 54:13
65:22 94:13 99:22
110:7 135:22 142:2
**comes**
50:8 82:7,11 87:25
142:11
**comfortable**
44:18
**coming**
24:2 76:19 85:17
87:1 108:25 115:16
**commencement**



MAGNA
LEGAL SERVICES

148:7
**commencing**
2:4
**commission**
147:17 148:23
**COMMONSPIRIT**
1:9
**communicate**
42:4,10,11 49:20
**communication**
42:13 106:17 122:21
138:23
**communications**
106:7,11 112:4,21
113:5,11 120:18,23
121:16 122:11,16
123:6 124:6
**community**
25:7,11,13
**company**
17:18,24
**compensation**
41:1,8,13
**competently**
70:12,20 71:3
**complete**
5:11 18:23 19:20,22
20:9
**completely**
132:24
**complicated**
63:22,24 68:19
**comply**
120:21 121:9
**comprehensive**
10:12
**computer**
65:24 66:4 90:1,5
132:19
**concierge**
34:16 35:16 37:7
94:20,21
**concluded**
145:4
**conclusion**
23:23 88:22

**condition**
116:14 117:9 119:7
**condo**
81:20,22
**conference**
122:7
**conferences**
23:7 65:20
**CONFIDENTIAL**
3:12
**confirm**
53:12
**conflict**
7:3 69:15,24
**congratulations**
48:11
**connect**
143:20
**Connecticut**
19:3,4,10
**consider**
9:9 25:15 36:25
45:23 69:7 99:16
101:21
**considered**
46:15
**considering**
11:9 138:6
**consistently**
85:6
**consisting**
148:13
**consult**
101:10
**consulting**
77:17 78:1
**consults**
28:11
**contacted**
131:3
**continue**
31:22 79:12 137:15
137:20
**contour**
66:3
**contouring**

65:23
**contract**
41:18 64:1 103:11,14
104:2,3,4,5,8
114:24 140:4,8,11
140:14
**contractor**
103:12
**contractor's**
102:23
**control**
34:24 119:4
**controversy**
148:10
**conversation**
17:8 130:8,19
**conversations**
109:6 123:11,13
140:21
**corner**
129:16,25 130:3
**correct**
5:6 20:15 25:21
30:20,22 33:12
101:20 105:10
110:2 132:13
**correctly**
117:5 135:6
**correspondence**
116:5 118:17 120:15
**counsel**
4:9 6:15 15:11,12
105:17 111:21
112:19 118:21
135:23 148:18
**country**
38:18
**county**
147:13 148:4
**couple**
7:4 16:6 49:23 57:5,6
57:15 66:6 101:22
102:19
**course**
18:25 22:22 23:12
28:14 29:16 30:10

37:18 39:20 42:15
48:14 51:21 62:5,5
63:3 67:5 70:18,18
73:5 93:15 97:19
98:17,17 101:3
127:2
**court**
1:1 7:15 8:3 17:5
131:9 138:9
**cousin**
48:24
**cousins**
48:15
**Covenant**
27:19
**cover**
32:6,14
**coverage**
32:2,7 40:7,15 83:16
**covering**
32:10 58:5 59:8
**CP**
130:4,14
**CPHP**
127:7,8,17,18 130:8
131:3,8,15,21 132:4
132:15 138:13
**create**
109:25
**Culin**
33:25
**current**
78:10 141:6
**currently**
8:18 12:11 96:24
115:12 124:15
**custody**
119:4
**CV**
20:23 21:2,2
**Cyberknife**
59:12 65:1,7 82:4,10
82:14,15,25 83:8
96:22
**cycle**
125:1



**D**

**D**
3:1 4:1
**dad**
18:2 46:23
**daily**
87:7
**Dallas**
49:2
**damages**
135:4,11,19 136:2,5
136:13,16,17,25
137:2
**data**
143:18,19
**date**
15:21 130:24 140:10
**dated**
3:10
**dates**
53:10
**daughter**
31:20 52:11,15 54:24
80:19,23 99:22
100:3 127:5
**day**
6:20 12:22 22:13
35:23 36:20 66:7
70:23 71:2,4 126:16
140:13,23 147:14
148:22
**days**
35:5 37:14 52:3
53:21 54:1,2,3 57:4
65:19,20,22 66:12
66:13 95:13
**deal**
63:5
**dealing**
68:19
**Dear**
129:2
**decades**
66:16
**December**

1:12 2:3 3:2 112:20
145:5 146:1 147:25
**decide**
99:19
**decided**
11:17 143:18
**decisions**
42:20 50:4 51:4
138:25
**declined**
36:7
**decluttering**
81:9,10
**Defendant**
2:2
**Defendants**
1:10,16
**defenses**
135:4
**definite**
95:14
**definitely**
24:9 79:16 101:25
**definitions**
106:6,9
**degree**
16:22,25 17:2
**demonstrated**
69:13
**Denver**
1:19,22 52:12 54:18
55:14,17 56:3,5
58:2,15,16 59:5,10
59:15,23 65:5 84:9
84:10,21 85:3 93:18
94:7,12,14,16 95:1
95:20,21,22 96:8,9
96:21 97:2,3 99:15
99:25 100:2,3 127:5
148:4
**department**
23:24 28:8
**depends**
50:3 83:7
**DEPONENT**
3:17 147:1

**deposition**
1:12 2:1,7 3:14 4:20
5:5,10 7:7,14 8:13
12:16 13:9,15 90:9
105:5 106:2 133:18
147:4 148:11
**Deposition/Subpoe...**
3:6
**depth**
65:3
**described**
63:10 74:17 83:3
**describing**
121:8
**DESCRIPTION**
3:5
**despite**
114:15
**detail**
65:3 68:8,10
**details**
12:24 82:9 95:11
**determine**
112:13
**determined**
81:7
**Deuces**
105:5
**diagnosis**
26:12
**died**
46:20 47:11
**Diego**
2:4 10:9,24 12:9
49:12 55:4 78:12
**different**
14:16 24:12 27:22
35:18,18 44:19
63:14,18 64:2
100:18
**differently**
114:5
**difficulties**
5:21
**dinner**
50:9 65:23 67:8,9

125:14 132:18
**direct**
34:16 116:8 128:16
129:10
**direction**
73:3
**directions**
108:6
**director**
20:24 22:14,23 24:25
33:3,9 34:3
**directors**
23:9,13
**directorship**
22:10
**disabled**
118:2
**disagree**
117:15
**disagreements**
51:20
**disclosed**
127:6 142:21
**disclosures**
3:15 134:10,13
**discovery**
121:1,2,6,8
**discussed**
138:23
**discusses**
119:11
**discussing**
113:12
**dispute**
132:14
**distress**
112:22 113:2,6
**DISTRICT**
1:1,2
**diversify**
85:23
**divvy**
86:1
**doctor**
8:19 10:7 18:1,5,10
51:10 59:1,4 71:11



MAGNA
LEGAL SERVICES

71:20 125:23 143:1
143:2 144:4,5,9
**doctors**
25:13,18 29:3 38:5
39:3,14,21 67:20,22
68:6,9,13,20 97:20
101:12 113:22
143:1,6,6
**document**
115:25 119:7,17
129:8 130:7 132:23
136:10,20 138:15
**documentation**
62:24 127:16
**documents**
3:8 11:6 13:8,12,22
13:24 14:3,9,10,12
90:8 105:12 106:7
106:11 111:21
112:4,20 113:1,5,10
116:3 120:5 121:4
121:15 122:11
123:5 124:6
**doing**
7:13 19:15 30:4
36:14,15,21 55:13
55:18 57:23 58:1,6
58:12,16 59:5,15,21
64:12,13 65:24
66:25 75:23 79:14
84:9,19,21 86:8
92:3,4,18 96:24
98:11 104:17
118:16 126:5 131:5
**dollar**
92:11
**dollars**
20:2 142:1,6
**Dominica**
18:22
**downs**
92:8
**downsize**
79:24 80:12 81:6,12
99:5
**Dr**

4:15 6:9,11 7:6 9:5,6
12:15 91:13,17,18
91:20 106:18
112:21 114:7,16,16
116:23 122:14,17
122:22 123:2,2
125:19 134:21,24
135:1 138:20
142:22,23 143:10
143:25 144:11
146:3 147:24
**drastically**
96:4
**driving**
57:16
**drove**
57:19
**drugs**
8:11
**dry**
37:22
**Duces**
3:7 105:6
**due**
5:21
**duly**
4:3 148:9
**duties**
23:2,6
**d/b/a**
1:8 146:4 147:25

———————————
**E**
———————————
**E**
3:1 4:1,1
**earlier**
78:13
**early**
81:10
**earned**
92:15 142:8
**earning**
75:25 76:10 91:2,3
**easier**
129:20
**Easily**

66:8
**East**
16:1
**easy**
63:20 98:12
**educated**
85:23
**effects**
42:22
**effort**
121:9
**eight**
108:15
**either**
36:22 73:3 76:2
79:18 101:5 102:11
**emotional**
8:16 112:22 113:2,6
**emotionally**
99:13
**employed**
25:17,18 26:17,20
27:24,25 137:12
139:16 148:17
**employee**
25:19 27:18
**employer**
34:13 41:12
**employment**
51:4 112:22 139:24
140:8,20
**endeavors**
51:14
**enjoy**
39:4 56:9,13
**enjoyed**
24:9 67:1
**enjoyment**
91:21
**enjoys**
125:10,14
**enter**
109:19
**entire**
89:10 133:12
**entirely**

71:15
**environment**
43:16
**ERRATA**
146:2
**erratic**
62:9
**ESQ**
1:17,17,21
**established**
10:11
**estimate**
84:18
**Eugene**
96:12
**evaluators**
131:22 132:5
**evenings**
67:7,12
**event**
7:14
**eventually**
93:3 100:11
**everybody**
43:4 114:4
**everyone's**
6:6
**exactly**
23:1 28:9 58:13
59:25 62:14 74:3
76:14 83:22 84:7
92:15 137:4
**exam**
21:15
**examination**
3:2,4 4:5 148:8
**examined**
4:4
**example**
21:24 60:1 112:17
113:1
**examples**
69:12,18
**exchange**
88:3
**exchanged**



120:1 122:12 123:6
**excuse**
 12:15
**excuses**
 144:6,8
**exercise**
 124:25
**exhaust**
 5:16
**exhibit**
 3:6,8,10,11,15
  104:16,18,24
  105:21,23,24 106:2
  106:4,7 108:10
  109:19 110:11,14
  110:24 111:11,13
  111:17,19,22,24
  112:5 115:15,17,19
  116:1 118:7 119:8
  128:6,9,25 129:5
  133:2,9,10,15,19,23
  134:4,14
**exhibits**
 3:5,14 145:2
**expenses**
 77:14 87:7
**experience**
 22:1,5,15,20 38:6
  134:25
**experiencing**
 117:20
**expert**
 71:14 86:15 91:13,16
  117:14
**expertise**
 101:19
**expires**
 147:17 148:23
**explanation**
 112:25 113:4
**express**
 113:21 114:6,14,21
**e-mail**
 105:13 106:15,17,20
  106:21,22,23
  107:19 108:8

109:22,25 110:1
 113:15 116:9,13,21
 117:8 118:8,11,12
 118:15 119:9
 123:16
**e-mailing**
 122:2,8
**e-mails**
 106:13,15,25 107:25
  118:12 120:1
  121:22
**E-Tran**
 144:25 145:1

---

**F**

**fact**
 37:13 67:2
**facts**
 131:17
**factual**
 71:1
**faculty**
 26:23
**fair**
 41:12 67:10 138:24
**faith**
 121:9,18
**familiar**
 125:20
**families**
 56:16
**family**
 30:8,10 31:25 43:6
  44:21 46:11 48:16
  48:23 49:1,1 52:18
  54:25 56:20 57:2,8
  57:17 67:5,14 69:15
  69:17,24 71:23
  109:17 126:19
**far**
 27:6 49:10 96:6
**favorite**
 56:12
**February**
 48:9 53:23 54:14,14
**Fed**

3:15
**Federal**
 2:8
**fee**
 34:21 83:23
**feel**
 44:17 90:3 131:7,14
  141:14,20 142:14
**feelings**
 49:21
**feels**
 137:10
**fees**
 63:4
**feet**
 79:4 137:25
**fellowship**
 20:3,5,7,8 21:20
**fellowships**
 19:20
**felt**
 99:13
**female**
 143:13
**field**
 38:6 43:3
**Fifth**
 3:15 134:12
**figure**
 10:9 22:21,22 55:4
  108:24 109:4
  121:19,20,21
**filing**
 138:6 139:7
**fill**
 63:2
**finally**
 8:3 11:5
**finances**
 71:23 102:21 103:18
**financial**
 73:13 85:14 86:15
**financially**
 102:6,13
**find**
 111:1 112:3,8 118:11

118:11 130:24
**finding**
 100:17
**fine**
 90:4 92:23,24
**finish**
 16:23
**finished**
 21:16 125:13
**firm**
 6:17 12:21
**first**
 4:3,20 5:4 6:16 7:24
  12:20 18:25 19:1
  25:3 26:10 45:12,13
  45:15 47:17 95:7,7
  95:9 104:16 108:23
  113:8 120:15 138:5
**first-generation**
 44:23
**five**
 23:21 63:4
**five-minute**
 103:2
**flat**
 83:23,24
**flew**
 57:18
**flexibility**
 37:20 101:7 126:1
**flexible**
 126:1
**flight**
 49:14
**fluctuates**
 83:4
**fly**
 57:20 98:2,10
**flying**
 57:16
**follow**
 119:25
**followed**
 28:16 86:2,4,13
  108:5
**following**



146:5
**follows**
4:4
**follow-up**
10:3 109:20 120:17
**foregoing**
146:5 147:3 148:14
**forgot**
124:3 132:20
**form**
9:16 11:11 15:6 28:7
30:5 38:10 39:8,16
39:23 40:8 41:3
43:11,22 44:2 46:1
47:3 50:1,18,22
51:8,18 65:17 66:21
68:1,21 70:2,13
71:17 80:10 87:18
87:22 89:3 92:13
93:6 96:19 98:5,7
101:23 102:7,14
113:24 114:9,18
115:4,7 116:18
117:18,25 118:4,23
123:23 124:16
127:19 131:18,24
132:7 136:6,14
137:17,18 139:18
140:1 141:11,16,22
142:2,16,24 144:12
148:13
**formally**
97:22
**formula**
86:2,12,13
**formulas**
87:2
**forth**
111:21 120:22
**forward**
5:9 44:5 90:9
**found**
112:6
**foundation**
38:10 39:9,17,23
41:4 70:14 71:18

87:18,22 89:3 98:7
113:25 114:10,18
116:18 118:4,24
123:24 127:19
136:15 140:2
**four**
53:21 57:12 58:10,10
58:11 60:2 65:20
95:12 108:19
124:24
**frame**
27:7 51:25 80:4
108:1 110:5
**FRANCIS**
1:8
**free**
88:24 90:3 126:13,15
**freestanding**
64:18,20,22
**Fremont**
45:13,14 47:5
**Friday**
15:2
**friendly**
142:21
**friends**
32:5,9 46:10 58:4
**friend's**
52:11,15
**front**
111:19 133:24 134:1
**fulfilling**
37:10
**full**
4:15 23:25 32:7
**fully**
5:16 8:12
**full-time**
32:24 33:11,12,13,18
35:1 93:18 94:10,23
94:24,25 95:5
**function**
104:19
**further**
148:17

## G

**G**
4:1
**game**
138:24
**gather**
56:19,20
**gatherings**
56:15
**Gatos**
49:9,10 57:19
**gears**
59:14
**generally**
38:8,16 49:18 54:20
113:10
**generating**
89:19 90:2,19
**getting**
23:8 57:8 61:5 77:20
77:22 81:11 82:25
84:18,19,20 91:9
108:14 138:19,21
**get-together**
54:25
**give**
5:10 8:25 12:23
21:24 63:6 69:12
106:23 108:17
118:21
**given**
95:11,12,13,14,16
148:15
**go**
7:18,22,24 15:14
17:11 18:2,2 20:21
24:3 25:10,25 27:11
29:1,10 30:15 31:3
32:24 33:7 36:5
38:22 41:5 43:12,23
44:18 50:10,11,12
50:23 51:9,25 52:2
52:21 53:20,24 56:2
56:12 57:17,19,21
61:10 68:2 70:15

71:11,19 80:23
86:11 90:9 93:8
100:11,13,17
101:24 102:8,15
103:16 108:13
110:15,16 111:12
114:1,19 120:14
121:11 123:25
125:4,25 126:8,16
128:17,20 130:6
132:1 133:13 143:2
143:6 144:6,8
**goal**
93:11,11,23,23
**God**
71:9,11
**goes**
83:7,18 87:25 92:20
125:2,5
**going**
6:10 10:4,8,15 17:24
20:17 23:7 27:6
29:12,15 32:5 33:22
38:3 39:22 42:18,20
43:7 44:5 52:23
55:14,15 56:4,13
59:13 61:22 63:6
64:11 65:12 71:12
76:3 90:10,12 93:19
99:25 100:12 103:2
104:15,17,18,19
105:23 108:10
109:18 110:9 116:8
119:1 120:14,15
123:15 125:14
128:5,16 129:15
133:1,7,13 135:13
135:14,23 136:1
137:11,14,15,19
139:4,15,21 142:8
142:18 143:18
**good**
4:7 8:15 24:6,10,11
43:15 49:19 69:4
80:5 121:9,18
124:15



goodness
27:1 66:8 96:10
129:7
Google
21:4
gosh
31:24 42:6 133:6
gotten
95:11
grad
100:12,13
grade
45:15
graduated
16:8 99:24 100:7
grand
77:19,23 78:4,5
great
30:9 31:5,7 101:6,8
115:24 119:22
124:9,12 139:14,14
greatest
34:25
grew
46:9,15
groceries
37:21
group
27:18,23 28:1 104:6
143:13
growing
52:24
guess
27:10 68:24 92:21
119:3
guy
85:22,23,24
guys
11:9 71:5
gym
125:2
gynecologist
8:20 9:2
g-mail
120:2

**H**

hacked
108:14
hacking
109:21
Hale
94:17
half
19:1 25:24 27:8 34:7
45:16 99:23
Hall
1:18
hand
111:9
hang
112:1 125:15
Hannah
128:13
happened
35:20 99:2,14 110:23
111:11 133:11
140:5
happy
37:2 66:25,25 100:24
harassing
91:9
hard
65:14 67:3,13 114:4
harder
113:22 126:12
Hawaii
58:3,7 63:19,20,23
64:5 85:10
head
8:5,6 74:19
headache
62:21
health
1:8,8,9 8:16 9:13,20
22:6 26:13 27:19
70:8 115:9 116:15
116:16 117:1,2,10
117:11,13,16,22
118:2 119:12
125:22 127:11

138:8 146:3,4
147:24,25
healthcare
40:24 43:3 70:7
healthy
143:7
HEALTH-PENRO...
1:8
hear
46:21
heard
127:9 140:17
hearing
120:25 121:1
heart
62:9
heath
1:18 124:15
Hedgestone
34:11
help
7:9 40:7,15 41:20
58:5 131:23 132:6,9
helpful
43:13
helping
87:3
hereto
148:10
he'll
50:4,5 87:10 94:2
101:15 126:8
high
15:25 16:1,21 46:10
52:25 126:2
higher
67:25 68:3,5,18,23
68:25 69:1
highly
40:25 41:1,6,8 91:15
hired
59:1,3
history
14:22
hobbies
125:11 126:7

Hold
91:8,8,16 98:6 128:8
133:3
home
10:25 33:23 46:7
65:21,23 66:1 70:23
71:5 79:2 80:8 81:8
88:7,20 96:1 99:9
99:22 126:21
132:18,19 140:13
homes
79:18 81:3
honest
5:12 62:12,16 131:4
132:10
honestly
99:20 113:13 121:25
123:14 127:22
honesty
144:11
Honolulu
64:3
hoping
141:10
horizon
24:2
hospital
4:9,10 19:4,13 24:16
24:22 25:7,14,17
26:5,14,16 27:17,19
28:2,4,6,10 34:23
64:1,2,3,4,18 82:8
122:6
hospitalist
32:2
hospitalists
32:12,13
hospitals
32:14 33:16
hotels
52:20
hour
2:4 49:14 145:4
hours
66:6,7,24 67:3,19
95:12 121:19 122:1


MAGNA
LEGAL SERVICES

126:16
**house**
 12:12 13:10,11,16,22
   13:23 14:1,6,12,18
   47:10,11,12 81:12
   81:17,20 88:21
   89:14 99:5,21
   112:23 113:7
   137:23,24,25
**Houston**
 48:21,22 56:25
**huge**
 10:1 62:21
**human**
 43:7
**hundred**
 20:2 65:9 77:12
**husband**
 6:11 13:14 44:23
   50:16 65:14 67:25
   68:18 69:13 72:5,14
   78:1 82:6 98:18
   112:16 113:17,21
   114:14 116:13,21
   117:8,15,23 118:2,9
   120:2 122:12 123:9
   124:14 125:10
   126:12 127:6,18
   130:12,16 131:5,17
   131:22 132:5 135:8
   135:16 136:18
   138:5 139:7 140:17
   140:19,25 141:10
   141:15,18,21
**husband's**
 6:17 7:8,12 15:4,11
   70:11,19 71:13
   73:19 87:4 102:20
   113:2,6 119:7
   134:10 136:13,25
   139:24 140:16
   143:23
**hypothetically**
 135:22

---
**I**

**idea**
 27:1 66:17 89:24
   90:18 141:24
**ideas**
 49:25
**identification**
 105:25 110:12
   115:18 128:10
**identified**
 118:8
**Illinois**
 16:3,9 45:18 47:7,20
   48:17
**immensely**
 67:1
**impact**
 42:14 43:19
**impacted**
 44:1
**impacts**
 43:10,18 44:11,15
   91:14
**impair**
 8:12
**important**
 5:11 8:7 42:3,7,9,23
   44:9
**impressive**
 38:2
**inappropriate**
 108:15
**included**
 112:5
**includes**
 63:18
**including**
 123:9 135:10,18
**inclusive**
 78:24
**income**
 72:14,15 82:10,12
   83:12 89:15
**increase**
 35:14
**increased**
 126:22 127:1

**independent**
 140:15
**independently**
 49:25
**India**
 44:23,25 45:6,7 46:3
   48:12 52:1,6,17,22
   53:4,16 54:16 56:14
   57:4 60:2
**Indies**
 18:22
**industry**
 40:25
**influence**
 8:10
**information**
 3:21 21:9 124:13
   132:17 135:3
   140:16
**INITIAL**
 3:5
**Initiatives**
 1:8 146:4 147:24
**insights**
 131:4
**instance**
 21:25 130:14
**instruct**
 44:5 139:5
**INSTRUCTED**
 3:17
**instructing**
 139:2,3
**instructs**
 7:17 40:10
**insurance**
 34:21 70:8
**intense**
 68:8
**intensity**
 126:2
**intention**
 79:11 96:1,2 99:7
**interest**
 20:20 36:12 82:6
   90:22,25 91:4

**interested**
 148:19
**interesting**
 99:20 101:12 130:17
**interests**
 21:23
**intermountain**
 63:18
**internal**
 19:16,17,18 20:14,22
   21:14 34:11 38:13
   38:25 39:11,18,21
   40:1,4,23 101:20
   142:25
**internship**
 19:5,10 63:1
**interview**
 95:8,9
**interviewed**
 93:18 94:25
**interviewing**
 94:8
**introduce**
 104:15
**introduced**
 7:14 133:17
**invest**
 86:6
**investing**
 76:6
**investment**
 36:12 73:14 75:4,5
   82:5 85:17
**investments**
 72:1,18,20 74:7 86:2
   89:13
**involve**
 13:20
**involved**
 4:19 34:23 41:15,24
   69:25 102:21
   103:18,21 126:23
**involvement**
 104:2
**involving**
 116:15 117:9


MAGNA
LEGAL SERVICES

**in-house**
 135:2
**Iris**
 12:22 15:1,3,3,5
   105:15
**issue**
 117:1,2,13,17 119:12
   123:15
**issued**
 119:18
**issues**
 113:15,16 116:15,16
   117:10,11,23 118:3
   120:21
**Istanbul**
 52:5

———————— **J** ————————
**Jack**
 31:12
**Jamie**
 22:13
**January**
 35:21,22,23 148:22
**job**
 22:12 27:18 28:17
   29:7,9,15 30:25
   32:8 33:18 34:25,25
   51:11 95:7,8,9,10
   96:1,21 97:1,20
   99:2,3,7 101:1,6
   104:1 123:19
   139:15,21
**jobs**
 63:2,11 93:18 94:25
   137:20
**Joe**
 28:21
**join**
 37:5
**joined**
 31:10,12
**joint**
 72:6,9,10
**jointly**
 75:17

**Jose**
 49:16
**journal**
 143:14,17
**junk**
 81:11

———————— **K** ————————
**K**
 1:17
**keep**
 14:18 61:20 103:1
   104:3 120:15
**keeping**
 66:15
**key**
 120:11
**kidding**
 28:18
**kids**
 32:22 52:23 67:8
   69:19,19 80:12,25
   93:8
**Killian**
 1:18
**kind**
 8:19,21 10:14 16:16
   17:7 62:9 66:19
   69:16,20 85:23
   110:21 113:14
   125:15,24 126:3
   143:7
**kindness**
 42:24 43:9 44:10
**kinds**
 120:11
**knew**
 130:22
**know**
 6:2 7:22 9:24 10:6,6
   10:12 11:12,13
   13:11,16 15:15,20
   21:6 22:14,15,16
   23:1,9,24 24:1,2
   27:2 29:17,22 30:9
   30:19 32:1 33:4,21

 34:22 36:9 37:6,20
 37:24 39:10,14
 42:17,19 43:13
 44:16,17,18 45:24
 46:15 48:2,14 49:14
 49:19 50:5,9 51:7
 51:10,11 54:17,18
 55:3,15 57:11,12,14
 58:13 59:11,14,24
 60:15 61:9,21 62:6
 62:8,8,9,13,23,24
 62:24 63:2,3,15,17
 64:16,23 65:2,3,5,8
 65:9,23 66:3,9,22
 66:24 67:7,15,20
 68:3,10,15,17,23
 69:14,16,17,21
 70:24 71:6,9,10,11
 72:24 73:7,13 74:2
 74:2,3,9,18,22 76:8
 76:14,15,18,18 77:3
 77:12,13 78:3,9,14
 82:9,13,17 83:17,21
 83:22 84:4,7,14,25
 85:21 86:12,23,25
 87:1,11,16,17,20,21
 87:23,24 88:3 89:18
 89:21,24 90:1,11,21
 90:22 91:20 92:14
 92:16,19 93:3,7,24
 95:10,17 96:5,5,20
 97:8,8,9,25 98:15
 99:2,21 100:11,12
 100:13,16 101:16
 101:17 102:9,17,17
 104:12 105:2
 108:22 110:14
 111:25 113:11,13
 114:3,4 115:22
 117:13 120:10
 121:19 122:2,6
 124:3,24 125:12,13
 125:15 126:10,20
 127:8 128:3,4,12,15
 130:7,22 134:7,16
 136:12,19,25 137:2

 137:3,6,8,9,9,14,23
 139:11 140:3,4,6,8
 140:9,10,22 141:3,7
 141:9,17,23,23
 142:3,9,18 143:6,17
 144:23
**knowing**
 125:8
**knowledge**
 140:16
**known**
 66:20 69:9 121:2
**knows**
 69:16

———————— **L** ————————
**L**
 1:17 2:5 148:5,25
**LA**
 30:4,11 61:15,16
**lack**
 41:21
**lacking**
 42:14
**language**
 116:25
**laptop**
 63:6
**large**
 129:8 137:24
**lately**
 74:22
**laundry**
 37:21
**law**
 6:17 12:21 121:2
**Lawrence**
 1:22
**lawsuit**
 6:12 138:6 139:7
   140:16,24,25 141:6
**lawsuits**
 138:25
**learn**
 131:16
**learned**



44:22

**learning**
136:8

**leave**
30:10 65:18 98:13,18
101:3,4 117:3
119:13 136:20

**leaving**
29:9 36:25 81:6 96:1
96:2 99:7,8

**lectures**
77:24

**left**
10:6 29:21 35:20,25
51:1 81:1

**left-hand**
130:2

**legal**
4:19 21:25 123:15
138:21 141:7

**Letter**
3:12

**letters**
120:23

**let's**
9:23 10:11 15:2
24:19 25:2 27:1
29:24 38:15,25
45:16 48:4 53:14,15
54:16,17 55:24
61:10,24 80:5,6
83:18 88:14 92:1
100:17 102:18
103:10,16 106:14
106:18 109:5 110:9
110:17 113:20
119:11 128:14
130:9 132:11

**levels**
44:19

**license**
60:24,25 61:16 63:20
64:5 100:20,22

**licenses**
60:17 61:3,12,18,20
62:1 63:15,16 64:8

95:24

**licensure**
62:3,17

**life**
39:4 91:21 141:1

**lifestyle**
91:13

**light**
63:10 98:24 99:10

**liked**
37:3,4 55:4 99:8

**likes**
125:12

**limit**
135:14

**limitations**
115:9,13

**limited**
61:1

**Lindsay**
1:17 4:8 29:6 103:1
103:25 120:14

**line**
3:18,22 121:11

**LINE(S)**
146:6

**list**
122:3

**listed**
122:20 123:22

**listing**
112:23 113:7

**litigation**
44:22 65:13 148:20

**little**
13:23 15:20 24:11
34:18 35:18,18
44:24 65:15 83:22
94:8 95:18 111:6
120:11

**live**
12:1 39:4 46:10,25
48:12 81:22,23
98:23 141:1

**lived**
47:4,10 72:13 97:13

**lives**
52:12 56:24,24 96:4
126:23

**living**
26:8 46:11 47:22,23
48:17 77:14 79:3
99:22

**loans**
19:24

**located**
12:8 16:2 18:21 49:1
100:6

**location**
45:25 64:25 65:1,8

**locums**
11:17 40:6,14,20,21
41:18 55:13,18 56:1
57:23,23 58:6,16
59:15 64:12,14 76:2
96:24 98:3,10,14,19
98:22 100:17

**lodge**
118:24

**lodged**
120:16,18

**lodges**
40:11

**log**
76:20

**login**
89:25

**long**
9:23 13:4 23:20
25:22 27:10 29:5
31:22 35:19 45:14
45:19 48:7 53:6,8
65:22 66:12,13,23
67:3 78:16 121:21
126:5

**longevity**
125:22

**look**
11:15 14:11 33:4
66:1 84:14,16 89:21
90:3 112:23 119:1
134:17

**looked**
14:3 79:18,22,24
94:11 96:11,11 97:4
97:5 108:22 138:15

**looking**
14:16 63:11,13 79:7
79:16 80:1,8,9,11
80:12 81:3,4,5
83:14 93:17 94:10
94:11 95:19,21 96:8
96:8 112:20 122:11

**looks**
132:24

**loop**
90:18

**Los**
26:1 30:9 49:9,10
57:19

**lost**
22:17 46:19

**lot**
14:19 19:24 20:18
37:3,20,25 55:13,14
64:5 66:9,9,9 75:6
78:5,9 79:25 81:11
141:8 144:6,8

**Louis**
16:6 19:11 20:9 25:5
46:13,14,14 47:18
47:22,23 48:1 56:24

**love**
69:17

**loved**
139:15

**Lubbock**
27:12,13,16 28:12,16
28:18,20 29:5,5,7
29:10,25 30:13,13
50:25 55:19 56:3,7
59:15,17,20,22
60:24 61:19 64:13
65:1,8 66:13,24
83:21,24 84:20 85:4

**lucky**
86:3

**Lukes**



MAGNA
LEGAL SERVICES

25:7,8,20

**Lyman**
1:18

**M**

**machine**
65:8 148:11

**machines**
65:3

**main**
75:15

**maintain**
61:18

**maintained**
61:17

**making**
26:24 35:22,25 76:3
76:8,12,17 82:14,16
87:6

**managed**
85:20

**manager**
107:21,22

**manages**
71:22

**managing**
86:7,18

**Manhattan**
99:23

**MANUS**
21:10

**Mark**
1:17 4:9

**marked**
3:14 105:23,24
110:11 111:19
115:17 128:9
133:19,23 134:3

**market**
14:1,7,12 41:12
81:12 86:3 91:1
92:8

**market's**
92:3

**marriage**
48:3 102:2

**married**
25:23 29:19 48:8
52:11 113:14

**Mary's**
27:18,23

**math**
142:7

**matter**
2:3 131:1

**matters**
148:10

**Mayo**
9:5,8,9 10:3,5,17

**McHenry**
16:7

**MCMANIS**
90:17

**McManus**
1:17 3:4 4:6,8 6:1,5,9
9:17 11:25 15:10
17:6 30:7 38:15
39:13,18,24 40:9
41:5 43:12,17,23
44:3,8 46:4 47:8
50:2,7,20,23 51:9
51:22 60:11 65:25
67:2 68:2,22 70:4
70:15,25 71:13,19
80:14 87:19,21 88:6
88:14 89:6 90:14
91:6,12,17,20 92:2
92:17 93:10 96:23
98:8 101:24 102:8
102:15 103:7,10
105:22 106:1,3
109:10 110:13
111:18 114:1,11,19
115:5,8,15,19
116:20 117:21
118:1,6 119:6
120:24 121:12,14
123:25 124:14,18
127:24 128:11
131:11,14,20 132:1
132:11 133:22
135:14,16,25 136:9

136:17 137:22
138:4,12 139:2,6,19
140:6 141:13,19,25
142:4,5,17 143:4
144:14,17,21,25

**mean**
8:20 13:12 14:17
24:18 25:12 32:4
35:7 41:17 50:3
51:19 58:13 63:13
63:17 72:1,20,20
73:1,2 74:19 76:16
76:24 77:19 79:22
82:11,16 83:14
84:23 89:24 91:1,12
92:4,6 93:2 96:21
97:4,10 99:9 101:12
103:11,12 107:24
109:15 116:6
118:25 123:13
139:1 141:2 142:7
142:10 143:5

**means**
68:3,24

**medical**
17:12,22 18:7,15,15
18:24 19:3 22:10
23:7,9,12 24:25
26:11 27:18,23 28:1
28:3 36:17 45:22
60:17,24 61:2,12,16
61:18,20 62:1,25
77:19,23 95:24
100:20,21 113:9
117:3 119:13

**medication**
8:11

**medicine**
19:16,17,18 20:14,22
21:14,22 34:11
38:13,25 39:12,18
39:21 40:1,4,23
41:6 70:12,20 71:3
101:20 115:1,9
142:25 143:14

**medicine's**

42:19,21

**meet**
13:4 47:14,16,17,21
48:1 86:8

**meeting**
13:1 15:5

**members**
43:7

**memorial**
33:2,3

**memory**
5:16

**Mendez**
2:5 148:5,25

**menopausal**
9:24

**menopause**
9:21

**mental**
8:15 22:6 116:15,16
117:1,10,11,13,16
117:22 118:2

**mention**
121:7

**mentioned**
11:8 13:1,22 21:1
22:8 69:24 72:18
74:23 85:19

**merely**
131:23 132:6

**message**
142:21

**messages**
106:13 107:4 108:8
108:15,23 109:8,12
112:2 121:20

**met**
15:1,10 47:25 85:24
127:7 138:11

**Michigan**
45:13 46:25 47:5

**mid**
127:7

**middle**
30:14

**mid-levels**



24:1
**Mike**
97:14,18
**miles**
49:15
**million**
73:16 74:2,5 75:2
77:3,8,9 86:21
89:16 90:19 142:1,6
**mind**
42:12
**mine**
72:15 144:2
**minimal**
91:10
**minimize**
111:13
**minimum**
120:20
**Minnesota**
10:17,18
**minor**
138:22
**minus**
89:12
**minutes**
13:5,7 46:13
**missing**
111:10
**mistake**
71:6
**mom**
46:23
**moment**
110:9 111:23 116:6
118:7 128:6
**mom's**
48:14,15
**money**
18:6,12 23:25 72:6
72:10,23 73:1,1,2,4
73:4,6,8 74:14,18
75:12 76:2,7 77:2,3
77:7,8,14 82:25
83:18,24 85:17,22
86:25 87:1,10,25

89:1,17 90:19 91:1
91:14 92:6 95:6
137:5,8 141:9,14,20
142:11
**Monica**
26:4,14,16 66:12
97:13,17
**monitor**
42:18
**Monroe**
114:7,16,16 116:23
122:22
**month**
35:5 37:15 51:24
56:6,8 58:8,18
74:15 76:17 78:22
79:14,14 83:17,19
84:20,22,24 85:3,3
85:7,11,12 88:9
89:20,25 90:2,20
**monthly**
83:12 89:15
**months**
11:22 17:20,20 58:9
58:19 59:23 99:4
100:1
**morning**
4:7,13 29:24 31:3
40:19 65:19
**mortgage**
88:19
**Moseman**
9:3
**mountain**
11:19 125:1,10
**mountains**
11:19
**move**
12:10 28:12 29:7,25
38:3 44:21 45:11
61:10,24 65:12 92:1
98:25 99:11,25
100:15 112:2
140:21
**moved**
12:1,5 28:14 30:17

31:10 45:17 47:5,6
60:25 80:9
**moves**
5:9
**movies**
126:11
**moving**
99:16,21 135:2
**multiple**
64:6
**multitasking**
69:5
**Munni**
142:22
**M.D**
1:5 3:2 4:2 146:1
147:2,9,12 148:8

———————
N
———————
**N**
3:1 4:1
**NAll**
4:7
**name**
4:7,16 64:16,23 74:9
111:6 128:4 130:23
138:10
**names**
8:25
**natural**
17:7 93:9
**nature**
82:1,5
**near**
11:19,20 49:16
**Nebraska**
48:24
**necessarily**
118:25
**necessitating**
117:2 119:13
**need**
5:16 7:21 23:11,25
41:21,21 42:20
71:11 98:18 137:24
**needed**

21:9 24:11 124:13
**needs**
117:3
**negative**
43:10 44:11,14
**negatively**
42:14 43:21 44:1
**neighborhood**
15:16
**neutral**
131:22 132:5
**never**
4:21,25 5:1 15:8,9,10
34:20 61:21,21
65:21 71:8,9 107:24
116:25 117:16
127:9 130:17
136:10
**new**
76:7 108:16 109:1,24
109:25
**nice**
11:13 43:14,15
**nine**
99:4
**nodding**
8:6
**northern**
49:15
**Notary**
2:6 147:16 148:6
**note**
121:12
**Notice**
2:8 3:6 105:5
**noticed**
38:8
**notwithstanding**
121:7
**November**
6:15,18 51:24 120:16
**number**
105:24 107:12 108:3
108:4,16,17,18
109:1,12 110:11
115:17 123:4 124:3



128:9,17 129:16
133:20 141:24
142:19
**numbered**
129:13

---

**O**

**O**
4:1
**oath**
4:4 5:7
**oa@rmlawyers.com**
1:23
**object**
7:12 9:16 11:11 15:6
30:5 38:10 39:8,16
39:23 40:8 43:11,22
44:2 46:1 47:3 50:1
50:18,22 51:8,18
65:17 66:21 68:1,21
70:2,13 71:17 80:10
87:18,22 89:3 90:10
92:13 93:6 96:19
98:5,7 101:23 102:7
102:14 113:24
114:9,18 115:4,7
116:18 117:18,25
118:4,23 121:4,5,10
123:23 124:16
127:19 131:18,24
132:7 135:23 136:6
136:14 137:17,18
139:18 140:1
141:11,16,22 142:2
142:16,24 144:12
**objected**
116:14 117:8
**objection**
7:13 39:23 40:11
41:3 90:14 118:24
119:3 120:17,18
135:12,20 138:2,19
**objections**
70:21 120:20 121:12
**objects**
7:16

**obviously**
24:13 31:17 38:1
60:5 61:15 83:8
126:15
**occasionally**
126:8,11 141:2
**October**
9:11 51:24 78:17,18
78:19 108:16,25
**offer**
94:13 96:17 97:9
139:24 140:20
**offered**
36:7 96:21
**offers**
96:14 97:1,6
**office**
15:13 26:15 79:6
107:21,22
**oh**
26:7 27:1 33:21 42:6
48:24 57:13 59:12
61:24 63:20 66:8,22
71:10 78:5,8 95:7
96:10 104:8 106:24
110:25 123:1
125:18 129:6,6,7,19
130:17 133:10,12
**okay**
4:11,18,21,24 5:4,7
6:5,8,19,21,21,24
6:24 7:2,6,20,21 8:3
8:25 9:4,7,12,22,25
9:25 10:2,16,16,19
10:22,22,25 11:2,5
11:8,25 12:5,7,7,10
12:14,18,20 13:1,6
13:8,14,14,18,18,22
14:2,5,8,13,20,23
15:1,10,17,19,19,23
15:25 16:4,9,16,16
16:22 17:1,4,9,14
17:19,21,23 18:11
18:14,23 19:10,12
19:14,19,22 20:5,8
20:13,21 21:1,1,10

21:10,18,21 22:4,4
22:8,25 23:2,4,14
23:14,17,20,22,22
24:13,13,24 25:2,15
25:19,22,25 26:3,5
26:9,17,22,24 27:4
27:11,15,21,25
28:12,16,19,23 29:4
29:4,9,14,14 30:12
30:15,17,21,23 31:1
31:4,9,14,17,17,22
32:13,16,19,21,24
33:5,11,18,20 34:8
34:8,12,15,18 35:1
35:6,11,14,19,22
36:2,4,10,11,14,21
36:24 37:19,23
38:19,22 39:13,25
40:6,11,22,24 42:2
42:8,8,16,23 43:17
43:25 44:7,20,20,20
45:2,5,8,11,14,23
46:8,11,21,25 47:11
47:13,13,19,21,21
47:25 48:4,7,7,11
48:16,20,25 49:3,5
49:10,17,23 50:7,12
50:15,20 51:6,13
52:2,4,6,9,18,21
53:3,3,6,11,14,20
53:24 54:4 55:1,8
55:17,20 56:4,7,9
56:15 57:1,7,16,21
57:21 58:1,6,11,15
58:22,24 59:3,9,11
59:13,19,21 60:1,6
60:14,17,18,21,22
61:4,7,8 62:3,22
63:8,16,21,23 64:6
64:10,11,17,17,20
64:25 65:4,6,11,25
66:5,7,15,19,19
67:2,6,13,18,24
68:12,14,17 69:7,12
69:18,22 70:10
71:13,22,25 72:5,10

72:16,18,24 73:7,16
73:17,25 74:4,12,16
74:16,23 75:2,5,8
75:11,23 76:2,6,9
76:12,22,22 77:1,4
77:4,7,11,16,16,25
78:4,10,10,13,16,18
78:21,24 79:2,5,7
79:11,15,15,18,23
80:3,11,14,18,23,25
81:7,13,13,16,19,21
81:25 82:4,13,19,21
82:24 83:2,5,10,23
84:2,6,12,18,25
85:8,13,19 86:7,14
86:17,17,20 87:4,15
87:19 88:6,6,17,19
88:22 89:1,6,11,15
89:19,25 90:3,22
91:4,18,24 92:10,17
92:23 93:4,10,16,22
93:25 94:3,7,13,16
94:19,21 95:2,5,19
95:19,23 96:3,6,14
96:23,23 97:12,22
97:24 98:2,8,11,13
98:21,22,24 99:15
99:19 100:3,9,15,17
100:19,23,23
101:14,18,21 102:1
102:4,5,12,13,18,18
102:25 103:21,24
103:24 104:3,10,15
104:25 105:4,8,11
105:14,16,20 106:6
106:11,14,19,22,25
107:3,10,12,14,17
108:1,7,7,10,12,21
109:2,10,15,18,18
109:19 110:3,8,8,15
110:25 111:3,8,16
111:18 112:1,2,3,8
112:12,16,19,25
113:8,17,17,19
114:6,13 115:1,14
115:24,25 116:4,8



116:13 117:7,15,21
118:1,6,16,20
119:22 120:12,13
120:24 121:12,24
122:10,15,19,24
123:17,20 124:5,9
124:12,12,14,21,23
124:25 125:3,3,6,8
125:8,17,24 126:9
126:12,22 127:3,6
127:11,16 128:2,8
128:13,20 129:7,9
129:19,22,22 130:2
130:6,13,13,17,18
130:18,19,21
131:20 132:11,23
132:23 133:1,3,9,14
133:16,21,22 134:1
134:6,9,17,19
135:25 136:9,12,23
136:23 137:3,13,16
137:22 138:1,4,17
139:6,9,13,17,23
140:6,12,15,19,24
141:5,9,13,25
142:13,20 143:4,10
143:20,23,23 144:7
144:17,21

**old**
15:23 45:10 47:6
93:25

**older**
57:10 126:20

**Oliver**
78:12

**Omaha**
48:24

**Omeed**
1:21 12:17,24 13:2
105:15 106:1
108:24 111:5 115:5
121:13 135:15
139:2 144:19

**once**
8:21 9:2,6 15:13
30:17 31:10 66:1

78:8 86:9 105:1
110:13 111:25,25
115:21 125:4,25
128:11,15 143:8

**oncology**
31:8,14,16 38:14
39:7,11 64:15,23
73:9 74:1,21 82:8
102:20 103:14

**one-third**
86:1,12

**online**
14:11,15 79:19,22

**open**
39:14,20 40:3 104:23
105:1,3 110:21
115:23 136:21

**opened**
110:14,24 115:21
128:12,13,15,19,19
133:21

**openly**
49:20

**operations**
102:22 103:19

**opportunities**
51:4

**opportunity**
29:12 30:2,3,11 31:5
31:6

**option**
110:19,21

**order**
98:14,18

**Oregon**
97:5

**organization**
127:10 138:11

**oriented**
68:9

**outcome**
148:19

**Outlive**
125:18

**outpatient**
28:8,9

**outside**
21:22 46:13 48:17
55:17 96:23 143:10
143:11

**owned**
88:21

———————— **P** ————————

**P**
3:16 4:1

**page**
3:2,14,18,22 74:5
105:20 106:4
128:17,21,21
129:12,22,23
132:12 134:18,19

**pages**
7:4 129:1,4,5 146:5
148:14

**PAGE(S)**
146:6

**paid**
23:14 35:6,8,8 61:17
61:20 72:10 77:20
77:22 84:17 85:24
87:9 114:8,16,22,25

**pandemic**
143:15

**panel**
110:22

**panning**
11:16

**paper**
94:15

**papers**
14:17

**parenthetical**
130:4

**parents**
46:17,19 47:10,23
48:2 49:6,6 54:22
54:24 57:9,11 69:15
70:7 81:17,18,22,23

**part**
41:7 82:10 99:16
117:12 119:3

**participants**
111:9

**participate**
8:13

**particular**
22:10 41:22 63:24
70:5,6 128:17 137:4

**parties**
5:20 148:10,18

**partner**
36:5 97:18 99:8
122:7 123:18

**partners**
34:19 42:4

**partnership**
36:7

**part-time**
32:2,3,3,4,7 83:16

**pass**
46:22

**passed**
46:23,23 141:4

**patient**
24:24 42:14,17 43:18
43:21,25 44:11,15
68:20 71:9

**patients**
23:3 35:9 37:11,12
42:10 43:4,6,14
44:17 66:4 67:22
83:8 99:8 101:10
107:20 144:2

**pause**
111:15

**pay**
19:24 34:16 41:12
76:23 78:21 84:16
87:24 88:2,4,4,19

**paying**
87:6

**PC**
103:14

**PCP**
8:22 9:4 143:11

**PDF**
128:21,23 129:12



**Peddada**
 1:5,12 2:1 3:2,11 4:2
   4:15,17 6:9,12 7:6
   12:15 116:10
   118:14,15 129:15
   129:24 130:3
   132:12,23 134:21
   134:22,23,24 135:1
   138:20 146:1,3
   147:2,9,11,24 148:8
**Peddada's**
 91:13 112:21 134:24
**Peddada_001241-1...**
 3:8
**pending**
 7:23
**Penrose**
 4:10 20:25 22:8 31:7
   31:13 32:15,15
   33:10 77:23 122:5
   126:13 137:12
   138:6,18 141:10
**people**
 96:13 122:14,22
   123:12,16,16
   127:10 131:7,15,21
   132:4 137:25
**percent**
 36:8 65:10 92:19,21
**percentage**
 92:18
**perfect**
 47:25 128:20
**perfectionist**
 68:8
**perfectly**
 29:11
**person**
 10:19,21,22 15:11
   69:8 79:19 86:23
**personal**
 76:20 107:10 113:15
   113:16 120:2
**personally**
 24:18
**perspective**

 23:18
**Peter**
 125:19
**pharmaceutical**
 17:15,18
**pharmacy**
 16:7,15,15,18,20,21
   16:23 18:3,4
**phone**
 13:5 15:9 67:16
   107:7,7,9,10,11,12
   108:14,16,22 109:1
   110:7 124:3
**phones**
 107:7
**physical**
 8:15 26:11 124:20
**physician**
 9:9 24:1 27:24 40:25
   41:8,11,20,21 71:14
   71:15 117:20
   127:11 137:12
   138:8 139:15,16
**physicians**
 38:7,9,14,17,21 39:2
   39:5 40:1,6,15,20
   40:21 42:3,24 43:8
   44:9 143:14
**pick**
 37:22 103:10
**picture**
 101:15
**Pilates**
 125:5 126:8,17
**place**
 10:14 24:12 30:9
   56:12 148:12
**places**
 16:6 39:3 48:17
   55:15 56:3 79:25
   97:7,23
**plaintiff**
 1:6,20 6:12 134:22
   134:23
**Plaintiff's**
 3:15 134:12

**plan**
 11:21 99:6 109:17
   137:12 139:22
**planning**
 138:18
**plans**
 93:1 100:9
**please**
 4:15 109:6 116:23
**plenty**
 38:20 39:5
**plug**
 63:6
**plus**
 24:4 142:10 143:7
**point**
 11:15 107:18 140:5
**pointed**
 50:24
**policies**
 23:7
**political**
 24:5
**portfolio**
 75:4,5 85:20 86:18
   86:21
**Portland**
 100:8
**position**
 33:11
**positions**
 39:14,21 40:3
**possible**
 124:2
**post-residency**
 25:3
**practice**
 20:21 21:22 25:11,16
   28:24 29:2 31:10,13
   31:15 34:15,17,20
   35:16 36:6,12,25
   37:3,7 40:7,13
   51:11 59:4,7 61:2
   70:12,20 71:3 83:16
   94:18,20,21 102:20
   104:7 135:2 137:10

   143:18
**practices**
 32:11 68:11
**practicing**
 115:1,8
**pregnant**
 31:20,24
**preparation**
 13:9
**prepare**
 12:16 14:24
**preserve**
 7:13
**pressure**
 42:18
**pretty**
 35:15
**previous**
 14:6 57:18 148:7
**previously**
 3:14 14:7 133:19
**price**
 88:11,12,13,15,17
**primarily**
 63:11
**primary**
 9:10 10:7 39:2 143:1
   143:2 144:4,4
**principle**
 86:5
**prior**
 15:4 37:5 40:18
   106:2 109:12
   111:13 133:17
**private**
 25:15 28:23 29:2
   31:12 32:11 34:15
   36:24 94:17 104:6
   135:2 137:10
**privilege**
 7:18 120:22 135:13
   135:21,24 138:24
**probably**
 14:18 20:23 24:11,17
   35:12 36:1,3 37:5
   38:20 40:5 44:17



45:4,16 46:15 50:14 51:20 53:9,9 54:21 64:23 65:20 69:6 74:1,20,21,25 87:2 89:12,13 92:20 93:19 102:16 121:25 122:8 134:1 144:3

**problem**
63:9,9 64:17 65:11 65:11 109:21 128:5 129:8,10 133:5

**Procedure**
2:8

**procedures**
23:8

**proceedings**
5:24 60:9 103:5 145:3 148:16

**process**
94:8 141:8

**produce**
113:5 118:20 123:5

**produced**
113:1 118:22 119:1 127:16

**Professional**
2:6 148:5,25

**program**
22:18 23:8 127:12

**properties**
81:14,21,24

**property**
78:14 81:16

**prospective**
139:24

**provide**
131:3 135:3

**provided**
3:21 24:24 28:1

**provider**
8:19 9:10

**providers**
9:1

**providing**
15:21 24:15

**PSF-Peddada-132...**
3:10

**psychiatry**
22:5

**psychology**
22:5

**Public**
2:6 147:16 148:6

**pull**
121:22

**pulling**
90:8

**pulmonary**
20:24 22:17,20,24 23:6 33:8

**purchase**
79:7

**purpose**
7:7 52:9

**purposes**
6:11

**pursuant**
2:7 3:15 134:13

**put**
13:25 14:6,12 73:3,6 74:14 75:6,10 77:5 89:2,4 92:6,10,15 92:17 118:14,15 120:10,10 121:18 122:9 128:24 133:7

**puts**
94:4

**putting**
73:1 75:8,17 76:7

**P.C**
1:18 31:15 73:9 82:8 102:20

**p.m**
116:11 145:4

———————————
**Q**
———————————

**qualify**
83:9

**quality**
39:4

**quarter**

82:18 86:10

**quarterly**
87:25

**question**
5:17 6:10 7:12,16,18 7:23 10:3 16:17 39:19,25 41:7,23 44:6,7 62:17 64:11 80:5 90:11 91:25 92:3 96:6 98:15 103:17 109:20 113:3 116:19 117:7 123:10 131:12 136:3,24 137:18 142:4 144:10

**questioned**
70:11,19

**questioning**
121:11

**questions**
3:17 7:10 60:13 91:5 91:9,23 102:19 121:3,4 144:24 148:15

**quit**
142:8

**quite**
31:24 69:10 92:9 121:17 129:8 142:10

**quitting**
123:18

———————————
**R**
———————————

**R**
3:15 4:1

**radiation**
31:8,14,16 38:14 39:6,11 73:9 74:1 74:21 82:8 102:20 103:14

**raise**
111:9

**raised**
45:24 46:5

**range**

95:14,15

**rarely**
101:11 132:17 141:3

**rash**
101:15

**rashes**
101:17

**rate**
90:23,25 91:4

**reach**
12:24

**reached**
97:19

**reaching**
101:18

**read**
6:4 38:4 42:12 103:8 103:9 106:9,10 117:5 125:12,12,18 130:18 135:6 146:5 147:3

**ready**
6:7,7 24:7 33:24

**realized**
109:1

**really**
11:13,18 13:20,20 14:11 23:25 37:3,6 37:10 39:10 46:14 65:14,14 66:13,13 68:10 89:12 96:4 99:8 101:6 140:3

**Realtor.com**
14:14,22

**reason**
29:21 36:9 61:11 63:23 131:21 132:3 132:14 139:19

**reasons**
61:6 100:19 120:22 121:11 138:17 144:10

**REASON(S)**
146:6

**rebalance**
86:10,11



recall
23:15 116:4 127:18
130:19
receive
88:23 105:11
received
14:9 21:2 96:17 97:1
97:6 105:7 107:24
111:21 112:14
116:7 118:8 140:17
142:21
receiving
83:23 116:4
recess
5:22 60:7 103:3
recollection
129:12 130:8
record
4:16 5:20 6:2,4,8,11
7:22,25 8:4,6 29:11
103:9 105:22
120:14 127:23
131:17 132:15
records
113:9
recover
141:10
recruitment
41:16,18,18,19,25
reduced
148:13
reduction
91:21
refer
144:2
referal
144:1
REFERENCE
3:5
referenced
130:15 133:20
references
63:4 119:7
referencing
125:17 130:16
referred

127:10
referring
13:24 14:2 40:12
69:25 70:4 74:13
129:1 130:11
138:12
reflect
121:3
refreshes
129:11 130:7
regard
54:7
regardless
130:25
regards
136:16
regimen
66:15
Registered
2:5 148:5,25
regroup
125:15
regular
56:15 73:6 75:22
118:15 145:1
regularly
57:9 74:15 76:21
84:16 89:17 124:21
143:3
regulated
40:25 41:1,6,9
rehab
20:18,24,25 22:3,15
22:17,20,24 23:6
33:3,3,8,8
related
14:3 113:1,5 127:17
148:18
relation
148:9
relationship
49:18 142:23 143:11
143:11,24,25
relatives
48:12
relevance

90:11
relevant
91:15 112:21 135:3
reliable
132:9
reliably
131:16
relocating
11:8
relodge
39:22
rely
85:14 134:22,23
relying
5:9
remain
30:18
remained
61:12
remember
15:18 27:2,3,9 32:2
32:18,22 33:1,2
47:5 53:8,10 54:2
55:6 59:2 103:25
116:6 127:22 128:4
remind
14:20 80:14
Remote
1:12 2:1
Render
1:18
Reno
49:4 54:25 57:13,18
rent
78:21 80:9
rental
12:12
renting
11:1 12:13 78:14,15
78:16 79:12
rep
17:16
repeat
39:19 70:16 97:15
113:3 116:20
124:19 132:2

rephrase
98:16 106:19 131:25
replenished
87:8
report
38:4
reporter
2:6 8:3 17:5 131:9
138:9 148:6
REPORTER'S
148:2
represent
6:22 12:23 111:20
130:11 134:9
represented
6:17 7:5
representing
6:16
reputation
31:8 139:14
Request
123:4
requested
110:5
requests
121:6,8
rescinded
139:25
residence
79:8
residency
18:23 19:6,9,11,15
21:17 63:1
residential
78:11
residents
26:11
resiliency
69:13
resilient
69:8,10
respect
42:25 43:9 44:10
138:25
responding
107:22



**response**
3:8 111:22
**responses**
8:5,7
**responsive**
112:9,13 119:18
**rest**
52:6
**restart**
114:12 131:13
**resumed**
5:24 60:9 103:5
**rethink**
69:3
**retire**
93:14 102:4,5,10,11
102:13
**retirement**
72:21 73:8,12,19
74:6,7,9,20 75:16
75:21 92:25 93:5
**return**
100:9
**review**
13:8,13,13 111:24
130:6
**reviewed**
13:24 132:12 143:17
**rewarding**
37:10
**rid**
133:13
**right**
4:7 7:6 12:14 14:23
15:19 20:14 21:10
25:2 28:17 29:4
32:17 35:24,24 36:4
37:15,23 38:24
42:13 43:7,8 44:12
49:17 50:5 58:21
59:16,17 60:3,5,11
61:21 62:4 64:10
65:11 71:22 72:11
75:12,13,13 76:12
76:17 79:14 81:22
83:13 85:11 86:20

90:15 91:24 92:3,24
95:25 98:3,14 101:2
101:12 102:18,21
104:6,15 105:9,18
109:18 110:8,17
111:4 113:20
115:11,13,14,15
118:9 119:9,15,19
122:17,18 123:3
127:14,25 129:7,25
132:12 133:1,22
134:14 136:8
139:11 141:14,21
142:15,17,18
144:17
**right-hand**
129:16
**rise**
24:2
**road**
125:1
**Rochester**
10:17
**role**
22:8,11 23:2 24:14
24:25 26:9 34:3
35:2,19 69:23
**roles**
23:10 33:15 40:19
**room**
11:3
**ROPC**
73:19 74:7,8 102:20
102:22 103:19,22
104:2,5,6,11 113:23
**Rose**
96:12 128:13 129:2
**Ross**
18:16,17,21
**rotations**
19:3
**Roth**
74:10,23
**roughly**
84:21 87:21
**round**

77:23
**rounds**
77:19 78:4,5
**route**
24:3
**rule**
86:4 134:13
**Rules**
2:8
**run**
49:24 119:5
**rural**
39:2
**résumé**
38:1
**R-O-S-S**
18:20

—————————————

S

**S**
4:1
**Sabey**
1:17 4:9
**sacrifice**
50:15
**sad**
99:13
**salary**
35:8,10
**sale**
13:11 88:11,13,17,23
**sales**
17:15
**San**
2:4 10:8,24 12:9
49:12,16 55:4 78:12
**Santa**
26:4,14,16 66:12
97:13,17
**satisfying**
37:9
**save**
18:12
**saved**
92:7
**savers**

101:22,25
**saw**
9:6,11 15:13 35:9
57:3 116:2 144:3
**saying**
68:24 78:7 104:3
109:9 142:13
**says**
104:24 106:4 116:10
119:11 123:5 130:3
134:12,20
**scale**
42:2
**schedule**
62:8,13
**Schiller**
31:12
**school**
15:25 16:1,15,18,20
16:21,21,23 17:12
17:22,25 18:3,4,8
18:15,15,24 19:24
45:22 46:10 52:25
100:12,13
**schools**
62:25
**scope**
120:21
**screen**
110:16,23 111:9
112:2 129:9 133:12
**scroll**
111:24
**seal**
148:22
**search**
106:12,15,20 107:6,7
107:8,14 108:2
110:3 118:17,25
119:5,20 120:4,4,7
120:9 121:4,15
122:15 123:11,21
124:2,6 128:23
**searched**
107:4 118:12 120:8
122:4 123:21



searching
120:1
Seattle
11:22
second
41:7 62:7 63:7 95:10
110:10 120:13
see
8:20 9:2,23 10:4
11:23 15:2 27:2
37:17 48:4 53:14
54:16,17,21,23 55:4
57:4,5,9,10,14,17
71:11 83:18 102:18
104:17,21 106:3,6
106:18 110:8,9,15
110:17 111:3,3,5,5
111:8 113:20 116:9
119:11,15,16 123:5
128:5,7,14,22
129:11,16,24 130:2
130:9,10,14,24
132:11 134:5,11
135:9,17 143:3,6,8
143:8,10 144:8
seeing
23:3 101:10
seen
115:25 130:18 134:3
134:7,16 136:10
Selagamsetty
142:22
sell
88:7 99:5 137:23
send
101:15 108:10
sending
104:18
senior
52:25
sensitive
49:22
sent
21:5 112:6 116:2,10
116:21
separate

53:15 56:23 72:7
84:13
separately
55:8,11 56:21
September
3:12 148:23
served
105:5 134:11
service
105:17
services
1:8 24:15,18,22 28:1
set
111:21 120:22 133:2
setting
143:22
settings
143:21
Setty
9:5 106:18 122:14,17
123:2,2 142:23
143:10,25
Setty's
144:11
seven
54:1,1,3
shaking
8:5
share
72:6
shared
126:6
Shari
9:6
SHEET
146:2
shift
59:14
shocked
71:8
shocking
66:17
Shoot
133:4
Short
111:15

shortage
38:5,7,9,17 39:1 40:1
shorthand
148:12
showing
129:4,5
shown
115:20
shows
127:17
shut
143:15
side
27:24 42:22 49:1
56:18,20,21 57:1,7
110:22 111:12
sign
7:2 20:3
signature
147:11 148:21
signed
6:24 7:1,4 20:6,9
140:4,8,11,14
significant
9:13,19
silly
6:10 69:20,20,21
similar
35:17 109:21
sincere
124:1
sister
18:7 48:13,19 56:17
56:24 57:3,6
sisters
48:15
sitting
4:8
situation
61:22 139:11
situations
68:19
SIU
16:7,9 17:3,4,10
six
23:21 52:3 108:15

size
79:2
skills
42:13
slanderous
117:4
slightly
30:3
slow
131:9
smaller
81:5 137:23
Smith
22:13 91:17,18,20
social
143:22
sold
14:18
somebody
10:4 127:9
something's
71:12
son
33:25 80:15 100:6
sorry
15:7 17:7 46:4,5,21
47:8 63:8 73:23
84:8 93:22 97:15
98:6 115:6 123:1
124:18 131:11,12
141:19 144:14
sort
25:16 64:21
sound
127:14
sources
72:14 85:14,14
Southern
16:9
space
35:3
span
125:22
speak
13:14,18 39:11
112:12,16



Page 23

speaker
 131:9
speakership
 77:17 78:1
speaking
 12:11 17:8
specialties
 20:16 21:22,23
specialty
 20:14 21:19 38:7
specific
 38:13,25 106:23
    122:4
specifically
 14:10
spell
 18:19
spelling
 144:24
spend
 20:18 126:18,25
    127:4
spenders
 101:22
spent
 33:22 121:18,25
    122:1
spoke
 12:17 15:3,9 87:4,5
    127:17 131:7,15,21
    132:4
spoken
 12:21 15:3 91:18
spousal
 138:23
spouse
 29:13 130:4
spouses
 29:23,24
Springs
 10:7 12:2 29:22
    30:16,18,18,24 31:3
    31:11,18 36:19
    40:14 51:1,1 61:1
    66:25 72:13 77:18
    78:2 80:1 88:7 99:5

 99:12 137:20
square
 79:4 137:24
ss
 148:3
St
 16:6 19:11 20:9 25:5
    25:7,8,20 27:18,23
    46:13,14,14 47:18
    47:22,23 48:1 56:24
staff
 23:5 42:5,11,24 43:6
    43:9,13 44:9 101:8
start
 6:6,17 11:14 15:21
    17:8 20:7 24:19
    25:3 31:19 34:10
    38:4,15,25 55:24
    80:6 93:7 106:14
    131:12
started
 31:25 34:20 59:17
    65:23 81:4,4,9
    86:22,24 126:2
starting
 80:15
state
 2:6 4:15 60:19,19
    62:20 63:18,24
    147:13 148:3,6
stated
 90:14
states
 1:1 38:5 45:6,9,12
    46:18 48:18 61:3,14
    62:2,4,6 63:12,19
status
 104:11 141:6
stay
 10:8 81:7 99:4 109:5
    137:14,19 139:16
    139:22
stayed
 52:20 61:12 99:2,3
    100:1 101:1
staying

 52:18,19
Steinberg
 97:14,18
step
 51:2 54:4 74:4
stock
 86:3 92:8
story
 63:25
straight
 12:5 17:11
street
 1:18,22 26:15 94:17
stress
 22:3
stressful
 68:19
strike
 34:9 83:11 109:24
    114:11
struggling
 76:22
student
 36:19
students
 26:11 36:17
study
 16:12
stuff
 9:24 14:19 23:9
    26:12 63:19 90:1
    122:9 125:15
subject
 5:16
subpoena
 3:9 13:13 14:1 105:6
    105:12 107:23
    110:6 111:22 112:9
    112:14,18 119:18
    120:17,19 121:9,10
    122:13
subscribed
 147:12
substance
 8:11
sue

 138:18
sued
 4:21,22
suffered
 117:23
suggested
 65:13
Suite
 1:18,22
summer
 55:2,7
supervise
 23:11
supervising
 24:14
supervisory
 23:10
supplemental
 3:15 134:10,12
support
 29:23 49:20 51:13,21
    71:1
supported
 51:17
supportive
 139:7
sure
 8:22,22 10:8,15
    23:10,19 24:2,8,8
    24:19 29:17,20,20
    29:22 37:8 38:8
    40:5 44:16 46:17,17
    54:21 55:22 56:19
    65:4 68:10 70:24
    71:4 72:3,22 74:5
    79:13 84:11 89:23
    95:15 108:13 116:7
    118:19 132:1
suspect
 131:21 132:3
Swedish
 96:11
sworn
 4:3 147:12 148:9
symptoms
 134:25



**system**
27:19,20
**systems**
34:23

---
**T**
---

**take**
5:15 21:15 36:8
37:10,11 43:4 51:2
51:13 54:4 73:1
74:4 103:2 110:9
111:23 113:18
121:15 141:14,20
142:14
**taken**
2:7 5:22 60:7 73:4
77:8 103:3 137:11
148:11
**takes**
141:8
**talk**
15:14 25:2 51:3
57:21 92:25 113:14
116:23 123:14
125:15 127:21
140:23
**talked**
40:19 51:10 82:2
91:13 93:4 94:7
96:12 127:21
143:17
**talking**
14:10 38:13 44:21
54:18 56:17 57:22
59:4 60:15 75:15
77:20 80:4 93:8
104:10 119:8
127:23 135:7
138:20
**talks**
93:2
**tax**
88:3
**taxable**
74:11,13 75:22
**taxes**

87:24,25 88:3,4,4
**TD**
85:22
**teach**
86:5
**teaching**
26:11 36:15,21
**technical**
5:21
**technically**
17:2 46:16
**Tecum**
3:7 105:6,6
**tell**
5:7 6:1 13:23 21:13
22:9,25 29:17 31:9
34:18 38:19 42:17
44:24 49:17 61:9,23
62:7,22 65:15,25
70:25 72:19 86:11
94:8 129:20 136:12
136:18,25 137:3
138:17 142:22
143:4,24
**telling**
62:10,13
**tells**
86:9
**ten**
9:13,15,18,20,23
21:15 37:4 54:1
93:21,25 142:9
**tend**
39:14,20 40:3
**testified**
4:4
**testify**
5:11 6:13 135:10,17
148:9
**testimony**
5:10 7:8,8,9 122:10
125:9 147:5 148:15
**testing**
10:10 22:3
**Texas**
27:13 29:10,25 50:25

55:19 60:20,25 61:7
64:15,23
**text**
106:13 107:4 108:8
108:15,23 109:8,12
112:9 113:15
121:20 123:15
142:21
**texting**
122:2,8
**thank**
4:12,18 17:6 19:8,19
37:23 47:8 55:10
69:2 71:9 105:4
107:14 112:3
113:20 115:24
144:22
**thanks**
6:5 90:16 109:6
121:13 135:15
**Thanksgiving**
12:25 54:23,25 95:4
**therapist**
8:19
**Theresa**
2:5 6:1,7 103:7
131:11 144:23
148:5,25
**Theresa's**
111:6
**thing**
6:2 42:7 50:6 57:22
62:7 133:10,11
139:11
**things**
8:5,22 10:10 11:22
13:11 37:22 50:4,5
50:8,12 51:12 60:12
67:17 69:5 70:8
78:25 82:1 87:7
95:13 100:18
112:23 122:6
125:22 141:14,21
142:15
**think**
9:24 13:5,7,25 14:18

15:2,15 21:2 23:21
23:24 24:4,10,20
25:24 29:2 33:10,24
34:6 35:17 38:12,17
39:4 40:16,17 45:3
45:15 49:5,19 50:3
50:21,24 51:12,19
52:24 53:8 54:1,12
54:14,17,22 55:3
56:2,13,13 57:9
58:2,8,10,17,20,23
59:17,24 61:21,25
62:10 65:2,9 66:23
67:7,11 68:7,11,13
69:4,14 70:22 72:17
73:16 74:20,21
75:10 78:13 80:15
82:15,20 83:8 84:10
84:10 85:2,11,16
88:12,16,18 90:7,9
92:7 93:2,7 95:17
96:20 97:10,11,20
98:1 99:1 100:16,24
101:16 102:10,16
103:11 104:13
105:15 106:16,17
109:23 110:10
113:13 114:2
117:12,19 120:15
123:2 124:1 127:21
128:1 132:8,16
133:2 136:7 138:7
138:22,24 139:10
139:13,21 140:3,22
141:7 143:16 144:1
144:3
**thinks**
141:2
**third**
26:13
**thought**
10:11 21:4 26:7
60:12 73:21 99:4
100:17 114:2 129:6
**thousand**
20:2 77:12



**three**
 11:22 17:20 51:1
   57:4,12 60:2,17
   61:14 62:2,6 63:4
   63:12 82:22 111:12
   121:18 122:1
   124:24 129:1,4,5,9
   143:16
**threefold**
 26:10
**threshold**
 68:25 69:1
**till**
 27:7,8
**time**
 5:15 7:21 9:23 12:20
   20:18 24:9 26:18,25
   27:6,10 28:11,13
   30:4 31:24 33:4,16
   33:21,23 34:4,7
   35:4 36:15 37:21
   45:21,21 47:1,18
   48:5 51:16,24 52:7
   57:18,19 58:8 62:6
   70:11,19 71:2 80:4
   96:15 104:16 108:1
   108:23 110:5
   116:17 117:11
   120:21 121:15,21
   121:23 122:6 126:5
   126:14,15,18,22,24
   126:25 127:4
   132:18 133:11
   138:5 141:4,8
   144:23 148:12
**timeline**
 13:11,17 14:3 23:18
**times**
 7:11 55:25 57:5,6,12
   57:15 58:10,13
   82:22 124:24
   143:16
**tlm**
 147:25
**today**
 6:13 8:16 10:23,24

12:15 14:24 102:4,5
102:13 105:8 121:1
122:10 136:8
**today's**
 12:16 13:9,15
**told**
 6:15 15:15 18:4,5
   22:2,19 36:1 49:5
   51:23 54:12 71:4,4
   71:7 84:14,24 85:15
   85:25 86:1,16 89:7
   100:1 108:24 109:3
   109:3 112:19
   119:20 122:5
   123:18,20 132:17
   138:5 142:8
**tolerance**
 67:25 68:4,5,18,23
   69:4
**tomorrow**
 124:11
**top**
 74:19 106:4 118:7
   130:2 134:17,19
**topic**
 65:12 90:12
**topics**
 120:9 122:3,4 123:20
**total**
 73:7 74:6 75:11
   83:12 87:15
**totally**
 62:16
**Touchstone**
 40:16 107:19
**town**
 29:10
**Township**
 16:1
**training**
 19:23 21:25 22:5
   23:6
**transaction**
 88:23
**transcript**
 146:5 148:15

**transcription**
 147:5
**transcripts**
 63:1
**transfer**
 87:10
**transferred**
 16:24
**transferring**
 87:12
**transition**
 135:1
**travel**
 11:23 55:1 100:18
   126:10
**traveled**
 52:16 55:8,11,16
**traveling**
 10:10 54:19,20 56:1
**travels**
 55:6
**treat**
 42:24 43:4 44:9
**treated**
 71:10
**treating**
 43:9
**treatment**
 83:9
**tricky**
 86:24
**tried**
 13:13 124:1
**trip**
 52:10,14 53:7,16
   54:8
**trips**
 53:12,14,17
**true**
 54:7 68:16 147:4
   148:14
**truth**
 5:8,8,8 22:19 148:9
**truthful**
 5:12
**try**

11:21 49:20 57:9,10
   100:18
**trying**
 10:9 11:15 33:2 55:3
   55:13 61:9 62:12
   112:1 121:18,19
   131:15,23 132:6,9
**tumor**
 65:20
**turkey**
 52:3 53:16
**turn**
 105:20 145:1
**turned**
 15:24 94:2
**Twenty-three**
 30:22
**two**
 17:20 19:1,2 29:3
   34:19 50:25 53:9,9
   56:2 59:21 60:12
   74:10,23 75:6 79:6
   84:24 85:6 92:7
   93:18 100:1 107:7
   121:18 122:1
   125:24 137:25
   143:8
**two-third**
 86:12
**two-thirds**
 85:25
**type**
 49:23
**types**
 91:22
**typewritten**
 148:13
**typically**
 56:19

---
U
---
**UCHealth**
 96:12
**UCLA**
 26:7,8,9,14,15,19,20
   27:11 29:9,15 34:25



60:23 66:11 97:5,14
97:16,19
**Uh-huh**
17:18 119:10
**undergrad**
16:5,17,20
**understand**
20:1 29:8 40:24
41:11,17 62:16
98:15
**understanding**
14:8 24:21 131:2
136:1,4 139:23
141:5
**unethical**
139:12
**unfair**
113:21 114:2,3,7,15
114:20,22
**unfortunately**
20:3 83:14 129:12
132:21
**United**
1:1 38:5 45:5,8,12
46:18 48:18
**University**
16:10 18:16 36:18
**unrelated**
18:3,9
**Upjohn**
17:16,17
**ups**
92:8
**urban**
38:20 39:3
**use**
40:6,14,20 65:9
86:24 107:19
**usual**
23:9 37:21
**usually**
56:23 125:1
**utilities**
78:24
**U.S**
48:23

**V**

**v**
1:7 146:3 147:24
**vacation**
32:6,7 50:10,11
132:21
**vacationing**
54:5,6,9,10 56:9
**vacations**
54:19
**Vanguard**
72:21 73:18 86:5,19
86:22 89:4,9 91:10
92:1
**various**
32:14 51:14
**venture**
27:9
**verbal**
8:4,7 94:15
**Verizon**
109:13
**videoconference**
1:14
**virtual**
10:20
**visit**
10:3
**visited**
14:21

**W**

**wait**
67:8,9 72:25 129:6
133:13
**waiver**
7:2 138:22
**wake**
29:24 31:2
**walk**
125:14,14
**walked**
15:16
**walking**
37:24,25

**want**
4:12 5:15 10:2,9
11:23 17:23 18:2,25
21:8 29:11 31:2,3
37:11 38:3 39:3
50:10,10 51:2 53:11
57:21 60:16 61:25
67:9 69:3 73:13
89:21 97:20 98:23
99:12 101:3,4 102:9
102:10,19 131:11
**wanted**
6:22 11:12,18,19,20
18:1,2,5,9 24:3 30:8
30:10 36:9 58:5
60:13 61:23 62:7
79:24 81:5 93:20
94:4 99:1 100:21
119:23 124:2
139:21
**wants**
68:9 100:11 102:10
**warm**
11:18,18
**WashU**
19:11,12 20:11,19
25:6 48:5
**wasn't**
25:14 32:7 46:2 60:4
61:10 95:3
**watch**
126:11
**water**
11:20
**way**
5:11 16:19 37:11
41:16,25 43:5 69:2
109:11 113:9 140:8
144:1,3
**ways**
44:16
**weather**
11:13,19 62:1
**website**
14:20
**Wednesday**

2:3 116:5
**week**
36:20 56:6,8 58:8,17
59:22,22 65:20
83:20,25 84:20
85:10,10,12 95:3,4
95:4,13 99:21
124:24 125:5,25
**weekends**
67:16,18,21,23
132:20
**weeks**
53:9,10 58:11 59:22
60:2 75:6 84:24
85:6 92:7
**weights**
125:4
**welcome**
4:14
**went**
5:20 9:5,21 12:6
14:11,14,15 15:13
16:6,15,18 17:22
18:3,14 26:1 27:12
28:10 29:18 30:12
33:23,25,25 34:2,4
45:21 50:25,25 52:1
52:3 53:1,1,4,21,25
53:25 54:16,17,21
54:23 57:11 58:14
80:12,15 97:18
122:6 143:16
**weren't**
70:4
**West**
18:22
**we'll**
5:9 6:6 7:22 38:16
119:1
**we're**
6:8 10:8,9,10,15,15
11:1 12:12 17:8
43:3,7,7 65:12
67:21 74:5 75:24,24
75:25 76:24,24
79:14,16 86:25 91:6



91:22 101:12
113:13 134:14
135:13 142:25
143:7
**we've**
21:2 40:19 44:22
61:12 92:7 95:25
133:8 138:23
**whatnot**
24:14 70:1
**WHEREOF**
148:21
**wife**
134:21 138:20
**willing**
50:15 135:10,17
**winding**
103:21
**wish**
146:5
**withdrawal**
140:20
**witness**
2:2 4:3 5:1 11:12
15:8 30:6,8 38:12
39:10 44:7 46:2
47:4 50:3,19 51:19
65:18 66:22 70:3,22
80:11 87:20,23 89:4
92:14 93:7 96:20
109:7 111:16
116:19 117:19
118:5 121:8 124:17
127:20 131:19,25
132:8 133:21
135:11,18 136:1,5,7
136:16 137:19
138:3,10 140:3
141:12,17,23
142:25 144:13
148:21
**woman**
130:22
**women**
37:22 143:14
**women's**

26:12
**wonder**
118:14
**wonderful**
34:22
**word**
66:23 69:4
**words**
120:11
**work**
11:16 31:21,23 33:15
34:2 36:14 55:13,16
55:18 57:23,24 58:1
58:7,16 59:5,15,20
61:2 62:8 64:12
65:24 66:1 67:17,25
69:5,16 77:17 78:2
83:15,24 84:8,19,21
85:11 87:9 93:17,19
93:20 94:4,11 95:6
95:20 96:8,15,18,24
97:21 98:3,14,19
100:17,21 102:9
107:18 112:12
137:11,15,21
139:22 140:13,13
**workaholic**
65:15 66:20,23
**worked**
17:15 35:4 60:23,23
60:24 66:23 83:20
83:22 97:13 132:18
**worker**
65:14
**working**
17:24 23:5 25:4 26:5
26:7,8 27:15,17
28:19,21 31:19
34:10 36:4 37:14
42:19,21,21 48:5
53:9 60:4 64:13
67:3,18 68:5 73:5
74:15 75:24,24
76:11 83:15 84:24
85:6 96:22 99:24
113:22 114:15,23

115:12 126:12,16
133:8 142:9
**workout**
124:21,23
**works**
96:12 104:8 114:4,4
**work-related**
71:16
**worried**
122:1
**wouldn't**
144:5
**would've**
138:21
**writing**
23:7 72:1
**written**
108:5 125:23
**wrong**
139:13,20
**wronged**
137:10 139:10
**wrote**
116:22
**Wyoming**
97:4

─────────────────
X
─────────────────
**X**
3:1
─────────────────
Y
─────────────────
**Yale**
19:4,5
**yeah**
8:24,24 9:24 12:6
13:21 23:19,21 24:4
24:19 25:9 33:1,6,7
34:6 37:9 39:20
45:3,16 49:19,22
53:9 54:2,6,10,10
54:20,20 55:12,15
55:25 56:2,11,13,14
56:14,23 57:5,13,14
58:4,4,23 59:18
63:25 64:7,9 66:17

67:11,20 69:1,1,3,4
69:5,9,14 72:22,23
73:3,5,11 74:25
78:5,8,8 79:13 81:9
82:7,11,23 83:6,6
83:20,20 84:5,23
85:16,17 86:4,22,23
87:10 88:25 89:10
90:7 91:6,12 93:8
93:13,15 96:25
98:12,20,20 101:13
106:18 108:13
109:7,7,11 110:19
113:13 114:21
115:7 116:2,7,20
119:9 121:25 122:5
123:4 126:10,24
127:13,24,25 128:2
128:13,23 129:24
130:9 132:22
133:10 134:5,14
135:13 137:17
139:4,4 144:1
**year**
8:21 9:2 17:15,19,20
19:1 22:23 23:16
25:24,24 27:8 30:13
32:18 33:2 34:6
35:15 45:15,15,17
51:25 52:25 53:1,2
53:15,18 55:9,12,21
55:23,24 56:1,3
57:2,5,6,12,15 58:2
58:20 59:17 61:17
78:9 82:22 85:7,12
86:9 99:23 126:2
**years**
9:14,15,18,20,23
11:15 19:1,2 21:15
23:21 30:22 33:4
34:20 37:5 45:10
47:6,12 48:10 61:17
61:20 66:9,10 69:10
76:11 82:16 93:20
93:21,25 94:4 95:25
99:9 104:1 140:23


MAGNA
LEGAL SERVICES

141:4 142:9 143:8,9
**yep**
 85:1 89:9 92:23
   129:3,3
**yesterday**
 12:17,20 13:2 108:23
   109:4 116:3 142:20
**yoga**
 125:4,6,24 126:7,17
**young**
 32:22 45:1,2 69:21
**younger**
 97:20
**you-all**
 119:4

---
**$**
**$14**
 75:2 77:8,9 86:21
   89:16 90:19
**$5,000**
 75:17
**$6,995**
 78:23

---
**0**
**000**
 129:17
**000466-000509**
 3:11
**000500**
 129:15
**05**
 32:1
**06**
 32:20

---
**1**
**1**
 36:8 42:2 108:4
   123:4
**1-1/2**
 74:22
**1.4**
 74:3
**1:23-cv-01921-NY...**

**1:3**
**10**
 42:2,6 66:8 93:19
   94:4
**10,000**
 83:19 84:3,11,18,19
   84:21 87:11
**10/20/1966**
 15:22
**10:16**
 60:8
**10:27**
 60:10
**100**
 1:22
**105**
 3:6
**11**
 35:5 37:14 89:13
**11:25**
 103:4
**11:35**
 103:6
**110**
 3:8 35:12 36:2
**115**
 3:10 36:2
**115,000**
 35:12
**12**
 58:19 66:8 126:16
**12:40**
 145:4
**124**
 3:24
**128**
 3:11
**13**
 3:24
**133**
 3:15
**1339**
 78:12
**139**
 3:19
**14**

 66:8 73:16 74:5 77:3
   89:7
**149**
 146:5 148:14
**15**
 13:5 93:19 94:4
**17**
 81:5
**17th**
 1:18
**18**
 34:1,6
**18th**
 148:22
**180,000**
 27:3
**19**
 34:1 53:1
**1972**
 47:7
**1995**
 21:16
**1997**
 61:13
**1999**
 30:14

---
**2**
**2**
 88:12 134:18,19
**2nd**
 112:20
**2,000**
 79:4
**2-1/2**
 140:22 141:4 143:9
**2.5**
 88:25
**2.6**
 88:25
**2.8**
 88:18
**2.89**
 88:16
**2.9**
 88:16

**20**
 13:5,7 46:13
**20,000**
 84:22
**200**
 23:16
**2000**
 33:1
**2004**
 32:1,16
**2005**
 32:20
**2009**
 46:23
**2010**
 46:24 75:7
**2011**
 23:1,18 33:9
**2012**
 75:7
**2017**
 23:1
**2018**
 53:1 80:24,25
**2019**
 34:1,5,10 35:15,20
   80:16,25
**2020**
 108:3
**2021**
 81:8,10
**2022**
 3:10,12 30:19 81:10
   95:22 96:7,9 108:4
   108:16,16,25 116:5
   116:11,22 118:9
   127:7
**2023**
 30:19 35:21,22,23
   53:3 57:23,25 58:11
   58:15,17 59:20
   78:19 80:6,7 85:8
   86:23 88:8
**2024**
 1:12 2:3 3:2 55:2,10
   59:14,21,23 120:16



146:1 147:25
**2025**
145:5 147:14 148:22
148:23
**21**
3:23 148:23
**210,000**
23:16
**22**
6:15,18
**22nd**
140:9
**23**
11:14 61:17 66:11
76:11 95:25 99:9
104:1
**26**
116:10,21
**26(a)(1)**
3:16 134:13
**27**
3:10 116:5 118:9
**27-and-a-half**
48:9
**270**
95:17
**2701**
1:22
**28**
3:12
**29th**
140:9

---

**3**

**3**
35:23 89:13 105:20
106:4 108:4
**3:53**
116:11
**30**
47:12 82:17 83:6
**300**
95:17,18
**303-578-4400**
1:23
**31st**

108:4
**35**
128:21,22,24 129:12
129:14,23

---

**4**

**4**
1:12 2:3 3:2,4 45:10
146:1 147:25
**4th**
145:5
**4257**
108:19

---

**5**

**5**
3:19 45:2 47:6
129:22
**5,000**
75:10,14 92:7
**50**
3:15 83:6 133:15,20
133:21,23 134:4,14
**50,000**
82:17
**500**
129:18,22,24 132:12
132:24
**500,000**
75:1
**51**
106:2
**52**
3:6 104:24 105:23,24
**53**
3:8 110:11,14 111:17
111:19,22 112:5,10
**54**
3:10 115:17,19 116:1
118:7 119:8
**55**
3:11 128:6,9,25
**58**
15:24
**5956**
130:10,13,14

---

**6**

**6**
3:19 45:3,4 108:4
**6,700**
137:24
**6:30**
65:19,21
**60**
83:7 94:2
**60,000**
87:24
**600**
49:15
**64**
45:3
**68**
94:6

---

**7**

**7**
45:3,4
**7:00**
65:19,21
**70**
94:2
**71**
45:4,10,16
**719-661-1437**
107:13
**719-661-4257**
108:18
**72**
45:4,17

---

**8**

**8**
92:19,21
**800**
1:18
**80202**
1:19
**80205**
1:22
**88**
17:22

---

**9**

**9**
3:23
**9:00**
2:4
**9:07**
5:22
**9:08**
5:24
**95**
25:23
**96**
25:23,23 47:15
**97**
27:5,7 48:9,9 61:15
**98**
27:8 61:19
**99**
30:14
**999**
1:18



MAGNA
LEGAL SERVICES