Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-CV-01921-NYW-MDB
August 28, 2024

_____

DEPOSITION OF DIANE THOMPSON, MD

_____

DR. ANUJ PEDADDA,

            Plaintiff,

vs.

CATHOLIC HEALTH INITIATIVES COLORADO D/B/A CENTURA
HEALTH-PENROSE-ST. FRANCIS HEALTH SERVICES; and
COMMONSPIRIT HEALTH FOUNDATION D/B/A COMMONSPIRIT
HEALTH,
            Defendants.

_____

APPEARANCES:

    RATHOD MOHAMEDBHAI LLC
        By Crist Whitney, Esq.
           2701 Lawrence Street, Suite 100
           Denver, Colorado  80205
           ih@rmlawyers.com
           Appearing for Plaintiff.

    HALL, RENDER, KILLIAN, HEATH & LYMAN
        By Lindsay McManus, Esq. and
            Mark Sabey, Esq.
           999 17th Street, Suite 800
           Denver, Colorado 80202
           lmcmanus@hallrender.com
           msabey@hallrender.com
           Appearing for Defendants.



Page 2

Pursuant to Notice and the Federal Rules of Civil Procedure, the Deposition of DIANE THOMPSON, MD, called by Plaintiff, was taken on August 28, 2024, commencing at 10:30 a.m., at 2701 Lawrence Street, Denver Colorado, 80205, before Harriet S. Weisenthal, Registered Professional Reporter and Notary Public within and for the State of Colorado.

I N D E X
DEPOSITION OF DIANE THOMPSON, MD

EXAMINATION BY:                          PAGE
Examination by Mr. Whitney                  3
           EXHIBITS
NUMBER                         MARKED
Deposition Exhibit No. 1            38
    Four Lessons from Centura/Covid 19
Deposition Exhibit No. 2C           77
    Munni Setty Report
Deposition Exhibit No. 3C           94
    Physician Employment Agreement
Deposition Exhibit No. 4C           96
    Physician Employment Agreement
Deposition Exhibit No. 5            100
    E-Mail from William Plauth - dated
    4/26/22
Deposition Exhibit No. 6            111
    Letter from Dr. Caryn Baldauf - dated
    5/5/22
Deposition Exhibit No. 7            113
    Letter Regarding Employment with Centura
    Health - dated 5/9/22

Page 3

P R O C E E D I N G S

DIANE THOMPSON, MD, having been called as a witness, being first duly sworn upon her oath, testified as follows:

* * * * *

EXAMINATION

BY MR. WHITNEY:

Q   All right.  So, my name is Crist Whitney. I will be doing the deposition today.  Can you state and spell your name for the record.

A   Sure.  My formal name is Diane, D-i-a-n-e, Thompson, T-h-o-m-p-s-o-n.

Q   Good.  Thank you.  Thanks for being here today.  Have you ever been deposed before today?

A   I'm sorry.

Q   Have you ever been deposed before today?

A   No.

Q   No.  Okay.  I will just go over some basic rules, just to make sure we're on the same page. So, all of the answers must be verbal, for the court reporter, just so we have a clean record.

We don't want to speak over each other. So, I will ask a question, I'll wait for you to answer, before I go on to the next question.  If you don't understand a question, just let me know, I'll repeat

Page 4

the question.

Let me see -- and remember that you're under oath in this, and are required to answer all questions truthfully.  If you don't know, or have forgotten something, just state that.

A   Okay.

Q   And if your attorney makes any objections, necessary objections, it will be for the record.

A   Uh-hum.

Q   Even if your attorney objects to the question, you must answer, unless I ask you something that's privileged.  And if that occurs, your attorney will just instruct you not to answer.

A   Okay.

Q   And are you suffering from any illnesses that might affect your testimony today?

A   No.

Q   Okay.  Any medications?

A   (Deponent shaking head in the negative.)

Q   Any reasons you wouldn't be able to be truthful today?

A   Oh, no.

Q   Okay.  And would you agree, you are under oath today?

Page 5

A   Yes.

Q   What does that mean to you?

A   That I am going to be telling the truth.

Q   Okay.  Perfect.  All right.  So, have you ever been a witness in a case before?

A   No.

Q   Okay.  And have you ever taken part in any cases relating to a doctor being terminated from Centura?

A   No.

Q   Have you ever been sued before, in your individual capacity?

A   No.

Q   And what is your understanding of the reasons that you're being deposed today?

A   Um, I'm being deposed to discuss my relationship with Dr. Anuj Peddada.

Q   All right.  And other than the lawyers representing Centura, have you ever spoken with anyone about Dr. Peddada's termination?

A   About his termination?

Q   Yes.

A   No.

Q   Other than your lawyers?

A   Yeah.  I -- I can't remember.  I had one



Page 6

conversation with Dr. Albert, who is head of oncology, and I think he told me that Dr. Peddada was terminated. So, I knew he wasn't working anymore, but didn't know any, you know, know any of the other facts around it.

Q   Okay.  Was there anything else discussed?

A   No.

Q   Okay.  And other than your lawyers here, representing Centura, have you spoken with anyone about this lawsuit?

A   No.  About the -- no.

Q   Okay.  So, what did you do to prepare for today's deposition?

A   Since I've never been deposed before, I had two phone calls with the attorneys about what that was going to be like.

Q   Okay.  And did you review any documents? Any e-mails?

A   I did.  They sent me some documents to review.

Q   Okay.  And what documents did you see?

A   They are -- I don't know exactly what kind of documents they are, but, they weren't any documents that had my name on it.

Q   Okay.

A   That I was mentioned.

Page 7

Q   And did you review any e-mails at all?

A   I don't remember that there were e-mails. I remember it was all on one document.  I don't remember what was an e-mail.  I don't know.

Q   Okay.  That's fine.  Did you prepare any written notes to yourself?

A   For today?

Q   Yeah.

A   No.

Q   And have you reviewed the transcripts of Dr. Peddada's deposition?

A   No.

Q   Okay.  Have you listened to any recordings?

A   (Deponent shaking head in the negative.)

Q   Have you reviewed any -- you have to say that, for the record.

A   Oh, no.

Q   Okay.  And have you reviewed any policies?

A   Policies on his dismissal?

Q   No.  Any -- just any policies, just in general, any, like, medical policies, any legal policies, any --

A   Policies?  No.

Page 8

Q   Okay.  And you said you met with the attorneys.  You guys had a conversation?

A   Uh-hum.

Q   And how long did you say that was?

A   About 45 minutes.

Q   Okay.

A   Each time.

Q   Okay.  And when did you guys have a conversation?

A   Oh, gosh, yesterday, and last week.  I can't remember if it was Friday -- Thursday -- it was sometime last week.

Q   Okay.  Thank you.  And I would just like to get a better understanding, you know, who you are, your background, your training.  Where are you from, originally?

A   Originally, Ohio.

Q   Ohio.  What part of Ohio?

A   A little town called, "Cortland," next to Warren, next to Youngstown.

Q   Okay.  I've heard of Youngstown.  I haven't heard of the other places, but I have heard of Youngstown.

A   Okay.  Right.

Q   What brought you to Colorado?

Page 9

A   The mountains.

Q   It's kind of what got me too.  I am originally from New Jersey, and I came out here, on vacation, and just saw the mountains, and I was on vacation, and ended up staying.

A   Yeah.

Q   It's a beautiful place.  Have you lived anywhere else, besides Ohio and Colorado?

A   Yes.

Q   Okay.  Where else?

A   Pittsburgh, Pennsylvania and Honolulu, Hawaii.

Q   Wow.  Okay.

A   Then Atlanta, Georgia; then, Honolulu, again; then Wyoming; and, now Colorado.

Q   Oh.  You are quite the traveler.  Okay. And how long have you been in Colorado?

A   Twelve years.

Q   Twelve years.  All right.  And where did you go to school for undergrad?

A   For undergrad, at Washington & Jefferson, in Pennsylvania.

Q   Okay.  And when were you there?

A   '86 to '90.

Q   And what did you get your degree in?



Page 10

A    Biology.

Q    Biology.  And you went to graduate school after that?

A    Medical school.

Q    Medical school?

A    Uh-hum.

Q    Where did you go to medical school?

A    In Ohio, Wright State.

Q    And, when did you get your degree?

A    That was four years later.  So, '94.

Q    '94.  And, how long have you been a psychiatrist?  Since '94?

A    Yes.  I completed medical school, then, and I did my residency at the University of Pittsburgh, which is a four-year residency.

Q    Okay.  So, you were done in '98?

A    Yes.

Q    And is that when you became a psychiatrist?

A    That's when I became an attending psychiatrist, yes.

Q    Okay.  And, is there a particular field of psychiatry that you work in?

A    Yes.  Since residency, I have been specializing in oncology patients.

Page 11

Q    Okay.  And what is that?

A    Cancer patients.

Q    Okay.  And have you ever done any other fields?

A    Um, sure.  In residency, I dealt with all kinds of different psychiatric types, but, since then, primarily just cancer patients and physicians.

Q    Okay.  What other types did you work with before?

A    Oh, um, at the University of Pittsburgh, we were seeing -- we had geriatric medicine, psychiatry medicine, and, then, general adult psychiatry.

Q    Okay.  I am asking a lot of these questions, because I don't have a vast background in psychiatry.  So, just to get a good idea of everything.

A    Uh-hum.

Q    And have you published any articles or books in the field?

A    I've published articles, you know, no books.

Q    Okay.  How many articles have you published?

A    Oh, about six or seven, over the years.

Q    Okay.  What were some of the articles about?

Page 12

A    Um, mainly about cancer patients and dealing with them; drug interactions with cancer medication and antidepressants, antianxiety medications.

Q    Do you remember any of the titles of the articles?

A    Um, my big interest was -- so, it has something to do with antidepressants, and Tamoxifen, something like that.

Q    What was that last one?

A    Tamoxifen.  It's a breast cancer drug.

Q    Okay.  Have you done any articles on physician burnout?

A    Yes.

Q    And what was the title of that article?

A    Oh, again, medical students and residents and burnout, something like that.

Q    And when was that one published?

A    It was two articles, and they were back in, let's see, probably, like, 2010.

Q    They were both in 2010?

A    No.  But they were around --

Q    Around that time?

A    It was when I was in Hawaii.

Q    Okay.  Do you remember where those

Page 13

articles were published?

A    I don't remember the journals.  They were national, just medical journals.

Q    Okay.  And, have you ever done any lectures on -- just on psychiatry, in general?

A    Yes.

Q    Okay.  And where have you done your lectures?

A    I have done lectures on cancer patients and on menopause issues, as relates to cancer, and on well-being, since I've -- and those have been since I've been in Colorado.

Q    Okay.  Any other lectures?

A    I gave multiple lectures -- I was more active giving lectures when I was in Hawaii, and most of them were about burnout or menopause -- I'm sorry, not burnout -- about oncology patients and menopause.

Q    Okay.

A    At that time, I did start research on residents and medical students.

Q    Okay.  How many lectures would you say you've given?

A    Over the years?

Q    Yeah.

A    Oh, boy.  Since -- 20.



Page 14

Q  Oh, okay.  And have you ever done any lectures on burnout, on physician burnout?

A  Yes.

Q  Okay.  Tell me about those lectures.

A  Those -- oh, I did a Grand Rounds, and I can't remember when, sometime since I have been here, in Colorado, about dealing with physician stressors.

Q  And, those were in Colorado?

A  Uh-hum.

Q  Okay.

A  (Deponent nodding in the affirmative.)

Q  And how long ago were those lectures?

A  Um, over the last 12 years, last time I gave a lecture about burnout.  It's probably been four or five years since I gave, like, a Grand Rounds.

Q  Okay.  You said four or five years?

A  Probably.

Q  And have you done any research or research projects in the field of psychiatry?

A  Yes.

Q  Okay.  Can you tell me a little bit about what you've done, as far as research?

A  Sure.  My initial research was on estrogen and caffeine.

Q  Oh, tell me about the caffeine one.

Page 15

A  Oh, just how estrogen and caffeine interact.

Q  Oh, okay.  I want to ask a follow-up, I'm a little interested.  How do they interact?

A  That was during my residency, and it seems that caffeine had an effect, I believe it was -- I am trying to remember.  It was so long ago, I don't even remember, but that was the first research.  It wasn't a statistically significant effect.

Q  Oh, okay.  All right.  I was just wondering about that.  Okay.  And, so, are you still currently employed with Centura?

A  Now it's CommonSpirit.

Q  CommonSpirit?

A  Yeah.

Q  Before you were working with CommonSpirit, I just want to go through your employment history.

A  Uh-hum.

Q  Let's start from the beginning.  Where did you first start working when you got out of residency?

A  So, University of Pittsburgh and MaGee-Womens Hospital.

Q  Okay.  And then from there -- actually,

Page 16

how long were you there?

A  Um, I believe, at that time, the Pittsburgh Cancer Institute was part of the University of Pittsburgh, and that was also a part-time job.  I was there until 2001.

Q  Okay.  And what was the reason for leaving there?

A  My husband and I were looking for his first job out of residency at that point.

Q  Okay.  And where did you go after that?

A  Honolulu.

Q  Honolulu.  Okay.  And where did you work there?

A  I worked at the Queen's Medical Center.

Q  And what was your role at the Queen's Medical Center?

A  The director of research.

Q  And how long were you there?

A  About three -- a little less than three years.

Q  Okay.  And what was your reason for leaving there?

A  I was recruited to Emory, to help their cancer program.

Q  Recruited to where?

Page 17

A  Emory University.

Q  Emory.  Okay.  And what did you do at Emory?

A  I helped build their quality-of-life program, for their new cancer center.

Q  Okay.  And, so, what is that, a quality-of-life center?

A  Quality of life is just a part of helping cancer patients, as they go through their diagnosis, treatment; and, then, after treatment, how they continue to maximize well-being, no matter where they are in their diagnosis.

Q  Okay.  All right.  And what was your role?

A  I was a medical director.

Q  You were the director there.  Okay.  And how long did you say you were there?

A  About three years.

Q  Okay.  And how come you moved from Emory?

A  My husband wanted to go back to Hawaii, and I promised him, once I had helped build a cancer center, if that's what he really wanted to do, that's what we would do.

Q  Okay.  So, back to Hawaii.  All right.  And when you went back to Hawaii, did you go back to



5 (Pages 14 to 17)

Page 18

Queen's Medical?

A   No.  First I started working at another hospital there, called, "Straub."

Q   Straub?

A   Hospital.  To help them with their quality-of-life program, at their cancer center.

Q   And were you also the director there?

A   Uh-hum.

Q   Okay.

A   (Deponent nodding in the affirmative.)

Q   And, how long were you at Straub?

A   I was there about -- for two years.

Q   Two years.  Okay.  And what was the reason for leaving?

A   I was recruited to Queen's, because they were building a new cancer center, and wanted help with their quality-of-life/cancer.

Q   So, you stayed in Honolulu?

A   Uh-hum.

Q   How long were you back at Queen's?

A   So, that was a total of five years, so, about. . .

Q   So, three more years?

A   Uh-hum.

Q   Okay.  And from -- what was your reason

Page 19

for leaving that place?

A   We felt like it was time to get back to the mainland, a little closer to family.

Q   Okay.  And where did you go from there?

A   Wyoming.

Q   Wyoming.  Was that closer to family?

A   Closer.

Q   Closer.  All right.  What did you do in Wyoming?

A   I briefly tried private practice.

Q   Oh.  How long how was that?

A   I did not like it.

Q   No?  Okay.  Could you tell me a little bit about it?

A   It was just lonely.  I liked working in hospitals and with colleagues.

Q   Okay.  So, when you went to private practice, you just had an office by yourself and people were coming to see you?

A   Uh-hum.

Q   Did your private practice have any LLC?

(Off the record.)

THE DEPONENT:  Okay.

BY MR. WHITNEY:

Q   Did it have a name at all?

Page 20

A   Sure.  It was just me.

Q   All right.  But, you didn't like private practice?

A   No.

Q   How long did you last in private practice?

A   A year.

Q   One year, okay.

A   Maybe even a little less.

Q   So, you stuck it out a little bit.  Okay.  Where did you go from there?

A   Colorado.

Q   Colorado.  Okay.  And what did you do when you came to Colorado?

A   Started working for Centura.

Q   Okay.  And around what year was that?

A   2012.

Q   2012.  Okay.  So, when you were hired, they were called, "Centura," at that time.

A   Yes.

Q   And, so, you have been employed -- you've been at the same place ever since?

A   Yes.

Q   So, for going on 13 years.  And what was your role when you first started there?

Page 21

A   Medical Director of Psychiatry.

Q   How long were you in that position?

A   I still am in that position.

Q   Okay.  That's your role?

A   That's one of my titles.

Q   Okay.  And when did you get any other titles?  Actually, let me ask, first, what other titles do you hold?

A   Medical Director of Well-Being.

Q   Okay.

A   Enterprise Medical Director of Well-Being.

Q   And when did you get that role?

A   2019/'20.

Q   Okay.  And what is the function of that role?  What did you do in that position?

A   I support physicians with their well-being.

Q   Okay.

A   And also APPs.

(Off the record.)

THE DEPONENT:  APPs, which is Advanced Program Providers.

BY MR. WHITNEY:

Q   And, so, was that after the time that

Page 22

Centura became CommonSpirit, that you stepped into that role?

A No.

Q Was that before or after?

A Before.

Q Before?

A It was before Covid. So, maybe it was 2018.

Q 2018. Okay. And, so, during 2022, who was your employer?

A Centura.

Q So, it was -- okay. It was Centura?

A Uh-hum.

Q And who did you report to during those three years?

A Yes. So, I initially reported to Dr. Sue Lee, as the medical director for employee positions.

Q Okay.

A And, then, by 2000, I became the medical director for all employees and aligned physicians.

Q Do you mean 2020?

A 2020. Sorry.

Q No. That's fine.

A But prior to that -- and I don't know exactly when it started -- but just at

Page 23

Penrose-St. Francis, I was not medical director for well-being there. So, maybe up to '17 or '18.

Q Where did you work, primarily? Did you work at Penrose?

A Until I became the Enterprise medical director, I worked mainly at Penrose and St. Francis.

Q And, then, after that, where did you work, primarily?

A I support all Centura -- I supported all Centura hospitals. There were 22. And now I support all CommonSpirit mountain region hospitals.

Q Okay. And when did your employer change, from Centura to CommonSpirit?

A I think it's been about a year and a half.

Q Year and a half. So, 2023, pretty much?

A Yes.

Q Okay.

A '22, '23.

Q Yeah.

A I think it was probably finalized in '23.

Q Okay. And did you have to sign any new agreements -- actually, let me take that back. So, in 2019, did you have to sign any new agreements, when CommonSpirit took over?

Page 24

A I don't think so. Not that I remember.

Q Okay. Did you have to report to any new executives or anything?

A Eventually. Probably about a year ago now.

Q So, a year ago?

A About a year ago, after we became CommonSpirit, my boss changed.

Q Okay. And who was your boss before?

A Dr. Sue Lee.

Q Dr. Sue Lee. And who, then, who's your boss now?

A Dr. Andy French.

Q Andy French. And how did your position change when CommonSpirit took over?

A I no longer supported several hospitals that were Adventist, and gained new hospitals, as we expanded into Utah.

Q Okay. And did any of your job duties change at all?

A No, uh-hum.

Q And, so, as of today, you are with CommonSpirit?

A Yes.

Q So, I am going to be referring to Centura

Page 25

for most of this deposition. That's the relevant time period.

A Okay.

Q When I do that, it means CommonSpirit. It just means, you know, during that relevant time period.

MS. McMANUS: We would object to that definition, because you just articulated that it was Centura during the relevant time period. So. . .

MR. WHITNEY: Yeah. That's what I am saying. I am going to refer to it as, "Centura," for the rest of the deposition.

MS. McMANUS: But it shouldn't include CommonSpirit.

MR. WHITNEY: I am not going to include CommonSpirit. I am going to be talking about Centura.

MS. McMANUS: Sorry. That's what I thought you said, separating out.

MR. WHITNEY: I'm going to be referring to Centura.

MS. McMANUS: Thank you.

BY MR. WHITNEY:

Q So, how did you find a position at Centura?

A I -- my husband and I decided we were



Page 26

interested in living in Colorado Springs. So, I called the hospital and asked if they needed a psychiatrist.

Q   Okay. And did you have to apply for it?

A   They were just about to post for that, so I -- yes, I had an interview, and I eventually was hired, and they had, I believe, they had probably looked at other applicants.

Q   Okay. And how did the interview process go?

A   Good. I met with someone who is in administration, who was either the CMO or the COO, I can't remember. He is no longer there.

Q   Okay. And how many interviews did you have?

A   With him? One, I believe. I also probably met with the CEO.

Q   Okay. And how long after the interview did you find out you were hired?

A   Oh, I don't remember. Probably three or four weeks.

Q   Oh, okay. And were you working in Colorado Springs, when you started?

A   Yes. At Penrose and St. Francis.

Q   All right. So, a second ago you said you were in private practice.

Page 27

A   Uh-hum.

Q   Can you explain the difference, besides just the loneliness aspect?

A   Uh-hum.

Q   Being in private practice versus working directly for that hospital.

A   Um, in private practice, I also saw oncology patients. And, so, I saw them in my office, and was paid directly, for each patient that I saw. And in my current role, I'm paid a salary for doing what I do.

Q   Okay. Is there any other differences, besides the pay?

A   The interactions, the -- the interactions, yeah.

Q   Okay.

A   Uh-hum.

Q   Now, when you were in private practice, did you ever have to take a loan from a hospital?

A   No.

Q   Okay. So, you were the medical director as well as the Enterprise -- I am sorry. What was that, Enterprise --

A   Medical Director of Well-Being.

Q   Okay. So, as the medical director, could

Page 28

you describe to me what your average day looks like?

A   Sure. Which medical director?

Q   The first one, not Enterprise, the actual --

A   Um, I oversee an outpatient clinic, and there are two nurse practitioners and two therapists. Those two nurse practitioners also see consults at the hospital.

Q   Okay.

A   And I'm their supervisor.

Q   And are those long days, would you say, like, long hours?

A   For me?

Q   Yes.

A   No.

Q   And how about the position as Enterprise medical director of well-being?

A   Uh-hum.

Q   Your day there?

A   So, day-to-day, I see -- I'm either working one on one, to help support physicians that are in distress, or working with groups of physicians that have dysfunction with their group.

Q   Uh-hum.

A   Or training physicians to be peer

Page 29

supports for their colleagues.

Q   Okay. And how about the hours; is that a lot of hours?

A   The training?

Q   For the Enterprise medical.

A   That's most of what I do.

Q   Okay.

A   Uh-hum.

Q   And how would you describe your experience working at Centura?

A   It's been great. They have been very supportive.

Q   Okay. And do you find, like, there's, like, there was opportunities for, like, advancement, and stuff like that?

A   Yes. I was asked to work, in my current position with well-being, as opposed to just at Penrose-St. Francis.

Q   Okay. So, you still like the position?

A   Uh-hum.

Q   Okay.

A   Yes.

Q   And how has the administrative staff treated you?

A   They have treated me well.

Page 30

Q   Okay.  And, so, you would say Centura has treated you fairly over the years?

A   They have been fair.

Q   Okay.  Anything you dislike about the position?

MS. McMANUS:  Object to the form.

BY MR. WHITNEY:

Q   You can still answer.

A   Anything I dislike about Centura?

Q   Yeah.

A   Not that I can particularly remember.

Q   Okay.  How about their pay?  Would you find the pay satisfactory?

A   I would certainly like a raise, but. . .

Q   Okay.  All right.  How about the benefits?

A   Yes.  Very -- fine.

Q   Okay.  What I didn't say earlier, whenever we need to take a break, or anything. . .

A   Okay.

Q   You can just let me know.  What I will do, I'll just finish my line of questions, and we'll take a quick break.  So, feel free to speak up, whenever.

A   Thank you.

Page 31

Q   So, how stressful would you say it is to work as a psychiatrist?

A   I can only speak for myself.

Q   Yeah.  Just for yourself.

A   I don't find -- I find it more rewarding than stressful.

Q   Okay.  Is there any stress that comes with the position?

A   Sure.

Q   Okay.  Could you describe that, just a little bit?

A   In my work as a psychiatrist?

Q   Yes.

A   There are patients that become homeless, have thoughts of suicide, so, there is the stress of doing all I can to help prevent suicides or self-harm.

Q   Okay.  How do you cope with the stress?

A   I have a great husband and I exercise.

Q   Okay.  All right.  And do you ever feel overworked?

A   No.

Q   Okay.  How do you define, "physician wellness"?

A   So, there is physician wellness and there's well-being.

Page 32

Q   So, then, let's track both of them. Let's start with the physician wellness.

A   So, physician wellness is what we originally called helping to support and nourish our physicians.  It's, when I think of wellness, I think of trying to get somebody healthy.

Q   Okay.

A   The new word is, "well-being" -- that's in quotes -- and it's more about not getting someone to wellness, but to promote their well-being.

Q   Okay.  So, physician wellness would be the actual, then, doctors being healthy; and, then, the well-being is the process of getting them there.

A   Actually, kind of a little bit different. With wellness, we are trying to make people well.

Q   Okay.

A   Well-being, we're trying to promote their --

Q   Oh, okay.

A   Wherever they are hopefully well.

Q   Okay.

A   Get them optimized.

Q   Okay.  And have you heard of the Physician Wellness Program at Centura?

A   Have I heard of it?

Page 33

Q   Yeah.

A   Yeah.

Q   And you were a member of the wellness team?

A   Yes.

Q   Okay.  Can you tell me a little bit about the program, the wellness program?

A   The wellness program is now called the, "Well-Being Program."

Q   Okay.

A   And it was put in place to help physicians deal with the stress of being a physician.

Q   And, how long has that been in existence?

A   So, that started, at Penrose-St. Francis, about 2017.

Q   And what did you do for the program?

A   So, I developed it.

Q   Okay.  So, you said you developed it. Can you expand on that just a little bit more?

A   Yes.  I noticed that physicians -- and I have noticed this since residency -- experience stress. I was concerned about it, and asked a group of physicians to meet with me, to brainstorm about what we can do to help physicians.

They asked for a way to better recognize



Page 34

and support their colleagues; and, then, we designed a training program, so that they could recognize and support their peers.

Q    Okay.

A    And, so, that's a big part of my program, along with me, individually, supporting physicians as well.

Q    Okay.  So, you had developed it with -- how many doctors did you develop that with?

A    It was me.

Q    It was mainly you?

A    (Deponent nodding in the affirmative.)

Q    Okay.

A    Yes.

Q    And were you the one in charge of it?

A    Yes.

Q    Do you feel that your program was successful?

A    Yes.

Q    Okay.  And how did you measure that success?

A    Initially, it was just based on physicians saying they were very happy about being able to go through training, and feeling good about being able to help their colleagues.  And, currently, we do

Page 35

engagement scales and a burnout scale.

Q    So, what is an engagement scale?  What is that?

A    It's part of a bigger survey, where one -- it's a couple of questions, based on, is a physician engaged in their work and their hospital.

Q    Uh-hum.

A    Are they happy with their team and their leader.

Q    Okay.  And how about the burnout scale?  What was the burnout scale?

A    In the past, it was the Maslach burnout scale.  And.

Q    What's the Maslach burnout scale?

A    It's a gold standard for measuring burnout in physicians.

Q    So, is that, like, a zero to 10, kind of like that?

A    It's, like, 22 questions where you rate -- yes, basically.

Q    Okay.

A    How you're doing.

Q    Do you remember any of the questions that are on that scale?

A    Not in particular.  I would be --

Page 36

Q    Yeah.

A    -- confabulating, if I tried to remember an exact question.

Q    That's understandable.  Okay.

(Pause.)

BY MR. WHITNEY:

Q    And how many physicians would you say you have encountered in that program?

A    In the well-being program?

Q    Yeah.

A    How many?  Well, I have trained over 200 physicians and APPs to be peer-coached trainers or peer-coached supporters.

Q    Okay.

A    Peer supporters.

Q    And during your time working with the physician wellness, you have encountered physicians who were suffering from burnout, right?

A    So, if a physician tells me they are suffering from burnout, that would be what I would believe and try to help them with.

Q    Okay.  And this wellness program was going on during the outbreak of Covid, right?

A    Yes.

Q    And that was 2020 through '21?

Page 37

A    (Deponent nodding in the affirmative.)

Q    And is it still in existence today, the program?

A    The program, yes.

Q    Now, was there a -- more of a need to focus on physician wellness during this time?

A    That -- I think everyone just became more aware that physicians were under stress and probably more stressed because they were busier.

Q    Okay.

A    (Deponent nodding in the affirmative.)

Q    Is that the only reason, just because they were more busy?  Any other reasons?

A    Oh, I think Covid itself was pretty scary.

Q    Okay.  And have you done any research or published any thoughts about how Covid had impacted doctors during that time?

A    I didn't do any research, no.

Q    Okay.  Have you done any writings or anything?

A    We had -- we had, yes.  Just about what we were doing to support our doctors during Covid.

MR. WHITNEY:  Okay.  I just want to introduce what is going to be marked as Exhibit 1.



Page 38

(Whereupon Deposition Exhibit No. 1 was marked for identification.)

BY MR. WHITNEY:

Q   Okay.  Have you seen that article before?

A   Yes.

Q   Okay.  And what is it, just for the record?

A   Sure, it's an article about what we did to help support physicians during Covid.

Q   Okay.

A   And employees, in general.

Q   And, if you can just look through it, I just want to make sure it's an accurate representation of that article.

(Whereupon the Deponent read the document.)

THE DEPONENT:  When was this published?  In 2020?

BY MR. WHITNEY:

Q   Yes.

(Whereupon the Deponent read the document.)

THE DEPONENT:  (Deponent nodding in the affirmative.)  Yes.

BY MR. WHITNEY:

Page 39

Q   All right.  Now, I highlighted a section on the second page there.

A   Uh-hum.

Q   It says that you had facilitated a group of physicians struggling with a matter related to the Covid 19; is that correct?

A   To -- yes.

Q   Okay.  Could you describe, broadly, what the doctors were struggling with?

A   Fatigue, stress, worry about getting Covid.

Q   Anything else?

A   Patients and families being more difficult, scared as well.

Q   Okay.  And what did Centura do, during this time, to assist in physician wellness?

A   To assist in physician wellness?

Q   Uh-hum.

A   I think it was every week, my boss did a town hall, to give updates to all physicians about what was going on, what they were doing.  Physicians were free to ask questions and make suggestions.

And, at each one of those, I gave them a, guys-just-do-it suggestion, as to what they could do to make themselves feel better and reduce their stress.

Page 40

Q   Okay.  So, you said you gave town halls?

A   I didn't give the town hall.  My boss did.  I was just there for my, guys, just do it.

Q   And, okay.  And did a lot of doctors attend?

A   Yes.

Q   Okay.  Could you describe a little bit more of what it was like, professionally, for doctors during Covid?

A   Um, professionally?  Depending on the profession, I believe some had more stress than others.

Q   Okay.  What doctors would you say had more stress than others?

A   Certainly emergency room physicians and ICU physicians.

Q   Any others?

A   Those were the two that really stand out to me.

Q   Okay.  And what else did you observe in your conversations with doctors?

MS. McMANUS:  Object to the form of the question.

BY MR. WHITNEY:

Q   Let me rephrase that.  What did you observe -- you, meaning in your conversations with

Page 41

doctors, how they were dealing with the stress?

A   Most of them were handling it very well.  At times, the thing that I probably heard the most was that they were exhausted.

Q   Did they describe any other emotions?

A   Worry.

Q   Worry.  Anything else?

A   I think, just worry.  Worry about their patients, themselves, and infecting their families when they came home.

Q   Okay.  And were you working at Penrose during this time?

A   That's when I was supporting all of the hospitals, so, I always continued to have my medical director role at Penrose.

Q   Uh-hum.

A   And have a small psychiatry clinic that I had continued during that time; and most of my work was Enterprise level.

Q   Okay.  Could you describe what the work environment was like, at Penrose, during that time, during Covid?

A   I was not at the hospital.

Q   Okay.

A   I worked primarily from home.



11 (Pages 38 to 41)

Page 42

Q   Okay.  Did you, yourself, notice that the doctors, during this time, were more depressed than usual?

A   I would have to see each of them individually, as a psychiatric patient, to make a diagnosis of depression.

Q   Okay.

A   So, I can't say that they were or were not depressed.

(Pause.)

BY MR. WHITNEY:

Q   Were you more often making that individual diagnosis about doctors during that time?

A   No, no.

Q   No.  Okay.  Did that surprise you at all?

A   The number of doctors that I saw, as psychiatric patients, was pretty small; and I didn't see many more during Covid.

Q   Did you notice that doctors suffered from more family issues during this time?

A   I believe they were just under more stress, in general, and that may have spilled outside of the hospital.

Q   Yeah.  Okay.  Anything like domestic abuse?

Page 43

A   With physicians and APPs?  No.

Q   No.  Okay.

A   There were no increases.

Q   Do you know if the doctors were working longer hours during Covid?

A   I think it depends on the specialty.

Q   Okay.  Let's say, like oncologists, were they working longer hours?

MS. McMANUS:  Objection, foundation.

BY MR. WHITNEY:

Q   Do you know if -- do you know if oncologists were working longer hours?

A   I really don't.

Q   Okay.  And did you notice that doctors suffered more from physician burnout during the Covid years?

A   I can tell you, nationally, that rates of burnout seemed to increase somewhat during that time.

Q   Okay.  How about at Centura?

A   It's -- that's difficult to answer, because we just started doing the burnout scales when Covid hit.

Q   Okay.  So, did you do that before Covid, speaking of the burnout scales, before or after Covid?

A   I think we did the first one in '21,

Page 44

second one in '22.

Q   Okay.  So, after Covid started?

A   Uh-hum.  (Deponent nodding in the affirmative.)

Q   And was Covid the motivation for starting those burnout scales?

A   No.

Q   What was the motivation?

A   Just as part of the well-being program. We wanted to see what hospitals had the most burnout; and, then, we were hoping to target those hospitals, to see if -- what we could do to support the physicians there.

Q   And, do you remember what hospital had the most burnout?

A   It was not Penrose-St. Francis.  I don't remember which one had the highest rate.

Q   That's fine.  During the Covid years, did you, yourself, experience any burnout?

A   Did I experience any burnout?

Q   Yes.

A   No.

Q   And, in your expert opinion, what would physician burnout be?  How would you define, "physician burnout"?

Page 45

A   Lack of empathy, fatigue, cynicism, loss of joy of the practice of medicine.

Q   So, lack of empathy.  Is that just not caring about patients?

A   Not being able to care.

Q   Okay.  And, then, fatigue, just them being overly tired?

A   Physically, uh-hum.

Q   Okay.  And how about the cynicism?

A   (Deponent nodding in the affirmative.)

Q   What do you mean by that?

A   An example would be a physician seeing someone for a high blood pressure, and saying to one of the nurses, "Well, if he wasn't so fat, this wouldn't be such a big deal."

Q   Okay.  And how about loss of joy?  What do you mean by that?

A   Feeling that they had -- that their work wasn't as meaningful.

Q   And why was physician burnout occurring?

A   I think that's a personal question; and different people might experience that, as well as someone else may not.

Q   Do you have any examples of how it could occur?



Page 46

A   How burnout could occur?

Q   How physician burnout could occur.

A   Again, I think it's very personal, so, someone may have a higher level of ability to tolerate not sleeping.

Q   Okay.  So, not sleeping could be a possible reason for burnout, physician burnout?

A   It certainly could contribute to one feeling more stressed.

Q   Okay.  And how does physician burnout, how does that impact doctors?

A   Again, they may not have so much enjoyment out of work.

Q   How does that affect their work, I should ask?  I'm sorry.

A   Potentially?

Q   Uh-hum.

A   It can -- someone who's under stress can have more errors, make more mistakes.

Q   Anything else?

A   Um, they may miss work.

Q   And when you say, "mistakes," would those be cognitive mistakes or physical mistakes?

A   I think it could be either, depending on the specialty.

Page 47

Q   Now, is physician burnout, is that a recent phenomenon?

A   No.

Q   Okay.  How long would you say that that goes back, with the idea of physician burnout?

A   I know Maslach designed the scale, initially, I want to say, in the '70s, for firefighters.  And, then, I don't know exactly when they had focused on healthcare providers.

Q   Okay.  And what was it like for you, during the Covid years, professionally?

A   Professionally, it was very -- it was rewarding to be able to support peers and help them.

Q   Did you find you were seeing more patients?

A   Not more physician patients or oncology patients.

Q   No?

A   No.  That stayed about the same.

Q   Okay.  And did you find you were more stressed than usual during that time?

A   I was very worried about getting Covid, yes.

Q   And how were you coping with that stress during that time?

Page 48

A   How was I coping with the stress of not getting Covid?

Q   Yeah.

A   I did not have to go into the hospital, so that really helped.

Q   Okay.  Stayed at home.  Anything else?

A   Continued support from my husband and exercise.  That's all.

Q   Did you usually stay away from people during that time?

A   Yes.

Q   Okay.  And when you did speak with doctors, was that remotely?

A   Almost always over Zoom or a telephone call.

Q   Okay.  And did Covid impact your work performance at all?

A   No.

Q   Okay.  And, is psychiatry more effective in person or remotely?

A   No.  I think Zoom is new enough that we don't have a lot of data about that yet.

Q   What do you think as far as, like, your opinion?

A   I think a lot of my patients are happy

Page 49

not to travel and are very happy with Zoom.

Q   And, how about for you?  Do you feel it's more effective or less effective?

A   From --

MS. McMANUS:  Object to the form.

THE DEPONENT:  Yeah.  It -- how would I know.

BY MR. WHITNEY:

Q   Your work performance.  Do you feel like you're helping them more or less, whether it's remotely or in person?

A   I feel like I'm practicing to the best of my abilities, no matter where I am, when I'm practicing psychiatry.

Q   Okay.  And how did Covid impact your family relationships?

A   It really didn't.

Q   It really didn't?

A   It really didn't.

Q   Okay.  How about family that wasn't near you?  Did that have any impact at all, Covid?

A   My parents are deceased.

Q   Sorry to hear that.  How about, like, other family, that you would normally see?

A   Uh-hum.  No.

MAGNA
LEGAL SERVICES

Page 50

Q   Okay.  All right.  Would you guys like to take a break, quick break?

A   I am okay.

Q   Okay.  Keep going.  Okay.  So, is it true that physician burnout is fairly common?

MS. McMANUS:  Object to the form and foundation.

MR. WHITNEY:  So, let me rephrase that.

BY MR. WHITNEY:

Q   Is physician burnout fairly common?

MS. McMANUS:  Same objections.

THE DEPONENT:  It's very individualized.

BY MR. WHITNEY:

Q   Okay.  Could you explain that just a little bit more, the individualized?

A   So, some patients -- some doctors may experience fatigue or frustration at their job, and not call it burnout, while some -- another physician may.

Q   Okay.  And, how can you tell when a doctor is suffering from physician burnout?

MS. McMANUS:  Objection.  Foundation.

THE DEPONENT:  Do you mean how --

BY MR. WHITNEY:

Q   Like, when you are speaking to them.

A   Uh-hum.

Page 51

Q   How can you tell they have burnout, they are suffering from burnout?

A   So, if I am not acting in my role as psychiatrist, if I am acting in my role as a supporter of physicians for well-being, if a physician says to me, "I'm burned out," then I believe them.

Q   What if they don't tell you that they are burned out?  How can you tell?

A   I can't.  They have to tell me how they are feeling, and, again, what they believe to be -- what they consider burnout to be.

Q   So, if the doctor tells you that they are burned out, you just believe them?

A   If I am just addressing them as support, if I am acting as support, and they tell me, "I am burned out," yes, I take their perspective, because that's what it is.

Q   Okay.  How do you think physician burnout should be treated?

A   Personally, if a physician says to me, "I'm burned out," the most common things that I would suggest includes things like exercise, meditation, mindfulness.

Q   You said, "mindfulness"?

A   Uh-hum.

Page 52

Q   Can you explain that?

A   Being more mindful and in the moment.

Q   Does it ever require more than exercise or mindfulness?

A   Again, it depends on the situation.

Q   Okay.  So, a situation where mindfulness is good, what else would help?

A   That's where I work with each physician, individually, to help them come up with the solution of what's going to be best for them.

Q   Now, I may have asked you this:  Was there a rise of physician burnout during Covid?

A   I believe there was, nationally.

Q   Okay.  Was the hospital aware of the rise of physician burnout during that time?

MS. McMANUS:  Objection.  Foundation.

BY MR. WHITNEY:

Q   Do you know if the hospital was aware?

A   I know that my boss was motivated to do all she could to help physicians that were dealing with stress; and that's why I was on the town halls, with me saying:  Just do it.

Q   And what if anything did the hospital do to help doctors suffering from burnout, aside from the town halls?

Page 53

A   I don't know, individually, what each hospital did; if CMOs at different hospitals did things individually, I don't know.

Q   Okay.  Do you feel the hospital did enough to accommodate doctors suffering from burnout?

A   I only know about the doctors that I supported, who had burnout.

Q   Uh-hum.  And do you think that the hospital did enough to help them?

A   I believe they tried their best.

Q   Okay.  And what did they do?

A   Again, each situation is individual, but, yeah.

Q   Okay.  Okay.  So, let's just take a few of them that come to mind.  Can you explain what the hospital -- just some examples of the doctors.  Can you explain what the hospitals were doing for them, just an example of a doctor?

A   Um, an example of a doctor who told their CMO that they had burnout.  The CMO would tell them, "Why don't you reach out to Di," or, "I'll connect you with Di," to get some initial support.

Q   Okay.  And, for support, would you just tell them, you know, to go and diet -- to meditate?  Is that what you would normally do?

MAGNA
LEGAL SERVICES

Page 54

A   Whatever, I helped them to come up with a plan that they thought was going to be most helpful for them.

Q   So, you relied on the doctor's judgment or your judgment?

A   Oh, on the doctor's.

Q   On the doctor's?

A   If a doctor says, "I don't like to meditate," I am not going to say, "You have to meditate," because that's not my role, as a supporter.

Q   And what is your role, as a supporter?

A   To give them a place to talk, to be -- to listen, and to, again, help them figure out what's going to be best for them, to decrease their stressors.

Q   And exercise, meditation and mindfulness is usually helpful to the doctors?

A   A lot of doctors, but others might tell me something different, that they plan on doing for their wellness, well-being.

Q   Okay.  And what are some other things you heard a doctor request?

A   Um, taking sometime off.

Q   And would you usually recommend that?

A   Well, I don't make recommendations.

Q   Okay.  Do you feel that that was -- that

Page 55

would be helpful for a doctor?

A   If some -- if a doctor said, "I really feel like a vacation would help."

Q   (Nodding in the affirmative.)  Okay.

A   Another might be, decided to spend more time with family.

Q   Okay.  And, how long did it take for a doctor to recover from physician burnout?  I understand it's individual.

A   I have no idea.

Q   Okay.  It's just different, depending on the person?

A   Uh-hum.

Q   Okay.  As far as, like, let's just say an individual, just an example, like, what would a timeline look like for them to recover?

MS. McMANUS:  Objection.  Foundation.

THE DEPONENT:  I really can't tell you.

BY MR. WHITNEY:

Q   And, in your experience, working with doctors, are they usually reluctant to come forward and let you know that they are -- to disclose their symptoms?

A   To come to me for support?

Q   Yeah.

Page 56

A   I don't talk with people about symptoms. They tell me how they are feeling, because, again, I'm not acting as a psychiatrist.

Q   Are they usually reluctant to do that or --

A   I think I have been pleasantly surprised at the number of doctors who feel comfortable either coming to me directly, or being introduced to me by their -- one of their colleagues or leaders.

Q   Okay.

MR. WHITNEY:  We'll take a break, quick break, for, like, five or 10 minutes.

MS. McMANUS:  That works.  Thanks.

(Recess.)

MR. WHITNEY:  So, we can go back on the record.  And you're, just so you know, you're still under oath.

MR. SABEY:  So, you got more?

(Off the record.)

BY MR. WHITNEY:

Q   All right.  All right.  So, do you know Dr. Peddada?

A   Yes.

Q   Okay.  How do you know Dr. Peddada?

A   He's a colleague at Penrose, because he

Page 57

works with cancer patients.  Both he and his partner referred patients to me over the years.

Q   Okay.  And do you know his partner as well?

A   Yes.

Q   Okay.  And how long have you known Dr. Peddada?

A   I think, 12 years.

Q   Still pretty much your whole time in Colorado?

A   Uh-hum.

Q   Do you remember meeting him for the first time?

A   No.  It could -- I couldn't postulate where it was, but I can't remember, exactly.

Q   Okay.  So, what is your impression of Dr. Peddada?

A   Well, I know him socially.

Q   Okay.

A   He's been to our home for parties.

Q   And, so, your husband knew Dr. Peddada as well?

A   Yes.

Q   And what's your husband's occupation?  I remember -- I think you said he was a doctor, right?



15 (Pages 54 to 57)

Page 58

A    He's a neurosurgeon.

Q    Neurosurgeon.  Okay.  And where does he work?

A    Now?  He's works at Metronic.

Q    And during that stage, 2019 to 2020, where was he working then?

A    Memorial Hospital.  Memorial Hospital is part of UC Health.

Q    And where is that?

A    In Colorado Springs.

(Off the record.)

BY MR. WHITNEY:

Q    Okay.  And, did your husband ever refer patients to Dr. Peddada?

A    I think he did.

Q    Okay.  How often, would you say?

A    I don't know that; that was my husband's business, not mine.

Q    Did he ever say why he would refer patients to Dr. Peddada?

A    Dr. Peddada is a radiology oncologist.  So, if one of my husband's patients needed a radiation oncologist, he's one of the radiation oncologists that he might refer to; but, honestly, I think there are radiation oncologists at Memorial, so that's probably

Page 59

where he mostly --

Q    That's what I was going to ask.

A    Yeah.

Q    So, if there were radiation oncologists at UC Health, why would he --

A    I don't know.

Q    -- refer to him?  Okay.  Have you heard anything about Dr. Peddada's work, as a radiation oncologist?

A    Only what Dr. Peddada's told me.

Q    Okay.  Have you heard anything about his reputation as a doctor?  I should probably ask that.

A    No.

Q    Never heard his reputation as a doctor?

A    No, no one's ever said, "Let me tell you about the reputation of Dr. Peddada."

Q    Okay.  Have you ever heard anything about his work?

A    Only what he's told me.

Q    Okay.  Are you aware of any awards that he's received?

A    No.

Q    Are you aware that he's ever used a doctor image on his billboards, or advertising materials?

Page 60

A    I remember seeing his picture on a poster.

Q    Are you aware that Dr. Peddada's spoke at a number of national and international conferences?

A    No.

Q    Okay.  Have you ever gone to any conferences with him?

A    No.

Q    Are you aware of any of Dr. Peddada's published clinical research?

A    No.  I've never read an article by him.

Q    Are you aware that he's written a number of them?

A    No.  I believe he mentioned articles that he's written in Tumor Board, but I don't know how many.

Q    So, you said you've socialized with him?

A    Uh-hum.

Q    Dr. Peddada?

A    And his wife.

Q    And his wife.  And all you know about his work is from what he's told you?

A    Uh-hum.  (Deponent nodding in the affirmative.)

Q    And, nothing from a, like, around the hospitals, like other doctors talking about him?

Page 61

A    I have not heard other doctors talking about him.

Q    Yeah.  Do you know anything about Dr. Peddada's reputation as a doctor?

A    No.  He -- no.

Q    Has your husband?

A    Only what Dr. Pedadda's told me.

Q    How about from your husband?  Has your husband ever spoke about him, as a doctor?

A    Uh-hum.

Q    Okay.

A    (Deponent shaking head in the negative.)

Q    Okay.  Do you know anything about Dr. Peddada's dedication to patients?

A    I would just be making assumptions.

Q    Okay.  Have you ever heard anything negative about Dr. Peddada, from any doctors?

A    No.  That wouldn't be a conversation I would have.

Q    Okay.  How about, have you ever heard that he was rude to staff?

A    No.

Q    Okay.

A    I was not located in his office, so I don't know about interactions.

MAGNA
LEGAL SERVICES

Page 62

Q   Okay.

A   At his office.

Q   Did you ever interact with Dr. Peddada at Penrose?

A   Yes.

Q   Okay.  And you never heard anything about Dr. Peddada being short-tempered or difficult to work with?

A   No.  Again, I don't have conversations with doctors, usually, about other doctors.

Q   Okay.  And, so, you had an interview with Dr. Peddada on May 2nd of 2022?

A   An interview?

Q   When Dr. Peddada came to you to talk about his symptoms.

A   I never saw him.  We spoke on the phone once.

Q   I'm sorry.  Yeah.  That's right.

A   We spoke on the phone once.

Q   Okay.

A   And I don't remember the date, so, whatever you're telling me.

Q   Okay.  Do you know Dr. Munni Setty?

A   No.

(Off the record.)

Page 63

THE DEPONENT:  Just, I have a question.
BY MR. WHITNEY:

Q   Yeah.

A   Is that a radiation oncologist or --

Q   Well, actually I was going to ask if Dr. Setty -- I am just going to call her, "Dr. Setty."

A   Dr. Setty is a primary care doctor.

Q   I'm sorry.  I am going to change the name, because I have, like, I have a hard time pronouncing it myself.  So, do you know Dr. Setty?

A   I have met her on a couple of occasions.

Q   Okay.  And who is she?

A   She is a primary care doctor.

Q   And how do you know her?

A   I have seen her in the hospital, when I used to do floor consults.

Q   And did Dr. Setty refer Dr. Peddada to you, to speak to you?

A   I believe that's what Dr. Peddada said.

Q   Okay.  And, is it common for primary care physicians to refer their patients to you, to talk to you?

A   Um, no.

Q   Okay.  And why did you interview him that day?

Page 64

A   I didn't interview him.

Q   Why did you guys speak?

A   To offer support.

Q   Okay.  And what support did you offer him?

A   He was stressed; so, as usual, I asked what might be helpful for him, as he's going through his stress; and I listened to his stress issues.

Q   Okay.  And what did he describe to you?

A   He told me he was burned out.

Q   Okay.  And anything specific that he was, besides just being burned out, anything specific?

A   I can't remember exactly.  He just said he was really burned out.

Q   Do you remember any reasons why he said he was burned out?

A   That he was working too hard.

Q   Anything else?

A   I remember him saying he didn't feel like he was spending enough time with his family.

Q   Anything else?

A   That he just needed time away.

Q   And, so, you know, like Dr. Peddada, you've spoken to him on a number of occasions, correct?

A   Socially over the years and about cancer

Page 65

patients.

Q   What did you speak on when you spoke about cancer patients?

A   Um, so, all of the oncologists, and the radiation oncologists, occasionally get patients that experience depression or anxiety dealing with their cancer; and they would send them to me; and I would see them as a psychiatrist, the cancer patients.  And, then at times, we would discuss what I had suggested, or I was going to put them on medication.

Q   Okay.  Did you find Dr. Peddada to be a knowledgeable doctor?

A   Well, when I spoke with him, yes, he was knowledgeable.

Q   I don't mean on May 2nd, when you spoke to him.  I mean just, like, in general.

A   No.  At Tumor Boards --

Q   Yeah.

A   -- he seemed knowledgeable.

Q   Okay.  And you've heard him speak at Tumor Boards, you say?

A   Yeah, in discussion.  It's a multi-disciplinary group of physicians.

Q   Okay.  What did you think of him, as a doctor, based on what you were hearing?

Page 66

A   He seemed very confident.

Q   Would you also say, very intelligent?

A   I remember him talking about articles, with regard to treatments for patients.

Q   Okay.  Did you recognize anything different in his voice when you spoke to him?

A   Um --

MR. SABEY:  Object to the form.

THE DEPONENT:  Do you mean when we had the phone call?

BY MR. WHITNEY:

Q   Yeah.  When you spoke to him on the phone, did you recognize anything different?

A   About his voice?

MS. McMANUS:  Form objection.

BY MR. WHITNEY:

Q   Just when you spoke to him.

A   Do you mean -- what do you mean?

Q   When he spoke to you, did he seem more depressed than usual?

A   He often speaks quickly, and I didn't think it was different from his usual speaking.

Q   You didn't notice anything different?

A   No.

Q   So, it was the regular Dr. Peddada when

Page 67

you spoke to him?

A   Yes.

Q   Okay.  And he said he needed time away?

A   Yes.

Q   Okay.  What did he say about needing time away?

A   That he was burned out.

Q   Okay.  And that was it?

A   Uh-hum.  (Deponent nodding in the affirmative.)

Q   Did he say how long he needed to go away?

A   I don't -- I know that I found out, or he might have told me, then, I guess, he did tell me, then, he was going to take three months, which is kind of surprising, because I've never spoken to another physician who was burned out who actually even took medical leave for burnout, let alone took three months.

Q   So, after you said spoke to him, what did you determine?

MS. McMANUS:  Object to the form.

BY MR. WHITNEY:

Q   Okay.  Did you yourself determine that he was suffering from burnout?

A   So, I wasn't acting as a psychiatrist at that point, so I would not be making a diagnosis.

Page 68

Q   Okay.

A   And burnout is not a psychiatric diagnosis.  It's not in the DSM-5-TR.

Q   Who would determine if a doctor was burned out?

MS. McMANUS:  Objection.  Foundation.

BY MR. WHITNEY:

Q   Do you know who would determine if a doctor was burned out?

A   If a doctor was seeing a clinician, that they might say that.  That's not what, as a psychiatrist, I would not, again, I would not diagnose someone -- anyone who's, using the DSM-5-TR for a diagnosis, would not diagnose someone with burnout.

Q   What would they diagnose them?

A   I don't know.

Q   Okay.

A   Again, I think it would all depend.

Q   Because you did say earlier that burnout can lead to mistakes?

A   Uh-hum.

Q   Cognitive and physical.  As a psychiatrist, do you think time away is helpful?

A   That's so individualized.

Q   Okay.  Well, let's talk about Dr. Peddada

Page 69

from the interview that --

A   Uh-hum.

Q   -- that you had with him.  Would that have been helpful for him?

A   I was not acting as a psychiatrist. So. . .

Q   Okay.  And, so, your role in that was just to listen to him?

A   Uh-hum.  Give support.

Q   Okay.

A   Incentive.

Q   And did the hospital want him to speak with you as well?

A   Dr. Plauth, the CMO, also suggested to him that we talk.

Q   Okay.  Did he ever tell you why he wanted Dr. Peddada to speak to you?

A   Because Dr. Peddada told him he was burned out.

Q   Okay.  And, then, if a doctor were to tell Dr. Plauth that they were burned out, then those doctors would come to you?

A   That --

MS. McMANUS:  Objection.  Foundation. Sorry.

MAGNA
LEGAL SERVICES

Page 70

THE DEPONENT: That would be one option.

BY MR. WHITNEY:

Q Okay. And you would usually listen to the doctor?

A Uh-hum. (Deponent nodding in the affirmative.)

Q Okay. And, then, what is your role after that? After you've heard the doctor and they have expressed that they were burned out, what is your role after that?

A Helping them come to a solution, or some ideas about what's going to be most helpful for them, based on them, individually.

Q Okay. So, you listen, and, then, you try to help them come to a conclusion, as far as --

A Uh-hum.

Q -- treatment?

A Uh-hum.

Q Okay.

A (Deponent nodding in the affirmative.)

Q And did you do that with Dr. Peddada?

A I just had that one phone call, and I remember encouraging him, if he needed a break, he should take a break.

Q Okay. And did you speak with Dr. Plauth

Page 71

after you spoke with Dr. Peddada?

A He was the same -- I spoke to him frequently.

Q Yeah. Did you speak to him about Dr. Peddada?

A I think I let him know I spoke with Dr. Peddada.

Q Okay. And Dr. Peddada found that leave would be necessary for him to function as a doctor?

MS. McMANUS: Objection. Foundation.

BY MR. WHITNEY:

Q Did Dr. Peddada say that he found leave would be necessary?

A He explained to me that he was taking leave, because he felt burnt out.

Q Okay. And, then, you listened to him?

A (Deponent nodding in the affirmative.)

Q And you agreed with him?

A I didn't agree with him. He said what he said was the problem, and, then he actually came up with the solution. I didn't really have to say, well, give me some examples of what might be helpful for you. He said he was taking a leave.

Q Do you normally do that, or do you just, normally, just listen?

Page 72

A It's very individual, depending on what someone needs.

Q Okay. Well, have you ever done that in the past? Have you ever questioned whether a doctor actually had burnout?

A If my job is to be the support for the doctor, who said he or she has burnout, I don't question that, because, again, that's their perception, so that's the issues we're going to talk about.

Q Okay. So, if a doctor comes to you, and said, "I am burned out, I need leave," your role is just to support that?

A I make no decisions about if someone can or can't have medical leave.

Q Okay. I think I might have asked this a second ago, but, did Dr. Plauth give a reason that Dr. Peddada needed to speak with you?

A He was burned out.

Q And that was it?

A Uh-hum. (Deponent nodding in the affirmative.)

Q And he didn't ask anything regarding whether he was burned out? Just that, talk to him because he's burned out?

A (Deponent nodding in the affirmative.)

Page 73

Yes.

Q Okay. And did you offer any suggestions to Dr. Peddada, besides the medical leave?

A I offered one suggestion, and that was, if he needed additional support, or psychiatric support, that CPHP, the Colorado Physician Health Program, was available.

Q Okay.

A That's typical for me to bring that up.

Q Did you find his request unusual?

A The length of time, I did.

Q Just the request to leave?

A Unusual from other physicians that I had worked with, yes. I've not had other physicians say, "I am burned out. I need to take medical leave."

Q Would that be a zero, like, no doctors ever said that?

A As far as I can remember, specifically taking leave for burnout, yes.

Q Did you think leave would be helpful for him?

A He thought it would, and that's all that mattered.

Q Okay. And, as far as burnout goes, should a doctor, suffering from burnout, actually go

MAGNA
LEGAL SERVICES

Page 74

and see a doctor that could help him with that, or should they just go to you for support?

MS. McMANUS: Object to the form.

THE DEPONENT: Can you explain that a little bit?

BY MR. WHITNEY:

Q   If a doctor is suffering from burnout, should they actually go and see a doctor or psychiatrist?

A   It's a -- very individualized, depending on what they need.

Q   Okay. In your experience, is it common for doctors, that are suffering from burnout, to actually go and seek medical help?

MS. McMANUS: Object to the form.

THE DEPONENT: Yeah. I wouldn't know.

BY MR. WHITNEY:

Q   No? Like, if the doctor is suffering from burnout?

A   Uh-hum.

Q   Is it common, in your experience, that they are -- they spoke with a psychiatrist before they spoke with you?

A   Is that common? I wouldn't even necessarily know that, unless they had volunteered that

Page 75

information. So, I can't say how common it is.

But, if they were seeing a psychiatrist, it wouldn't be -- they wouldn't be seeing them for burnout, because it's not a psychiatric diagnosis.

Q   What would they be seeing them for?

A   I don't know.

Q   And Dr. Peddada saw Dr. Setty before he saw you?

MS. McMANUS: Objection. Foundation.

BY MR. WHITNEY:

Q   Do you know if -- did Dr. Peddada tell you that he saw Dr. Setty before he saw you, or talked to you?

A   I think so. I think he had told me that he saw Dr. Setty, and she also thought that we should talk.

Q   And did he tell you about what she said to him?

A   I can't remember, but I saw, in the records, so, that's -- it -- that's when I know she had put him on a medication.

Q   Did he show you that record?

A   No. That was part of the documents that I had reviewed.

Q   Okay.

Page 76

MR. WHITNEY: So, I would like to introduce this as an exhibit, but I would like to have this as confidential. You want a few seconds to look that through?

(Whereupon the following proceedings were excerpted and are under separate cover.)

Page 98

MR. WHITNEY: And just a reminder, you are still under oath.

THE DEPONENT: I am under oath.

MR. WHITNEY: I did not get to find the document, but I do have this is the regular document, just the regular document.

BY MR. WHITNEY:

Q   And, so, Dr. Peddada came and he said he needed medical leave, or he needed leave away from work.

A   Okay.

Q   Is that correct?

MS. McMANUS: I'm sorry. Object to the form.

BY MR. WHITNEY:

Q   Dr. Peddada, when you spoke to Dr. Peddada, did he tell you that he needed leave?

A   He said he was going to take med --

Q   Take leave?

A   Medical leave, yeah.

Q   And have you -- do you know whether he took that leave?

A   I did not, but, obviously, he did.

Q   Okay. Okay. And you said you worked in-house before, as a physician, and that was before



Page 99

you worked with Centura?

MS. McMANUS:  Object to the form.

BY MR. WHITNEY:

Q   So, you worked as in-house from -- or you worked -- excuse me, not in-house, you worked in private practice before you worked with Centura.

A   In Wyoming, is that what you are referring to?

Q   Just in your history of working as in private practice.

A   When I was in Wyoming?

Q   Yes.

A   I was in private practice.

Q   Okay.  And you understand that Dr. Peddada was working with -- was preparing to work with Centura --

MS. McMANUS:  Object to foundation.

BY MR. WHITNEY:

Q   -- based on what I had showed you before?

A   This is -- I've never seen anyone else's agreement before, other than mine, so. . .

Q   Okay.  So, you understand that Dr. Peddada was on medical leave.  While he was on medical leave -- actually, what I'll do, you said you know Dr. Plauth, right?

Page 100

A   I knew him, yep.

Q   Okay.  And who is Dr. Plauth?

A   He was the CMO.

Q   Okay.  And what is a CMO?

A   Chief Medical Officer.

Q   And would you consider him a friend?

A   Dr. Plauth?  I've never done anything socially with him.

Q   Okay.  Have you ever had a bad experience with him?

A   No.

Q   And how about Eric Koval?  Do you know who he is?

A   Eric Koval?

Q   Koval.

A   Koval?  No.

MR. WHITNEY:  Okay.  So, we'll introduce this as Exhibit 5.

(Whereupon Deposition Exhibit No. 5 was marked for identification.)

BY MR. WHITNEY:

Q   This is -- I will give you a quick second, just to look at that.

A   Okay.

(Whereupon the Deponent read the

Page 101

document.)

THE DEPONENT:  Okay.

BY MR. WHITNEY:

Q   So, the first e-mail, which is on the second page there.

A   Oh, okay.  April 26th.

Q   Yes.  It's from Dr. Peddada to William Plauth and to Eric Koval.  And here he's stating, Dr. Peddada is upset at Dr. Monroe and describing his burnout as a mental health issue.  Did you see that there?

MS. McMANUS:  Object to the form.

BY MR. WHITNEY:

Q   I will read it to you.  It says, "Please talk to Dr. Monroe and advise him to be careful with the language he is using.  I never said I have a mental health issue.  I only said I have the health issue necessitating a medical leave of absence.  He needs to be careful not to be slanderous."  Do you see that?

A   I do.

Q   Okay.  And, then, a second e-mail is a response from William Plauth, that's on the first page there.

A   Okay.

Q   That's on April 27th, which is a day

Page 102

later.  He states, "We need to arrange a discussion about your request and implications to the practice ASAP.  Dr. Albert needs to be a part of this discussion as well as anyone else he believes needs to be included."  Do you see that?

A   Yes.

Q   Do you know Dr. Robert?

A   Dr. Albert?

Q   Dr. Albert.

A   Yes.

Q   And who is Dr. Albert?

A   I may get his title confused a bit, but the Enterprise medical director oncologist.

Q   Would you consider him a friend?

A   Never done anything associated with him.

Q   Okay.  Never had a bad experience with him?

A   No.

Q   And based on this e-mail, do you have any idea why he needs to be part of that discussion?

MS. McMANUS:  Object to the foundation.

THE DEPONENT:  No.  I wouldn't be involved in that.

BY MR. WHITNEY:

Q   Okay.  All right.  And back to Dr.

21 (Pages 99 to 102)

MAGNA
LEGAL SERVICES

Page 103

Setty's diagnosis here, I think you have that there.

A    Yes.

Q    Okay.

A    Last couple of pages?

Q    Yeah.  The part under Diagnostic Studies, and they recommend that he take leave, correct?

MS. McMANUS:  Objection.  Foundation.

THE DEPONENT:  I am just reading what --

BY MR. WHITNEY:

Q    What she says, "I would strongly recommend the patient to take the next three months off to regroup and rejuvenate, so he can go back to work full time with a very fruitful career in July of 2022."

A    Okay.

Q    Okay.  And you're aware that Dr. Peddada was taking medical leave?

A    He told me he was applying for it.  That was the last conversation I had -- the one and only conversation I had with him.

Q    The one conversation.  And then, after, did you speak to Dr. Plauth, as far as Dr. Peddada saying he was going to take leave?

A    All I said to Dr. Plauth is that I spoke with Anuj.

Q    That you spoke to --

Page 104

A    Anuj.

Q    Did you tell Dr. Plauth he was going to take leave?

A    No, because -- no.

Q    Okay.  So, I was showing you the agreement, which was marked as 3C.

A    This one?

Q    Yes.  Now, for someone on medical leave, and your opinion, as a doctor, someone on medical leave, should they have to negotiate and read through a document and make a decision while they are on medical leave?

MS. McMANUS:  Object to the form.

THE DEPONENT:  I honestly --

MS. McMANUS:  And foundation.

THE DEPONENT:  I would not know.  I am not involved in anything that has to do with medical leave.

BY MR. WHITNEY:

Q    If someone -- if someone was on medical leave, should they have to go through an entire agreement like this, have to make a decision and negotiate while they are on medical leave?

MS. McMANUS:  Same objections.  Form and foundation.

Page 105

BY MR. WHITNEY:

Q    As a doctor.

A    It would depend on if they were on medical leave because they lost their vision in an accident; they couldn't read the document.

Q    Let's just keep it to Dr. Peddada.

A    Uh-hum.

Q    Someone that's suffering from burnout.  Should they have to go through this whole Physician Employment Agreement and make a decision while they are on medical leave?

MS. McMANUS:  Same objections.  Form and foundation.

THE DEPONENT:  I really -- I can't comment.

BY MR. WHITNEY:

Q    Okay.

A    It would just be my personal --

Q    So, how about in your personal.

A    Personally, I can't see why anybody couldn't read a document that was crucial to their employment.

Q    And why was it crucial?

A    Sounds like, according to this, it has to be answered ASAP.  That's what made me think it was

Page 106

crucial.

Q    So, while they are on medical leave, they should respond to that ASAP, while they are on medical leave?

A    I would.

Q    You would.  Would doctors that are suffering from physician burnout do that?  I know you said you haven't --

A    I don't know.  I've never had another doctor on medical leave for burnout.

Q    So, one of the symptoms you mentioned of burnout was cognitive and -- the chance of making cognitive and physical mistakes.

A    Uh-hum.

Q    Wouldn't there be a chance that he could make a mistake, or miss something, while he's reading this, while he is on medical leave?

MS. McMANUS:  Object to the foundation.

THE DEPONENT:  I would just be hypothesizing.

BY MR. WHITNEY:

Q    What would your hypothesis be?

MS. McMANUS:  The same objection.

THE DEPONENT:  I don't know.

BY MR. WHITNEY:

MAGNA
LEGAL SERVICES

Page 107

Q   Okay.  And, what have you heard about Dr. Peddada's termination?

MS. McMANUS:  Objection.

BY MR. WHITNEY:

Q   Or the retractment of the offer?

A   All I knew is that Dr. Peddada is not currently working for CommonSpirit.

Q   And when did you find that out?

A   I don't know exactly.  I just -- I know that he left for medical leave, and I haven't seen him since.

Q   Okay.  Who did you hear that from, that he wasn't going to be with Centura anymore?

A   Dr. Albert.

Q   Should doctors work when they are on medical leave?

MS. McMANUS:  Object to the foundation.

THE DEPONENT:  I don't --

BY MR. WHITNEY:

Q   Just your opinion, as a doctor.

A   I honestly don't know what the definition of CommonSpirit's/Centura medical leave says.  So, I don't know.

Q   So, in your experience, as a doctor, what is medical leave to you?

Page 108

A   In my experience with patients that -- during medical leave, they would spend a lot of time seeing their therapist and their psychiatrist, and trying to get through the stressors and the issues that are causing medical leave.

Q   And, then, should they work during that leave as well?

A   I think, again, that would be up to the patient.

Q   That would be up to the patient?

A   I would think so.  I don't know.  Again, I don't know -- I don't know if they are prohibited from working when they are on medical leave.  I don't know.

Q   And, in Dr. Peddada's case, as we saw, there, the doctor recommended time away from work.

A   Uh-hum.

Q   Should Dr. Peddada not be listening to his doctor?

MS. McMANUS:  Object to the form and foundation.

THE DEPONENT:  Yeah.  I don't understand how it's connected.

BY MR. WHITNEY:

Q   Dr. Pedadda is saying that he needs time

Page 109

away.  Should he not listen to his doctor?

MS. McMANUS:  Same --

BY MR. WHITNEY:

Q   And still continue to work?

MS. McMANUS:  Same objections.

THE DEPONENT:  Yeah.  I didn't know if he was working or not working while he was away.

BY MR. WHITNEY:

Q   So, what I am asking is, should he have to go through this whole agreement -- this is part of his job.

A   Uh-hum.

Q   Should he have to go through this whole agreement, while he is on medical leave?  Just your opinion, as a doctor.

MS. McMANUS:  Same objections.  Form and foundation.

THE DEPONENT:  I'm thinking that your question was, if the doctor tells you to do something, you absolutely have to do it, and that's not true.

BY MR. WHITNEY:

Q   Yeah.  I was asking, should he have to work during medical leave?  That's all I was asking.

A   Right.  I don't know about what -- the discussion that he had, and Dr. Setty had, or anything

Page 110

about him getting the medical leave that -- I don't know if they talked about work or not.

BY MR. WHITNEY:

Q   Going back to what Dr. Setty said, she said he needed time away from work, and that he can return, and that would help him recover --

A   Uh-hum.

Q   -- from physician burnout, and he's taking advice from his doctor.

A   Uh-hum.

Q   That he should not be working at that time.

A   Okay.

Q   Should he not listen to his doctor?

MS. McMANUS:  Asked and answered.

THE DEPONENT:  It's up to him whether he listens to his doctor or not.

MR. WHITNEY:  I am going to introduce one last exhibit, and, then, that will be it -- actually, one more question.

BY MR. WHITNEY:

Q   Do you know Dr. Caryn Baldauf?

A   Yes.

Q   Who is Dr. Baldauf?

A   She was the Chief of Staff.  She's a

MAGNA
LEGAL SERVICES

Page 111

hospitalist.

Q   Okay.  And what is her role there?  You said she was staff?

A   She was staff.

Q   And what does she do, as chief of staff?

A   Works with all of the doctors.  I don't know the exact job description.

(Whereupon Deposition Exhibit No. 6 was marked for identification.)

BY MR. WHITNEY:

Q   Have you ever seen that before?

A   No.  Uh-hum.

Q   Okay.  So, this is a letter from Dr. Caryn Baldauf to Dr. Peddada.

A   Okay.

Q   At the top, it says, "Thank you for submitting your request for medical leave.  I am sorry that you are going through this difficult time and hope that you are able to get the care that you need."  And this is on May 5th.

A   Okay.

Q   And, then, I want to say, second paragraph, in the middle.

A   Uh-hum.

Q   You will see a sentence, "We are

Page 112

requiring you to contact the CPHP to arrange for an assessment within the first 30 days."  Do you see that?

A   I do.

Q   Okay.  And, then, here at the top, "As you know, one of the responsibilities of the chief of staff is to grant a leave of absence. . ."  Do you see that?

A   Yes.

MS. McMANUS:  Object to the form -- I'm sorry -- the foundation.

BY MR. WHITNEY:

Q   So, based on this document, his medical leave was approved, based on that document?

MS. McMANUS:  Object to the foundation.

THE DEPONENT:  Are you asking me if this is approval?

BY MR. WHITNEY:

Q   Yeah.  Of his medical leave.

A   It does look like an approval to me. That's just my opinion.  I've never seen one of these before either.

Q   Okay.  Then it states, "As outlined, the request for reinstatement must be accompanied by an appropriate report from the individual's healthcare practitioner indicating that they are capable of a

Page 113

return to duty."

A   Okay.

Q   And, then, the last line, it states, "I hope that you are able to get the care that you need to return to our medical staff."

A   Okay.

Q   Yeah.

MR. WHITNEY:  So, then, this will be the last exhibit that I will -- yes.

(Whereupon Deposition Exhibit No. 7 was marked for identification.)

(Whereupon the Deponent read the document.)

BY MR. WHITNEY:

Q   Have you seen that before?

A   Nope.

Q   I'll represent to you that this is an e-mail, from Dr. Samuel Weller to Dr. Peddada.  Do you know Samuel Weller?

A   I don't.

Q   Okay.  The e-mail states, "Please find the attached letter regarding your offer of employment for Centura Health Radiation Oncology."  Then it says, "If you have any questions, please feel free to reach out to Jeff Eric or I."

Page 114

Now, if you turn to the next page, you get the letter that was referenced in the e-mail.  Have you seen that letter before?

A   No.

Q   Do you know who Jason Tacha is?  Am I saying that right?  Tacha?

A   I think it's Tacha.

Q   Tacha.  Okay.

A   He was the president.

Q   And what was his role there?  Former president?

A   He's not there anymore.

Q   Okay.  Did you know him at all when he was there?

A   I met him.

Q   And what was your impression of him?

A   He was nice.

Q   Did you ever have a bad experience with him?

A   No.

Q   And you see the top, where it is dated, May 9th, 2022?

A   Yes.  Uh-hum.

Q   I am going to read part of it here for you.  It's in the second paragraph:  This letter is to

MAGNA
LEGAL SERVICES

Page 115

acknowledge that you declined employment, effective July 1st, 2022, by failing to execute the Physician Employment Agreement sent to you on April 26th, which represented Centura Health-Penrose-St. Francis Health Services offer of employment with a start date of July 1st.

Then it says, "For the avoidance of doubt, Hospital is treating your failure to execute the Employment Agreement as a rejection of its offer. Hospital is not extending a revised offer. . ." Did you see that?

A   Yes.

Q   And it states, as an additional reason here, that, ". . . you failed to execute the proposed Confidential Settlement, Waiver and Release Agreement intended to resolve any and all outstanding issues with respect to radiation oncology." Now, this was dated on the 9th.

A   Okay.

Q   And the last exhibit that I had showed you, that was on the 5th.

A   Okay.

Q   That approved his medical leave.

A   Oh, okay. So, I am asking, is this approval of medical leave?

Page 116

Q   Yes.

A   All right.

Q   Now, have you ever known a doctor's offer for employment retracted while on medical leave?

MS. McMANUS: Objection. Foundation.

THE DEPONENT: No, I never dealt with that before.

BY MR. WHITNEY:

Q   Okay. And, as a doctor, as a psychiatrist, would you recommend medical leave to a doctor, suffering from burnout, if there was a potential that he could be terminated or have his offered rejected on leave?

A   I would never treat --

Q   I'm sorry. I'm sorry.

A   Never give a diagnosis --

(Off the record.)

MS. McMANUS: I objected on form and foundation.

MR. WHITNEY: Okay.

THE DEPONENT: As a psychiatrist, I don't use burnout as a diagnosis. So, that is kind of moot.

BY MR. WHITNEY:

Q   Well, based on Dr. Setty's diagnosis, do you feel Dr. Peddada's offer should have been

Page 117

retracted?

MS. McMANUS: Objection. Form and foundation.

THE DEPONENT: That was Dr. Setty's evaluation, so I can't -- it's not mine.

BY MR. WHITNEY:

Q   So, should an offer be retracted if someone is on medical leave?

MS. McMANUS: Objection. Form and foundation.

THE DEPONENT: I don't -- I don't know if there's a law about that. I don't know.

BY MR. WHITNEY:

Q   Just in your --

A   Well --

MS. McMANUS: Asked and answered, and, also, form and foundation. Same objections.

THE DEPONENT: I don't know.

BY MR. WHITNEY:

Q   I'm not sure if I asked this question, but I only have one or two more. Do you think it was wrong for Dr. Peddada to follow his doctor's recommendation?

MS. McMANUS: Same. Object to foundation.

Page 118

THE DEPONENT: Well, I can't comment on that.

BY MR. WHITNEY:

Q   And, last question, so, how difficult would it be for him, for Dr. Peddada, to reestablish his reputation, that he had worked so hard for, after being terminated?

MS. McMANUS: Objection. Form and foundation.

THE DEPONENT: I don't know anything about a problem with reputation.

BY MR. WHITNEY:

Q   All right. So, he is no longer with Centura.

A   (Nodding in the affirmative.)

Q   Not on his own accord. How hard would it be to reestablish his reputation?

MS. McMANUS: Objection.

BY MR. WHITNEY:

Q   After that?

MS. McMANUS: Form and foundation. Sorry, Crist.

THE DEPONENT: Yes. So, I don't know -- I don't know.

BY MR. WHITNEY:

MAGNA
LEGAL SERVICES

Page 119

Q  Okay.

A  It has to do with personality.

Q  So, let's just say, just one example, a doctor is terminated, in their 50s.  How hard would it be for them to reestablish their reputation they had built over the years?

MS. McMANUS:  Objection.  Foundation.

THE DEPONENT:  Depends on the person.

BY MR. WHITNEY:

Q  Okay.

A  And their personality.

Q  You don't think it would be harder for someone, in their 50s, to build the reputation that they have been building, as a doctor?

MS. McMANUS:  Objection.  Foundation and form.

THE DEPONENT:  No.

BY MR. WHITNEY:

Q  Okay.  All right.  That's it.  Thank you, Dr. Thompson.

(Off the record.)

MS. McMANUS:  No.  I don't believe so.

(The Deposition of Diane Thompson, MD concluded at 1:15 p.m. on August 28, 2024.)

Page 120

I, DIANE THOMPSON, MD, do hereby certify that I have read the foregoing transcript and that the same and accompanying amendment sheets, if any, constitute a true and complete record of my testimony.

_____
Signature of Deponent

( )  No amendments
( )  Amendments attached

Subscribed and sworn to before me this
_____ day of _____, 20___

Notary Public:_____
Address: _____
_____

My Commission expires _____
Seal:

HSW

Page 121

REPORTER'S CERTIFICATE

STATE OF COLORADO)

COUNTY OF DENVER )

I, Harriet S. Weisenthal, do hereby certify that I am a Registered Professional Reporter and Notary Public within the State of Colorado; that previous to the commencement of the examination, the deponent was duly sworn to testify to the truth.

I further certify that this deposition was taken in shorthand by me at the time and place herein set forth, that it was thereafter reduced to typewritten form, and that the foregoing constitutes a true and correct transcript.

I further certify that I am not related to, employed by, nor of counsel for any of the parties or attorneys herein, nor otherwise interested in the result of the within action.

In witness thereof, I have affixed my signature and seal this 7th day of September, 2024.

My Commission expires September 7, 2026.

_____
Harriet S. Weisenthal



26 (Pages 119 to 121)

| A |
| --- |

**a.m**
 2:4
**abilities**
 49:13
**ability**
 46:4
**able**
 4:21 34:23,25 45:5
   47:13 111:19 113:4
**absence**
 101:18 112:6
**absolutely**
 109:20
**abuse**
 42:25
**accident**
 105:5
**accommodate**
 53:5
**accompanied**
 112:23
**accompanying**
 120:3
**accord**
 118:16
**accurate**
 38:13
**acknowledge**
 115:1
**acting**
 51:3,4,15 56:3 67:24
   69:5
**action**
 1:3 121:17
**active**
 13:15
**actual**
 28:4 32:12
**additional**
 73:5 115:13
**Address**
 120:17
**addressing**
 51:14

**administration**
 26:11
**administrative**
 29:23
**adult**
 11:12
**Advanced**
 21:22
**advancement**
 29:14
**Adventist**
 24:17
**advertising**
 59:24
**advice**
 110:9
**advise**
 101:15
**affect**
 4:17 46:14
**affirmative**
 14:11 18:10 34:12
   37:1,11 38:24 44:4
   45:10 55:4 60:23
   67:10 70:6,20 71:17
   72:21,25 118:15
**affixed**
 121:18
**ago**
 14:12 15:7 24:4,6,7
   26:24 72:16
**agree**
 4:24 71:19
**agreed**
 71:18
**agreement**
 2:17,18 99:21 104:6
   104:22 105:10
   109:10,14 115:3,9
   115:15
**agreements**
 23:23,24
**Albert**
 6:1 102:3,8,9,11
   107:14
**aligned**

**22:20**
**amendment**
 120:3
**amendments**
 120:10,11
**Andy**
 24:13,14
**answer**
 3:23 4:3,12,14 30:8
   43:20
**answered**
 105:25 110:15
   117:16
**answers**
 3:20
**antianxiety**
 12:3
**antidepressants**
 12:3,8
**Anuj**
 1:7 5:17 103:24
   104:1
**anxiety**
 65:6
**anybody**
 105:20
**anymore**
 6:3 107:13 114:12
**APPEARANCES**
 1:14
**Appearing**
 1:17,22
**applicants**
 26:7
**apply**
 26:3
**applying**
 103:17
**appropriate**
 112:24
**approval**
 112:16,19 115:25
**approved**
 112:13 115:23
**APPs**
 21:20,22 36:12 43:1

**April**
 101:6,25 115:3
**arrange**
 102:1 112:1
**article**
 12:15 38:4,8,14
   60:11
**articles**
 11:17,19,21,24 12:6
   12:12,19 13:1 60:14
   66:3
**articulated**
 25:8
**ASAP**
 102:3 105:25 106:3
**aside**
 52:24
**asked**
 26:2 29:16 33:22,25
   52:11 64:6 72:15
   110:15 117:16,20
**asking**
 11:13 109:9,22,23
   112:15 115:24
**aspect**
 27:3
**assessment**
 112:2
**assist**
 39:16,17
**associated**
 102:15
**assumptions**
 61:15
**Atlanta**
 9:14
**attached**
 113:22 120:11
**attend**
 40:5
**attending**
 10:20
**attorney**
 4:7,11,13
**attorneys**
 6:14 8:2 121:16



**August**
 1:3 2:3 119:24
**available**
 73:7
**average**
 28:1
**avoidance**
 115:7
**awards**
 59:20
**aware**
 37:8 52:14,18 59:20
   59:23 60:3,9,12
   103:15

**B**

**back**
 12:19 17:20,24,25,25
   18:20 19:2 23:23
   47:5 56:15 102:25
   103:12 110:4
**background**
 8:15 11:14
**bad**
 100:9 102:16 114:18
**Baldauf**
 2:21 110:22,24
   111:14
**based**
 34:22 35:5 65:25
   70:13 99:19 102:19
   112:12,13 116:24
**basic**
 3:19
**basically**
 35:20
**beautiful**
 9:7
**beginning**
 15:20
**believe**
 15:6 16:2 26:6,15
   36:21 40:11 42:21
   51:6,10,13 52:13
   53:10 60:14 63:19
   119:22

**believes**
 102:4
**benefits**
 30:16
**best**
 49:12 52:10 53:10
   54:14
**better**
 8:14 33:25 39:25
**big**
 12:7 34:5 45:15
**bigger**
 35:4
**billboards**
 59:24
**Biology**
 10:1,2
**bit**
 14:21 19:14 20:10
   31:11 32:14 33:6,19
   40:7 50:15 74:5
   102:12
**blood**
 45:13
**Board**
 60:15
**Boards**
 65:17,21
**books**
 11:18,20
**boss**
 24:8,9,12 39:19 40:2
   52:19
**boy**
 13:25
**brainstorm**
 33:23
**break**
 30:19,23 50:2,2
   56:11,12 70:23,24
**breast**
 12:11
**briefly**
 19:10
**bring**
 73:9

**broadly**
 39:8
**brought**
 8:25
**build**
 17:4,21 119:13
**building**
 18:16 119:14
**built**
 119:6
**burned**
 51:6,8,13,16,21
   64:10,12,14,16 67:7
   67:16 68:5,9 69:19
   69:21 70:9 72:11,18
   72:23,24 73:15
**burnout**
 12:13,17 13:16,17
   14:2,2,14 35:1,10
   35:11,12,14,16
   36:18,20 43:15,18
   43:21,24 44:6,10,15
   44:19,20,24,25
   45:20 46:1,2,7,7,10
   47:1,5 50:5,10,18
   50:20 51:1,2,11,18
   52:12,15,24 53:5,7
   53:20 55:8 67:17,23
   68:2,14,19 72:5,7
   73:19,24,25 74:7,13
   74:19 75:4 101:10
   105:8 106:7,10,12
   110:8 116:11,22
**burnt**
 71:15
**busier**
 37:9
**business**
 58:18
**busy**
 37:13

**C**

**C**
 3:1
**caffeine**

 14:24,25 15:1,6
**call**
 48:15 50:18 63:6
   66:10 70:22
**called**
 2:3 3:3 8:19 18:3
   20:19 26:1 32:4
   33:8
**calls**
 6:14
**cancer**
 11:2,7 12:1,2,11 13:9
   13:10 16:3,24 17:5
   17:9,21 18:6,16
   57:1 64:25 65:3,7,8
**capable**
 112:25
**capacity**
 5:12
**care**
 45:5 63:7,13,20
   111:19 113:4
**career**
 103:13
**careful**
 101:15,19
**caring**
 45:4
**Caryn**
 2:21 110:22 111:14
**case**
 5:5 108:15
**cases**
 5:8
**CATHOLIC**
 1:10
**causing**
 108:5
**center**
 16:14,16 17:5,7,22
   18:6,16
**Centura**
 1:10 2:22 5:9,19 6:8
   15:12 20:15,19 22:1
   22:11,12 23:9,10,13
   24:25 25:9,11,16,20



25:24 29:10 30:1,9
32:24 39:15 43:19
99:1,6,16 107:13
113:23 115:4
118:14
**Centura/Covid**
2:15
**CEO**
26:16
**certainly**
30:14 40:14 46:8
**CERTIFICATE**
121:1
**certify**
120:1 121:4,9,14
**chance**
106:12,15
**change**
23:12 24:15,20 63:8
**changed**
24:8
**charge**
34:15
**chief**
100:5 110:25 111:5
112:5
**Civil**
1:3 2:2
**clean**
3:21
**clinic**
28:5 41:17
**clinical**
60:10
**clinician**
68:10
**closer**
19:3,6,7,8
**CMO**
26:11 53:20,20 69:14
100:3,4
**CMOs**
53:2
**cognitive**
46:23 68:22 106:12
106:13

**colleague**
56:25
**colleagues**
19:16 29:1 34:1,25
56:9
**Colorado**
1:1,10,16,20 2:5,7
8:25 9:8,15,17
13:12 14:7,8 20:12
20:13,14 26:1,22
57:10 58:10 73:6
121:2,6
**come**
17:19 52:9 53:15
54:1 55:21,24 69:22
70:11,15
**comes**
31:7 72:10
**comfortable**
56:7
**coming**
19:19 56:8
**commencement**
121:7
**commencing**
2:4
**comment**
105:15 118:1
**Commission**
120:20 121:20
**common**
50:5,10 51:21 63:20
74:12,21,24 75:1
**CommonSpirit**
1:11,11 15:13,14,17
22:1 23:11,13,25
24:8,15,23 25:4,14
25:16 107:7
**CommonSpirit's/C...**
107:22
**complete**
120:4
**completed**
10:13
**concerned**
33:22

**concluded**
119:24
**conclusion**
70:15
**confabulating**
36:2
**conferences**
60:4,7
**confident**
66:1
**confidential**
76:3 115:15
**confused**
102:12
**connect**
53:21
**connected**
108:23
**consider**
51:11 100:6 102:14
**constitute**
120:3
**constitutes**
121:12
**consults**
28:7 63:16
**contact**
112:1
**continue**
17:11 109:4
**continued**
41:14,18 48:7
**contribute**
46:8
**conversation**
6:1 8:2,9 61:18
103:18,19,20
**conversations**
40:20,25 62:9
**COO**
26:11
**cope**
31:17
**coping**
47:24 48:1
**correct**

39:6 64:24 98:12
103:6 121:13
**Cortland**
8:19
**counsel**
121:15
**COUNTY**
121:3
**couple**
35:5 63:11 103:4
**court**
1:1 3:20
**cover**
76:6
**Covid**
22:7 36:23 37:14,17
37:23 38:9 39:6,11
40:9 41:22 42:18
43:5,15,22,23,24
44:2,5,18 47:11,22
48:2,16 49:15,21
52:12
**CPHP**
73:6 112:1
**Crist**
1:15 3:8 118:22
**crucial**
105:21,23 106:1
**current**
27:10 29:16
**currently**
15:12 34:25 107:7
**cynicism**
45:1,9

---

**D**

**D**
2:9 3:1
**D-i-a-n-e**
3:12
**D/B/A**
1:10,11
**data**
48:22
**date**
62:21 115:5



**dated**
2:19,21,23 114:21
115:17
**day**
28:1,19 63:25 101:25
120:14 121:19
**day-to-day**
28:20
**days**
28:11 112:2
**deal**
33:12 45:15
**dealing**
12:2 14:7 41:1 52:20
65:6
**dealt**
11:5 116:6
**deceased**
49:22
**decided**
25:25 55:5
**decision**
104:11,22 105:10
**decisions**
72:13
**declined**
115:1
**decrease**
54:14
**dedication**
61:14
**Defendants**
1:12,22
**define**
31:22 44:24
**definition**
25:8 107:21
**degree**
9:25 10:9
**Denver**
1:16,20 2:5 121:3
**depend**
68:18 105:3
**depending**
40:10 46:24 55:11
72:1 74:10

**depends**
43:6 52:5 119:8
**deponent**
4:20 7:15 14:11
18:10 19:23 21:22
34:12 37:1,11 38:15
38:17,21,23,23 44:3
45:10 49:6 50:12,22
55:18 60:22 61:12
63:1 66:9 67:9 70:1
70:5,20 71:17 72:20
72:25 74:4,16 98:3
100:25 101:2
102:22 103:8
104:14,16 105:14
106:19,24 107:18
108:22 109:6,18
110:16 112:15
113:12 116:6,21
117:4,11,18 118:1
118:10,23 119:8,17
120:8 121:7
**deposed**
3:14,16 5:15,16 6:13
**deposition**
1:5 2:2,10,15,16,17
2:18,19,20,22 3:9
6:12 7:11 25:1,12
38:1 100:19 111:8
113:10 119:23
121:9
**depressed**
42:2,9 66:20
**depression**
42:6 65:6
**describe**
28:1 29:9 31:10 39:8
40:7 41:5,20 64:9
**describing**
101:9
**description**
111:7
**designed**
34:1 47:6
**determine**
67:19,22 68:4,8

**develop**
34:9
**developed**
33:17,18 34:8
**Di**
53:21,22
**diagnose**
68:12,14,15
**diagnosis**
17:9,12 42:6,13
67:25 68:3,14 75:4
103:1 116:16,22,24
**Diagnostic**
103:5
**Diane**
1:5 2:2,10 3:2,11
119:23 120:1
**diet**
53:24
**difference**
27:2
**differences**
27:12
**different**
11:6 32:14 45:22
53:2 54:18 55:11
66:6,13,22,23
**difficult**
39:14 43:20 62:7
111:18 118:4
**directly**
27:6,9 56:8
**director**
16:17 17:15,16 18:7
21:1,9,11 22:17,20
23:1,6 27:21,24,25
28:2,17 41:15
102:13
**disclose**
55:22
**discuss**
5:16 65:9
**discussed**
6:5
**discussion**
65:22 102:1,3,20

109:25
**dislike**
30:4,9
**dismissal**
7:21
**distress**
28:22
**DISTRICT**
1:1,1
**doctor**
5:8 50:20 51:12
53:18,19 54:8,21
55:1,2,8 57:25
59:12,14,24 61:4,9
63:7,13 65:12,25
68:4,9,10 69:20
70:4,8 71:9 72:4,7
72:10 73:25 74:1,7
74:8,18 104:9 105:2
106:10 107:20,24
108:16,19 109:1,15
109:19 110:9,14,17
116:9,11 119:4,14
**doctor's**
54:4,6,7 116:3
117:22
**doctors**
32:12 34:9 37:18,23
39:9 40:4,8,12,20
41:1 42:2,13,16,19
43:4,14 46:11 48:13
50:16 52:24 53:5,6
53:16 54:16,17
55:21 56:7 60:25
61:1,17 62:10,10
69:22 73:16 74:13
106:6 107:15 111:6
**document**
7:3 38:16,22 98:5,5,6
101:1 104:11 105:5
105:21 112:12,13
113:13
**documents**
6:16,18,20,22,23
75:23
**doing**


MAGNA
LEGAL SERVICES

3:9 27:10 31:16
35:22 37:23 39:21
43:21 53:17 54:18
**domestic**
42:24
**doubt**
115:8
**Dr**
1:7 2:21 5:17,20 6:1
6:2 7:11 22:16
24:10,11,13 56:22
56:24 57:7,16,21
58:14,20,21 59:8,10
59:16 60:3,9,18
61:4,7,14,17 62:3,7
62:12,14,23 63:6,6
63:7,10,17,17,19
64:23 65:11 66:25
68:25 69:14,17,18
69:21 70:21,25 71:1
71:5,7,8,12 72:16
72:17 73:3 75:7,7
75:11,12,15 98:8,16
98:17 99:15,23,25
100:2,7 101:7,9,9
101:15 102:3,7,8,9
102:11,25 103:15
103:21,21,23 104:2
105:6 107:2,6,14
108:15,18,25
109:25 110:4,22,24
111:14,14 113:18
113:18 116:24,25
117:4,22 118:5
119:20
**drug**
12:2,11
**DSM-5-TR**
68:3,13
**duly**
3:3 121:7
**duties**
24:19
**duty**
113:1
**dysfunction**

28:23

_____
**E**
_____
**E**
2:9 3:1,1
**e-mail**
2:19 7:4 101:4,21
102:19 113:18,21
114:2
**e-mails**
6:17 7:1,2
**earlier**
30:18 68:19
**effect**
15:6,9
**effective**
48:19 49:3,3 115:1
**either**
26:11 28:20 46:24
56:7 112:21
**else's**
99:20
**emergency**
40:14
**Emory**
16:23 17:1,2,3,19
**emotions**
41:5
**empathy**
45:1,3
**employed**
15:12 20:21 121:15
**employee**
22:17
**employees**
22:20 38:11
**employer**
22:10 23:12
**employment**
2:17,18,22 15:17
105:10,22 113:22
115:1,3,5,9 116:4
**encountered**
36:8,17
**encouraging**
70:23

**ended**
9:5
**engaged**
35:6
**engagement**
35:1,2
**enjoyment**
46:13
**Enterprise**
21:11 23:5 27:22,23
28:3,16 29:5 41:19
102:13
**entire**
104:21
**environment**
41:21
**Eric**
100:12,14 101:8
113:25
**errors**
46:19
**Esq**
1:15,19,19
**estrogen**
14:24 15:1
**evaluation**
117:5
**eventually**
24:4 26:5
**exact**
36:3 111:7
**exactly**
6:21 22:25 47:8
57:15 64:13 107:9
**examination**
2:11,12 3:6 121:7
**example**
45:12 53:18,19 55:15
119:3
**examples**
45:24 53:16 71:22
**excerpted**
76:6
**excuse**
99:5
**execute**

115:2,8,14
**executives**
24:3
**exercise**
31:18 48:8 51:22
52:3 54:15
**exhausted**
41:4
**exhibit**
2:15,16,17,18,19,20
2:22 37:25 38:1
76:2 100:18,19
110:19 111:8 113:9
113:10 115:20
**EXHIBITS**
2:13
**existence**
33:13 37:2
**expand**
33:19
**expanded**
24:18
**experience**
29:10 33:21 44:19,20
45:22 50:17 55:20
65:6 74:12,21 100:9
102:16 107:24
108:1 114:18
**expert**
44:23
**expires**
120:20 121:20
**explain**
27:2 50:14 52:1
53:15,17 74:4
**explained**
71:14
**expressed**
70:9
**extending**
115:10

_____
**F**
_____
**facilitated**
39:4
**facts**



6:4
**failed**
115:14
**failing**
115:2
**failure**
115:8
**fair**
30:3
**fairly**
30:2 50:5,10
**families**
39:13 41:9
**family**
19:3,6 42:20 49:16
    49:20,24 55:6 64:20
**far**
14:22 48:23 55:14
    70:15 73:18,24
    103:21
**fat**
45:14
**fatigue**
39:10 45:1,6 50:17
**Federal**
2:1
**feel**
30:23 31:19 34:17
    39:25 49:2,9,12
    53:4 54:25 55:3
    56:7 64:19 113:24
    116:25
**feeling**
34:24 45:18 46:9
    51:10 56:2
**felt**
19:2 71:15
**field**
10:22 11:18 14:19
**fields**
11:4
**figure**
54:13
**finalized**
23:21
**find**

25:23 26:18 29:13
    30:13 31:5,5 47:14
    47:20 65:11 73:10
    98:4 107:8 113:21
**fine**
7:5 22:23 30:17
    44:18
**finish**
30:22
**firefighters**
47:8
**first**
3:3 15:8,21 16:9 18:2
    20:25 21:7 28:3
    43:25 57:12 101:4
    101:22 112:2
**five**
14:15,16 18:21 56:12
**floor**
63:16
**focus**
37:6
**focused**
47:9
**follow**
117:22
**follow-up**
15:3
**following**
76:5
**follows**
3:4
**foregoing**
120:2 121:12
**forgotten**
4:5
**form**
30:6 40:21 49:5 50:6
    66:8,15 67:20 74:3
    74:15 98:14 99:2
    101:12 104:13,24
    105:12 108:20
    109:16 112:9
    116:18 117:2,9,17
    118:8,21 119:16
    121:12

**formal**
3:11
**Former**
114:10
**forth**
121:11
**forward**
55:21
**found**
67:12 71:8,12
**foundation**
1:11 43:9 50:7,21
    52:16 55:17 68:6
    69:24 71:10 75:9
    99:17 102:21 103:7
    104:15,25 105:13
    106:18 107:17
    108:21 109:17
    112:10,14 116:5,19
    117:3,10,17,25
    118:9,21 119:7,15
**four**
2:15 10:10 14:14,16
    26:20
**four-year**
10:15
**Francis**
1:10 23:1,6 26:23
    29:18 33:14 44:16
    115:4
**free**
30:23 39:22 113:24
**French**
24:13,14
**frequently**
71:3
**Friday**
8:11
**friend**
100:6 102:14
**fruitful**
103:13
**frustration**
50:17
**full**
103:13

**function**
21:15 71:9
**further**
121:9,14

---
### G

**G**
3:1
**gained**
24:17
**general**
7:23 11:12 13:5
    38:11 42:22 65:16
**Georgia**
9:14
**geriatric**
11:11
**getting**
32:9,13 39:10 47:22
    48:2 110:1
**give**
39:20 40:2 54:12
    69:9 71:22 72:16
    100:22 116:16
**given**
13:22
**giving**
13:15
**go**
3:18,24 9:20 10:7
    15:17 16:10 17:9,20
    17:25 19:4 20:11
    26:9 34:24 48:4
    53:24 56:15 67:11
    73:25 74:2,8,14
    103:12 104:21
    105:9 109:10,13
**goes**
47:5 73:24
**going**
5:3 6:15 20:24 24:25
    25:11,15,16,19
    36:23 37:25 39:21
    50:4 52:10 54:2,9
    54:14 59:2 63:5,6,8
    64:7 65:10 67:14


**MAGNA**
**LEGAL SERVICES**

70:12 72:9 98:18
103:22 104:2
107:13 110:4,18
111:18 114:24
**gold**
35:15
**good**
3:13 11:15 26:10
34:24 52:7
**gosh**
8:10
**graduate**
10:2
**Grand**
14:5,15
**grant**
112:6
**great**
29:11 31:18
**group**
28:23 33:22 39:4
65:23
**groups**
28:22
**guess**
67:13
**guys**
8:2,8 40:3 50:1 64:2
**guys-just-do-it**
39:24

**H**

**half**
23:15,16
**hall**
1:18 39:20 40:2
**halls**
40:1 52:21,25
**handling**
41:2
**happy**
34:23 35:8 48:25
49:1
**hard**
63:9 64:17 118:6,16
119:4

**harder**
119:12
**Harriet**
2:5 121:4,22
**Hawaii**
9:12 12:24 13:15
17:20,24,25
**head**
4:20 6:1 7:15 61:12
**health**
1:10,10,11,11 2:23
58:8 59:5 73:6
101:10,17,17
113:23 115:4
**Health-Penrose-St**
1:10 115:4
**healthcare**
47:9 112:24
**healthy**
32:6,12
**hear**
49:23 107:12
**heard**
8:21,22,22 32:23,25
41:3 54:21 59:7,11
59:14,17 61:1,16,20
62:6 65:20 70:8
107:1
**hearing**
65:25
**HEATH**
1:18
**help**
16:23 18:5,16 28:21
31:16 33:11,24
34:25 36:21 38:9
47:13 52:7,9,20,24
53:9 54:13 55:3
70:15 74:1,14 110:6
**helped**
17:4,21 48:5 54:1
**helpful**
54:2,16 55:1 64:7
68:23 69:4 70:12
71:22 73:20
**helping**

17:8 32:4 49:10
70:11
**high**
45:13
**higher**
46:4
**highest**
44:17
**highlighted**
39:1
**hired**
20:18 26:6,18
**history**
15:18 99:9
**hit**
43:22
**hold**
21:8
**home**
41:10,25 48:6 57:20
**homeless**
31:14
**honestly**
58:24 104:14 107:21
**Honolulu**
9:11,14 16:11,12
18:18
**hope**
111:18 113:4
**hopefully**
32:20
**hoping**
44:11
**hospital**
15:24 18:3,5 26:2
27:6,19 28:8 35:6
41:23 42:23 44:14
48:4 52:14,18,23
53:2,4,9,16 58:7,7
63:15 69:12 115:8
115:10
**hospitalist**
111:1
**hospitals**
19:16 23:10,11 24:16
24:17 41:14 44:10

44:11 53:2,17 60:25
**hours**
28:12 29:2,3 43:5,8
43:12
**HSW**
120:24
**husband**
16:8 17:20 25:25
31:18 48:7 57:21
58:13 61:6,8,9
**husband's**
57:24 58:17,22
**hypothesis**
106:22
**hypothesizing**
106:20

**I**

**ICU**
40:15
**idea**
11:15 47:5 55:10
102:20
**ideas**
70:12
**identification**
38:2 100:20 111:9
113:11
**ih@rmlawyers.com**
1:17
**illnesses**
4:16
**image**
59:24
**impact**
46:11 48:16 49:15,21
**impacted**
37:17
**implications**
102:2
**impression**
57:16 114:16
**in-house**
98:25 99:4,5
**Incentive**
69:11



MAGNA
LEGAL SERVICES

include
25:13,15
included
102:5
includes
51:22
increase
43:18
increases
43:3
indicating
112:25
individual
5:12 42:13 53:12
55:9,15 72:1
individual's
112:24
individualized
50:12,15 68:24 74:10
individually
34:6 42:5 52:9 53:1,3
70:13
infecting
41:9
information
75:1
initial
14:23 53:22
initially
22:16 34:22 47:7
INITIATIVES
1:10
Institute
16:3
instruct
4:14
intelligent
66:2
intended
115:16
interact
15:2,4 62:3
interactions
12:2 27:14,15 61:25
interest
12:7

interested
15:4 26:1 121:16
international
60:4
interview
26:5,8,17 62:11,13
63:24 64:1 69:1
interviews
26:13
introduce
37:25 76:2 100:17
110:18
introduced
56:8
involved
102:23 104:17
issue
101:10,17,17
issues
13:10 42:20 64:8
72:9 108:4 115:16

**J**

Jason
114:5
Jeff
113:25
Jefferson
9:21
Jersey
9:3
job
16:4,9 24:19 50:17
72:6 109:11 111:7
journals
13:2,3
joy
45:2,16
judgment
54:4,5
July
103:13 115:2,5

**K**

keep
50:4 105:6

KILLIAN
1:18
kind
6:22 9:2 32:14 35:17
67:14 116:22
kinds
11:6
knew
6:3 57:21 100:1
107:6
know
3:25 4:4 6:3,4,4,21
7:4 8:14 11:19
22:24 25:5 30:21
43:4,11,11 47:6,8
49:7 52:18,19 53:1
53:3,6,24 55:22
56:16,21,24 57:3,18
58:17 59:6 60:15,20
61:3,13,25 62:23
63:10,14 64:23
67:12 68:8,16 71:6
74:16,25 75:6,11,20
98:21 99:25 100:12
102:7 104:16 106:7
106:9,24 107:9,9,21
107:23 108:11,12
108:12,14 109:6,24
110:2,22 111:7
112:5 113:19 114:5
114:13 117:11,12
117:18 118:10,23
118:24
knowledgeable
65:12,14,19
known
57:6 116:3
Koval
100:12,14,15,16
101:8

**L**

lack
45:1,3
language
101:16

law
117:12
Lawrence
1:16 2:4
lawsuit
6:9
lawyers
5:18,24 6:7
lead
68:20
leader
35:9
leaders
56:9
leave
67:17 71:8,12,15,23
72:11,14 73:3,12,15
73:19,20 98:9,9,17
98:19,20,22 99:23
99:24 101:18 103:6
103:16,22 104:3,8
104:10,12,18,21,23
105:4,11 106:2,4,10
106:17 107:10,16
107:22,25 108:2,5,7
108:13 109:14,23
110:1 111:17 112:6
112:13,18 115:23
115:25 116:4,10,13
117:8
leaving
16:7,22 18:14 19:1
lecture
14:14
lectures
13:5,8,9,13,14,15,21
14:2,4,12
Lee
22:17 24:10,11
left
107:10
legal
7:23
length
73:11
Lessons


MAGNA
LEGAL SERVICES

2:15
**let's**
 12:20 15:20 32:1,2
    43:7 53:14 55:14
    68:25 105:6 119:3
**letter**
 2:21,22 111:13
    113:22 114:2,3,25
**level**
 41:19 46:4
**life**
 17:8
**liked**
 19:15
**Lindsay**
 1:19
**line**
 30:22 113:3
**listen**
 54:13 69:8 70:3,14
    71:25 109:1 110:14
**listened**
 7:13 64:8 71:16
**listening**
 108:18
**listens**
 110:17
**little**
 8:19 14:21 15:4
    16:19 19:3,13 20:9
    20:10 31:11 32:14
    33:6,19 40:7 50:15
    74:5
**lived**
 9:7
**living**
 26:1
**LLC**
 1:15 19:21
**lmcmanus@hallre...**
 1:21
**loan**
 27:19
**located**
 61:24
**loneliness**

27:3
**lonely**
 19:15
**long**
 8:4 9:17 10:11 14:12
    15:7 16:1,18 17:17
    18:11,20 19:11 20:5
    21:2 26:17 28:11,12
    33:13 47:4 55:7
    57:6 67:11
**longer**
 24:16 26:12 43:5,8
    43:12 118:13
**look**
 38:12 55:16 76:3
    100:23 112:19
**looked**
 26:7
**looking**
 16:8
**looks**
 28:1
**loss**
 45:1,16
**lost**
 105:4
**lot**
 11:13 29:3 40:4
    48:22,25 54:17
    108:2
**LYMAN**
 1:18

_____

**M**

**MaGee-Womens**
 15:24
**mainland**
 19:3
**making**
 42:12 61:15 67:25
    106:12
**Mark**
 1:19
**marked**
 2:14 37:25 38:2
    100:20 104:6 111:9

113:11
**Maslach**
 35:12,14 47:6
**materials**
 59:25
**matter**
 17:11 39:5 49:13
**mattered**
 73:23
**maximize**
 17:11
**McManus**
 1:19 25:7,13,17,21
    30:6 40:21 43:9
    49:5 50:6,11,21
    52:16 55:17 56:13
    66:15 67:20 68:6
    69:24 71:10 74:3,15
    75:9 98:13 99:2,17
    101:12 102:21
    103:7 104:13,15,24
    105:12 106:18,23
    107:3,17 108:20
    109:2,5,16 110:15
    112:9,14 116:5,18
    117:2,9,16,24 118:8
    118:18,21 119:7,15
    119:22
**MD**
 1:5 2:3,10 3:2 119:23
    120:1
**mean**
 5:2 22:21 45:11,17
    50:22 65:15,16 66:9
    66:18,18
**meaning**
 40:25
**meaningful**
 45:19
**means**
 25:4,5
**measure**
 34:20
**measuring**
 35:15
**med**

98:18
**medical**
 7:23 10:4,5,7,13
    12:16 13:3,20 16:14
    16:16 17:15 18:1
    21:1,9,11 22:17,19
    23:1,5 27:21,24,25
    28:2,17 29:5 41:14
    67:17 72:14 73:3,15
    74:14 98:9,20 99:23
    99:24 100:5 101:18
    102:13 103:16
    104:8,9,11,17,20,23
    105:4,11 106:2,3,10
    106:17 107:10,16
    107:22,25 108:2,5
    108:13 109:14,23
    110:1 111:17
    112:12,18 113:5
    115:23,25 116:4,10
    117:8
**medication**
 12:3 65:10 75:21
**medications**
 4:19 12:4
**medicine**
 11:11,12 45:2
**meditate**
 53:24 54:9,10
**meditation**
 51:22 54:15
**meet**
 33:23
**meeting**
 57:12
**member**
 33:3
**Memorial**
 58:7,7,25
**menopause**
 13:10,16,17
**mental**
 101:10,16
**mentioned**
 6:25 60:14 106:11
**met**


MAGNA
LEGAL SERVICES

8:1 26:10,16 63:11 114:15

**Metronic**
58:4

**middle**
111:23

**mind**
53:15

**mindful**
52:2

**mindfulness**
51:23,24 52:4,6 54:15

**mine**
58:18 99:21 117:5

**minutes**
8:5 56:12

**mistake**
106:16

**mistakes**
46:19,22,23,23 68:20 106:13

**MOHAMEDBHAI**
1:15

**moment**
52:2

**Monroe**
101:9,15

**months**
67:14,17 103:11

**moot**
116:22

**motivated**
52:19

**motivation**
44:5,8

**mountain**
23:11

**mountains**
9:1,4

**moved**
17:19

**msabey@hallrend...**
1:21

**multi-disciplinary**
65:23

**multiple**
13:14

**Munni**
2:16 62:23

—————— **N** ——————

**N**
2:9 3:1

**name**
3:8,10,11 6:23 19:25 63:9

**national**
13:3 60:4

**nationally**
43:17 52:13

**near**
49:20

**necessarily**
74:25

**necessary**
4:8 71:9,13

**necessitating**
101:18

**need**
30:19 37:5 72:11 73:15 74:11 102:1 111:19 113:4

**needed**
26:2 58:22 64:22 67:3,11 70:23 72:17 73:5 98:9,9,17 110:5

**needing**
67:5

**needs**
72:2 101:18 102:3,4 102:20 108:25

**negative**
4:20 7:15 61:12,17

**negotiate**
104:10,23

**neurosurgeon**
58:1,2

**never**
6:13 59:14 60:11 62:6,16 67:15 99:20

100:7 101:16 102:15,16 106:9 112:20 116:6,14,16

**new**
9:3 17:5 18:16 23:22 23:24 24:2,17 32:8 48:21

**nice**
114:17

**nodding**
14:11 18:10 34:12 37:1,11 38:23 44:3 45:10 55:4 60:22 67:9 70:5,20 71:17 72:20,25 118:15

**Nope**
113:16

**normally**
49:24 53:25 71:24,25

**Notary**
2:6 120:16 121:5

**notes**
7:6

**notice**
2:1 42:1,19 43:14 66:23

**noticed**
33:20,21

**nourish**
32:4

**number**
2:14 42:16 56:7 60:4 60:12 64:24

**nurse**
28:6,7

**nurses**
45:14

—————— **O** ——————

**O**
3:1

**oath**
3:4 4:3,25 56:17 98:2 98:3

**object**
25:7 30:6 40:21 49:5

50:6 66:8 67:20 74:3,15 98:13 99:2 99:17 101:12 102:21 104:13 106:18 107:17 108:20 112:9,14 117:24

**objected**
116:18

**objection**
43:9 50:21 52:16 55:17 66:15 68:6 69:24 71:10 75:9 103:7 106:23 107:3 116:5 117:2,9 118:8 118:18 119:7,15

**objections**
4:8,8 50:11 104:24 105:12 109:5,16 117:17

**objects**
4:11

**observe**
40:19,25

**obviously**
98:23

**occasionally**
65:5

**occasions**
63:11 64:24

**occupation**
57:24

**occur**
45:25 46:1,2

**occurring**
45:20

**occurs**
4:13

**offer**
64:3,4 73:2 107:5 113:22 115:5,9,10 116:3,25 117:7

**offered**
73:4 116:13

**office**
19:18 27:8 61:24



62:2
**Officer**
 100:5
**oh**
 4:23 7:18 8:10 9:16
   11:10,23 12:16
   13:25 14:1,5,25
   15:1,3,10 19:11
   26:19,21 32:19
   37:14 54:6 101:6
   115:24
**Ohio**
 8:17,18,18 9:8 10:8
**okay**
 3:18 4:6,15,19,24 5:4
   5:7 6:5,7,11,16,20
   6:24 7:5,13,19 8:1,6
   8:8,13,21,24 9:10
   9:13,16,23 10:16,22
   11:1,3,8,13,21,24
   12:12,25 13:4,7,13
   13:18,21 14:1,4,10
   14:16,21 15:3,10,11
   15:25 16:6,10,12,21
   17:2,6,13,16,19,24
   18:9,13,25 19:4,13
   19:17,23 20:8,10,13
   20:16,18 21:4,6,10
   21:15,19 22:9,12,18
   23:12,18,22 24:2,9
   24:19 25:3 26:3,8
   26:13,17,21 27:12
   27:16,21,25 28:9
   29:2,7,13,19,21
   30:1,4,12,15,18,20
   31:7,10,17,19,22
   32:7,11,16,19,21,23
   33:6,10,18 34:4,8
   34:13,20 35:10,21
   36:4,14,22 37:10,16
   37:20,24 38:4,6,10
   39:8,15 40:1,4,7,12
   40:19 41:11,20,24
   42:1,7,15,24 43:2,7
   43:14,19,23 44:2
   45:6,9,16 46:6,10

47:4,10,20 48:6,12
   48:16,19 49:15,20
   50:1,3,4,4,14,19
   51:18 52:6,14 53:4
   53:11,14,14,23
   54:20,25 55:4,7,11
   55:14 56:10,24 57:3
   57:6,16,19 58:2,13
   58:16 59:7,11,17,20
   60:6 61:11,13,16,20
   61:23 62:1,6,11,20
   62:23 63:12,20,24
   64:4,9,11 65:11,20
   65:24 66:5 67:3,5,8
   67:22 68:1,17,25
   69:7,10,16,20 70:3
   70:7,14,19,25 71:8
   71:16 72:3,10,15
   73:2,8,24 74:12
   75:25 98:11,24,24
   99:14,22 100:2,4,9
   100:17,24 101:2,6
   101:21,24 102:16
   102:25 103:3,14,15
   104:5 105:17 107:1
   107:12 110:13
   111:2,13,15,21
   112:4,22 113:2,6,21
   114:8,13 115:19,22
   115:24 116:9,20
   119:1,10,19
**once**
 17:21 62:17,19
**oncologist**
 58:21,23 59:9 63:4
   102:13
**oncologists**
 43:7,12 58:23,25
   59:4 65:4,5
**oncology**
 6:1 10:25 13:17 27:8
   47:16 113:23
   115:17
**one's**
 59:15
**opinion**

44:23 48:24 104:9
   107:20 109:15
   112:20
**opportunities**
 29:14
**opposed**
 29:17
**optimized**
 32:22
**option**
 70:1
**originally**
 8:16,17 9:3 32:4
**outbreak**
 36:23
**outlined**
 112:22
**outpatient**
 28:5
**outside**
 42:22
**outstanding**
 115:16
**overly**
 45:7
**oversee**
 28:5
**overworked**
 31:20

_____
            **P**
_____
**P**
 3:1
**p.m**
 119:24
**page**
 2:11 3:19 39:2 101:5
   101:22 114:1
**pages**
 103:4
**paid**
 27:9,10
**paragraph**
 111:23 114:25
**parents**
 49:22

**part**
 5:7 8:18 16:3 17:8
   34:5 35:4 44:9 58:8
   75:23 102:3,20
   103:5 109:10
   114:24
**part-time**
 16:4
**particular**
 10:22 35:25
**particularly**
 30:11
**parties**
 57:20 121:15
**partner**
 57:1,3
**patient**
 27:9 42:5 103:11
   108:9,10
**patients**
 10:25 11:2,7 12:1
   13:9,17 17:9 27:8
   31:14 39:13 41:9
   42:17 45:4 47:15,16
   47:17 48:25 50:16
   57:1,2 58:14,20,22
   61:14 63:21 65:1,3
   65:5,8 66:4 108:1
**Pause**
 36:5 42:10
**pay**
 27:13 30:12,13
**Pedadda**
 1:7 108:25
**Pedadda's**
 61:7
**Peddada**
 5:17 6:2 56:22,24
   57:7,17,21 58:14,20
   58:21 59:16 60:18
   61:17 62:3,7,12,14
   63:17,19 64:23
   65:11 66:25 68:25
   69:17,18 70:21 71:1
   71:5,7,8,12 72:17
   73:3 75:7,11 98:8



98:16,17 99:15,23
101:7,9 103:15,21
105:6 107:6 108:18
111:14 113:18
117:22 118:5
**Peddada's**
5:20 7:11 59:8,10
60:3,9 61:4,14
107:2 108:15
116:25
**peer**
28:25 36:15
**peer-coached**
36:12,13
**peers**
34:3 47:13
**Pennsylvania**
9:11,22
**Penrose**
23:4,6 26:23 41:11
41:15,21 56:25 62:4
**Penrose-St**
23:1 29:18 33:14
44:16
**people**
19:18 32:15 45:22
48:9 56:1
**perception**
72:8
**Perfect**
5:4
**performance**
48:17 49:9
**period**
25:2,6,9
**person**
48:20 49:11 55:12
119:8
**personal**
45:21 46:3 105:18,19
**personality**
119:2,11
**Personally**
51:20 105:20
**perspective**
51:16

**phenomenon**
47:2
**phone**
6:14 62:16,19 66:10
66:13 70:22
**physical**
46:23 68:22 106:13
**Physically**
45:8
**physician**
2:17,18 12:13 14:2,7
31:22,24 32:2,3,11
32:24 33:12 35:6
36:17,19 37:6 39:16
39:17 43:15 44:24
44:24 45:12,20 46:2
46:7,10 47:1,5,16
50:5,10,18,20 51:5
51:18,20 52:8,12,15
55:8 67:16 73:6
98:25 105:9 106:7
110:8 115:2
**physicians**
11:7 21:17 22:20
28:21,22,25 32:5
33:12,20,23,24 34:6
34:23 35:16 36:7,12
36:17 37:8 38:9
39:5,20,21 40:14,15
43:1 44:12 51:5
52:20 63:21 65:23
73:13,14
**picture**
60:1
**Pittsburgh**
9:11 10:14 11:10
15:23 16:3,4
**place**
9:7 19:1 20:22 33:11
54:12 121:10
**places**
8:22
**Plaintiff**
1:8,17 2:3
**plan**
54:2,18

**Plauth**
2:19 69:14,21 70:25
72:16 99:25 100:2,7
101:8,22 103:21,23
104:2
**pleasantly**
56:6
**please**
101:14 113:21,24
**point**
16:9 67:25
**policies**
7:20,21,22,23,24,25
**position**
21:2,3,16 24:14
25:23 28:16 29:17
29:19 30:5 31:8
**positions**
22:17
**possible**
46:7
**post**
26:4
**poster**
60:2
**postulate**
57:14
**potential**
116:12
**Potentially**
46:16
**practice**
19:10,18,21 20:3,6
26:25 27:5,7,18
45:2 99:6,10,13
102:2
**practicing**
49:12,13
**practitioner**
112:25
**practitioners**
28:6,7
**prepare**
6:11 7:5
**preparing**
99:15

**president**
114:9,11
**pressure**
45:13
**pretty**
23:16 37:14 42:17
57:9
**prevent**
31:16
**previous**
121:6
**primarily**
11:7 23:3,8 41:25
**primary**
63:7,13,20
**prior**
22:24
**private**
19:10,17,21 20:2,5
26:25 27:5,7,18
99:6,10,13
**privileged**
4:13
**probably**
12:20 14:14,17 23:21
24:4 26:6,16,19
37:8 41:3 58:25
59:12
**problem**
71:20 118:11
**Procedure**
2:2
**proceedings**
76:5
**process**
26:8 32:13
**profession**
40:11
**Professional**
2:6 121:5
**professionally**
40:8,10 47:11,12
**program**
16:24 17:5 18:6
21:23 32:24 33:7,7
33:8,9,16 34:2,5,17


MAGNA
LEGAL SERVICES

36:8,9,22 37:3,4
44:9 73:7
**prohibited**
108:12
**projects**
14:19
**promised**
17:21
**promote**
32:10,17
**pronouncing**
63:10
**proposed**
115:14
**providers**
21:23 47:9
**psychiatric**
11:6 42:5,17 68:2
73:5 75:4
**psychiatrist**
10:12,19,21 26:2
31:2,12 51:4 56:3
65:8 67:24 68:12,23
69:5 74:9,22 75:2
108:3 116:10,21
**psychiatry**
10:23 11:11,12,15
13:5 14:19 21:1
41:17 48:19 49:14
**Public**
2:6 120:16 121:5
**published**
11:17,19,22 12:18
13:1 37:17 38:17
60:10
**Pursuant**
2:1
**put**
33:11 65:10 75:21

**Q**

**Quality**
17:8
**quality-of-life**
17:4,7 18:6
**quality-of-life/canc...**

18:17
**Queen's**
16:14,15 18:1,15,20
**question**
3:23,24,25 4:1,12
36:3 40:22 45:21
63:1 72:8 109:19
110:20 117:20
118:4
**questioned**
72:4
**questions**
4:4 11:14 30:22 35:5
35:19,23 39:22
113:24
**quick**
30:23 50:2 56:11
100:22
**quickly**
66:21
**quite**
9:16
**quotes**
32:9

**R**

**R**
3:1
**radiation**
58:22,23,25 59:4,8
63:4 65:5 113:23
115:17
**radiology**
58:21
**raise**
30:14
**rate**
35:20 44:17
**rates**
43:17
**RATHOD**
1:15
**reach**
53:21 113:24
**read**
38:15,21 60:11

100:25 101:14
104:10 105:5,21
113:12 114:24
120:2
**reading**
103:8 106:16
**really**
17:22 40:17 43:13
48:5 49:17,18,19
55:2,18 64:14 71:21
105:14
**reason**
16:6,21 18:14,25
37:12 46:7 72:16
115:13
**reasons**
4:21 5:15 37:13
64:15
**received**
59:21
**Recess**
56:14
**recognize**
33:25 34:2 66:5,13
**recommend**
54:23 103:6,11
116:10
**recommendation**
117:23
**recommendations**
54:24
**recommended**
108:16
**record**
3:10,21 4:9 7:17
19:22 21:21 38:7
56:16,19 58:11
62:25 75:22 116:17
119:21 120:4
**recordings**
7:14
**records**
75:20
**recover**
55:8,16 110:6
**recruited**

16:23,25 18:15
**reduce**
39:25
**reduced**
121:11
**reestablish**
118:5,17 119:5
**refer**
25:11 58:13,19,24
59:7 63:17,21
**referenced**
114:2
**referred**
57:2
**referring**
24:25 25:19 99:8
**regard**
66:4
**regarding**
2:22 72:22 113:22
**region**
23:11
**Registered**
2:6 121:5
**regroup**
103:12
**regular**
66:25 98:5,6
**reinstatement**
112:23
**rejected**
116:13
**rejection**
115:9
**rejuvenate**
103:12
**related**
39:5 121:14
**relates**
13:10
**relating**
5:8
**relationship**
5:17
**relationships**
49:16


MAGNA
LEGAL SERVICES

**Release**
115:15
**relevant**
25:1,5,9
**relied**
54:4
**reluctant**
55:21 56:4
**remember**
4:2 5:25 7:2,3,4 8:11
12:5,25 13:2 14:6
15:7,8 24:1 26:12
26:19 30:11 35:23
36:2 44:14,17 57:12
57:15,25 60:1 62:21
64:13,15,19 66:3
70:23 73:18 75:19
**reminder**
98:1
**remotely**
48:13,20 49:10
**RENDER**
1:18
**repeat**
3:25
**rephrase**
40:24 50:8
**report**
2:16 22:14 24:2
112:24
**reported**
22:16
**reporter**
2:6 3:21 121:5
**REPORTER'S**
121:1
**represent**
113:17
**representation**
38:13
**represented**
115:4
**representing**
5:19 6:8
**reputation**
59:12,14,16 61:4

118:6,11,17 119:5
119:13
**request**
54:21 73:10,12 102:2
111:17 112:23
**require**
52:3
**required**
4:3
**requiring**
112:1
**research**
13:19 14:18,19,22,23
15:8 16:17 37:16,19
60:10
**residency**
10:14,15,24 11:5
15:5,22 16:9 33:21
**residents**
12:16 13:20
**resolve**
115:16
**respect**
115:17
**respond**
106:3
**response**
101:22
**responsibilities**
112:5
**rest**
25:12
**result**
121:17
**retracted**
116:4 117:1,7
**retractment**
107:5
**return**
110:6 113:1,5
**review**
6:16,19 7:1
**reviewed**
7:10,16,19 75:24
**revised**
115:10

**rewarding**
31:5 47:13
**right**
3:8 5:4,18 8:24 9:19
15:10 17:13,24 19:8
20:2 26:24 30:15
31:19 36:18,23 39:1
50:1 56:21,21 57:25
62:18 99:25 102:25
109:24 114:6 116:2
118:13 119:19
**rise**
52:12,14
**Robert**
102:7
**role**
16:15 17:14 20:25
21:4,13,16 22:2
27:10 41:15 51:3,4
54:10,11 69:7 70:7
70:9 72:11 111:2
114:10
**room**
40:14
**Rounds**
14:5,15
**rude**
61:21
**rules**
2:1 3:19

———— **S** ————
**S**
2:5 3:1 121:4,22
**Sabey**
1:19 56:18 66:8
**salary**
27:10
**Samuel**
113:18,19
**satisfactory**
30:13
**saw**
9:4 27:7,8,9 42:16
62:16 75:7,8,12,12
75:15,19 108:15

**saying**
25:11 34:23 45:13
52:22 64:19 103:22
108:25 114:6
**says**
39:4 51:5,20 54:8
101:14 103:10
107:22 111:16
113:23 115:7
**scale**
35:1,2,10,11,13,14
35:24 47:6
**scales**
35:1 43:21,24 44:6
**scared**
39:14
**scary**
37:15
**school**
9:20 10:2,4,5,7,13
**seal**
120:21 121:19
**second**
26:24 39:2 44:1
72:16 100:23 101:5
101:21 111:22
114:25
**seconds**
76:3
**section**
39:1
**see**
4:2 6:20 12:20 19:19
28:7,20 42:4,18
44:10,12 49:24 65:7
74:1,8 101:10,19
102:5 105:20
111:25 112:2,6
114:21 115:11
**seeing**
11:11 45:12 47:14
60:1 68:10 75:2,3,5
108:3
**seek**
74:14
**seen**



38:4 63:15 99:20
107:10 111:11
112:20 113:15
114:3
**self-harm**
31:16
**send**
65:7
**sent**
6:18 115:3
**sentence**
111:25
**separate**
76:6
**separating**
25:18
**September**
121:19,20
**Services**
1:10 115:5
**set**
121:10
**Settlement**
115:15
**Setty**
2:16 62:23 63:6,6,7
63:10,17 75:7,12,15
109:25 110:4
**Setty's**
103:1 116:24 117:4
**seven**
11:23
**shaking**
4:20 7:15 61:12
**sheets**
120:3
**short-tempered**
62:7
**shorthand**
121:10
**show**
75:22
**showed**
99:19 115:20
**showing**
104:5

**sign**
23:22,24
**signature**
120:8 121:18
**significant**
15:9
**situation**
52:5,6 53:12
**six**
11:23
**slanderous**
101:19
**sleeping**
46:5,6
**small**
41:17 42:17
**socialized**
60:16
**socially**
57:18 64:25 100:8
**solution**
52:9 70:11 71:21
**somebody**
32:6
**somewhat**
43:18
**sorry**
3:15 13:16 22:22
25:17 27:22 46:15
49:23 62:18 63:8
69:25 98:13 111:17
112:10 116:15,15
118:22
**Sounds**
105:24
**speak**
3:22 30:23 31:3
48:12 63:18 64:2
65:2,20 69:12,17
70:25 71:4 72:17
103:21
**speaking**
43:24 50:24 66:22
**speaks**
66:21
**specializing**

10:25
**specialty**
43:6 46:25
**specific**
64:11,12
**specifically**
73:18
**spell**
3:10
**spend**
55:5 108:2
**spending**
64:20
**spilled**
42:22
**spoke**
60:3 61:9 62:16,19
65:2,13,15 66:6,12
66:17,19 67:1,18
71:1,2,6 74:22,23
98:16 103:23,25
**spoken**
5:19 6:8 64:24 67:15
**Springs**
26:1,22 58:10
**St**
23:6 26:23
**staff**
29:23 61:21 110:25
111:3,4,5 112:6
113:5
**stage**
58:5
**stand**
40:17
**standard**
35:15
**start**
13:19 15:20,21 32:2
115:5
**started**
18:2 20:15,25 22:25
26:22 33:14 43:21
44:2
**starting**
44:5

**state**
2:7 3:9 4:5 10:8
121:2,6
**states**
1:1 102:1 112:22
113:3,21 115:13
**stating**
101:8
**statistically**
15:9
**stay**
48:9
**stayed**
18:18 47:19 48:6
**staying**
9:5
**stepped**
22:1
**Straub**
18:3,4,11
**Street**
1:16,20 2:4
**stress**
31:7,15,17 33:12,21
37:8 39:10,25 40:11
40:13 41:1 42:22
46:18 47:24 48:1
52:21 64:8,8
**stressed**
37:9 46:9 47:21 64:6
**stressful**
31:1,6
**stressors**
14:7 54:14 108:4
**strongly**
103:10
**struggling**
39:5,9
**stuck**
20:10
**students**
12:16 13:20
**Studies**
103:5
**stuff**
29:15


MAGNA
LEGAL SERVICES

submitting
111:17
Subscribed
120:13
success
34:21
successful
34:18
Sue
22:16 24:10,11
sued
5:11
suffered
42:19 43:15
suffering
4:16 36:18,20 50:20
51:2 52:24 53:5
67:23 73:25 74:7,13
74:18 105:8 106:7
116:11
suggest
51:22
suggested
65:9 69:14
suggestion
39:24 73:4
suggestions
39:22 73:2
suicide
31:15
suicides
31:16
Suite
1:16,20
supervisor
28:10
support
21:17 23:9,10 28:21
32:4 34:1,3 37:23
38:9 44:12 47:13
48:7 51:14,15 53:22
53:23 55:24 64:3,4
69:9 72:6,12 73:5,6
74:2
supported
23:9 24:16 53:7

supporter
51:4 54:10,11
supporters
36:13,15
supporting
34:6 41:13
supportive
29:12
supports
29:1
sure
3:11,19 11:5 14:23
20:1 28:2 31:9 38:8
38:13 117:20
surprise
42:15
surprised
56:6
surprising
67:15
survey
35:4
sworn
3:3 120:13 121:8
symptoms
55:23 56:1 62:15
106:11

——————————
T
——————————
T-h-o-m-p-s-o-n
3:12
Tacha
114:5,6,7,8
take
23:23 27:19 30:19,23
50:2 51:16 53:14
55:7 56:11 67:14
70:24 73:15 98:18
98:19 103:6,11,22
104:3
taken
2:3 5:7 121:9
talk
54:12 56:1 62:14
63:21 68:25 69:15
72:9,23 75:16

101:15
talked
75:12 110:2
talking
25:16 60:25 61:1
66:3
Tamoxifen
12:8,11
target
44:11
team
33:4 35:8
telephone
48:14
tell
14:4,21,25 19:13
33:6 43:17 50:19
51:1,7,8,9,15 53:20
53:24 54:17 55:18
56:2 59:15 67:13
69:16,21 75:11,17
98:17 104:2
telling
5:3 62:22
tells
36:19 51:12 109:19
terminated
5:8 6:2 116:12 118:7
119:4
termination
5:20,21 107:2
testified
3:4
testify
121:8
testimony
4:17 120:4
Thank
3:13 8:13 25:21
30:25 111:16
119:19
Thanks
3:13 56:13
therapist
108:3
therapists

28:6
thereof
121:18
thing
41:3
things
51:21,22 53:2 54:20
think
6:2 23:14,21 24:1
32:5,5 37:7,14
39:19 41:8 43:6,25
45:21 46:3,24 48:21
48:23,25 51:18 53:8
56:6 57:8,25 58:15
58:24 65:24 66:22
68:18,23 71:6 72:15
73:20 75:14,14
103:1 105:25 108:8
108:11 114:7
117:21 119:12
thinking
109:18
Thompson
1:5 2:2,10 3:2,12
119:20,23 120:1
thought
25:18 54:2 73:22
75:15
thoughts
31:15 37:17
three
16:19,19 17:18 18:23
22:15 26:19 67:14
67:17 103:11
Thursday
8:11
time
8:7 12:23 13:19
14:13 16:2 19:2
20:19 21:25 25:1,5
25:9 36:16 37:6,18
39:16 41:12,18,21
42:2,13,20 43:18
47:21,25 48:10
52:15 55:6 57:9,13
63:9 64:20,22 67:3



67:5 68:23 73:11
103:13 108:2,16,25
110:5,12 111:18
121:10
**timeline**
55:16
**times**
41:3 65:9
**tired**
45:7
**title**
12:15 102:12
**titles**
12:5 21:5,7,7
**today**
3:9,14,14,16 4:17,22
4:25 5:15 7:7 24:22
37:2
**today's**
6:12
**told**
6:2 53:19 59:10,19
60:21 61:7 64:10
67:13 69:18 75:14
103:17
**tolerate**
46:4
**top**
111:16 112:4 114:21
**total**
18:21
**town**
8:19 39:20 40:1,2
52:21,25
**track**
32:1
**trained**
36:11
**trainers**
36:12
**training**
8:15 28:25 29:4 34:2
34:24
**transcript**
120:2 121:13
**transcripts**

7:10
**travel**
49:1
**traveler**
9:16
**treat**
116:14
**treated**
29:24,25 30:2 51:19
**treating**
115:8
**treatment**
17:10,10 70:17
**treatments**
66:4
**tried**
19:10 36:2 53:10
**true**
50:4 109:20 120:4
121:12
**truth**
5:3 121:8
**truthful**
4:22
**truthfully**
4:4
**try**
36:21 70:14
**trying**
15:7 32:6,15,17
108:4
**Tumor**
60:15 65:17,21
**turn**
114:1
**Twelve**
9:18,19
**two**
6:14 12:19 18:12,13
28:6,6,7 40:17
117:21
**types**
11:6,8
**typewritten**
121:11
**typical**

73:9

---
## U

**UC**
58:8 59:5
**uh-hum**
4:10 8:3 10:6 11:16
14:9 15:19 18:8,19
18:24 19:20 22:13
24:21 27:1,4,17
28:18,24 29:8,20
35:7 39:3,18 41:16
44:3 45:8 46:17
49:25 50:25 51:25
53:8 55:13 57:11
60:17,22 61:10 67:9
68:21 69:2,9 70:5
70:16,18 72:20
74:20 105:7 106:14
108:17 109:12
110:7,10 111:12,24
114:23
**um**
5:16 11:5,10 12:1,7
14:13 16:2 27:7
28:5 40:10 46:21
53:19 54:22 63:23
65:4 66:7
**undergrad**
9:20,21
**understand**
3:25 55:8 99:14,22
108:22
**understandable**
36:4
**understanding**
5:14 8:14
**UNITED**
1:1
**University**
10:14 11:10 15:23
16:3 17:1
**unusual**
73:10,13
**updates**
39:20

**upset**
101:9
**use**
116:22
**usual**
42:3 47:21 64:6
66:20,22
**usually**
48:9 54:16,23 55:21
56:4 62:10 70:3
**Utah**
24:18

---
## V

**vacation**
9:4,5 55:3
**vast**
11:14
**verbal**
3:20
**versus**
27:5
**vision**
105:4
**voice**
66:6,14
**volunteered**
74:25
**vs**
1:9

---
## W

**wait**
3:23
**Waiver**
115:15
**want**
3:22 15:3,17 37:24
38:13 47:7 69:12
76:3 111:22
**wanted**
17:20,22 18:16 44:10
69:16
**Warren**
8:20
**Washington**



9:21
**wasn't**
6:3 15:9 45:14,19
49:20 67:24 107:13
**way**
33:25
**we'll**
30:22 56:11 100:17
**we're**
3:19 32:17 72:9
**week**
8:10,12 39:19
**weeks**
26:20
**Weisenthal**
2:5 121:4,22
**well-being**
13:11 17:11 21:9,12
21:18 23:2 27:24
28:17 29:17 31:25
32:8,10,13,17 33:9
36:9 44:9 51:5
54:19
**Weller**
113:18,19
**wellness**
31:23,24 32:2,3,5,10
32:11,15,24 33:3,7
33:8 36:17,22 37:6
39:16,17 54:19
**went**
10:2 17:25 19:17
**weren't**
6:22
**Whitney**
1:15 2:12 3:7,8 19:24
21:24 25:10,15,19
25:22 30:7 36:6
37:24 38:3,19,25
40:23 42:11 43:10
49:8 50:8,9,13,23
52:17 55:19 56:11
56:15,20 58:12 63:2
66:11,16 67:21 68:7
70:2 71:11 74:6,17
75:10 76:1 98:1,4,7

98:15 99:3,18
100:17,21 101:3,13
102:24 103:9
104:19 105:1,16
106:21,25 107:4,19
108:24 109:3,8,21
110:3,18,21 111:10
112:11,17 113:8,14
116:8,20,23 117:6
117:13,19 118:3,12
118:19,25 119:9,18
**wife**
60:19,20
**William**
2:19 101:7,22
**witness**
3:3 5:5 121:18
**wondering**
15:11
**word**
32:8
**work**
10:23 11:8 16:12
23:3,4,8 29:16 31:2
31:12 35:6 41:18,20
45:18 46:13,14,21
48:16 49:9 52:8
58:3 59:8,18 60:21
62:7 98:10 99:15
103:12 107:15
108:6,16 109:4,23
110:2,5
**worked**
16:14 23:6 41:25
73:14 98:24 99:1,4
99:5,5,6 118:6
**working**
6:3 15:16,21 18:2
19:15 20:15 26:21
27:5 28:21,22 29:10
36:16 41:11 43:4,8
43:12 55:20 58:6
64:17 99:9,15 107:7
108:13 109:7,7
110:11
**works**

56:13 57:1 58:4
111:6
**worried**
47:22
**worry**
39:10 41:6,7,8,8
**wouldn't**
4:21 45:14 61:18
74:16,24 75:3,3
102:22 106:15
**Wow**
9:13
**Wright**
10:8
**writings**
37:20
**written**
7:6 60:12,15
**wrong**
117:22
**Wyoming**
9:15 19:5,6,9 99:7,11

---
**X**
---
**X**
2:9

---
**Y**
---
**yeah**
5:25 7:8 9:6 13:24
15:15 23:20 25:10
27:15 30:10 31:4
33:1,2 36:1,10
42:24 48:3 49:6
53:13 55:25 59:3
61:3 62:18 63:3
65:18,22 66:12 71:4
74:16 98:20 103:5
108:22 109:6,22
112:18 113:7
**year**
20:7,8,16 23:14,16
24:4,6,7
**years**
9:18,19 10:10 11:23
13:23 14:13,15,16

16:20 17:18 18:12
18:13,21,23 20:24
22:15 30:2 43:16
44:18 47:11 57:2,8
64:25 119:6
**yep**
100:1
**yesterday**
8:10
**Youngstown**
8:20,21,23

---
**Z**
---
**zero**
35:17 73:16
**Zoom**
48:14,21 49:1

---
**0**
---

---
**1**
---
**1**
2:15 37:25 38:1
**1:15**
119:24
**1:23-CV-01921-N...**
1:3
**10**
35:17 56:12
**10:30**
2:4
**100**
1:16 2:19
**111**
2:20
**113**
2:22
**12**
14:13 57:8
**13**
20:24
**17**
23:2
**17th**
1:20
**18**



23:2

**19**
2:15 39:6

**1st**
115:2,6

---
**2**
---

**20**
13:25 120:14

**200**
36:11

**2000**
22:19

**2001**
16:5

**2010**
12:20,21

**2012**
20:17,18

**2017**
33:15

**2018**
22:8,9

**2019**
23:24 58:5

**2019/'20**
21:14

**2020**
22:21,22 36:25 38:18
58:5

**2022**
22:9 62:12 103:13
114:22 115:2

**2023**
23:16

**2024**
1:3 2:3 119:24
121:19

**2026**
121:20

**21**
36:25 43:25

**22**
23:10,19 35:19 44:1

**23**
23:19,21

**26th**
101:6 115:3

**2701**
1:16 2:4

**27th**
101:25

**28**
1:3 2:3 119:24

**2C**
2:16

**2nd**
62:12 65:15

---
**3**
---

**3**
2:12

**30**
112:2

**38**
2:15

**3C**
2:17 104:6

---
**4**
---

**4/26/22**
2:20

**45**
8:5

**4C**
2:18

---
**5**
---

**5**
2:19 100:18,19

**5/5/22**
2:21

**5/9/22**
2:23

**50s**
119:4,13

**5th**
111:20 115:21

---
**6**
---

**6**
2:20 111:8

---
**7**
---

**7**
2:22 113:10 121:20

**70s**
47:7

**77**
2:16

**7th**
121:19

---
**8**
---

**800**
1:20

**80202**
1:20

**80205**
1:16 2:5

**86**
9:24

---
**9**
---

**90**
9:24

**94**
2:17 10:10,11,12

**96**
2:18

**98**
10:16

**999**
1:20

**9th**
114:22 115:18

